Michael J. McCue (SBN: 296425)
Meng Zhong (SBN: 344124)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
203 Redwood Shores Parkway, Suite 670
Redwood City, CA 94065
Tel.: 650.391.1380
MMcCue@LewisRoca.com
MZhong@LewisRoca.com

*Attorneys for Plaintiffs Restoration Hardware, Inc.
and RH US, LLC*

**F I L E D**

MAR 03 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation, and RH US, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>ALIMIA LIGHT, a Chinese entity; ZHONGSHAN ZHUOSAI LIGHTING, CO., LTD., a Chinese entity; SHANGHAI ZEROTAI INDUSTRIAL CO., a Chinese entity; ZHONSHAN YUYI CO., LTD., a Chinese entity; ZHONGSHAN LAITING LIGHTING CO., LTD., a Chinese entity; ZHONGSHAN MOMO LIGHTING CO., LTD., a Chinese entity; FANCI LIGHT, a Chinese entity; CURE LIGHTING, LLC, a Chinese entity; CLOUDS LIGHTS, a Chinese entity; KUSHIGO LIMITED, a Chinese entity; LIGHTING FOREVER, a Chinese entity; HURLEY LIGHT, a Chinese entity; ZHONGSHAN REBORN LIGHTING CO. LTD., a Chinese entity; SHOWSUN LIGHTING, a Chinese entity; SUNNY WANG, an individual residing in China; JINHUA SIGMA INDUSTRIAL & TRADING CO., LTD., a Chinese entity; DYCO DÉCOR, a Chinese entity; INEFFABLE LIGHTING, a Chinese entity; DEKORFINE, a Chinese entity; NIMO LLC, a Wyoming LLC; Dysatu Lighting Co., LTD., a Chinese entity; and OCLOLLI LIMITED, a Chinese entity; Kevin Studio, a Chinese entity; and DOES 1-10,<br><br>    Defendants. | C 23 00948<br>SK<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>1. COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501<br>2. FEDERAL UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)<br>3. CALIFORNIA UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200. |

COMPLAINT                                     1

120168510.1

FAXED

Plaintiffs Restoration Hardware, Inc. and RH US LLC (collectively, "RH"), by and through counsel, bring this action for damages and injunctive relief against Defendants (1) Alimia Light as the operator of the website at <alimialight.com> ("Alimia Light"); (2) Zhongshan Zhuosai Lighting, Co., Ltd. doing business as "Yami Lighting" and "Pop Lamps" (collectively, "Zhuosai Lighting"); (3) Shanghai ZeroTai Industrial Co. doing business as "Grand Lamps" ("Grand Lamps"); (4) Zhonshan Yuyi Co., Ltd. doing business as Wing Lighting ("Wing Lighting"); (5) Zhongshan Laiting Lighting Co., Ltd. doing business as Oasis Lamps ("Oasis Lamps"); (6) Zhongshan Momo Lighting Co., Ltd. doing business as Momo ("Momo Chandelier"); (7) Fanci Light as the operator of the website at <fancilight.com> ("Fanci Light"); (8) Cure Lighting, LLC ("Cure Lighting"); (9) Clouds Lights ("Clouds Lights"); (10) Kushigo Limited doing business as "Eric Light" and "Emma Lighting" (collectively, "Kushigo Limited"); (11) Lighting Forever as the operator of the website <lighting-forever.com> ("Lighting Forever"); (12) Hurley Light as the operator of the website <hurleylight.com> ("Hurley Light"); (13) Zhongshan Reborn Lighting Co., Ltd. ("Reborn"); (14) Showsun Lighting and Sunny Wang doing business as "Showsun Lighting" (collectively, "Showsun Lighting"); (15) Jinhua Sigma Industrial & Trading Co., Ltd. ("Sigma Living"); (16) Dyco Décor as the operator of the website <dycodecor.com> ("Dyco Décor"); (17) Ineffable Lighting as the operator for the website <ineffablelighting.com> ("Ineffable Lighting"); (18) Dekorfine as the operator of the website <dekorfine.com> ("Dekorfine"); (19) Nimo LLC as the operator of the website <zenduce.com> ("Zenduce"); (20) Dysatu Lighting Co., Ltd. as the operator of the website <satulight.com> ("Satulight"); (21) Oclolli Limited doing business as "Mooni Lighting" ("Oclolli"); and (22) Kevin Studio, the operator of the website <kevinstudioinc.com> ("Kevin Studio") (all of the aforementioned parties shall collectively be referred to as "Defendants").

## INTRODUCTION

1.    Plaintiff RH is an innovative and popular luxury retailer in the home furnishings marketplace. RH offers a wide variety of luxury home furnishings, including furniture, lighting, textiles, and other products.

120168510.1

2.  Defendants are foreign companies that are blatantly and willfully violating RH's intellectual property rights by using RH's copyrighted photographs of RH lighting products and RH's product brand names to sell knockoffs of RH lighting products to U.S. consumers on websites that target the U.S. market.

3.  RH asserts claims for: (a) copyright infringement of its photographs under the Copyright Act of 1976, 15 U.S.C. § 501; (b) unfair competition with respect to the product names under the Lanham Act, 15 U.S.C. § 1125(a); and (c) California Unfair Competition, Cal. Bus. & Prof. Code § 17200. RH is seeking temporary, preliminary and permanent injunctive relief against the Defendants, and damages and attorneys' fees to the extent permitted by law.

## PARTIES

4.  Plaintiff Restoration Hardware, Inc. is a Delaware corporation whose principal place of business is located at 15 Koch Road, Corte Madera, California, 94925. Restoration Hardware, Inc. is the parent of RH US, LLC.

5.  Plaintiff RH US, LLC is a Delaware limited liability company whose principal place of business is located at 15 Koch Road, Corte Madera, California, 94925. RH US, LLC owns the copyrights and trademarks at issue in this case.

6.  Upon information and belief, Defendant Alimia Light is based in China at Xinfeng Road No. 53, Building 7, 1st Floor, Chengua District. Upon information and belief, this company is the owner and operator of the Alimia Light business, including the website at <alimialight.com>.

7.  Upon information and belief, Defendant Zhongshan Zhuosai Lighting Co., Ltd. (previously defined as "Zhongshan Lighting") is a company formed under the law of China is the operator of the websites <yami-lighting.com> and <poplamps.com>. The websites identify the Defendant's address as Room 210-101, the 1st building of Mingwang E-commerce factory, No. 96 north of Shunxing Road, Henglan Town, Zhongshan, China.

8.  Upon information and belief, Defendant Shanghai ZeroTai Industrial Co. (previously defined as "Grand Lamps") is a company formed under the law of China and is

COMPLAINT                                    3

120168510.1

based in China at No. 2, Lane 921, Zinshen Road, Zinhe Town, Chongming District, Shanghai. Upon information and belief, Defendant is the operator of the website <grandlamps.com>.

9.    Upon information and belief, Defendant Zhongshan Yuyi Co., Ltd. (previously defined as "Wing Lighting") is a company formed under the laws of China. Upon information and belief, Defendant is the operator of the website <winglightings.com>.

10.    Upon information and belief, Defendant Zhongshan Laiting Lighting Co., Ltd. (previously defined as "Oasis Lamps") is a company formed under the laws of China. Upon information and belief, Defendant is the operator of the website <oasislamps.com>.

11.    Upon information and belief, Defendant Zhongshan Momo Lighting Co., Ltd. (previously defined as "Momo Chandelier") is a company formed under the laws of China and is based in China at 1 / F, No. 3, Touwan Lane 5, Gangnan River, Guzhen Town, Zhongshan, Guangdong. Upon information and belief, Defendant is the owner of the <momochandelier.com> website and the operator of the Alibaba storefront at <https://momolight.en.alibaba.com>.

12.    Upon information and belief, Defendant Fanci Light is the operator of the <fancilight.com> website. The website identifies Defendant's address as 6547 N Academy Blvd. 226, Colorado Spring, CO 80918. Upon information and belief, Defendant is using this address as a "virtual office" location but has no physical presence there and is likely based in China.

13.    Upon information and belief, Cure Lighting LLC (previously defined as "Cure Lighting") is the operator of <curelighting.com>. The website identifies the Defendant's address as 4075 Miller Rd, Flint Michigan 48507. Upon information and belief, Defendant is using this address as a "virtual office" location but has no physical presence there and is likely based in China.

14.    Upon information and belief, Defendant Clouds Lights is the operator of <cloudslights.com>. This website identified the Defendant's address as 418 Broadway, Suite R, Albany, NY 12201. Upon information and belief, Defendant is using this address

as a "virtual office" location but has no physical presence there and is likely based in China.

15.    Upon information and belief, Defendant Kushigo Limited is the operator of the websites <ericlightus.com> and <emmalighting.com>. The websites list the Defendants address at 304, Horgans Quay, T23 E6TD, Cork, Ireland. Upon information and belief, Defendant is using this address as a "virtual office" location but has no physical presence there and is likely based in China. (Defendant Kushigo may be referred to as "Eric Light" or "Emma Lighting" to distinguish between these businesses and their websites even though they have the same owner and operator.)

16.    Upon information and belief, Defendant Lighting Forever is the operator of the website <lighting-forever.com>. Upon information and belief, Defendant is likely based in China.

17.    Upon information and belief, Defendant Hurley Light is the operator of the website <hurleylight.com>. Upon information and belief, Defendant is likely based in China.

18.    Upon information and belief, Defendant Zhongshan Reborn Lighting Co. Ltd. is based in China at No 25, Jinxing First Street, Henglan, Zhongshan, China. Upon information and belief, Defendant is the operator of the website <rebornlighting.com>.

19.    Upon information and belief, Defendant Showsun Lighting is based in China at Building A, No 1, Tongfu South Road, Tongyi Industry District, Guzhen Town, Zhongshan City, Guangdong Province, China 528421. Upon information and belief, Defendant is the operator of the website <showsunlights.com>.

20.    Upon information and belief, Sunny Wang is identified as the contact for Showsun Lighting on <showsunlights.com>. (The Defendants identified in Paragraphs 29-30 will be collectively referred to as "Showsun Lighting.")

21.    Upon information and belief, Defendant Jinhua Sigma Industrial & Trading Co., Ltd. (previously defined as "Sigma Living") is a company formed under the laws of China and is based in China at Bldg. 1, Zhuma Industry Park, Wucheng Dist., Jinhua, Zhejiang, China. Upon information and belief, Defendant operates the Alibaba storefront at <cnsigma.en.alibaba.com> and the website at < jhsigmafurniture.com>.

22.　Upon information and belief, Defendant Dyco Décor is the operator of the website <dycodecor.com>. Upon information and belief, Defendant is likely based in China.

23.　Upon information and belief, Defendant Ineffable Lighting is the operator of the website <ineffablelighting.com>. Upon information and belief, Defendant is likely based in China.

24.　Upon information and belief, Defendant Dekorfine is the operator of the website <dekorfine.com>. The website identified the Defendant's address as 5900 Balcones Drive, Suite 100, Austin, TX 78731. Upon information and belief, Defendant is using this address as a "virtual office" location but has no physical presence there and is likely based in China.

25.　Upon information and belief, Nimo LLC (previously defined as "Zenduce") is the operator of the website <zenduce.com>. The website identified the Defendant's address as 30 N Gould St, Suite R, Sheridan, WY 82801. Upon information and belief, Defendant is using this address as a "virtual office" location but has no physical presence there and is likely based in China.

26.　Upon information and belief, Defendant Dysatu Lighting Co. Ltd. (previously defined as "Satulight") is the operator of the website <satulight.com>. The website identified the Defendant's address as 100 North Tryon Street, Charlotte, North Carolina 28202. Upon information and belief, Defendant is using this address as a "virtual office" location but has no physical presence there and is likely based in China.

27.　Upon information and belief, Defendant Oclolli Limited (previously defined as "Mooni Lighting") is the operator of the website <moonilighting.com>. The website lists the Defendant's address at 108, Cube Building, Monahan Road, Cork, T12 H1XY, Ireland. Upon information and belief, Defendant is using this address as a "virtual office" location but has no physical presence there and is likely based in China.

28.　Upon information and belief, Defendant Kevin Studio (previously defined as "Kevin Studio") is the operator of the website <kevinstudioinc.com>. The website lists the Defendant's address in Zhongshan, China.

120168510.1

**JURISDICTION AND VENUE**

29.   Pursuant to 28 U.S.C. §§ 1331 and 1338, this Court has subject matter jurisdiction over this action, because this action arises under the laws of the United States, including the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.* and the Lanham Act, 15 U.S.C. § 1051 *et seq.*,

30.   Pursuant to 28 U.S.C. § 1367, this Court has supplemental subject matter jurisdiction over RH's pendent state law claim for California Unfair Competition, Cal. Bus. & Prof. Code § 17200, because this claim is so related to RH's federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

31.   This Court has personal jurisdiction over each of the Defendants because Defendants have purposely directed their actions to the State of California, including this District.

32.   Upon information and belief, Alimia Light owns and operates the ecommerce website at <aimialight.com>. The Alimia Lights website is an interactive website on which Alimia Light uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Alimia Light ships its infringing products to the United States including consumers in the State of California, including this District. Alimia Light also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

33.   Upon information and belief, Zhusoai Lighting owns and operates the ecommerce websites at <yami-lighting.com> and <poplamps.com>. The Yami Lighting and Pop Lamps websites are interactive websites on which Yami Lighting and Pop Lamps use RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Yami Lighting and Pop Lamps ship its infringing products to the United States including consumers in the State of California, including this District. Yami Lighting and Pop Lamps also utilizes

California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

34.    Upon information and belief, Grand Lamps owns and operates the ecommerce website at <grandlamps.com>. The Grand Lamps website is an interactive website on which Grand Lamps uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Grand Lamps ships its infringing products to the United States including consumers in the State of California, including this District. Grand Lamps also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

35.    Upon information and belief, Wing Lighting owns and operates the ecommerce website at <winglightings.com>. The Wing Lighting website is an interactive website on which Wing Lighting uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Wing Lighting ships its infringing products to the United States including consumers in the State of California, including this District. Wing Lighting also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

36.    Upon information and belief, Oasis Lamps owns and operates the ecommerce website at <oasislamps.com>. The Oasis Lamps website is an interactive website on which Oasis Lamps uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Oasis Lamps ships its infringing products to the United States including consumers in the State of California, including this District. Oasis Lamps also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

37.    Upon information and belief, Momo Chandelier owns and operates the ecommerce website at <momochandelier.com> and the operator of the Alibaba storefront

120168510.1

at <https://momolight.en.alibaba.com>. The Momo Chandelier website is an interactive website on which Momo Chandelier uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Momo Chandelier ships its infringing products to the United States including consumers in the State of California, including this District. Momo Chandelier also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

38.    Upon information and belief, Fanci Light owns and operates the ecommerce website at <fancilight.com>. The Fanci Light website is an interactive website on which Fanci Light uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Fanci Light ships its infringing products to the United States including consumers in the State of California, including this District. Fanci Light also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

39.    Upon information and belief, Cure Lighting owns and operates the ecommerce website at <curelighting.com>. The Cure Lighting website is an interactive website on which Cure Lighting uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Cure Lighting ships its infringing products to the United States including consumers in the State of California, including this District. Cure Lighting also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

40.    Upon information and belief, Clouds Lights owns and operates the ecommerce website at <cloudslights.com>. The Clouds Lights website is an interactive website on which Clouds Lights uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Clouds Lights ships its infringing products to the United States

1    including consumers in the State of California, including this District. Clouds Lights also

2    utilizes California-based service providers, including payment providers and processors

3    (such as PayPal), to support its infringing conduct directed to the State of California.

4         41.    Upon information and belief, Kushigo Limited owns and operates the

5    ecommerce websites at <ericlightus.com> and <emmalighting.com>. The Eric Light and

6    Emma Lighting websites are interactive websites on which Kushigo Limited uses RH's

7    copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH

8    products to consumers in the State of California, including this District. Kushigo Limited

9    ships its infringing products to the United States including consumers in the State of

10   California, including this District. Kushigo Limited also utilizes California-based service

11   providers, including payment providers and processors, to support its infringing conduct

12   directed to the State of California.

13        42.    Upon information and belief, Lighting Forever owns and operates the

14   ecommerce website at <lighting-forever.com>. The Lighting Forever website is an

15   interactive website on which Lighting Forever uses RH's copyrighted photographs and RH

16   trademarks to advertise and sell knockoffs of RH products to consumers in the State of

17   California, including this District. Lighting Forever ships its infringing products to the United

18   States including consumers in the State of California, including this District. Lighting

19   Forever also utilizes California-based service providers, including payment providers and

20   processors, to support its infringing conduct directed to the State of California.

21        43.    Upon information and belief, Hurley Light owns and operates the ecommerce

22   website at <hurleylight.com>. The Hurley Light website is an interactive website on which

23   Hurley Light uses RH's copyrighted photographs and RH trademarks to advertise and sell

24   knockoffs of RH products to consumers in the State of California, including this District.

25   Hurley Light ships its infringing products to the United States including consumers in the

26   State of California, including this District. Hurley Light also utilizes California-based service

27   providers, including payment providers and processors (including PayPal), to support its

28   infringing conduct directed to the State of California.

120168510.1

44.    Upon information and belief, Reborn owns and operates the ecommerce website at <rebornlighting.com>. The Reborn Lighting website is an interactive website on which Reborn Lighting uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Reborn Lighting ships its infringing products to the United States including consumers in the State of California, including this District.

45.    Upon information and belief, Showsun Lighting owns and operates the ecommerce website at <showsunlights.com>. The Showsun Lighting website is an interactive website on which Showsun Lighting uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Showsun Lighting ships its infringing products to the United States including consumers in the State of California, including this District. Showsun Lighting also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

46.    Upon information and belief, Sigma Living owns and operates the ecommerce website at <jhsigmafurniture.com>. The Sigma Living website is an interactive website on which Sigma Living uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Sigma Living ships its infringing products to the United States including consumers in the State of California, including this District. Sigma Living also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

47.    Upon information and belief, Dyco Décor owns and operates the ecommerce website at <dycodecor.com>. The Dyco Décor website is an interactive website on which Dyco Décor uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Dyco Décor ships its infringing products to the United States including consumers in the

120168510.1

State of California, including this District. Dyco Décor also utilizes California-based service providers, including payment providers and processors (including PayPal), to support its infringing conduct directed to the State of California.

48.    Upon information and belief, Ineffable Lighting owns and operates the ecommerce website at <ineffablelighting.com>. The Ineffable Lighting website is an interactive website on which Ineffable Lighting uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Ineffable Lighting ships its infringing products to the United States including consumers in the State of California, including this District. Ineffable Lighting also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

49.    Upon information and belief, Dekorfine owns and operates the ecommerce website at <dekorfine.com>. The Dekorefine website is an interactive website on which Dekorefine uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Dekorefine ships its infringing products to the United States including consumers in the State of California, including this District. Dekorefine also utilizes California-based service providers, including payment providers and processors (including PayPal), to support its infringing conduct directed to the State of California.

50.    Upon information and belief, Zenduce owns and operates the ecommerce website at <zenduce.com>. The website is an interactive website on which Zenduce uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Zenduce ships its infringing products to the United States including consumers in the State of California, including this District. Zenduce also utilizes California-based service providers, including payment providers and processors (including PayPal), to support its infringing conduct directed to the State of California.

51.    Upon information and belief, Satulight owns and operates the ecommerce

120168510.1

website at <satulight.com>. The Satulight website is an interactive website on which Satulight uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Satulight ships its infringing products to the United States including consumers in the State of California, including this District. Satulight also utilizes California-based service providers, including payment providers and processors (including PayPal), to support its infringing conduct directed to the State of California.

52.    Upon information and belief, Mooni Lighting owns and operates the ecommerce website at <moonilighting.com>. The Mooni Lighting website is an interactive website on which Mooni Lighting uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Mooni Lighting ships its infringing products to the United States including consumers in the State of California, including this District. Mooni Lighting also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

53.    Upon information and belief, Kevin Studio owns and operates the ecommerce website at <kevinstudioinc.com>. The Kevin Studio website is an interactive website on which Kevin Studio uses RH's copyrighted photographs and RH trademarks to advertise and sell knockoffs of RH products to consumers in the State of California, including this District. Kevin Studio ships its infringing products to the United States including consumers in the State of California, including this District. Kevin Studio also utilizes California-based service providers, including payment providers and processors, to support its infringing conduct directed to the State of California.

54.    In the alternative, this Court has personal jurisdiction over each Defendant pursuant to Rule 4(k)(2) of the Federal Rules of Civil Procedure because (1) RH's claims arise under federal law; (2) the Defendants are not subject to jurisdiction in any state courts of general jurisdiction in the United States; and (3) exercising jurisdiction comports with Due Process. Specifically, Defendants' contacts with the United States as a whole support

exercising personal jurisdiction over the Defendants because all Defendants advertise that they sell and ship products to the United States.

55.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)-(c) in that a substantial part of the events or omissions giving rise to the claims occurred here and Defendants are subject to personal jurisdiction in this District.

**INTRA-DISTRICT ASSIGNMENT**

56.    In accordance with Civil L.R. 3-2(c), this action is properly assigned on a District-wide basis because it relates to intellectual property rights.

**FACTUAL ALLEGATIONS**

**Background on RH**

57.    RH is an innovative and popular luxury retailer in the home furnishings marketplace. RH offers a wide variety of luxury home furnishings, including furniture, lighting, textiles, and other products. RH was founded in Eureka, California, in 1980. Over the past 42 years, RH has grown to approximately 68 retail stores (known as "galleries") in the U.S. and Canada. RH sells its products (including the lighting products at issue in this case) through its galleries, catalogs (known as "source books"), and through its website at <RH.com>.

58.    RH is well known for using artistic photographs to promote its products, including its lighting products. RH spends a substantial amount of time, money, and effort staging and photographing its products. RH's source books and websites feature thousands of photographs featuring RH's products in upscale and refined settings. RH's photographs and products are frequently featured in design, home décor, and lifestyle publications, such as *Architectural Digest*, *Elle Décor*, *InStyle*, *Interiors*, *Luxe* and *Veranda*.

**RH's Copyrights in Photographs**

59.    RH owns copyrights in the product photographs. RH currently owns more than 90 U.S. copyright registrations, including registrations for source books, the <RH.com> website, and a compilation of lighting photographs, which collectively cover all of the photographs at issue in this case. True and correct copies of registrations for these works

are attached as Exhibit A ("RH Copyrighted Works"). Based on these registrations, RH owns the exclusive right to copy, distribute and publicly display the RH Copyrighted Works.

**Trademark Rights in Lighting Product Names**

60.    RH owns common law rights in the product names it uses for the lighting products at issue in this case: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CAMINO, CANNELE, CASCADA, ECLATANT, FULCRUM, HARLOW, MACHINIST, MARIGNAN, PAUILLAC, PEARL, RAIN, RAVELLE, RHYS, SAN MARCO, SAVILE, SPIRIDON, UTILITAIRE, and WRIGHT. Furthermore, RH owns common law as well as Federal trademark registrations for its RESTORATION HARDWARE Mark (collectively, with the product names, "RH Marks"). As a result of RH's use of these marks in commerce, consumers have come to associate the marks with high-quality lighting products from RH. A table identifying the RH Marks with their dates of first use in commerce is attached as Exhibit B. Based on its continuous use of the RH Marks, RH owns exclusive common law rights to use the RH Marks in connection with the sale of lighting products in the U.S.

**Alimia Lights' Infringement of RH's Intellectual Property Rights**

61.    Alimia Light is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <alimialight.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <alimialight.com>.

62.    Further, Alimia Light is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Rain, Arcachon, Cannele, Harlow, Eclatant, Marignan, Boule De Cristal, Ravelle, Fulcrum, and Savile. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <alimialight.com>.

**Zhuosai Lighting's Infringement of RH's Intellectual Property Rights**

63.    Zhuosai Lighting is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <yami-lighting.com> and <poplamps.com>. *See*

120168510.1

Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <yami-lighting.com> and <poplamps.com>.

64.    Further, Zhuosai Lighting is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Boule de Cristal, Rain, Marignan, Pearl, Cascada, Fulcrum, and Cannele. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <yami-lighting.com and <poplamps.com>.

**Grand Lamps' Infringement of RH's Intellectual Property Rights**

65.    Grand Lamps is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <grandlamps.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <grandlamps.com>.

66.    Further, Grand Lamps is using RH Marks, or confusingly similar variation, to sell knockoffs of RH products, including the following marks: Aquitaine, Boule De Cristal, Cascada, Harlow, Machinist, Pauillac, Pearl, Rain, Ravelle, San Marco, Savile, and Spiridon. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <grandlamps.com>.

**Wing Lighting's Infringement of RH's Intellectual Property Rights**

67.    Wing Lighting is using numerous RH copyrighted photographs to sell knockoffs of RH lighting products on <winglightings.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <winglightings.com>.

68.    Further, Wing Lightings is using RH Marks, or confusingly similar variation, to sell knockoffs of RH products, including the following marks: Boule de Cristal, Cascada, Fulcrum, Rain, and Savile. *See* Exhibit D for a side-by-side comparison of the infringing

products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <winglightings.com>.

**Oasis Lamp's Infringement of RH's Intellectual Property Rights**

69.    Oasis Lamps is using numerous RH copyrighted photographs to sell knockoffs of RH lighting products on <oasislamps.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <oasislamps.com>.

70.    Further, Oasis Lamps is using RH Marks, or confusingly similar variation, to sell knockoffs of RH products, including the following marks: Aquitaine, Boule De Cristal, Cascada, Eclatant, Fulcrum, Harlow, Marignan, Pearl, Rain, Ravelle, Savile, and Spiridon. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <oasislamps.com>.

**Momo Chandelier's Infringement of RH's Intellectual Property Rights**

71.    Momo Chandelier is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <momochandelier.com> and <momolight.en.alibaba.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <momochandelier.com> and <momolight.en.alibaba.com>.

72.    Further, Momo Chandelier is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Aquitaine, Arcachon, Boule De Cristal, Camino, Cannele, Cascada, Eclatant, Fulcrum, Harlow, Machinist, Marignan, Pauillac, Pearl, Rain, Ravelle, Rhys, San Marco, Savile, Spiridon, Utilitaire, and Wright. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <momochandelier.com> and <momolight.en.alibaba.com>.

**Fanci Light's Infringement of RH's Intellectual Property Rights**

73.    Fanci Light is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <fancilight.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <fancilight.com>.

74.    Further, Fanci Light is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Boule de Cristal, Pearl, and Rain. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <fancilight.com>.

**Cure Lighting's Infringement of RH's Intellectual Property Rights**

75.    Cure Lighting is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <curelighting.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <curelighting.com>.

76.    Further, Cure Lighting is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Aquitaine, Arcachon, Boule De Cristal, Cannele, Eclatant, Fulcrum, Harlow, Machinist, Marignan, Pearl, Rain, Ravelle, and San Marco. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <curelighting.com>.

**Clouds Lights' Infringement of RH's Intellectual Property Rights**

77.    Clouds Lights is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <cloudslights.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <cloudslights.com>.

78.    Further, Clouds Lights is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Boule de Cristal, Camino,

Cannele, Cascada, Pearl, and Rain. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <cloudslights.com>.

**Kushigo Limited's Infringement of RH's Intellectual Property Rights**

79.    Kushigo Limited is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <ericlightus.com> and <emmalighting.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <ericlightus.com> and <emmalighting.com>.

80.    Further, Kushigo Limited is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Aquitaine, Arcachon, Boule De Cristal, Cannele, Cascada, Eclatant, Harlow, Marignan, Pauillac, Pearl, Rain, Ravelle, Rhys, San Marco, Savile, Spiridon, Camino, Cannele, Fulcrum, Machinist, and Utilitaire. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <ericlightus.com> and <emmalighting.com>.

**Lighting Forever's Infringement of RH's Intellectual Property Rights**

81.    Lighting Forever is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <lighting-forever.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <lighting-forever.com>.

82.    Further, Lighting Forever is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Arcachon, Boule De Cristal, Camino, Cannele, Harlow, Marignan, Pauillac, Rain, Ravelle, and Rhys. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <lighting-forever.com>.

**Hurley Light's Infringement of RH's Intellectual Property Rights**

83.    Hurley Light is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <hurleylight.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <hurleylight.com>.

84.    Further, Hurley Light Forever is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Boule de Cristal, Fulcrum, Harlow, Pearl, and San Marco. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <hurleylight.com>.

**Reborn Lighting's Infringement of RH's Intellectual Property Rights**

85.    Reborn Lighting is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <rebornlighting.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <rebornlighting.com>.

86.    Further, Reborn Lighting is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CAMINO, CANNELE, CASCADA, ECLATANT, FULCRUM, HARLOW, MARIGNAN, PEARL, RAIN, RAVELLE, SAN MARCO, SPIRIDON, RH, and RESTORATION HARDWARE. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <rebornlighting.com>.

**Showsun Lighting's Infringement of RH's Intellectual Property Rights**

87.    Showsun Lighting is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <showsunlights.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <showsunlights.com>.

88.    Further, Showsun Lighting is using RH Marks, or confusingly similar

120168510.1

variations, to sell knockoffs of RH products, including the following marks: Aquitaine, Arcachon, Boule De Cristal, Camino, Cannele, Cascada, Eclatant, Marignan, Pauillac, Rain, Ravelle, Rhys, San Marco, and Spiridon. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <showsunlights.com>.

**Sigma Living's Infringement of RH's Intellectual Property Rights**

89.     Sigma Living is using numerous of RH copyrighted photographs to sell knockoffs of RH products on <jhsigmafurniture.com> and <cnsigma.en.alibaba.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <jhsigmafurniture.com> and <cnsigma.en.alibaba.com>.

90.     Further, Sigma Living is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Aquitaine, Arcachon, Boule De Cristal, Camino, Cannele, Cascada, Eclatant, Fulcrum, Harlow, Machinist, Marignan, Pauillac, Pearl, Rain, Ravelle, Rhys, San Marco, Savile, Spiridon, Utilitaire, and Wright. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <jhsigmafurniture.com> and <cnsigma.en.alibaba.com>.

**Dyco Décor's Infringement of RH's Intellectual Property Rights**

91.     Dyco Décor is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <dycodecor.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <dycodecor.com>.

92.     Further, Dyco Décor is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Boule de Cristal, Harlow, Machinist, Pearl, and Rain. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <dycodecor.com>.

120168510.1

**Ineffable Lighting's Infringement of RH's Intellectual Property Rights**

93.    Ineffable Lighting is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <ineffablelighting.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <ineffablelighting.com>.

94.    Further, Ineffable Lighting is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Pearl and Rain. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <ineffablelighting.com>.

**Dekorfine's Infringement of RH's Intellectual Property Rights**

95.    Dekorfine is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <dekorfine.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <dekorfine.com>.

96.    Further, Dekorfine is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Aquitaine, Boule de Cristal, and Cannele. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <dekorfine.com>.

**Zenduce's Infringement of RH's Intellectual Property Rights**

97.    Zenduce is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <zenduce.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <zenduce.com>.

98.    Further, Zenduce is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Fulcrum. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine

products as well as a full list of product listings using the RH Marks on <zenduce.com>.

**Satulight's Infringement of RH's Intellectual Property Rights**

99.   Satulight is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <satulight.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <satulight.com>.

100.  Further, Satulight is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Boule de Cristal and Machinist. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <satulight.com>.

**Mooni Lighting's Infringement of RH's Intellectual Property Rights**

101.  Mooni Lighting is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <moonilighting.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <moonilighting.com>.

102.  Further, Mooni Lighting is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Pearl and Rain. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <moonilighting.com>.

**Kevin Studio's Infringement of RH's Intellectual Property Rights**

103.  Kevin Studio is using numerous of RH copyrighted photographs to sell knockoffs of RH lighting products on <kevinstudioinc.com>. *See* Exhibit C for a side-by-side comparison of the infringing photographs and RH Copyrighted Works as well as a full list of product listings using the RH Copyrighted Works on <kevinstudioinc.com>.

104.  Further, Kevin Studio is using RH Marks, or confusingly similar variations, to sell knockoffs of RH products, including the following marks: Pearl, Cascada, and

Machinist. *See* Exhibit D for a side-by-side comparison of the infringing products using the infringing marks and genuine products as well as a full list of product listings using the RH Marks on <kevinstudioinc.com>.

**Defendants' Cooperation And Common Action In Inflicting Mass Harm on RH**

105.  Upon information and belief, Defendants are directly or indirectly cooperating with each other and engaging in a common scheme to commit mass foreign infringement of RH's intellectual property rights.

106.  Upon information and belief, each Defendant operates out of China, and understands that they can profit from use of RH's intellectual property to sell counterfeit RH products with immunity through the benefit of numerosity, anonymity and mass reach offered by the internet and international borders.

107.  Given this, RH cannot effectively enforce its rights in the RH Copyrighted Works and RH Marks against any individual Defendant, because whenever RH takes action against one Defendant, another Defendant, who may or may not be the same individuals behind the company RH just took action against, emerges, often using a similar website design and copying the same RH Copyrighted Works and RH Marks. This is made easier by the fact that Defendants often simply use cookie-cutter website designs that can be transferred from website to website.

108.  Accordingly, Defendants have materially contributed to a single, harmful occurrence to RH in the form of mass foreign infringement, which collectively and in the aggregate make it nearly impossible for RH to protect the RH Copyrighted Works and RH Marks, but through the joinder of all Defendants in one action.

**COUNT I**
**(COPYRIGHT INFRINGEMENT**
**UNDER 15 U.S.C. § 501 AGAINST ALL DEFENDANTS)**
**(RH Copyrighted Works)**

109.  RH hereby incorporates by reference each of the allegations in the preceding paragraphs of this Complaint as if fully set forth herein.

120168510.1

110. RH is the owner of all rights, title, and interest in and to the photographs in the RH Copyrighted Works. *See* Exhibit A.

111. Each of the RH Copyrighted Works is an original work of authorship in a tangible form of expression.

112. Without RH's consent, Defendants copied and publicly displayed the RH Copyrighted Works on Defendants' websites at <alimialight.com>, <yami-lighting.com>, <poplamps.com>, <grandlamps.com>, <winglightings.com>, <oasislamps.com>, <momochandelier.com>, <momolight.en.alibaba.com>, <fancilight.com>, <curelighting.com>, <cloudslights.com>, <ericlightus.com>, <emmalighting.com>, <lighting-forever.com>, <hurleylight.com>, <showsunlights.com>, <jhsigmafurniture.com>, <cnsigma.en.alibaba.com>, <dycodecor.com>, <ineffablelighting.com>, <dekorfine.com>, <zenduce.com>, <satulight.com>, <moonilighting.com>, and <kevinstudioinc.com> in violation of 17 U.S.C. §§ 106 and 501.

113. Upon information and belief, Defendants willfully committed copyright infringement.

114. As a direct and proximate result of Defendants' copyright infringement, RH has suffered irreparable harm and damages.

115. RH is entitled to injunctive relief and other remedies available under the Copyright Act including, but not limited to, actual damages and any additional profits of the infringer or statutory damages, attorneys' fees, costs, and prejudgment interest.

## COUNT II
### (FEDERAL UNFAIR COMPETITION
### UNDER 15 U.S.C. § 1125(A) AGAINST ALL DEFENDANTS)
### (RH Marks)

116. RH hereby incorporates by reference each of the allegations in the preceding paragraphs of this Complaint as if fully set forth herein.

117. RH owns common law rights to the RH Marks for lighting products based on RH's prior use of the RH Marks in commerce.

120168510.1

118.  Defendants are using the RH Marks or marks confusingly similar thereto in commerce in a manner that is likely to cause confusion, mistake, or deception as to the origin, or approval of Defendants' goods or commercial activities.

119.  Upon information and belief, Defendants willfully committed trademark infringement, making this an exceptional case.

120.  As a direct and proximate result of Defendants' trademark infringement, RH has suffered irreparable harm and damages.

121.  RH is entitled to injunctive relief and other remedies available under the Lanham Act including, but not limited to, defendants' profits, any damages sustained by RH, the trebling of any damages according to the circumstances of this case, attorneys' fees, costs, and prejudgment interest.

**COUNT III**
**(UNFAIR COMPETITION UNDER**
**CALIFORNIA BUS. & PROF CODE. §§ 17200 *et seq.***
**AGAINST ALL DEFENDANTS)**

122.  RH hereby incorporates by reference each of the allegations in the preceding paragraphs of this Complaint as if fully set forth herein.

123.  Defendants' conduct constitutes unfair competition as unlawful, unfair, or fraudulent business acts or practices under Section 17200 of the California Business & Professions Code.

124.  As a direct and proximate result of Defendants' unfair competition, RH has suffered irreparable harm.

125.  RH is entitled to injunctive relief and other remedies available under the California Business and Professional Code § 17203, including any orders necessary to restore RH any money which may have been acquired by means of such unfair competition.

///

///

///

COMPLAINT                                    26

120168510.1

## **PRAYER FOR RELIEF**

WHEREFORE, RH respectfully prays for the following relief:

A.    A temporary restraining order and preliminary and permanent injunctions enjoining Defendants and their owners, principals, agents, officers, directors, members, servants, employees, successors, assigns, and all other persons acting in concert and participation with them, from infringing the RH Copyrighted Works and RH Marks (or any other reproduction, counterfeit, copy, colorable imitation or confusingly similar variation thereof), and other relief requested by RH;

B.    Judgment in favor of RH and against Defendants for copyright infringement and damages in the form of, at Plaintiffs' election: (a) actual damages and any additional profits of Defendants; or (b) statutory damages, for each violation under 17 U.S.C. § 504;

C.    Judgment in favor of RH and against Defendants for unfair competition and damages in the form of defendants' profits and any damages sustained by RH under 15 U.S.C. § 1117;

D.    Judgment in favor of RH and against Defendants for unfair competition, in violation of California Bus. & Prof. Code § 17200;

E.    An order to freeze Defendants' assets and disabling Defendants' website domains <alimialight.com>, <yami-lighting.com>, <poplamps.com>, <grandlamps.com>, <winglightings.com>, <oasislamps.com>, <momochandelier.com>, <fancilight.com>, <curelighting.com>, <cloudslights.com>, <ericlightus.com>, <emmalighting.com>, <lighting-forever.com>, <hurleylight.com>, <rebornlighting.com>, <showsunlights.com>, <jhsigmafurniture.com>, <dycodecor.com>, <ineffablelighting.com>, <dekorfine.com>, <zenduce.com>, <satulight.com>, <moonilighting.com>, and <kevinstudioinc.com> domain names pending a final determination of liability and damages;

F.    An order authorizing alternative service by email on Defendants;

G.    An award of attorneys' fees and costs incurred by RH in prosecuting this action under the Copyright Act, the Lanham Act, and otherwise as allowed under law; and

H.    Any and all other relief the Court deems just, proper, fair, and equitable.

120168510.1

Dated: March 1, 2023

Respectfully submitted,

By:  ___/s/ Michael J. McCue
Michael J. McCue (SBN: 296425)
Meng Zhong (SBN: 344124)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
203 Redwood Shores Parkway, Suite 670
Redwood City, CA 94065
Tel.: 650.391.1380
MMcCue@LewisRoca.com
MZhong@LewisRoca.com

*Attorneys for Plaintiffs*
*Restoration Hardware, Inc.*
*and RH US, LLC*

120168510.1