UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALIMIA LIGHT, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00948-HSG<br>*SEALED*<br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

Before the Court is Plaintiff's motion for a temporary restraining order ("TRO"), filed at 3:36 p.m. on Friday, March 3, 2023. *See* Dkt. No. 2. On March 6, 2023, the Court found it inappropriate to grant the sweeping TRO requested without notice and directed Plaintiff to serve Defendants by electronic mail and provide proof to the Court by the following day. *See* Dkt. No. 9. Plaintiff failed to do so, and the Court provided another opportunity to file a declaration and supporting proof of service by noon on March 9, 2023. *See* Dkt. No. 10. Again, Plaintiff failed to comply with the Court's order. The deadline for Defendants to respond to any notice was 3:00 p.m. on March 9, 2023. *See* Dkt. No. 9. As explained in the Court's previous order, Plaintiff has failed to meet the requirements of Federal Rule of Civil Procedure 65(b)(1) that would excuse it from providing notice. *See id.* Having received no indication that Plaintiff provided notice to Defendants as directed, the Court **DENIES** the motion for a TRO.

**IT IS SO ORDERED.**

Dated: 3/13/2023

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge