SEALED BY ORDER
OF THE COURT

1  Michael J. McCue (SBN: 296425)
2  Meng Zhong (SBN: 344124)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
3  100 Pine Street, Suite 1750
   San Francisco, CA 94111
4  Tel.: 650.391.1380
   MMcCue@LewisRoca.com
5  MZhong@LewisRoca.com

6  *Attorneys for Plaintiffs*
   *Restoration Hardware, Inc.*
7  *and RH US, LLC*

**F I L E D**

MAY 05 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  RESTORATION HARDWARE, INC.,           **Case No.: 23-cv-948-HSG**
    a Delaware corporation; and RH US, LLC,
12  a Delaware limited liability company,  **PLAINTIFFS' RENEWED EMERGENCY
                                           MOTION FOR A TEMPORARY
13        Plaintiffs,                      RESTRAINING ORDER *WITH NOTICE*,
                                           ORDER AUTHORIZING ALTERNATIVE
14  v.                                     SERVICE OF PROCESS, ORDER FOR
                                           EXPEDITED DISCOVERY, AND ORDER
15  ALIMIA LIGHT, a Chinese business entity, TO SHOW CAUSE WHY A PRELIMINARY
    et al.                                 INJUNCTION SHOULD NOT BE
16                                         GRANTED; AND SUPPORTING
          Defendants.                      MEMORANDUM OF POINTS AND
17                                         AUTHORITIES**

18                                         Hearing Date: _____

19                                         Hearing Time: _____

20

21

22

23

24

25

26

27

28

121037822.1

## TABLE OF CONTENTS

TABLE OF AUTHORITIES ............................................................................................ii

    NOTICE OF MOTION ................................................................................ 1

    STATEMENT OF ISSUES ....................................................................... 2

    MEMORANDUM OF POINTS AND AUTHORITIES ................................ 2

I.  STATEMENT OF FACTS ............................................................................ 3

    A.    Background on RH ......................................................................... 3

    B.    RH's Intellectual Property Rights Relevant to this Action............................. 4

    C.    Defendants' Infringement of RH's Intellectual Property Rights.................. 5

II.  ARGUMENT ................................................................................................ 11

    A.    The Court Has Personal Jurisdiction Over Each Defendant...................... 11

    B.    The Defendants Have Been Provided with Notice and a Seal Is No Longer Necessary ...................................................... 12

    C.    The Court Should Enjoin Defendants' Infringing Conduct ........................ 13

    D.    The Court Should Issue a Temporary Freeze on Defendants' Financial Accounts in The United States ............................... 19

    E.    The Court Should Authorize Alternative Service of Process .................... 22

    F.    The Court Should Authorize Limited Expedited Discovery ...................... 24

    G.    The Court Should Not Require RH to Post a Bond to Secure the Injunctive Relief, or Alternatively, Should Set It at No More Than $10,000 ...................................................................... 25

III. CONCLUSION........................................................................................... 25

i

# TABLE OF AUTHORITIES

Cases

*A&M Records, Inc. v. Napster, Inc.*, 239 F.3d 1004 (9th Cir. 2001).................................. 13

*Acad. of Motion Picture Arts & Scis. v. Creative House Promotions, Inc.*,
    944 F.2d 1446 (9th Cir. 1991) ............................................................. 16

*Adobe Sys. Inc. v. Childers*, No. 5:10-CV-03571 JF/HRL, 2011 WL 566812, at *4
    (N.D. Cal. Feb. 14, 2011) ................................................................. 12

*Amazon Content Servs. LLC v. Kiss Libr.*, No. 2:20-CV-01048 MJP,
    2020 WL 12863507, at *3 (W.D. Wash. Aug. 27, 2020).......................................... 21

*Bestway Inflatables & Material Corp. v. Doe 1-10*, No. 4:21-CV-05119-PJH,
    2021 WL 4924778, at *1 (N.D. Cal. July 15, 2021) ........................................ 3 at n.2

*Brookfield Commc'ns, Inc. v. W. Coast Ent. Corp.*, 174 F.3d 1036 (9th Cir. 1999) ......... 16

*Bushnell, Inc. v. Brunton Co.*, 673 F. Supp. 2d 1241 (D. Kan. 2009) .................... 17 at n.3

*Canon Inc. v. GCC Int'l Ltd.*, 450 F. Supp. 2d 243 (S.D.N.Y. 2006) ...................... 17 at n.3

*Carson v. Griffin*, No. 13-CV-0520 KAW, 2013 WL 2403601, at **1-2 (N.D. Cal.
    May 31, 2013) ............................................................................. 23

*Chanel, Inc. v. Partnerships or Unincorporated Associations Identified
    on Schedule "A"*, No. C-13-02645 RS, 2013 WL 12120213, at *2–3
    (N.D. Cal. June 14, 2013)................................................................ 3 at n.2

*Cisco Sys., Inc. v. Shenzhen Usource Tech. Co.*, No. 5:20-CV-04773-EJD,
    2020 WL 4196273, at *1 (N.D. Cal. July 20, 2020) ........................... 3 at n.2, 23, 24

*Cisco Sys., Inc. v. Shenzhen Usource Tech. Co.*, no. 5:20-CV-04773-EJD,
    2020 WL 5199434, at *11 (N.D. Cal. Aug. 17, 2020) .......................................... 17

*Cisco Sys., Inc. v. Wuhan Wolon Commc'n Tech. Co.*, No. 5:21-CV-04272-EJD,
    2021 WL 4962661, at *1 (N.D. Cal. July 23, 2021) ............................... 3 at n.2, 17

*Cleary v. News Corp.*, 30 F.3d 1255 (9th Cir. 1994)........................................ 16

*Connecticut Gen. Life Ins. Co. v. New Images of Beverly Hills*, 321 F.3d 878
    (9th Cir. 2003) ........................................................................... 25

*DFSB Kollective Co. v. Tran*, No. 11-CV-01049-LHK, 2011 WL 6730678, at *3
    (N.D. Cal. Dec. 21, 2011)................................................................. 12

*Disney Enterprises, Inc. v. VidAngel, Inc.*, 869 F.3d 848 (9th Cir. 2017)........................ 18

*Eldred v. Ashcroft*, 537 U.S. 186 (2005)....................................................... 19

*Facebook, Inc. v. Banana Ads, LLC*, No. C-11-3619 YGR, 2012 WL 1038752, at **1-2
(N.D. Cal. Mar. 27, 2012) ................................................................................. 23

*Friends of the Wild Swan v. Weber*, 767 F.3d 936 (9th Cir. 2014) .................................. 13

*FTC v. Affordable Media, LLC*, 179 F.3d 1228 (9th Cir. 1999) ........................................ 20

*Gathering Tree, LLC v. Symmetry Labs, Inc.*, No. 19-CV-07074-WHO,
2020 WL 3186052, at *3 (N.D. Cal. June 15, 2020) ................................................ 14

*GoTo.com, Inc. v. Walt Disney Co.*, 202 F.3d 1199 (9th Cir. 2000) ................................ 14

*Gucci Am., Inc. v. Weixing Li*, 768 F.3d 122 (2d Cir. 2014) ............................................. 22

*Halicki Films, LLC v. Sanderson Sales and Mktg.*, 547 F.3d 1213 (9th Cir. 2008) .......... 14

*Jenkins v. Pooke*, No. C 07-03112 JSW, 2009 WL 412987, at **2-3 (N.D. Cal.
Feb. 17, 2009) ................................................................................................. 23

*JL Beverage Co., LLC v. Jim Beam Brands Co.*, 828 F.3d 1098 (9th Cir. 2016) ............ 15

*JUUL Labs, Inc. v. Chou*, No. CV 21-3056 DSF (PDX), 2021 WL 4900374, at *11
(C.D. Cal. June 9, 2021) .................................................................................... 20

*KP Permanent Make–Up, Inc. v. Lasting Impression I, Inc.*, 408 F.3d 596
(9th Cir. 2005) ................................................................................................. 14

*Lahoti v. VeriCheck, Inc.*, 586 F.3d 1190 (9th Cir. 2009) ................................................ 14

*Lockheed Missile & Space Co. v. Hughes Aircraft Co.*, 887 F. Supp. 1320
(N.D. Cal. 1995) .............................................................................................. 13

*Micron Tech., Inc. v. United Microelectronics Corp.*, No. 17-CV- 06932-MMC,
2018 WL 6069646, at **1–2 (N.D. Cal. Nov. 20, 2018) ...................................... 23-24

*Microsoft Corp. v. Goldah.com Network Tech. Co.*, No. 17-CV-02896-LHK,
2017 WL 4536417, at *4 (N.D. Cal. Oct. 11, 2017) ........................................ 23, 25

*Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306 (1950) ................................... 23

*Neighborhood Assistance Corp. v. First One Lending Corp.*, No. SACV 12-0463
DOC (MLGx), 2013 WL 12113414, at *5 (C.D. Cal. Feb. 11, 2013) ...................... 19

*Network Automation, Inc. v. Advanced Sys. Concepts, Inc.*, 638 F.3d 1137
(9th Cir. 2011) ................................................................................................. 15

*Nike, Inc. v. Fujian Bestwinn (China) Indus. Co.*, 166 F. Supp. 3d 1177
(D. Nev. 2016) ................................................................................................. 17

*Nike, Inc. v. Wu*, 349 F. Supp. 3d 310 (S.D.N.Y. 2018) .................................................. 24

*Nintendo of Am., Inc. v. Storman*, No. CV19-7818-CBMR (AOX), 2021 WL 4772529,
    at *2 (C.D. Cal. Aug. 5, 2021) .................................................................... 17

*O2 Micro Int'l Ltd. v. Beyond Innovation Tech. Co.*, No. 04-32, 2007 WL 869576,
    at *2 (E.D. Tex. Mar. 21, 2007), *vacated and remanded on other grounds*,
    521 F.3d 1351 (Fed. Cir. 2008) ........................................................ 17 at n.3

*Oomph Innovations LLC v. Shenzhen Bolsesic Elecs. Co.*, No. 5:18-CV-05561-EJD,
    2020 WL 5847505, at *2 (N.D. Cal. Sept. 30, 2020) ................................ 12

*Picot v. Weston*, 780 F.3d 1206 (9th Cir. 2015) ............................................ 12

*Playboy Enters., Inc. v. Baccarat Clothing Co., Inc.*, 692 F.2d 1272
    (9th Cir. 1982) ........................................................................................ 19

*Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 737 F. Supp. 1521 (S.D. Cal. 1989),
    *aff'd*, 970 F.2d 552 (9th Cir. 1992) ................................................... 20, 22

*Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126 (9th Cir. 2006) .......................... 21

*Restoration Hardware, Inc. v. Sichuan Wei Li Tian Xia Network Tech. Co., LTD.*,
    No. 22-CV-03054-JSC, 2022 WL 4596622, at *1
    (N.D. Cal. July 11, 2022) .................................................... 3 at n.2, 21

*Restoration Hardware, Inc. v. Sichuan Wei Li Tian Xia Network Tech. Co.*,
    No. 22-CV-03054-JSC, 2023 WL 2815358, at *2 (N.D. Cal. Apr. 5, 2023) ........... 21

*Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007 (9th Cir. 2002) .................... 22, 23

*Robert Bosch, LLC v. Pylon Mfg. Corp*, 659 F.3d 1142 (Fed. Cir. 2011) .............. 17 at n.3

*Sas v. Sawabeh Info. Servs. Co.*, No. CV 11-04147 GAF (MANx), 2011 WL 13130013,
    at **6–7 (C.D. Cal. May 17, 2011) ..................................................... 24 at n.4

*SATA GmbH & Co. Kg v. Wenzhou New Century Int'l, Ltd.*, No. CV 15-08157-BRO
    (Ex), 2015 WL 6680807, at *11 (C.D. Cal. Oct. 19, 2015) ........................... 24 at n.4

*Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273 (N.D. Cal. 2002) ................. 24

*Spy Optic Inc. v. The Individuals, Partnerships and Unincorporated Associations
    Identified on Schedule A and Does 1-10*, 2017 WL 10592133, at *2 .......... 24 at n.4

*Sream, Inc. v. Sahebzada*, No. 18-CV-05673-DMR, 2019 WL 2180224, at *9
    (N.D. Cal. Mar. 6, 2019), *report and recommendation adopted*,
    No. 18-CV-05673-RS, 2019 WL 2180215 (N.D. Cal. Mar. 28, 2019) ..................... 18

*Stuhlbarg Int'l Sales Co., Inc. v. John D. Brush & Co., Inc.*, 240 F.3d 832
    (9th Cir. 2001) ........................................................................................ 13

*Triad Sys. Corp. v. Se. Exp. Co.*, 64 F.3d 1330 (9th Cir. 1995) ....................................... 18

*Ubiquiti Networks, Inc. v. Kozumi USA Corp.*, No. C 12-2582 CW, 2012 WL 2343670,
    at *15 (N.D. Cal. June 20, 2012) .................................................... 18, 25

*U-Haul Int'l, Inc. v. Jartran, Inc.*, 681 F.2d 1159 (9th Cir. 1982) ........................................ 19

*United Tactical Sys., LLC v. Real Action Paintball, Inc.*, No. 14-CV-04050-MEJ,
    2014 WL 6788310, at *23 (N.D. Cal. Dec. 2, 2014) ................................................ 18

*Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc.*,
    515 F. Supp. 3d 1061 (N.D. Cal. 2021) ................................................................ 17

*Winter v. Natural Res. Defense Council, Inc.*, 555 U.S. 7 (2008) .............................. 13


Statutes

15 U.S.C. § 1114 ........................................................................................................ 14

15 U.S.C. § 1116(a), Trademark Modernization Act of 2020 .................................... 17

15 U.S.C. § 1117 ........................................................................................................ 20

15 U.S.C. § 1125(a), The Lanham Act ...................................... 14, 15, 16, 19, 20

17 U.S.C. § 106 ...................................................................................................... 4, 13

17 U.S.C. § 410(c) ...................................................................................................... 14

17 U.S.C. § 502(a) ...................................................................................................... 20

California Business and Professions Code § 17200 ................................................ 16

Rules

Fed. R. Civ. P. 26(d) .................................................................................................. 24

Fed. R. Civ. P. 4(f)(3) ............................................................................................ 1, 22

Fed. R. Civ. P. 65(b) .............................................................................................. 1, 2

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that on _____, 2023, at ___ [a.m.]/[p.m.] (or as soon thereafter as the matter may be heard) before Judge Haywood S. Gilliam, Jr. of the United States District Court for the Northern District of California, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Plaintiffs Restoration Hardware, Inc. and RH US LLC will move and hereby move the Court for a temporary restraining order with notice and, upon its expiration, a preliminary injunction:

1.    Enjoining Defendants and their respective officers, agents, servants, employees, and all other persons acting in active concert and participation with them from:

      a.  Copying, distributing, or publicly displaying any of the RH Copyrighted Works (as defined in the Motion); and

      b.  Using any of the RH Marks (as defined in the Motion), or any marks confusingly similar thereto, in commerce in connection with the manufacturing, offering for sale, or sale of any lighting products;

2.    Freezing certain Defendants' financial accounts in the United States;

3.    Authorizing Plaintiffs to serve the Defendants via email pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure;

4.    Granting Plaintiffs leave to conduct limited expedited discovery;

5.    Ordering Defendants to appear and show cause why a preliminary injunction should not be issued upon expiration of the temporary restraining order; and

6.    If the Court issues a temporary restraining order and Defendants do not comply, ordering the domain name registrars and registry for the Defendants' domains to disable the domain names and ordering the domain name registrars, domain name registry, website hosting services, ecommerce platforms, online retailers, content delivery networks, social media platforms, and payment processors to cease providing services to Defendants.

This Motion is based on the Memorandum of Points and Authorities below, the supporting declaration of Michael J. McCue and the previously filed declaration of Sophy Manes,[1] and exhibits thereto, all other papers and pleadings on file in this case, and such additional arguments and evidence as may be presented at any hearing on this Motion.

## STATEMENT OF ISSUES

1.    Should the Court grant a temporary restraining order with notice against Defendants?

2.    Should the Court issue a freeze on Defendants' specific financial accounts in the United States in which Defendants may hold revenue from their infringing conduct, pending further order of the Court?

3.    Should the Court authorize service of process on Defendants via email?

4.    Should the Court grant permission to Plaintiffs to conduct expedited discovery to enable Plaintiffs to obtain information sufficient to identify all individuals and companies responsible for the infringing conduct at issue in this case and to determine the existence and location of financial accounts that may be owned or controlled by Defendants?

5.    Should the Court issue an order to show cause why it should not enter a preliminary injunction against the Defendants?

6.    If the Court enters a temporary restraining order but Defendants do not timely and fully comply, should the Court order the domain name registrars and registry to disable the Defendants' websites and order the website hosting services, ecommerce platforms, content delivery networks, social media platforms, online retailers, and payment processors to cease providing services to Defendants and the websites pending further order of the Court?

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "RH") respectfully move the Court for a

---

[1] Because RH is simply re-noticing its prior Motion for TRO, it is relying on the same evidence submitted in support of the motion as originally filed. (ECF No. 3.) However, because the Court noted that it did not receive the McCue Declaration, RH is re-filing that declaration with this motion.

temporary restraining order ("TRO") with notice and preliminary injunction enjoining Defendants from infringing RH's copyrights and trademarks, and providing other relief as set forth below.

Defendants are blatantly and willfully infringing RH's intellectual property rights by using *hundreds* of RH's copyrighted photographs of RH lighting products and several of RH's product brand names to sell knockoffs of RH lighting products to U.S. consumers on websites that target the U.S. market.

Although Defendants are based in China, they have attempted to capitalize on RH's goodwill and reputation by targeting the United States. Indeed, all of the Defendants target the U.S. market for advertising and selling knockoffs of RH lighting products, by using RH photographs, RH marks, and other RH intellectual property.

As set forth below, RH is likely to succeed on the merits of its copyright infringement, trademark infringement, and California unfair competition claims. RH is likely to suffer irreparable injury if the Court does not grant injunctive relief to enjoin further infringing conduct and freeze Defendants' financial accounts in the United States. The balance of hardships and the public interest also weigh in favor of granting a TRO and preliminary injunction.[2]

I.    **STATEMENT OF FACTS**

A.    **Background on RH**

RH is an innovative and popular luxury retailer in the home furnishings marketplace.

---

[2] This Court has granted similar relief in other cases filed by intellectual property owners against foreign infringers under similar circumstances. *See, e.g., Restoration Hardware v. Sichuan Wei Li Tian*, Case No. 22-3054-JSC (Dkt. No. 13) (ordering granting similar TRO against foreign infringers of RH's intellectual property rights); *Cisco Sys., Inc. v. Wuhan Wolon Commc'n Tech. Co.*, No. 5:21-CV-04272-EJD, 2021 WL 4962661, at *1 (N.D. Cal. July 23, 2021) (granting TRO, locking or disabling domain names, freezing PayPal accounts); *Bestway Inflatables & Material Corp. v. Doe 1-10*, No. 4:21-CV-05119-PJH, 2021 WL 4924778, at *1 (N.D. Cal. July 15, 2021) (granting TRO, locking or disabling domain names, freezing PayPal accounts, ordering immediate discovery); *Cisco Sys., Inc. v. Shenzhen Usource Tech. Co.*, No. 5:20-CV-04773-EJD, 2020 WL 4196273, at *1 (N.D. Cal. July 20, 2020) (granting TRO, freezing assets, ordering third parties to stop providing services to defendants, disabling and locking domain names, ordering expedited discovery, and alternative service); *Chanel, Inc. v. Partnerships or Unincorporated Associations Identified on Schedule "A"*, No. C-13-02645 RS, 2013 WL 12120213, at *2–3 (N.D. Cal. June 14, 2013) (granting TRO, locking domain name, allowing discovery from privacy service, and freezing PayPal accounts).

RH offers a wide variety of luxury home furnishings, including furniture, lighting, textiles, and other products. RH was founded in Eureka, California, in 1980. Over the past 42 years, RH has grown to approximately 63 retail stores (known as "galleries") in the United States and Canada. RH sells its products (including the lighting products at issue in this case) through its galleries, catalogs (known as "source books"), and through its website at <RH.com>. *See* Declaration of Sophy Manes ("Manes Decl.") ¶ 2.

RH is well known for using artistic photographs to promote its products, including its lighting products. RH spends a substantial amount of time, money, and effort staging and photographing its products. RH's source books and websites feature thousands of photographs featuring RH's products in upscale and refined settings. RH's photographs and products are frequently featured in design, home décor, and lifestyle publications, such as *Architectural Digest*, *Elle Décor*, *InStyle*, *Interiors*, *Luxe* and *Veranda*. Manes Decl. ¶ 3.

B.   RH's Intellectual Property Rights Relevant to this Action

1.   Copyrights in Photographs

RH owns copyrights in the product photographs, product copy, and lighting design at issue in this case. RH currently owns more than 90 U.S. copyright registrations, including registrations for source books, the <RH.com> website, and a compilation of lighting photographs, which collectively cover all of the photographs at issue in this case). *See* Manes Decl. ¶ 4, Ex. A ("**RH Copyrighted Works**"). Based on these registrations, RH owns the exclusive right to copy, distribute and publicly display the RH Copyrighted Works. *See* 17 U.S.C. § 106.

2.   Trademark Rights in Lighting Product Names

RH owns common law rights in the product names it uses for the lighting products at issue in this case: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CAMINO, CANNELE, CASCADA, ECLATANT, FULCRUM, HARLOW, MACHINIST, MARIGNAN, PAUILLAC, PEARL, RAIN, RAVELLE, RHYS, SAN MARCO, SAVILE, SPIRIDON, UTILITAIRE, and WRIGHT (collectively, "**RH Marks**"). As a result of RH's use of the product names in commerce, consumers have come to associate the marks with high-

quality lighting products from RH. *See* Manes Decl. ¶ 5, Ex. B (showing RH's use of the product names and dates of first use in commerce). Based on its continuous use of the RH product names, RH owns exclusive common law rights to use the names in connection with the sale of lighting products in the United States.

### C.     Defendants' Infringement of RH's Intellectual Property Rights

Each and every Defendant is engaging in blatant infringement of RH's intellectual property rights. Due to the volume of infringement, RH has compiled all instances of copyright infringement of the RH Copyrighted Works into Exhibit C to Manes Decl. See Manes Decl. ¶ 6, Ex. C. Further, RH has compiled all instances of infringement of the RH Marks into Exhibit D of the Manes Decl. See Manes Decl. ¶ 7, Ex. D.

### 1.     Examples of Blatant Copyright Infringement

For example, as shown by the side-by-side table on page 5 in Exhibit C, Defendant Alimia has plainly engaged in blatant copyright infringement:

| RH Copyrighted Works | Infringing Photo | RH Copyright Registration |
|---|---|---|
| | <br>https://www.alimialight.com/products/modern-luxury-brach-crystal-shades-round-chandelier-36- | Issued registration for RH.com website (2022) (VA 2-298-977) |
| | <br>https://www.alimialight.com/products/ravelle-single-head-long-wall-sconce-19-h | Issued registration for RH.com web site (Fall 2019) (VA 2-195-419) |

| RH Copyrighted Works | Infringing Photo | RH Copyright Registration |
|---|---|---|
| | <br>https://www.alimialight.com/products/fulcrum-brass-grand-wall-sconce-with-glass-shade | Issued registration for RH.com website (2022) (VA 2-298-977) |

Similarly, Defendant Wing Lighting is also engaging in blatant copying of RH's Copyrighted Works as shown in a side-by-side table on page 36 in Exhibit C:

| RH Copyrighted Works | Infringing Photo | RH Copyright Registration |
|---|---|---|
| | <br>https://www.winglightings.com/products/wineglass-round-chandelier-light-brass | Issued registration for RH.com website (2022) (VA 2-298-977) |
| | <br>https://www.winglightings.com/products/modern-perle-glass-wall-sconces | Issued registration for RH.com website (2022) (VA 2-298-977) |



| RH Copyrighted Works | Infringing Photo | RH Copyright Registration |
|---|---|---|
| | Planet Pendant Light $325 https://www.winglightings.com/products/planet-pendant-light | Issued registration for RH.com website (2022) (VA 2-298-977) |

As a final example, Defendant Fanci Light is also engaging in blatant copying of RH's Copyrighted Works as shown in a side-by-side table on page 210 in Exhibit C:

| RH Copyrighted Works | Infringing Photo | RH Copyright Registration |
|---|---|---|
| | Ester Raindrop Rectangle Chandelier 72" for Dining Table $4,579.00 https://oasislamps.com/products/2-head-pearl-wall-sconce | Issued registration for RH.com website (2022) (VA 2-298-977) |
| | Modern Pearl Glass Wall Sconces, Wall Light $298.00 https://fancilight.com/products/modern-pearl-glass-wall-sconces | Issued registration for RH.com website (2022) (VA 2-298-977) |

| RH Copyrighted Works | Infringing Photo | RH Copyright Registration |
|---|---|---|
| | Home > All products > Bellanca Crystal Linear Chandelier W 60"<br><br>Bellanca Crystal Linear Chandelier W 60"<br>$1,287.00<br><br>https://fancilight.com/products/bellanca-crystal-linear-chandelier-w-60 | Issued registration for RH.com website (2022) (VA 2-298-977) |

As illustrated in Exhibit C, all of the Defendants have engaged in blatant copyright infringement of the RH Copyrighted Works. (Ex. C to Manes Decl.)

### 2. Examples of Flagrant Trademark Infringement

As with copyright infringement, each Defendant has further engaged in flagrant forms of trademark infringement of the RH Marks. For example, as shown by the side-by-side table on page 5 in Exhibit D, Defendant Alimia has plainly engaged in flagrant trademark infringement:



| RH Trademarks | Infringing Mark |
|---|---|
| **Arcachon** Led Round Two-Tier Chandelier 60" | **Arcachon** Crystal Shades Two-Tier Round Chandelier |
| https://rhmodern.rh.com/catalog/product/product/product.jsp?productId=prod23990230 | https://www.alimialight.com/products/modern-luxury-brach-crystal-shades-two-tier-round-chandelier |



| RH Trademarks | Infringing Mark |
|---|---|
| **Cannele** Linear Chandelier 55" | **Cannele** Refined Candlestick Linear Chandelier 54" |
| https://rh.com/catalog/product/product.jsp?pro-duct.jsp?productId=prod6430355 | https://www.alimialight.com/products/cann ele-refined-candlestick-linear-chandelier |
| **Marignan** Five-Tier Round Chandelier 60" | **Marignan** Modern crystal round chandelier 60" |
| https://rh.com/catalog/product/product.jsp?pro-ductId=prod18950638 | https://www.alimialight.com/products/modern-crystal-round-chandelier-60- |

Similarly, Defendant Grand Lamps is also engaging in flagrant infringement of RH's trademarks as shown in a side-by-side table on page 16 in Exhibit D:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| RH Trademarks | Infringing Mark |
|---|---|
| **Aquitaine** Linear Chandelier 72" | **Aquitaine** Linear Chandelier 72" Foyer Light Fixtures |
| https://rh.com/catalog/product/product.jsp?productId=prod7420564 | https://grandlamps.com/collections/-chandelier/products/aquitaine-linear-chandelier-72-foyer-light-fixtures |
| **Harlow** Crystal Round Chandelier 31" | **Harlow** Crystal Round Chandelier 31" Living Room Lighting |
| https://rh.com/catalog/product/product.jsp?productId=prod18950577 | https://grandlamps.com/products/harlow-crystal-round-chandelier-31-living-room-lighting?_pos=1&_sid=bffb87537&_ss=r |
| **Spiridon** Round Chandelier 44" | **Spiridon** Round Chandelier 44" Modern Chandeliers |
| https://rh.com/catalog/product/product.jsp?-productId=prod6410961 | https://grandlamps.com/collections/-chandelier/products/spiridon-round-chandelier-44-modern-chandeliers |



26
27
28

As a final example, Defendant Oasis Lamps is also engaging in flagrant infringement of RH's trademarks as shown in a side-by-side table on page 27 in Exhibit D:

| RH Trademarks | Infringing Mark |
|---|---|
| **Harlow** Calcite Round Chandelier 60"<br><br>https://rh.com/catalog/product/product.jsp?-productId=prod19670082 | **Harlow** Calcite De Round Chandelier 60"<br><br><br>https://oasislamps.com/products/hewson-calcite-round-chandelier-62 |
| **Spiridon** Round Chandelier 44"<br><br>https://rh.com/catalog/product/product.jsp?-productId=prod6410961 | Crystal **Spiridon** Ring Chandelier D32" 44" 59"<br><br>https://oasislamps.com/products/crystal-spiridon-ring-chandelier-d32-44-59 |
| **Ravelle** Grand Sconce<br><br>https://rh.com/catalog/product/product.jsp?-productId=prod17430468&sale=false&src=upsell | Glass Shaded **Ravelle** Grand Wall Sconce<br>https://oasislamps.com/products/glass-shaded-ravelle-grand-wall-sconce |

As illustrated fully in Exhibit D, all of the Defendants have engaged in flagrant infringement of the RH's trademarks. (Ex. D to Manes Decl.)

## II.    ARGUMENT

### A.    The Court Has Personal Jurisdiction Over Each Defendant

Defendants have purposefully directed their actions towards the United States. For

claims sounding in tort, the Ninth Circuit applies a "purposeful direction" test and looks to evidence that the defendant has directed its actions at the forum state, even if those actions took place elsewhere. *Picot v. Weston,* 780 F.3d 1206, 1212 (9th Cir. 2015).

Here, Defendants have purposefully directed their actions towards California because they each operate interactive commercial websites (i.e., the websites enable customers to purchase products and ask customer service questions) and sell and ship infringing products to California. *See* McCue Decl. ¶¶ 2-23, Exs. A-X. Such conduct is sufficient for the Court to exercise personal jurisdiction over Defendants. *See Oomph Innovations LLC v. Shenzhen Bolsesic Elecs. Co.*, No. 5:18-CV-05561-EJD, 2020 WL 5847505, at *2 (N.D. Cal. Sept. 30, 2020) (finding that defendants' sales of products to California residents through interactive Internet websites was sufficient to confer personal jurisdiction); *DFSB Kollective Co. v. Tran*, No. 11-CV-01049-LHK, 2011 WL 6730678, at *3 (N.D. Cal. Dec. 21, 2011) ("Defendant operates several highly interactive websites that allow him to infringe on DFSB [copyrighted] Works"); *Adobe Sys. Inc. v. Childers*, No. 5:10-CV-03571 JF/HRL, 2011 WL 566812, at *4 (N.D. Cal. Feb. 14, 2011) ("The interactivity of the website, together with SoftwareMedia's additional California contacts, is to show that SoftwareMedia's conduct was aimed expressly at this forum. ").

**B.    The Defendants Have Been Provided with Notice and a Seal Is No Longer Necessary**

On March 6, 2023, this Court denied RH's first Motion for TRO and ordered RH to serve a copy of the Order and the first Motion for TRO on Defendants. (ECF No. 9.) However, due to an error in counsel's address, RH's counsel did not receive a copy of the order. (ECF No. 15.)  Accordingly, the first Motion for TRO was never served and on March 13, 2023, the Court denied the first Motion for TRO. (ECF No. 11.)

However, during the Case Management Conference held on April 11, 2023, after learning that counsel never received the Court's order, this Court granted RH the opportunity to seek a renewed TRO with notice on Defendants. (ECF No. 15.)  RH's counsel received a copy of the Court's orders dated March 6 and March 13, 2023, by U.S.

1    Mail on April 24, 2023. Accordingly, prior to filing this renewed Motion for TRO, RH has

2    emailed the Complaint, this renewed Motion for TRO and proposed order, and a copy of

3    the Court's April 11, 2023, order on Defendants, as instructed by the Court's prior Order

4    (ECF No. 9).

5        Since Defendants have been provided with notice, this case no longer needs to

6    remain sealed and requests that the Court unseal the case.

7       **C.**     **The Court Should Enjoin Defendants' Infringing Conduct**

8        RH seeks a TRO prohibiting Defendants from infringing RH's rights in RH

9    Copyrighted Works and RH Marks.

10        The standard for issuing a TRO is identical to the standard for a preliminary

11    injunction. *Stuhlbarg Int'l Sales Co., Inc. v. John D. Brush & Co., Inc.*, 240 F.3d 832, 839

12    n.7 (9th Cir. 2001); *Lockheed Missile & Space Co. v. Hughes Aircraft Co.*, 887 F. Supp.

13    1320, 1323 (N.D. Cal. 1995). A plaintiff must establish that: (1) "[it] is likely to succeed on

14    the merits"; (2) "[it] is likely to suffer irreparable harm in the absence of preliminary relief";

15    (3) "the balance of equities tips in [its] favor"; and (4) "an injunction is in the public interest."

16    *Winter v. Natural Res. Defense Council, Inc.*, 555 U.S. 7, 20 (2008). "[I]f a plaintiff can only

17    show that there are serious questions going to the merits—a lesser showing than likelihood

18    of success on the merits—then a preliminary injunction may still issue if the balance of

19    hardships tips *sharply* in the plaintiff's favor, and the other two *Winter* factors are satisfied."

20    *Friends of the Wild Swan v. Weber*, 767 F.3d 936, 942 (9th Cir. 2014) (internal quotation

21    marks and citations omitted).

22       **1.**     **RH Is Likely to Succeed on the Merits of its Claims.**

23        RH is likely to succeed on the merits of its claims for copyright infringement,

24    trademark infringement, and unfair competition under California law.

25        **a.**   <u>**Copyright Infringement**</u>

26        To prevail on its copyright infringement claims, RH must (1) show ownership of the

27    copyrights, and (2) a violation of at least one exclusive right under 17 U.S.C. § 106. *See*

28    *A&M Records, Inc. v. Napster, Inc.*, 239 F.3d 1004, 1013 (9th Cir. 2001). RH can easily

1   satisfy both requirements. First, the Copyright Office has issued certificates of registration

2   for RH source books and website that include the RH Copyrighted Works shown in Exhibit

3   A. (*See* Manes Decl. Exs. A-B.) Registration creates a presumption of copyright validity

4   and ownership. *See* 17 U.S.C. § 410(c).

5       Second, both Defendants have directly infringed RH's copyrights. Exhibit C shows

6   a side-by-side comparisons of the RH copyrighted photographs and Defendants' infringing

7   photos as well as a list containing the links to all instances where Defendants have used

8   RH's copyrighted photographs. Manes Decl., Ex. C.

9       Accordingly, RH is likely to succeed on the merits of its copyright claims against

10  Defendants.

11              b.  **Trademark Infringement Claim**

12      To prevail on a claim for trademark under the Lanham Act, RH must show ownership

13  of the RH Marks and that Defendants' use of the marks or marks similar thereto is likely to

14  cause confusion, or to cause mistake, or to deceive. *See Lahoti v. VeriCheck, Inc.*, 586

15  F.3d 1190, 1196 (9th Cir. 2009) (*quoting KP Permanent Make–Up, Inc. v. Lasting

16  Impression I, Inc.*, 408 F.3d 596, 602 (9th Cir. 2005)); *GoTo.com, Inc. v. Walt Disney Co.*,

17  202 F.3d 1199, 1204 n.3 (9th Cir. 2000) (quotation omitted). *See also* 15 U.S.C. §§ 1114,

18  1125(a) . The Lanham Act protects both registered and unregistered marks. *Halicki Films,

19  LLC v. Sanderson Sales and Mktg.*, 547 F.3d 1213, 1225–26 (9th Cir. 2008). To show

20  ownership of an unregistered mark, "the party claiming ownership must have been the first

21  to actually use the mark in the sale of goods or services." *Gathering Tree, LLC v. Symmetry

22  Labs, Inc.*, No. 19-CV-07074-WHO, 2020 WL 3186052, at *3 (N.D. Cal. June 15, 2020)

23  (citation omitted).

24      Here, RH can establish that it owns the RH Marks based on its prior use of the RH

25  Marks in commerce. RH began using each of the RH Marks prior to Defendants' first use.

26  Manes Decl. ¶ 7 & Exs. B (showing the date of first use for each of the RH Marks) and D

27  (showing use of RH Marks along RH photographs). Indeed, Defendants are using RH's

28  copyrighted photographs alongside the RH Marks, indicating that they are clearly copying

1   the marks from RH, and thus must have begun use after RH.

2       In addition, RH can establish that Defendants' use of the RH Marks is likely to cause

3   confusion. To determine whether a likelihood of confusion exists, the Ninth Circuit

4   considers the *Sleekcraft* factors: (1) the strength of the mark; (2) proximity or relatedness

5   of the goods; (3) similarity of the marks; (4) evidence of actual confusion; (5) marketing

6   channels used; (6) type of goods and the degree of care likely to be exercised by the

7   purchaser; (7) the defendant's intent in selecting the mark; and (8) the likelihood of

8   expansion of the product lines." *JL Beverage Co., LLC v. Jim Beam Brands Co.*, 828 F.3d

9   1098, 1106 (9th Cir. 2016) (internal citations omitted).

10      Here, the *Sleekcraft* factors weigh in favor of RH.

11      The first factor (strength of the mark) favors RH because the RH Marks are strong,

12  based on their inherent distinctiveness as applied to lighting products. The RH Marks are

13  either arbitrary or suggestive when used in connection with lighting products. Indeed, they

14  do not describe any characteristic or feature of the lighting products. Manes Decl. ¶ 5.

15      The second and third factors (similarity of the marks and relatedness of the

16  products) favor RH because Defendants are using marks identical or nearly identical to the

17  RH Marks to advertise and sell lighting products – apparent knockoffs of the RH products.

18  *See* Manes Decl. D.

19      The fourth factor (actual confusion) is neutral, because RH is not aware of instances

20  of actual confusion at this early stage. Manes Decl. ¶ 8. Nonetheless, actual confusion is

21  not necessary for a finding of likelihood of confusion. *Network Automation, Inc. v.*

22  *Advanced Sys. Concepts, Inc.*, 638 F.3d 1137, 1151 (9th Cir. 2011) ("actual confusion is

23  not necessary to a finding of likelihood of confusion under the Lanham Act") (internal

24  citations and quotation marks omitted).

25      The fifth factor (marketing channels) favors RH, because RH and the Defendants

26  all market and sell their products through a common primary marketing channel: websites.

27  Manes Decl. ¶ 8.

28      The sixth factor (consumer care) is neutral. Although consumers are likely to

1  exercise care in purchasing lighting fixtures, based on Defendants' use of RH Marks and

2  RH Copyrighted Works to sell the lighting fixtures, consumers may believe that Defendants

3  are authorized resellers of RH's lighting fixtures. Manes Decl. ¶ 9.

4        The seventh factor (intent) favors RH, because Defendants' use of several marks

5  identical to the RH Marks, clearly demonstrates that Defendants intended to cause

6  confusion.

7        The eighth factor (expansion of product lines) favors RH because Defendants are

8  already competing to sell the same types of products. *Brookfield Commc'ns, Inc. v. W.*

9  *Coast Ent. Corp.*, 174 F.3d 1036, 1060 (9th Cir. 1999) ("The likelihood of expansion in

10  product lines factor is relatively unimportant where two companies already compete to a

11  significant extent.").

12        Since all of the factors favor RH (except for two that are neutral), RH is likely to

13  succeed on the merits of its unfair competition claim.

14        As for RH's parallel claim for unfair competition under California state law, the Ninth

15  Circuit "has consistently held that state common law claims of unfair competition and

16  actions pursuant to California Business and Professions Code § 17200 are 'substantially

17  congruent' to claims made under the Lanham Act." *Cleary v. News Corp.*, 30 F.3d 1255,

18  1262–63 (9th Cir. 1994). "Under both, the ultimate test is whether the public is likely to be

19  deceived or confused by the similarity of the marks." *Acad. of Motion Picture Arts & Scis.*

20  *v. Creative House Promotions, Inc.*, 944 F.2d 1446, 1457 (9th Cir. 1991) (internal quotation

21  marks omitted). As such, given that RH is likely to succeed on its federal unfair competition

22  claim, RH is also likely to succeed on its California unfair competition claim.

      **2.**     **Defendants' Infringement is Likely to Cause
Irreparable Injury Unless the Court Grants Injunctive Relief**

23

24        If the Court does not grant injunctive relief, RH is likely to suffer irreparable injury.

25        As a threshold matter, with respect to RH's trademark infringement claim against

26  Defendants, if the Court finds that RH is likely to prevail on the merits, then RH is entitled

27  to a *presumption* of irreparable harm under the recently enacted Trademark Modernization

28

Act of 2020, 15 U.S.C. § 1116(a); *see also Cisco Sys.*, 2021 WL 4962661, at *7 (under the Trademark Modernization Act of 2020, "a plaintiff seeking an injunction against trademark infringement 'shall be entitled to a rebuttable presumption of irreparable harm . . . upon a finding of likelihood of success . . . in the case of a motion for a preliminary injunction or temporary restraining order'") (*citing* Pub. L. 116-260); *Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc.*, 515 F. Supp. 3d 1061, 1081 (N.D. Cal. 2021) (same); *Nintendo of Am., Inc. v. Storman*, No. CV19-7818-CBMR (AOX), 2021 WL 4772529, at *2 (C.D. Cal. Aug. 5, 2021) (same).

Even in the absence of this presumption, RH can demonstrate that the harm it is likely to suffer is irreparable because monetary remedies are likely inadequate against these Defendants because both are based in China and can easily avoid enforcement of any judgments. *Cisco Sys., Inc. v. Shenzhen Usource Tech. Co.*, no. 5:20-CV-04773-EJD, 2020 WL 5199434, at *11 (N.D. Cal. Aug. 17, 2020) (finding irreparable injury given it is "difficult if not impossible to enforce U.S. judgments in China"); *Nike, Inc. v. Fujian Bestwinn (China) Indus. Co.*, 166 F. Supp. 3d 1177, 1179 (D. Nev. 2016) (finding irreparable injury for order for TRO and seizure because "it may be difficult or impossible for NIKE to recover a money judgment against" a foreign company with no presence in the United States).[3] Specifically, if the Court does not freeze Defendants' U.S. accounts, they can drain their U.S. accounts, thereby leaving RH with, at best, a default judgment that cannot be enforced in China.

In addition, in the absence of injunctive relief prohibiting Defendants from infringing RH's intellectual property, RH risks loss of control over its business reputation and damage

---

[3] *See also, Robert Bosch, LLC v. Pylon Mfg. Corp*, 659 F.3d 1142, 1156 (Fed. Cir. 2011) (*citing O2 Micro Int'l Ltd. v. Beyond Innovation Tech. Co.*, No. 04-32, 2007 WL 869576, at *2 (E.D. Tex. Mar. 21, 2007), *vacated and remanded on other grounds*, 521 F.3d 1351 (Fed. Cir. 2008) (finding irreparable harm where "all three defendants are foreign corporations and that there is little assurance that [plaintiff] could collect monetary damages")); *Bushnell, Inc. v. Brunton Co.*, 673 F. Supp. 2d 1241, 1263 (D. Kan. 2009) (granting preliminary injunction where "the prospect of collecting money damages from a foreign defendant with few to no assets in the United States tips in favor of a finding of irreparable harm"); *Canon Inc. v. GCC Int'l Ltd.*, 450 F. Supp. 2d 243, 256 (S.D.N.Y. 2006) (granting preliminary injunction where defendant was largely based abroad).

1  to goodwill to the extent that consumers believe that the lower quality products they

2  purchase from Defendants are authentic RH products. Courts have held that "loss of

3  control over business reputation and damage to goodwill" constitutes irreparable injury

4  supporting injunctive relief. *Sream, Inc. v. Sahebzada*, No. 18-CV-05673-DMR, 2019 WL

5  2180224, at *9 (N.D. Cal. Mar. 6, 2019), *report and recommendation adopted*, No. 18-CV-

6  05673-RS, 2019 WL 2180215 (N.D. Cal. Mar. 28, 2019); *see also Disney Enterprises, Inc.*

7  *v. VidAngel, Inc.*, 869 F.3d 848, 866 (9th Cir. 2017) (in copyright action, finding loss of

8  goodwill cannot be remedied with damages, and supported finding of irreparable injury);

9  *Ubiquiti Networks, Inc. v. Kozumi USA Corp.*, No. C 12-2582 CW, 2012 WL 2343670, at

10  *15 (N.D. Cal. June 20, 2012) (where defendants sold counterfeit products, finding

11  imminent danger of irreparable injury and no adequate remedy at law, and issuing TRO as

12  sales would likely damage plaintiff's reputation and goodwill).

13        Accordingly, RH is likely to suffer irreparable injury if injunctive relief is not granted.

14        **3.    The Balance of Equities Favors RH**

15        A TRO or preliminary injunction will impose no legally cognizable hardship on

16  Defendants. "Where the only hardship that the defendant will suffer is lost profits from an

17  activity which has been shown likely to be infringing, such an argument in defense 'merits

18  little equitable consideration.'" *Sream*, 2019 WL 2180224, at *10 (*quoting Triad Sys. Corp.*

19  *v. Se. Exp. Co.*, 64 F.3d 1330, 1338 (9th Cir. 1995) (superseded on other grounds)); *see*

20  *also United Tactical Sys., LLC v. Real Action Paintball, Inc.*, No. 14-CV-04050-MEJ, 2014

21  WL 6788310, at *23 (N.D. Cal. Dec. 2, 2014) (disregarding claimed hardship from loss of

22  infringing sales).

23        Any hardship on Defendants from the imposition of a TRO or preliminary injunction

24  is nothing more than the natural result of their own flagrant wrongdoing. At the same time,

25  Defendants' sale of knockoff products using RH Copyrighted Works and RH Marks risks

26  harming RH's reputation and goodwill and creates the false impression that RH products

27  are available from sources other than RH. This diminishes the return value that RH

28  receives from its copyrights, trademarks, and associated goodwill. Accordingly, the

1 | balance of equities strongly supports issuing a TRO and preliminary injunction in this case.

2 |         **4.     Granting Injunctive Relief is in the Public Interest in this Case.**

3 | It is in the public interest to enjoin Defendants' infringing conduct for several

4 | reasons. Absent an injunction, U.S. consumers will be duped into purchasing knockoffs of

5 | RH products from unknown and unaccountable foreign infringers rather than genuine RH

6 | products that are sold only by RH and that are backed by RH's customer service and return

7 | policy, product safety testing and the like. Manes Decl. ¶ 9. Public policy strongly supports

8 | shutting down infringers to protect end consumers. *Neighborhood Assistance Corp. v. First*

9 | *One Lending Corp.*, No. SACV 12-0463 DOC (MLGx), 2013 WL 12113414, at *5 (C.D. Cal.

10 | Feb. 11, 2013). This is so because "the purpose of the Lanham Act is 'to protect the public

11 | from false and deceptive practices that create confusion in the marketplace." *Id.* (*quoting*

12 | *U-Haul Int'l, Inc. v. Jartran, Inc.*, 681 F.2d 1159, 1162 (9th Cir. 1982)). The Ninth Circuit

13 | has explained that "the consuming public is equally injured by an inadequate judicial

14 | response to trademark infringement," so "it is essential that the trial courts carefully fashion

15 | remedies which will take all the economic incentive out of trademark infringement." *Playboy*

16 | *Enters., Inc. v. Baccarat Clothing Co., Inc.*, 692 F.2d 1272, 1275 (9th Cir. 1982).

17 | In addition, the rampant copyright infringement in this case creates a compelling

18 | public interest in protecting RH's marketable rights to its copyrighted works. *See Eldred v.*

19 | *Ashcroft*, 537 U.S. 186, 212 n.18 (2005) ("[t]he economic philosophy behind the [Copyright]

20 | [C]lause . . . is the conviction that encouragement of individual effort by personal gain is

21 | the best way to advance public welfare through the talents of authors and inventors".).

22 | Thus, the public interest favors granting the requested TRO and preliminary

23 | injunction.

24 |      **D.     The Court Should Issue a Temporary Freeze on**
              **Defendants' Financial Accounts in The United States**

25 |

26 | RH seeks a TRO ordering Defendants to cease their infringing conduct. However,

27 | since these Defendants are based in China and given their flagrant infringement,

28 | Defendants are not likely to comply with the Court's order. Accordingly, RH additionally

1  seeks specific forms of relief to allow it to effectively enforce its rights. Specifically, RH

2  additionally seeks an order to freeze Defendants' financial accounts in the United States.

3      The Ninth Circuit has held that when a plaintiff seeks equitable remedies under the

4  Lanham Act, including recovery of a defendant's profits under 15 U.S.C. § 1117, a district

5  court has "inherent equitable power to issue provisional remedies ancillary to its authority

6  to provide final equitable relief." *Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 737 F. Supp.

7  1521, 1527-28 (S.D. Cal. 1989), *aff'd*, 970 F.2d 552 (9th Cir. 1992). This includes "the

8  power to issue a preliminary injunction in order to prevent a defendant from dissipating

9  assets in order to preserve the possibility of equitable remedies." *Id.* (quotation omitted).

10 In *Reebok*, the Ninth Circuit explained "it is essential that the trial courts carefully fashion

11 remedies which will take all the economic incentive out of trademark infringement" and

12 affirmed the district court's granting of TROs and preliminary injunctions to freeze the

13 defendants' assets, in addition to preventing various counterfeiting-related activities. *Id.* at

14 560 (quotation omitted).

15     And "[g]iven the deceitful nature of counterfeiting, courts in the Ninth Circuit regularly

16 find that dissipation of assets is likely and grant asset freezes in cases involving willful

17 counterfeiting, particularly overseas where defendants can hide assets from a potential

18 judgment." *JUUL Labs, Inc. v. Chou*, No. CV 21-3056 DSF (PDX), 2021 WL 4900374, at

19 *11 (C.D. Cal. June 9, 2021). In other words, "[a]sset freezes are regularly found to be

20 warranted to preserve assets in counterfeiting cases, particularly where the defendants

21 operate overseas or online." *Id.* ; *see also FTC v. Affordable Media, LLC*, 179 F.3d 1228,

22 1236–37 (9th Cir. 1999) (finding dissipation of assets warranting freeze based on

23 defendants keeping funds in the Cook Islands). And "[c]ourts have imposed asset freezes

24 in cases with Chinese defendants because of the difficulty in enforcing U.S. judgments in

25 China." *JUUL Labs*, 2021 WL 4900374, at *12.

26     In addition, this Court has the authority to freeze assets under the Copyright Act.

27 Under 17 U.S.C. § 502(a), the Court has the authority to "grant temporary and final

28 injunctions on such terms as it may deem reasonable to prevent or restrain infringement

of a copyright." In *Amazon Content Servs. LLC v. Kiss Libr.*, No. 2:20-CV-01048 MJP, 2020 WL 12863507, at *3 (W.D. Wash. Aug. 27, 2020), the Court enjoined PayPal and other financial institutions from "transferring or disposing of any money or other of Defendants' assets, not allowing such funds to be transferred or withdrawn" in connection with restraining defendants' widespread infringement.

Here, RH seeks recovery of Defendants' profits from its copyright and trademark infringement. The sheer number of RH Copyrighted Works and RH Marks that Defendants have infringed shows that they are willful infringers. As a result, Defendants are unlikely to voluntarily comply with any orders of this Court. Rather, given they are located in China, Defendants will likely default and hide or dissipate their assets to avoid enforcement of any judgment that the Court may enter against them.

In the Court's prior order, the Court noted that in seeking immediate relief from irreparable harm, including an asset freeze, RH must show that an adverse party has a history of disposing evidence or that "persons similar to the adverse party have such a history." (ECF No. 9 at 2) (citing *Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126, 1130-31 (9th Cir. 2006)). Here, Defendants are exactly like similar infringers that RH has encountered in the past. Indeed, last year, RH sued a group of similar Chinese-based online companies that were using hundreds of RH's photographs and trademarks to sell knockoff products and obtained preliminary injunctions against the infringers, ordering them to stop infringing RH's intellectual property. *Restoration Hardware, Inc. v. Sichuan Wei Li Tian Xia Network Tech. Co., LTD.*, No. 22-CV-03054-JSC, 2022 WL 4596622, at *1 (N.D. Cal. July 11, 2022). Despite this, the infringers ignored the court's order and circumvented the court's orders uploading the same websites to new domain names . *Restoration Hardware, Inc. v. Sichuan Wei Li Tian Xia Network Tech. Co.*, No. 22-CV-03054-JSC, 2023 WL 2815358, at *2 (N.D. Cal. Apr. 5, 2023) ("RH subsequently provided evidence some defendants defied the Court's Orders and created new websites to host the infringing photos"). There is no reason to expect the current Defendants to act any differently from those in the prior case : they China-based infringer that copied hundreds

1   of RH's photographs and use RH's trademarks to sell knockoff products, and they will likely

2   ignore any Court order.

3   Accordingly, the Court should issue an order instructing PayPal and any other U.S.

4   financial institutions to temporarily freeze Defendants' financial accounts to prevent any

5   transfer or withdrawal of funds. The Court's authority is not limited to freezing specifically

6   identified assets, or to assets within this District or the United States. Rather, the Court's

7   authority can extend to any banks and third parties that have custody of Defendants' assets

8   or provide payment services to Defendants. *See Reebok*, 737 F. Supp. at 1527–28 (TRO

9   and preliminary injunction that "any banks, savings and loan associations, or other financial

10  institutions . . . who receive actual notice of this order by personal service or otherwise, are

11  preliminarily enjoined from transferring, disposing of, or secreting any money, stocks or

12  other assets of these defendants, until further order of the court" except in limited

13  circumstances); *Gucci Am., Inc. v. Weixing Li*, 768 F.3d 122, 133 (2d Cir. 2014) (rejecting

14  argument that plaintiff had to identify particular property derived from counterfeiting before

15  obtaining TRO and preliminary injunction freezing all assets).

16  In this case, RH seeks to freeze the specific accounts identified in its proposed

17  order, which RH has discovered through test purchases.

18  **E.    The Court Should Authorize Alternative Service of Process**

19  RH also requests an order authorizing it to serve Defendants by email because of

20  the urgency of this matter and the difficulty and delays in effecting service in China through

21  the Hague Convention. For defendants located in foreign countries, courts are permitted

22  to authorize service of process "by other means not prohibited by international agreement."

23  Fed. R. Civ. P. 4(f)(3).

24  The only requirements under Rule 4(f)(3) are that service be directed by the court

25  and not prohibited by international agreement. *Rio Properties, Inc. v. Rio Int'l Interlink*, 284

26  F.3d 1007, 1015 (9th Cir. 2002). "[C]ourt-directed service under Rule 4(f)(3) is as favored

27  as service available under Rules [4(f)(1-2)]" and does not require first attempting other

28  means. *Id.* To provide due process in this context, courts evaluate whether a service

1    method is "'reasonably calculated, under all the circumstances, to apprise interested

2    parties of the pendency of the action and afford them an opportunity to present their

3    objections.'" *Id.* at 1016 (*quoting Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306,

4    314 (1950)). In *Rio*, the Ninth Circuit agreed that service by email was appropriate,

5    particularly where the defendant conducted its business by email. *Id.* at 1017-18.

6         Service by email on defendants in China is not barred by any international

7    convention. *See Microsoft Corp. v. Goldah.com Network Tech. Co.*, No. 17-CV-02896-

8    LHK, 2017 WL 4536417, at *4 (N.D. Cal. Oct. 11, 2017). Courts in this district have

9    authorized email service and found that it is reasonably calculated to provide notice to

10    foreign defendants, including defendants based in China, where receipt is confirmed, the

11    email addresses were previously used to communicate with the plaintiffs, or the defendants

12    operated online and used email for their businesses. *Id.* at **5-6 (affirming that email

13    service on defendants in China was sufficient where receipt was confirmed); *Carson v.*

14    *Griffin*, No. 13-CV-0520 KAW, 2013 WL 2403601, at **1-2 (N.D. Cal. May 31, 2013)

15    (authorizing service by email where the plaintiff previously corresponded with the

16    defendants via email); *Jenkins v. Pooke*, No. C 07-03112 JSW, 2009 WL 412987, at **2-3

17    (N.D. Cal. Feb. 17, 2009) (same); *Facebook, Inc. v. Banana Ads, LLC*, No. C-11-3619

18    YGR, 2012 WL 1038752, at **1-2 (N.D. Cal. Mar. 27, 2012) (authorizing email service,

19    including in Hong Kong, where defendants operated online and relied on email

20    communications for their businesses); *Cisco Sys.*, 2020 WL 4196273, at **13-14

21    (authorizing service by email on Chinese companies).

22         Here, each of the Defendants provides an email address on its website for

23    communication and sales. McCue Decl. ¶¶ 2-23 & Ex. A-X.

24         Furthermore, email service is appropriate and necessary in this case because of the

25    urgency in stopping Defendants' continued infringement. At the same time, while China

26    has signed the Hague Convention on Service, district courts have recognized that China

27    often obstructs and substantially delays service under that process for many months. *See*

28    *Micron Tech., Inc. v. United Microelectronics Corp.*, No. 17-CV- 06932-MMC, 2018 WL

1    6069646, at **1–2 (N.D. Cal. Nov. 20, 2018); *Nike, Inc. v. Wu*, 349 F. Supp. 3d 310, 338

2    (S.D.N.Y. 2018).

3         Allowing RH to serve Defendants by email in this case is the most efficient, effective,

4    and fastest way to provide actual notice of this lawsuit, while avoiding irreparable injury,

5    uncertainty, and delay of requiring service in China through the Hague Convention.

6         **F.    The Court Should Authorize Limited Expedited Discovery**

7         Courts have the discretion to allowed expedited discovery, particularly in cases

8    where plaintiffs seek temporary or preliminary injunctive relief. *See* Fed. R. Civ. P. 26(d)

9    (allowing for expedited discovery "by court order"), Advisory Comm. Note on 1993

10   Amendment (stating "[d]iscovery can begin earlier" and "[t]his will be appropriate in some

11   cases, such as those involving requests for a preliminary injunction"). Expedited discovery

12   can be granted for good cause "where the need for expedited discovery, in consideration

13   of the administration of justice, outweighs the prejudice to the responding party," and "good

14   cause is frequently found in cases involving claims of infringement and unfair competition."

15   *Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 276 (N.D. Cal. 2002). Here, RH

16   seeks expedited third-party discovery on various third parties that provided services to the

17   Defendants to enable RH to identify all of the individuals and companies responsible for

18   the infringing conduct and to identify and freeze the Defendants' financial accounts in the

19   U.S. Specifically, RH requests leave to seek discovery from payment providers, including

20   PayPal, Visa, MasterCard, American Express, and JCB, regarding Defendants' financial

21   accounts and records. *Cisco Sys.*, 2020 WL 4196273, at *12 ("Courts in the Ninth Circuit

22   routinely find good cause for expedited discovery to enable plaintiffs in counterfeiting cases

23   to identify: 1) accounts used for and transactions associated with infringing sales . . . .").[4]

24

25   [4]   *See also Spy Optic Inc. v. The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A and Does 1-10*, 2017 WL 10592133, at *2 (ordering eBay and PayPal to identify all funds transmitted to Defendants' accounts and to provide plaintiffs with data and accounting of all funds, accounts, and transactions); *SATA GmbH & Co. Kg v. Wenzhou New Century Int'l, Ltd.*, No. CV 15-08157-BRO (Ex), 2015 WL 6680807, at *11 (C.D. Cal. Oct. 19, 2015) (granting expedited discovery to enable plaintiff to ascertain sources of the counterfeit products and learn of any pending shipments of such products); *Sas v. Sawabeh Info. Servs. Co.*, No. CV 11-04147 GAF (MANx), 2011 WL 13130013, at **6–7 (C.D. Cal. May 17, 2011) (granting expedited discovery to gather evidence for preliminary injunction to stop infringement, identify others involved in counterfeiting, and prevent destruction of evidence).

26

27

28

**G.    The Court Should Not Require RH to Post a Bond to Secure the Injunctive Relief, or Alternatively, Should Set It at No More Than $10,000**

"The district court is afforded wide discretion in setting the amount of the bond . . . and the bond amount may be zero if there is no evidence the party will suffer damages from the injunction." *Connecticut Gen. Life Ins. Co. v. New Images of Beverly Hills*, 321 F.3d 878, 882 (9th Cir. 2003) (internal citations omitted).

Because of the clear evidence of Defendants' copyright and trademark infringement and the lack of any significant risk of any monetary harm to Defendants arising from the entry of injunctive relief, RH requests that the Court set a bond of no more than $10,000, as ordered in similar cases issuing similar injunctive relief. *See Ubiquiti Networks*, 2012 WL 2343670, at *17; *see also Microsoft Corp.*, 2017 WL 4536417, at *2.

## III.    CONCLUSION

The Court should grant RH's motion for a TRO and other relief, and issue an order to show cause why a preliminary injunction should not be entered.

Dated: May 5, 2023              By:    /s/ Michael J. McCue
                                       Michael J. McCue (SBN: 296425)
                                       Meng Zhong (SBN: 344124)

                                       LEWIS ROCA ROTHGERBER CHRISTIE

BLUEBIRDonline.com (888) 477-0700  10PT

Declaration

Michael J. McCue (SBN: 296425)
Meng Zhong (SBN: 344124)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
203 Redwood Shores Parkway, Suite 670
Redwood City, CA 94065
Tel.: 650.391.1380
MMcCue@LewisRoca.com
MZhong@LewisRoca.com

*Attorneys for Plaintiffs*
*Restoration Hardware, Inc.*
*and RH US, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RESTORATION HARDWARE, INC.,
a Delaware corporation; and RH US, LLC,
a Delaware limited liability company,

   Plaintiffs,

v.

ALIMIA LIGHT, a Chinese business entity,
et al.

   Defendants.

Case No. 23-cv-948-HSG

**DECLARATION OF MICHAEL J. MCCUE IN SUPPORT PLAINTIFFS' EMERGENCY RENEWED MOTION FOR A TEMPORARY RESTRAINING ORDER *WITH NOTICE*, ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS, ORDER FOR EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED; AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

   I, Michael J. McCue, declare under of penalty of perjury under the laws of the United States as follows:

   1.  I am an attorney admitted to practice before this Court. I am a partner in the law firm of Lewis Roca Rothgerber Christie LLP, counsel of record for Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "RH") in this case. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify hereto.

   2.  Defendant Alimia Light is based in China at Xinfeng Road No. 53, Building 7, 1st Floor, Chengua District and the owner and operator of the Alimia Light business,

1    including the website at <alimialight.com>. Attached as Exhibit A are true and correct

2    copies of screenshots of the <alimialight.com> website, showing the website sells to the

3    U.S. and its contact information via email.

4    3.    Defendant Zhongshan Zhuosai Lighting Co., Ltd. is a company formed under

5    the law of China is the operator of the websites <yami-lighting.com> and <poplamps.com>.

6    The websites identify the Defendant's address as Room 210-101, the 1st building of

7    Mingwang E-commerce factory, No. 96 north of Shunxing Road, Henglan Town,

8    Zhongshan, China. Attached as Exhibit B are true and correct copies of screenshots of

9    the website <yami-lighting.com> website, showing the website sells to the U.S. and its

10   contact information via email. Attached as Exhibit C are true and correct copies of

11   screenshots of the <poplamps.com> website, showing the website sells to the U.S. and its

12   contact information via email.

13   4.    Defendant Shanghai ZeroTai Industrial Co. ("Grand Lamps") is a company

14   formed under the law of China and is based in China at No. 2, Lane 921, Zinshen Road,

15   Zinhe Town, Chongming District, Shanghai, and is the operator of the website

16   <grandlamps.com>. Attached as Exhibit D are true and correct copies of screenshots of

17   the <grandlamps.com> website, showing the website sells to the U.S. and its contact

18   information via email.

19   5.    Defendant Zhongshan Yuyi Co., Ltd. ("Wing Lighting") is a company formed

20   under the laws of China and the operator of the website <winglightings.com>. Attached as

21   Exhibit E are true and correct copies of screenshots of the website <winglightings.com>,

22   showing the website sells to the U.S. and its contact information via email.

23   6.    Defendant Zhongshan Laiting Lighting Co., Ltd. ("Oasis Lamps") is a company

24   formed under the laws of China and the operator of the website <oasislamps.com>.

25   Attached as Exhibit F are true and correct copies of screenshots of the <oasislamps.com>

26   website, showing the website sells to the U.S. and its contact information via email.

27   7.    Defendant Zhongshan Momo Lighting Co., Ltd. ("Momo Chandelier") is a

28

1   company formed under the laws of China and is based in China at 1 / F, No. 3, Touwan
2   Lane 5, Gangnan River, Guzhen Town, Zhongshan, Guangdong, and is the owner of the
3   <momochandelier.com> website and the operator of the Alibaba storefront at
4   <https://momolight.en.alibaba.com>. Attached as Exhibit G are true and correct copies of
5   screenshots of the <momochandelier.com> website, showing the website sells to the U.S.
6   and its contact information via email.

7       8.   Defendant Fanci Light is the operator of the <fancilight.com> website. The
8   website claims Defendants reside in Ireland, but Defendant likely resides in China.
9   Attached as Exhibit H are true and correct copies of screenshots of the <fancilight.com>
10  website, showing the website sells to the U.S. and its contact information via email.

11      9.   Cure Lighting LLC ("Cure Lighting") is the operator of <curelighting.com>. The
12  website identifies the Defendant's address as 4075 Miller Rd, Flint Michigan 48507.
13  However, this location does not appear to exist. Defendant has no physical presence there
14  and is likely based in China. Attached as Exhibit I are true and correct copies of
15  screenshots of the <curelighting.com >website, showing the website sells to the U.S. and
16  its contact information via email.

17      10.   Defendant Clouds Lights is the operator of <cloudslights.com>. This website
18  identifies the Defendant's address as 418 Broadway, Suite R, Albany, NY 12201. However,
19  this is a "virtual office" location, Defendants does not have any actual physical presence
20  there and Defendant likely resides in China. Attached as Exhibit J are true and correct
21  copies of screenshots of the <cloudslights.com>website, showing the website sells to the
22  U.S. and its contact information via email.

23      11.   Defendant Kushigo Limited is the operator of the websites <ericlightus.com>
24  and <emmalighting.com>. The websites list the Defendants address at 304, Horgans
25  Quay, T23 E6TD, Cork, Ireland. However, this address is a "virtual office" location.
26  Defendant has no physical presence there and is likely based in China. Attached as Exhibit
27  K are true and correct copies of screenshots of the <ericlightus.com> website, showing the

28

1   website sells to the U.S. and its contact information via email. Attached as Exhibit L are

2   true and correct copies of screenshots of the <emmalighting.com> website, showing the

3   website sells to the U.S. and its contact information via email.

4        12.   Defendant Lighting Forever is the operator of the website <lighting-

5   forever.com>. On its website, Defendant states its warehouse is in China. Attached as

6   Exhibit M are true and correct copies of screenshots of the <lighting-forever.com>

7   homepage, showing the location of its warehouse, that it sells to the U.S. and its contact

8   information via email.

9        13.   Defendant Hurley Light is the operator of the website <hurleylight.com>. On

10   its website, Defendant states that it is based in Guangdon, China. Attached as Exhibit N

11   are true and correct copies of screenshots of the <hurleylight.com> homepage, showing

12   the location of its warehouse in China, that it sells to the U.S. and its contact information

13   via email.

14        14.   Defendant Zhongshan Reborn Lighting Co. Ltd. ("Reborn Lighting") is based

15   in China at No 25, Jinxing First Street, Henglan, Zhongshan, China, and is the operator of

16   the website <rebornlighting.com>. Attached as Exhibit O are true and correct copies of

17   screenshots of the <rebornlighting.com> website, showing the website sells to the U.S.

18   and its contact information via email.

19        15.   Defendant Showsun Lighting is based in China at Building A, No. 1, Tongfu

20   South Road, Tongyi Industry District, Guzhen Town, Zhongshan City, Guangdong

21   Province, China 528421, and is the operator of the website <showsunlights.com>. Sunny

22   Wang is identified as the contact for Showsun Lighting on <showsunlights.com>. Attached

23   as Exhibit P are true and correct copies of screenshots of the

24   <showsunlights.com>website, showing the website sells to the U.S. and its contact

25   information via email.

26        16.   Defendant Jinhua Sigma Industrial & Trading Co., Ltd. ("Sigma Living") is a

27   company formed under the laws of China and is based in China at Bldg. 1, Zhuma Industry

28

Park, Wucheng Dist., Jinhua, Zhejiang, China. Defendant operates the Alibaba storefront at <cnsigma.en.alibaba.com> and the website at <jhsigmafurniture.com>. Attached as Exhibit Q are true and correct copies of screenshots of the <jhsigmafurniture.com> website, showing the website sells to the U.S. and its contact information via email.

17.    Defendant Dyco Décor is the operator of the website <dycodecor.com>. On its website, Defendant states it is based in Guangdon, China. Attached as Exhibit R are true and correct copies of screenshots of the <dycodecor.com> website, showing its location in China, that the website sells to the U.S. and its contact information via email.

18.    Defendant Ineffable Lighting is the operator of the website <ineffablelighting.com>. On its website, Defendant states that it is based in China. Attached as Exhibit S are true and correct copies of screenshots of the <ineffablelighting.com> website, showing its location in China, that the website sells to the U.S. and its contact information via email.

19.    Defendant Dekorfine is the operator of the website <dekorfine.com>. The website identified the Defendant's address as 5900 Balcones Drive, Suite 100, Austin, TX 78731. However, this address is a "virtual office" location and Defendant does not have a physical presence there. Defendant Dekorfine is actually based in China. Attached as Exhibit T are true and correct copies of screenshots of the <dekorfine.com> website, showing its location in China, that the website sells to the U.S. and its contact information via email.

20.    Nimo LLC ("Zenduce") is the operator of the website <zenduce.com>. The website identified the Defendant's address as 30 N Gould St, Suite R, Sheridan, WY 82801. However, Defendant is using this address as a "virtual office" location and it has no physical presence there. On its website, the Defendant admits that its warehouse is in China and its products ship from there. Attached as Exhibit U are true and correct copies of screenshots of the <zenduce.com> website, showing its warehouse location in China, that it sells to the U.S. and its contact information via email.

21.    Defendant Dysatu Lighting Co. Ltd. ("Satlight") is the operator of the website <satulight.com>. The website identified the Defendant's address as 100 North Tryon Street, Charlotte, North Carolina 28202. However, Defendant is using this address as a "virtual office" location and it has no physical presence there. On its website, the Defendant admits that its warehouse is located in Zhongshan, Guandgong, China. Attached as Exhibit V are true and correct copies of screenshots of the <satulight.com> website, showing its warehouse location in China, that the website sells to the U.S. and its contact information via email.

22.    Defendant Oclolli Limited ("Mooni Lighting") is the operator of the website <moonilighting.com>. The website lists the Defendant's address at 108, Cube Building, Monahan Road, Cork, T12 H1XY, Ireland. However, Defendant is using this address as a "virtual office" location and it has no physical presence there. Rather, the company is likely based in China. Attached as Exhibit W are true and correct copies of screenshots of the <moonilighting.com> website, showing the website sells to the U.S. and its contact information via email.

23.    Defendant Kevin Studio ("Kevin Studio") is the operator of the website <kevinstudioinc.com>. The website lists the Defendant's address in Zhongshan, China. Attached as Exhibit X are true and correct copies of screenshots of the <kevinstudioinc.com> website, showing the website sells to the U.S. and its contact information via email.

24.    As seen above, none of the Defendants appear to have a physical presence in the United States. Any addresses that Defendants list in the United States appears to be either virtual offices, mailboxes or simply do not exist. Thus, they are not subject to jurisdiction to any state court of general jurisdiction in the United States.

Executed on May 5, 2023.

By:   _/s/ Michael J. McCue_
Michael J. McCue

MCCUE DECLARATION ISO MOTION FOR TRO     6
CASE NO.: 23-cv-948-HSG
120168460.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A

# Exhibit  A

Free Shipping On All Orders          10%OFF(CodeName: NY10) for order over $500
15%OFF(CodeName: NY15) for order over $5000    20%OFF(CodeName: NY20) for order over $8000

# ALIMIA
## LIGHTINGS

search

SIGN IN          SHOPPING CART

HOME    Chandelier    Pendant    Wall Sconce    Shop By Room    About us    Contact-us

# HAPPY
# NEW YEAR

**10%** CODENAME NY10 OVER $500
**15%** CODENAME NY15 OVER $5000
**20%** CODENAME NY20 OVER $8000

SHOP NOW

## Shop By Collections







Chandelier          Wall Sconce          Pendant

Contact us

Trusted



Free Shipping On All Orders          10%OFF(CodeName: NY10) for order over

ALIMIA
LIGHTINGS

☰    search 🔍                              ○ SIGN IN      🛒 SHOPPING CART

Chandelier                    Wall Sconce                    Pendant



**RAINDROP COLLECTION**

Our Raindrop Round Chandelier is a captivating piece with raindrops that look like raindrops. Handcrafted from blown glass and a metal frame, this fixture is lit to refract a rich light effect, creating the illusion of underwater lighting.

Shop Now

## Raindrop Lighting                                    View all







Raindrop Pendant Light
**$228⁰⁰**
★★★★★ (9)

Raindrop Round Chandelier Light D36"
**$2,980⁰⁰** ~~$3,199⁰⁰~~
Save $219
★★★★★ (3)

Raindrop Linear Chandelier Lighting 72"
**$4,579⁰⁰** ~~$5,899⁰⁰~~
Save $1,320
★★★★★ (2)

Raindrop Round Chandelier Light D60"
**$7,550⁰⁰**
★★★★★ (2)

## Best Seller                                          View all



Contact us ○

☑ Trusted

Document title: Alimialight
Capture URL: https://www.alimialight.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 23:10:08 GMT

Free Shipping On All Orders    10%OFF(CodeName: NY10) for order over $3000
15%OFF(CodeName: NY15) for order over $5000    20%OFF(CodeName: NY20) for order over $8000



# ALIMIA
### LIGHTINGS

SIGN IN    SHOPPING CART









**Raindrop Pendant Light**
$228⁰⁰
★★★★★ (9)

**Raindrop Linear Chandelier Lighting 72"**
$4,579⁰⁰ $5,899⁰⁰
Save $1,320
★★★★★ (2)

**Hen Cbcro Modern 2-Tier Luxury Round Chandelier 60"**
$4,699⁰⁰
★★★★★ (1)

**Nist Globe Shade Pendant Light 8"**
$273⁰⁰
★★★★★ (2)

## Chandelier

View all



**Raindrop Round Chandelier Light D36"**
$2,980⁰⁰ $3,199⁰⁰
Save $219
★★★★★ (3)

**Bonnington Crystal Linear Chandelier 36"**
$2,950⁰⁰
★★★★★ (3)

**Hen Cbcro Modern 2-Tier Luxury Round Chandelier 60"**
$4,699⁰⁰
★★★★★ (1)

**Cannele Refined Candlestick Linear Chandelier 54"**
$1,800⁰⁰

## Wall Sconce

View all





Savile Round Linear Wall

Ernest Led Picture Light

Raindrop Wall Sconce

Modern Minimalist Round

Document title: Alimialight
Capture URL: https://www.alimialight.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 23:10:08 GMT

Free Shipping On All Orders    10%OFF(CodeName: NY10) for order over $3000
15%OFF(CodeName: NY15) for order over $5000    20%OFF(CodeName: NY20) for order over $8000

# ALIMIA
## LIGHTINGS

search    SIGN IN    SHOPPING CART

Savile Round Linear Wall
Sconce For
**From $999⁰⁰** ~~$1,499⁰⁰~~
Save $500
★★★★★ (2)

Ernest Led Picture Light
**From $278⁰⁰**
★★★★★ (4)

Raindrop Wall Sconce
**$236⁰⁰**
★★★★★ (1)

Modern Minimalist Round
Glass Shade Wall Sconce
**$219⁰⁰**

## Shop by Room
get inspriration room-by room

←    →




Duplex floor



Living Room



Dining Room

SHOP NOW



Contact us

Free Shipping On All Orders    10%OFF(CodeName: NY10) for order over $3000
15%OFF(CodeName: NY15) for order over $5000    20%OFF(CodeName: NY20) for order over $8000



ALIMIA
LIGHTINGS

search

SIGN IN    SHOPPING CART

## CUSTOMERS ♥ SHARING





Risk-free shopping



Free Delivery



Customer Happiness
Guarantee



Quality, Assured



Here for you,
everyday

### GET THE LATEST INFORMATION    Enter your email    Subscribe

---

**COMPANY**

About us

Contact-us

Customization

Tracking Order

Payment method

**SERVICE**

Privacy Policy

Returns & Refunds
Policy

Shipment Policy

Terms of Service

Shipping&Return

**WE ACCEPT**

**GET IN TOUCH**

Email:
service@alimialight.com

Call:  +86
18030459985

Office hours: 24/7
Service

Address:Xinfeng Road

**FOLLOW US**

Contact us

TrustedSite

Free Shipping On All Orders     10%OFF(CodeName: NY10) for order over $30
15%OFF(CodeName: NY15) for order over $5000     20%OFF(CodeName: NY20) for order over $8000



☰   | search 🔍 |   A L I M I A
LIGHTINGS                                 👤 SIGN IN     🛒 SHOPPING CART





**30 DAYS**
Risk-free shopping

**FREE**
Free Delivery

Customer Happiness
Guarantee


**YEARS**
Quality, Assured


Here for you,
everyday

## GET THE LATEST INFORMATION     Enter your email     | Subscribe |

---

### COMPANY

About us

Contact-us

Customization

Tracking Order

Payment method

### SERVICE

Privacy Policy

Returns & Refunds
Policy

Shipment Policy

Terms of Service

Shipping&Return

### WE ACCEPT

VISA · mastercard · AMEX · PayPal
JCB · diners · DISCOVER

### GET IN TOUCH

Email:
service@alimialight.com

Call:   +86
18030459985

Office hours: 24/7
Service

Address:Xinfeng Road
No.53 Building 7 1st
Floor, Chenghua
District,CHINA

### FOLLOW US

📌

Contact us ☰

↑

© 2023 Alimialight

🛡 TrustedSite

Document title: Alimialight
Capture URL: https://www.alimialight.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 23:10:08 GMT

🔒 **PageVault**

| | |
|---|---|
| Document title: | Shipment Policy |
| Capture URL: | https://www.alimialight.com/pages/shipment-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 20:30:11 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 20:31:38 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | h75hsLCGaGqzsSTjE1PxiD |
| User: | lrrc-dmoroyoqui |

Free Shipping On All Orders    10%OFF(CodeName: NY10) for order over $0
15%OFF(CodeName: NY15) for order over $5000    20%OFF(CodeName: NY20) for order over $9000

search 🔍

# ALIMIA
### LIGHTINGS

👤 SIGN IN    🛒 SHOPPING CART

HOME    Chandelier    Pendant    Wall Sconce    Shop By Room    About us    Contact-us

Home / Shipment Policy

## Shipment Policy

# Shipment Policy

Shipping Info

**PREPARATION FOR DELIVERY**

Preparation for delivery (quality checks, packing, paperwork, etc.) usually takes 1-3 business days and is NOT included in the overall "shipping time".
All packages have specific tracking information.
You will receive an e-mail notifying you once your order has shipped. The email will include a unique parcel tracking number. The status of your order can be reviewed by logging into "My Account". Click on " My Order " to review your order status and/or obtain a tracking number.

**SHIPPING TIMES**

Shipping times can be affected by variable customs clearance times or public holidays. If you have not received your package based on the above estimates, please kindly submit a ticket for help.

Shipping times will be affected during public holidays; manufacturers and couriers will limit their operations at these times. Unfortunately this is outside of our control. Normal service resumes immediately after each holiday.

It may take a few days to follow order shipment before the Tracking number becomes active on the courier's system. If the information has not appeared on the courier's website, please try again later.

**United States: 7-15 days**
**Other Country: 10-20 days**

**SHIPPING FEE**

Free shipping over the world

Contact us 📞

🛡 Trusted

Document title: Shipment Policy
Capture URL: https://www.alimialight.com/pages/shipment-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 20:31:38 GMT



Free Shipping On Al  ders          10%OFF(CodeName: NY10) for order o  600
15%OFF(CodeName: NY15) for order over $5000          20%OFF(CodeName: NY20) for order over $8000

≡   search   [ ]   ☌        **ALIMIA**   👤 SIGN IN   🛍 SHOPPING CART
                      LIGHTINGS

the information has not appeared on the courier's website, please try again later.

**United States: 7–15 days**
**Other Country: 10–20 days**

**SHIPPING FEE**

Free shipping over the world

**Please note:**

For items less than 114 cm or 45 inches in diameter, we will ship via expedited courier. The shipping time is 7-15 days.

For items with a maximum length of more than 45 inches or a chargeable weight of more than 65 kg, shipping is via ocean freight. Shipping time is 30-40 days.
If expedited shipping is required, additional shipping charges will apply.
If these products require expedited express shipping, please contact us for the difference in shipping charges.



GET THE LATEST INFORMATION          Enter your email          Subscribe

**COMPANY**

About us
Contact-us
Customization
Tracking Order
Payment method

**SERVICE**

Privacy Policy
Returns & Refunds Policy
Shipment Policy
Terms of Service
Shipping&Return

**WE ACCEPT**

VISA  mastercard  [ ]  PayPal
[ ]  [ ]  DISCOVER

**GET IN TOUCH**

Email:
service@alimialight.com

Call:  +86
18030459985

Office hours: 24/7
Service

Address:Xinfeng Road
No.53 Building 7 1st
Floor, Chenghua
District,CHINA

**FOLLOW US**

𝖕

Contact us

© 2023 Alimialight

TrustedSite

Document title: Shipment Policy
Capture URL: https://www.alimialight.com/pages/shipment-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 20:31:38 GMT

B

# Exhibit B

Page Vault

| | |
|---|---|
| Document title: | Yami-Lighting |
| Capture URL: | https://www.yami-lighting.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 20:32:09 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 20:32:56 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | uwcvDBdMjYuogRj7dHjjWK |
| User: | lrrc-dmoroyoqui |

Free Shipping On All Orders

search 🔍

**YamiLighting**

👤 SIGN IN   🛒 SHOPPING CART

HOME   CEILING   WALL   SHOP BY ROOM   ABOUT US   CONTACT US

## Shop By Category



Chandelier



Wall Sconce



Pe...

Chat with us

Document title: Yami-Lighting
Capture URL: https://www.yami-lighting.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 20:...6 GMT

☰  search  🔍          **YamiLighting**          👤 SIGN IN   🛒 SHOPPING CART

| Chandelier | Wall Sconce | Pendant |

## Raindrop collection

Our Raindrop Round Chandelier is a captivating piece with raindrops that look like raindrops. Handcrafted from blown glass and a metal frame, this fixture is lit to refract a rich light effect, creating the illusion of underwater lighting.

**Shop Now**

## Raindrop Lighting

View all



**Sale**

● ● ●

**Raindrop Linear Chandelier 72"**

**$5,280**00  ~~$5,680.00~~

Save $400

Raindrop Sconce VintageBrass

**$228**00



**Sale**

● ● ●

**Raindrop Round Chandelier D18"**

**$1,518**00  ~~$1,740.00~~  Save $222



**Sale**

●

**Raindrop Pendant VintageBrass**

**$218**00  ~~$228.00~~  Save $10

## Best Seller

View all

Chat with us 💬  🔵

Document title: Yami-Lighting
Capture URL: https://www.yami-lighting.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 20:__ GMT









☰ search                    SIGN IN     🛒 SHOPPING CART



Belle De Crystal Ball Round
Chandelier 24"

$1,268 00

Renee Round Chandelier

From $1,799 00



Marignan Four-Tier Round
Chandelier 48"

$5,928 00

Ethel Modern Round
Chandelier

From $2,385 00

## Shop by Room

Bedroom                Living Room                Dining Room

GET THE LATEST INFORMATION     [Enter your email]   **Subscribe**

Chat with us

COMPANY        SERVICE        We accept        GET IN TOUCH



Document title: Yami-Lighting
Capture URL: https://www.yami-lighting.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 20:_8 GMT

☰  search                    🔍        **YamiLighting**        👤 SIGN IN    🛒 SHOPPING CART

Belle De Crystal Ball Round
Chandelier 24"

$1,268.00

Renee Round Chandelier

From $1,799.00

Marignan Four-Tier Round
Chandelier 48"

$5,928.00

Chandelier

From $2,385.00

## Shop by Room



Bedroom



Living Room



Dining Room


Risk-free shopping


Free Delivery


Customer Happiness Guarantee


Quality, Assured


Here for you, everyday

### GET THE LATEST INFORMATION

Enter your email        **Subscribe**

**COMPANY**

About us

Contact us

Customization

Order Tracking

**SERVICE**

Privacy Policy

Shipping policy

Terms of service

Return & Refund Policy

**We accept**

VISA · Mastercard · VISA · VISA
CB · AMEX · Discover
PayPal

**GET IN TOUCH**

Email:
support@yami-lighting.com
Tel: +1 (213) 246-7464

Chat with us 👋                        1

© 2023 Yami-Lighting

**🔒 Page Vault**

| | |
|---|---|
| Document title: | Shipping policy |
| Capture URL: | https://www.yami-lighting.com/pages/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 20:33:24 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 20:34:26 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | vCtwGbnTx1xTqs5mqUxGjB |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:    ieZEVPsZQhR6Xh2T6KmfKA

Free Shipping On All Orders

search 🔍

# YamiLighting

👤 SIGN IN      🛒 SHOPPING CART

HOME    CEILING    WALL    SHOP BY ROOM    ABOUT US    CONTACT US

Home / Shipping policy

# Shipping policy

## Shipping Policy

Thanks for shopping with Yami-Lighting. International shipping might experience delay due to covid-19. to keep track of your order, contact Yami-Lighting (support@yami-lighting.com) so we can provide you the order's tracking number.

## Order Processing Time

- It is the time elapsed between when the customer places the order and when the seller hands the order over to the delivery service.
- Generally, orders are shipped within 3-5 working days of order confirmation/payment. Orders made on the weekends might experience delay.
- Our warehouse only operates on Monday – Friday during standard business hours, except on holidays. In these instances, we take steps to ensure shipment delays will be kept to a minimum.

## Shipping Cost & Transit Time

Yami-Lighting provides free standard delivery service for all orders on the website.

| Country | Estimated Delivery Time | Shipping Cost | Courier |
|---|---|---|---|
| Canada, USA | 6-9 days | Free Shipping | DHL/FEDEX/UPS |
| Australia, New Zealand | 7-10 days | Free Shipping | DHL |
| Austria, Belgium, Denmark, France, Germany, Ireland, Italy, Netherlands, Norway, Spain, Sweden, Switzerland, UK | 7-15 days | Free Shipping | DHL |
| Japan, Korea, Malaysia, Singapore, Philippines | 7-10 days | Free Shipping | DHL |
| Greece, Cambodia | 7-15 days | Free Shipping | DHL |
| Hong Kong, Macau | 7-10 days | Free Shipping | DHL |

Total Delivery Time = Processing Time + Shipping Time(depending on your location)

Chat with us 💬

Document title: Shipping policy
Capture URL: https://www.yami-lighting.com/pages/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 20:_ _ GMT

| | | | |
|---|---|---|---|
| Greece, Cambodia | 7-15 days | Free Shipping | DHL |
| Hong Kong, Macau | 7-10 days | Free Shipping | DHL |

**Total Delivery Time = Processing Time + Shipping Time(depending on your location)**

## Tracking

- You will receive an email when your order has been shipped. A tracking number will be provided (the tracking number will be active within 24 hours). Please note: This may take longer during events or holidays.
- Tracking information may take 48 to 72 hours to update.
- If you cannot track your package normally, please contact us and we will resolve this issue within 48 hours.

## Delivery Time Exceeded

International shipping might experience delay due to covid-19. If your order is delayed, please contact us via email support@yami-lighting.com, we will check the situation with the transportation company in time. Thanks for your understanding and support.

## Order Cancellations

- We can cancel the order for you if you contact us in time after your purchase. If your payment finished and the parcel is not shipped out, you can cancel your order before your item's delivery. And we will refund full of your money.
- Orders can't be canceled once the parcel is shipped out.

## About Tax

In seldom cases, orders may be charged the customs fees by your government, not our site, you will be responsible for the charges. We apologize for any inconvenience, but we have no control over the customs authorities in your country or any other. Contact your local customs office for more information about customs fees, duties, and taxes.

Phone: +1 (213) 246-7464

Email: support@yami-lighting.com

---

### GET THE LATEST INFORMATION

Enter your email    **Subscribe**

**COMPANY**

About us
Contact us
Customization
Order Tracking

**SERVICE**

Privacy Policy
Shipping policy
Terms of service
Return & Refund Policy

**We accept**

**GET IN TOUCH**

Email:
support@yami-lighting.com
Tel: +1 (213) 246-7464

Chat with us 💬

1

© 2023 Yami-Lighting

# Exhibit  C

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Supply chandeliers, pendant light, wall sconce \| Poplamps – poplamps |
| Capture URL: | https://www.poplamps.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 20:50:48 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 20:52:56 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | nNxqebTfC1S6WspZFVbQ9D |
| User: | lrrc-dmoroyoqui |

Welcome to our store    FREE SHIPPING FOR ALL ORDERS

**POPWARMS**

HOME    CHANDELIER    BRANCH CHANDELIER    PENDANT LIGHT

WALL SCONCE



POPLAMPS

# LIGHT YOUR HOME

SHOP NOW

## Shop By Collections



CHANDELIER



BRANCH CHANDELIER



PENDANT LIGHT



WALL SCONCE

Chat with us

Document title: Supply chandeliers, pendant light, wall sconce | Poplamps – poplamps
Capture URL: https://www.poplamps.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 20:52:56 GMT

POPWARMS



WALL SCONCE



POPLAMPS

DREAM LAPMS FOR YOU ROOM

SHOP NOW

Shop By Series



Balle Lighting

Rain Lighting

Chat with us 1

POP WARMS

HOME     CHANDELIER     BRANCH CHANDELIER     PENDANT LIGHT

WALL SCONCE





## Hot Seller

See all products

**RAINDROP GLASS WALL SCONCE VINTAGEBRASS (ROD)**
$269.00

**RACHAEL MODERN ROUND CHANDELIER 48"**
$2,899.00

**BALLE DE CLEAR CRYSTAL SCONCE BRASS**
$186.00

**RACHAEL WALL SCONCE**
$218.00

**RAINDROP ROUND CHANDELIER D18"**
$1,935.00

**CERAMIC GINKGO LEAF MODERN CHANDELIERS**
$1,199.00 – $1,899.00



Load More ↓

POPWARMS

HOME    CHANDELIER    BRANCH CHANDELIER    PENDANT LIGHT

WALL SCONCE





# Brand Storytelling:
## What is your story?

## A STORY OF POPWARMS

What makes the room more approachable while creating a quiet and peaceful atmosphere, you will feel truly relaxed in which a cup of coffee, a muffin, a good book, a warm lamp. Turn on the light when night falls, the warm and soft light will instantly full of the whole room, when the crystal shines, touched the soul is not light, but that eternal beauty, the beauty of luxury.

Shop Now



## DESIGH SERVICES

If the lights on our site don't satisfy you, please tell us any ideas about customization, and our designers will try their best to help you realize your ideas. Let every customer can design their favorite lamps.

Shop Now



## GET IN TOUCH

📞 +8618807607494

✉ support@poplamps.com

Address:Henglan Town shunxing North Road 96 Mingwang e-commerce factory ZhongShan City Guangdong province China

Chat with us

## ABOUT US

About us

Contact Us

Design Services

Payment Method

## SERVICE

Shipping policy

Return & Refund Policy

Privacy policy

Terms of service

## Our Product

Chandelier

Branch Chandelier

Pendant Light

Wall Sconce

## NEWSLETTER SIGNUP

Please read our Privacy Policy and Terms of Service

Your email address    Subscribe



POPWARMS

HOME     CHANDELIER     BRANCH CHANDELIER     PENDANT LIGHT

WALL SCONCE



A STORY OF POPWARMS

What makes the room more approachable while creating a quiet and peaceful atmosphere, you will feel truly relaxed in which a cup of coffee, a muffin, a good book, a warm lamp. Turn on the light when night falls, the warm and soft light will instantly full of the whole room, when the crystal shines, touched the soul is not light, but that eternal beauty, the beauty of luxury.

Shop Now



DESIGH SERVICES

If the lights on our site don't satisfy you, please tell us any ideas about customization, and our designers will try their best to help you realize your ideas. Let every customer can design their favorite lamps.

Shop Now



GET IN TOUCH

+8618807607494

support@poplamps.com

Address:Henglan Town shunxing North Road 96 Mingwang e-commerce factory ZhongShan City Guangdong Province China

ABOUT US

About us

Contact Us

Design Services

Payment Method

SERVICE

Shipping policy

Return & Refund Policy

Privacy policy

Terms of service

Our Product

Chandelier

Branch Chandelier

Pendant Light

Wall Sconce

NEWSLETTER SIGNUP

Please read our Privacy Policy and Terms of Service

Your email address     Subscribe

Chat with us

Copyright © 2023 POPWARMS All Rights Reserved.

**🔒 PageVault**

| | |
|---|---|
| Document title: | Shipping policy – poplamps |
| Capture URL: | https://www.poplamps.com/pages/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 20:53:51 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 20:54:34 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | ueWuojhn9PSskuxfSPwenb |
| User: | lrrc-dmoroyoqui |

Welcome to our store                                    FREE SHIPPING FOR ALL ORDERS

POPWARMS

HOME    CHANDELIER    BRANCH CHANDELIER    PENDANT LIGHT

WALL SCONCE



## Shipping policy

Last updated on May 15, 2022

Shipping Policy

Thanks for shopping with Poplamps. International shipping might experience delay due to covid-19. to keep track of your order, contact Poplamps (support@poplamps.com) so we can provide you the order's tracking number.

Order Processing Time

- It is the time elapsed between when the customer places the order and when the seller hands the order over to the delivery service.
- Generally, orders are shipped within 3-5 working days of order confirmation/payment. Orders made on the weekends might experience delay.
- Our warehouse only operates on Monday – Friday during standard business hours, except on holidays. In these instances, we take steps to ensure shipment delays will be kept to a minimum.

Shipping Cost & Transit Time

Poplamps provides free standard delivery service for all orders on the website.

| USA | 9-10 Working Day | Free Shipping | DHL |
|---|---|---|---|

Total Delivery Time = Processing Time + Shipping Time(depending on your location)

Tracking

- You will receive an email when your order has been shipped. A tracking number will be provided (the tracking number will be active within 24 hours). Please note: This may take longer during events or holidays.
- Tracking information may take 48 to 72 hours to update.
- If you cannot track your package normally, please contact us and we will resolve this issue within 48 hours.

Delivery Time Exceeded

International shipping might experience delay due to covid-19. If your order is delayed, please contact us via email support@poplamps.com, we will check the situation with the transportation company in time. Thanks for your understanding and support.

Order Cancellations

- We can cancel the order for you if you contact us in time after your purchase. If your payment finished and the parcel is not shipped out, you can cancel your order before your item's delivery. And we will refund full of your money.
- Orders can't be canceled once the parcel is shipped out.

Emai : support@poplamps.com

Phone : +8618807607494

Address : Henglan Town shunxing North Road 96 Mingwang e-commerce factory ZhongShan City Guangdong Province China

Chat with us    7 Service

Document title: Shipping policy – poplamps
Capture URL: https://www.poplamps.com/pages/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 20:54:34 GMT



WALL SCONCE

- Generally, orders are shipped within 3-5 working days of order confirmation/payment. Orders made on the weekends might experience delay.
- Our warehouse only operates on Monday – Friday during standard business hours, except on holidays. In these instances, we take steps to ensure shipment delays will be kept to a minimum.

**Shipping Cost & Transit Time**

Poplamps provides free standard delivery service for all orders on the website.

| USA | 9-10 Working Day | Free Shipping | DHL |
|-----|------------------|---------------|-----|

**Total Delivery Time = Processing Time + Shipping Time(depending on your location)**

**Tracking**

- You will receive an email when your order has been shipped. A tracking number will be provided (the tracking number will be active within 24 hours). Please note: This may take longer during events or holidays.
- Tracking information may take 48 to 72 hours to update.
- If you cannot track your package normally, please contact us and we will resolve this issue within 48 hours.

**Delivery Time Exceeded**

International shipping might experience delay due to covid-19. If your order is delayed, please contact us via email support@poplamps.com, we will check the situation with the transportation company in time. Thanks for your understanding and support.

**Order Cancellations**

- We can cancel the order for you if you contact us in time after your purchase. If your payment finished and the parcel is not shipped out, you can cancel your order before your item's delivery. And we will refund full of your money.
- Orders can't be canceled once the parcel is shipped out.

Email : support@poplamps.com

Phone : +8618807607494

Address : Henglan Town shunxing North Road 96 Mingwang e-commerce factory ZhongShan City Guangdong Province China

Office hours: 24/7 Service

**GET IN TOUCH**

📞 +8618807607494

✉️ support@poplamps.com

Address:Henglan Town shunxing North Road 96 Mingwang e-commerce factory ZhongShan City Guangdong Province China

**ABOUT US**

About us

Contact Us

Design Services

Payment Method

**SERVICE**

Shipping policy

Return & Refund Policy

Privacy policy

Terms of service

**Our Product**

Chandelier

Branch Chandelier

Pendant Light

Wall Sconce

**NEWSLETTER SIGNUP**

Please read our Privacy Policy and Terms of Service

Your email address    **Subscribe**

Chat with us

Copyright © 2023 POPLAMPS All Rights Reserved.

# Exhibit  D

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Grand Lamps Official |
| Capture URL: | https://grandlamps.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 20:35:28 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 20:36:03 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | qGSEZkomnRtgrCZbojkR1z |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:    4a4r2KP5JR8xoVXtXwTm7U







**Rain**



**Ravelle**



**Pearl**



**1920s**



**Halo**



**Bonnington**



**Wine Glass**



**San Marco**

# Featured products



Gold Wall
Sconce,Long
Torch Knurled
Bedroom
Grand Modern
Wall Sconce    $ 289.00

Rain
pendant,Raindrop
Pendant
Lighting    $ 268.00

Wine Glass
Led
Rectangular
Chandelier 54"    $ 3,299.00

Gold Modern
Wall Sconce
,Glass Shaded
Ravele Linear
Modern Wall
Sconce    $ 269.00

Home   Chandelier ⌄   Pendant   Wall Sconce                    GRAND LAMPS                        🔍 ⊙ 🛒

Wall Sconce                                                                                          Sconce









Rain Sconce           **$ 268.00**      Rain Round          **$ 2,849.00**     Wine Glass         **$ 2,999.00**     Marbuzet          **$ 289.00**
Modern                                  Chandelier 36"                         Led Round                             Linear Sconce
Bedroom Wall                            Modern Dining                         Chandelier 48"                        20" Rotatable
Lamp                                    Room Lighting                                                               Wall Lamp

**VIEW MORE**



## Customer Feedback

Document title: Grand Lamps Official
Capture URL: https://grandlamps.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 20:36:03 GMT

Home    Chandelier ⌄    Pendant    Wall Sconce          GRAND LAMPS          

# Customer Feedback





---

Refund policy

f  P                          © 2022 **GrandLamps**. All rights reserved.             

Document title: Grand Lamps Official
Capture URL: https://grandlamps.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 20:36:03 GMT

Home    Chandelier ⌄    Pendant    Wall Sconce    GRAND LAMPS










## ABOUT US

About Us

Contact Us

Business information

Order Tracking

Payment Method

Intellectual Property

Terms of Service

Refund policy

## SERVICE

Terms and Conditions

Return and Refund Policy

Privacy Policy

Shipping Policy

Faqs

Affiliate Cooperation

## HOME

Home

All Products

Chandelier

Pendant

Wall Sconce

## About Grand Lamps

Address: No 2, Lane 921, Xinshen Road, Xinhe Town, Chongming District, Shanghai, China,200020

Email: support@grandlamps.com

Phone: +86 17127761938

Support:24/7 Service

© 2022 **GrandLamps**. All rights reserved.

   

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Shipping policy – Grand Lamps |
| Capture URL: | https://grandlamps.com/policies/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 20:36:25 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 20:43:16 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | t7ohWypE8eKWCjgqarrwdE |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:     5G3n5SdQWyb5ZzjUe835LG

Home    Chandelier ⌄    Pendant    Wall Sconce    GRAND LAMPS    🔍    👤    🛒 ⓪

# Shipping policy

Due to COVID-19, there may be a delay in the arrival of our shipments.

At Grand Lamps, we take pride in the lamps we make. Our goal is to get your purchase to you safely and quickly. Our products are well packaged to ensure safe shipping, and our shipments will be handled by professional third-party couriers.

**Order Processing**
- Please allow 3-5 business days for us to process your shipment. We need to inspect, pack, and ship out a series of processes to ensure that our products are delivered to you accurately and quickly.
- It may take longer to process during the holidays.

**Shipping cost & delivery time**

| Country | Estimated Delivery Time | Shipping Cost | Courier |
|---------|------------------------|---------------|---------|
| USA,Canada | 7-9 Natural Day | Free Shipping | UPS,Feedx |

**We are temporarily not shipping to countries other than the United States.**

**Checklist**
- All packaging for damage
- According to the delivery note please confirm that you have received the correct items
- If there is any breakage or damage, please contact us promptly
- *Please do not discard the package until you are sure there is nothing wrong with it.

**Dispatch and tracking of goods**
- You will receive an email notification when your order leaves our local warehouse.
- For FedEx/UPS deliveries, you will receive tracking information in an email.

**About Tax**

In seldom cases, orders may be charged the customs fees by your government, not our site, you will be responsible for the charges. We apologize for any inconvenience, but we have no control over the customs authorities in your country or any other. Contact your local customs office for more information about customs fees, duties, and taxes.

**Delivery Time Exceeded**

International shipping might experience delay due to covid-19. If your order is

- *Please do not discard the package until you are sure there is no...g wrong with it.

**Dispatch and tracking of goods**

- You will receive an email notification when your order leaves our local warehouse.
- For FedEx/UPS deliveries, you will receive tracking information in an email.

**About Tax**

In seldom cases, orders may be charged the customs fees by your government, not our site, you will be responsible for the charges. We apologize for any inconvenience, but we have no control over the customs authorities in your country or any other. Contact your local customs office for more information about customs fees, duties, and taxes.

**Delivery Time Exceeded**

International shipping might experience delay due to covid-19. If your order is delayed, please contact us via email support@grandlamps.com, we will check the situation with the transportation company in time. Thanks for your understanding and support.

**For contacting us**
**Address: No. 2, Lane 921, Xinshen Road, Xinhe Town, Chongming District, Shanghai, China 200020**
**Phone: 18030459988**
**Mail: support@grandlamps.com**

---

## ABOUT US

About Us
Contact Us
Business information
Order Tracking
Payment Method
Intellectual Property
Terms of Service
Refund policy

## SERVICE

Terms and Conditions
Return and Refund Policy
Privacy Policy
Shipping Policy
Faqs
Affiliate Cooperation

## HOME

Home
All Products
Chandelier
Pendant
Wall Sconce

## About Grand Lamps

Address: No. 2, Lane 921, Xinshen Road, Xinhe Town, Chongming District, Shanghai, China.200020
Email: support@grandlamps.com
Phone: +86 17127761938
Support:24/7 Service



© 2022 **GrandLamps**. All rights reserved.

   

E

# Exhibit  E

🔒 **Page Vault**

| | |
|---|---|
| Document title: | 【New message】Wing Lightings |
| Capture URL: | https://www.winglightings.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 20:43:27 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 20:44:09 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | u699C2CEDcqBi9nEAHozz4 |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:    65RCogAboLNcFG1iLhG67B



Free Shipping on All Orders and 30-Day Refund Policy

**WING LIGHTINGS**

Home    All products ⌄    Collections    Contact    About



# Welcome to Wing Lightings

**SHOP NOW**



## Raindrop Round Chandelier Light, Round Glass Chandelier

**Save $320**  **$1,560** 00  ~~$1,880 00~~

**Color**

( Brass )  ( Black )  ( Satin Nickel )

**Size**

( D18" )  ( D36" )  ( D47" )  ( D60" )

**Quantity**

[ −  1  + ]

Welcome to our website. Ask us anything.                    ✕

Type a message...

---



WING LIGHTINGS

Home   All products ⌄   Collections   Contact   About





Add to cart

**Buy now**

    



30-Day Return Policy
2 Year Warranty
Free Shipping on All Orders

f Share   🐦 Tweet   📌 Pin it ⌄

      

# COLLECTIONS





Chandelier



Pendant Light



Wall Sconce



## Magnum Tiered Round Glass Chandelier



$4,246.00

Size

36"   48"   60"

Color

 

Welcome to our website. Ask us anything.                              ✕

Type a message...



 WING LIGHTINGS

Home    All products ⌄    Collections    Contact    About



36"    48"    60"

**Color**

Brass    Black    Polished Nickel

**Quantity**

[ −  1  + ]

Add to cart

Buy now

   

30-Day Return Policy
2 Year Warranty
Free Shipping on All Orders

     

f Share    🐦 Tweet    📌 Pin It ⌄

## Featured collection



Save $320

Raindrop Round Chandelier Light, Round Glass Chandelier
**From $1,560⁰⁰** ~~$1,800⁰⁰~~
★★★★★ (5)


Save $450

Raindrop Round Chandelier, Modern Glass Chandelier 36"
**$2,860⁰⁰** ~~$3,310⁰⁰~~



Raindrop Round Chandelier Light, Long Chandelier for Staircase 60"
**$7,630⁰⁰**
★★★★★ (1)


Save $320

Raindrop Linear Chandelier Light, Linear Chandelier Dining Room
**$2,960⁰⁰** ~~$3,280⁰⁰~~



  

Welcome to our website. Ask us anything.    ✕

Type a message...

WING LIGHTINGS

Home    All products ⌄    Collections    Contact    About



Save $1,600





Save $301

Save $112

Raindrop Linear Chandelier for Dining Room, Modern Linear Chandelier 72"

**$4,560**⁰⁰ ~~$6,160⁰⁰~~

★★★★★ (3)

Temura Round Chandelier Modern 36" for Dining Table

**$1,799**⁰⁰

★★★★★ (1)

Temura Round Chandelier Modern 48" for Living Room

**$2,799**⁰⁰ ~~$3,100⁰⁰~~

★★★★★ (1)

Temura Round Chandelier Modern 60" for Lobby

**$3,788**⁰⁰ ~~$3,900⁰⁰~~

★★★★★ (1)



Save $160



Save $190





Temura Island Chandelier Modern 59" Dining Table

**$1,460**⁰⁰ ~~$1,620⁰⁰~~

★★★★★ (2)

Temura Island Chandelier Modern 71" for Kitchen

**$1,960**⁰⁰ ~~$2,150⁰⁰~~

Wineglass Round Chandelier Light Black

From **$1,990**⁰⁰

Wineglass Round Chandelier Light Brass

From **$1,990**⁰⁰

★★★★★ (1)

Save $460

Wineglass 2 Tiers Round Chandelier Light

**$4,210**⁰⁰ ~~$4,670⁰⁰~~

Wineglass Island Chandelier Lighting Brass/Black

From **$2,450**⁰⁰

Candlestick Round Chandelier Industrial Brass

From **$1,250**⁰⁰

Candlestick Round Chandelier Industrial Black

From **$1,250**⁰⁰



Welcome to our website. Ask us anything.    ✕

Type a message...



WING LIGHTINGS

Home    All products ⌄    Collections    Contact    About









Candlestick Chandelier Above Island Brass
From $1,880⁰⁰

Candlestick Chandelier Above Island Black
From $1,880⁰⁰

Sam Glass Round Chandelier 22"
$1,258⁰⁰

Sam Glass Round Chandelier 37"
$1,798⁰⁰









n Glass Round Chandelier 48"
$2,562⁰⁰

Sam Glass 2-Tier Round Chandelier 22"
$1,950⁰⁰

Sam Glass 2-Tier Round Chandelier 37"
$2,898⁰⁰
★★★★★ (1)

Sam Glass 2-Tier Round Chandelier 60"
$4,599⁰⁰

**View all**

## Raindrop Round Chandelier 60" Brass Finish

Video of our Real Product, Gorgeous Chandelier! Inspired by Rain.

**View More**



Welcome to our website. Ask us anything.                                    ✕

Type a message...





WING LIGHTINGS

Home    All products ⌄    Collections    Contact    About

Sam Glass Round Chandelier 48"
$2,562⁰⁰

Sam Glass 2-Tier Round Chandelier 22"
$1,950⁰⁰



Sam Glass 2-Tier Round Chandelier 37"
$2,898⁰⁰
★★★★★ (1)



Sam Glass 2-Tier Round Chandelier 60"
$4,599⁰⁰

View all



Pleuvoir Raindrop Round Chandelier Light 60"

Share    1/1

Watch on ▶ YouTube

# Raindrop Round Chandelier 60" Brass Finish

Video of our Real Product, Gorgeous Chandelier! Inspired by nature Rain.

View More

---



WING LIGHTINGS

Wing Lightings is a brand that offers fine lighting solutions for homes and commercial properties. Our light fixtures can be used in fine homes, educational facilities, hotels and government buildings ...

## Information

support@winglightings.com

## Quick Links

Search

Shipping policy

Terms of Service

Privacy Policy

Refund policy

**Subscribe today and get 10% off your first purchase**

Enter your email    ✉

↑

© 2023 Wing Lightings

Welcome to our website. Ask us anything.

Type a message...    

🔒 **PageVault**

| | |
|---|---|
| Document title: | 【New message】Wing Lightings |
| Capture URL: | https://www.winglightings.com/policies/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 20:46:00 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 20:47:12 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 1xywk9TmuRnw8kQMNxA8Xj |
| User: | lrrc-dmoroyoqui |

ee Shipping on All Orders and 30-Day Refund Policy

WING LIGHTINGS        Home    All products ⌄    Collections    Contact    About        🔍  👤  🛍

# Shipping policy

### 1. How long does it take for me to receive the package?

Orders has to be processed before it is shipped. The time you wait before receiving the package is made up of Processing Time and Shipping Time.

An order status of **"Processing"** means your order has been verified and put into processing procedure. Processing time is required because we need to confirm your contact information and delivery address, sort item(s), conduct strict quality checking and pack the item(s). When your order is packed properly, it will be handed in to the shipping company.

An order status of **"Shipping"** means your item(s) has started to ship, and you can track your order once the tracking number is updated by the courier. Since the whole shipping process involves international shipping, the package might be in transit or going through custom cleareance. During this period, tracking number will not be updated until the item is fetched by the courier company. You may wait for 10 days to get the tracking number updated for Expedited Express and 20 days for Ocean Shipping. Please feel free to contact us if you need help concerning the shipping status of your order.

Processing Time: 7-10 business days

### Please Note:

A. Processing Time is calculated from the time you paid and the order is verified (verification Email will be sent after payment).

B. You may change your mind after placing the order, including but not limited to: switch to another color, size, style or a different product, changes in address. If that happens, Processing Time is calculated from the time when the order detail(s) is eventually confirmed. A confirmation Email will be sent informing the updated **Estimated Delivery Time**.

C. For holidays, processing time may takes longer than it usually is. We will notify you in advance.

### Shipping Time:

, provide a range of shipping methods depending on the product category and the country/region. Your shipping time will be affected by the shipping method you specified. Please refer to the chart below to look into more specific shipping time.

| Shipping Method | Countries/ Region | Time (Days) |
|---|---|---|
| Expedited Express | United States, United Kingdom, Austria, Belgium, Germany, Denmark, Spain, France, Republic of Ireland, Italy, Netherlands, Portugal, Sweden, Syria, Estonia, Finland, Greece, Iceland, Latvia, Lithuania, Norway, Poland, Romania, Switzerland Czech Republic, Ukraine, Australia, New Zealand | 6-12 |
| Ocean Shipping | United States, United Kingdom, Austria, Belgium, Germany, Denmark, Spain, France, Republic of Ireland, Italy, Netherlands, Portugal, Sweden, Syria, Estonia, Finland, Greece, Iceland, Latvia, Lithuania, Norway, Poland, Romania, Switzerland Czech Republic, Ukraine, Australia, New Zealand | 35-45 |

WING LIGHTINGS

Home    All products ⌄    Collections    Contact    About

Czech Republic, Ukraine, Australia, New Zealand

**Please Note:**

1. Countries which require customs duty. The customs policies differ among different countries. Once the parcel reaches the destination country, any customs or import duties that might occur should be paid by the recipient.
   B. Within 1-2 business days, after the order is successfully dispatched, we will provide the tracking number of your order by sending an email to the registered email address.
   C. We apologize that the P.O.Boxes and military addresses(APO, FPO)can not be delivered. For the US territories, please leave a note when you place an order. For example, if your address is in Guam, Puerto Rico, you could state Guam, Puerto Rico in the country section.

2. **How much does the shipping cost?**
   We offer FREE SHIPPING on all orders.

3. **How do I estimate the Delivery Time?**

Estimated Delivery Time = Processing Time + Shipping Time (depending on your location)

The **Estimated Delivery Date** is when we expect to fulfill your order based on your country/region and the shipping method you specified. **Processing Time** along with **Shipping Time** is counted.
The **Estimated Delivery Date** could be affected by our inventory availability, processing capacity, and unforeseen factors such as strikes or natural disaster. We will notice you in advance if there are factors that might cause delay in delivering your order.

**Please Note:** We are not liable for delay caused by the following situations

1. Contact information or delivery address is changed/corrected after placing the order;
2. The product(s) in your order is re-specified, such as changing to a different color, different size, etc, after placing the order;
3. The first delivery attempt is within the Estimated Delivery Date. If the courier has made a first-time delivery attempt within the Estimated Delivery Date, but you missed it/ arranged a pick-up/ the address was invalid, we are not liable for the time when you could actually get the package;
4. Your delivery address is in remote area.

The shipping information will be updated from time to time, and the final interpretation right belongs to wing lightings. You can contact us for more shipping details.

---

WING LIGHTINGS

**Information**

support@winglightings.com

Wing Lightings is a brand that offers fine lighting solutions for homes and commercial properties. Our light fixtures can be used in fine homes, educational facilities, hotels and government buildings ...

**Quick Links**

Search

Shipping policy

Terms of Service

Privacy Policy

Refund policy

↑

**Subscribe today and get 10% off your first purchase**

Enter your email    ✉

---

Document title: 【New message】Wing Lightings
Capture URL: https://www.winglightings.com/policies/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 20:47:12 GMT

import duties that might occur should be paid by the recipient.

B. Within 1-2 business days, after the order is successfully dispatched, we will provide the tracking number of your order by sending an email to the registered email address.

C. We apologize that the P.O.Boxes and military addresses(APO, FPO)can not be delivered. For the US territories, please leave a note when you place an order. For example, if your address is in Guam, Puerto Rico, you could state Guam, Puerto Rico in the country section.

2. **How much does the shipping cost?**
   We offer FREE SHIPPING on all orders.

3. **How do I estimate the Delivery Time?**

Estimated Delivery Time = Processing Time + Shipping Time (depending on your location)

The **Estimated Delivery Date** is when we expect to fulfill your order based on your country/region and the shipping method you specified. **Processing Time** along with **Shipping Time** is counted.
The **Estimated Delivery Date** could be affected by our inventory availability, processing capacity, and unforeseen factors such as strikes or natural disaster. We will notice you in advance if there are factors that might cause delay in delivering your order.

**Please Note:** We are not liable for delay caused by the following situations:

1. Contact information or delivery address is changed/corrected after placing the order;
2. The product(s) in your order is re-specified, such as changing to a different color, different size, etc, after placing the order;
3. The first delivery attempt is within the Estimated Delivery Date. If the courier has made a first-time delivery attempt within the Estimated Delivery Date, but you missed it/ arranged a pick-up/ the address was invalid, we are not liable for the time when you could actually get the package;
4. Your delivery address is in remote area.

shipping information will be updated from time to time, and the final interpretation right belongs to wing lightings. You can contact us for more shipping details.

---

WING LIGHTINGS

Wing Lightings is a brand that offers fine lighting solutions for homes and commercial properties. Our light fixtures can be used in fine homes, educational facilities, hotels and government buildings ...

**Information**

support@winglightings.com

**Quick Links**

Search

Shipping policy

Terms of Service

Privacy Policy

Refund policy

Subscribe today and get 10% off your first purchase

Enter your email

© 2023 Wing Lightings

F

# Exhibit  F

Christmas limited time 10% – 20% OFF In Progress / Free Shipping



**OasisLamps®**
EXQUISITE LUXURY

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING

ALL PRODUCTS    ABOUT US    CONTACT US    CUSTOMIZATION

OVER
$8,999          20% OFF          C20

LIGHT UP YOUR
WORLD

OVER
$5,999          15% OFF          C15

Light up millions of homes

OVER
$99          10% OFF          C10

SHOP NEW

*Christmas Sale*



HOT SELLING

## CHANDELIER SERIES

Each lighting product will be with us for a long, long time, it not only illuminates our lives will also carry a lot of memories.Each lighting is handmade, the surface texture highlights the material of the product, highlighting the artistic atmosphere.

SHOP NOW

Chat with Kevin



Document title: OasisLamps
Capture URL: https://oasislamps.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 23:00:10 GMT



HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING

ALL PRODUCTS    ABOUT US    CONTACT US    CUSTOMIZATION



HOT SALE OF THE WEEK

## PENDANT SERIES

Each exquisite raindrop glass pendant combines high-quality copper elements to show luxury. Each raindrop pendant is carefully blown by workers with many years of manual experience. fittings are made of solid brass. The transparent raindrop pendant reflects the warm light. It highlights the elegance and temperament of this Pendant Lighting.



## FEATURED COLLECTION

| Sale | Sale | | |
|------|------|------|------|

**RAINDROP ROUND CHANDELIER 36"**
$3,239.00 USD  $2,889.00 USD
Save $350.00 USD
⋆⋆⋆⋆⋆ (14)

**CRYSTAL CUP ROUND TWO-TIER CHANDELIER D 60"**
$4,999.00 USD  $4,199.00 USD
Save $800.00 USD
⋆⋆⋆⋆⋆ (19)

**RAINDROP LINEAR CHANDELIER 5 LIGHTS L 36"**
From $1,399.00 USD

**CHIARA GLASS TIERED ROUND**
Chat with Kevin
$4,879.00 USD

OasisLamps®
EXQUISITE
LUXURY

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHT    G

ALL PRODUCTS    ABOUT US    CONTACT US    CUSTOMIZATION

$3,239.00 USD  $2,889.00 USD      $4,999.00 USD  $4,199.00 USD      From $1,399.00 USD      $4,878.00 USD
Save $350.00 USD                   Save $800.00 USD
☆☆☆☆☆ (14)                         ☆☆☆☆☆ (19)

      

         

RAINDROP ROUND CHANDELIER        CLEAN LINES LENGTH          BELLE DE CRYSTAL BALL LONG       MARIGNAC CRYSTAL CHAIN
3 LIGHTS D 8"                     CHANDELIER L 67"            CHANDELIER W 60"                 MULTI-TIER ROUND CHANDELIER
                                                                                              36" 48" 60"
From $698.00 USD                  $2,360.00 USD              $1,289.00 USD
                                  ☆☆☆☆☆ (1)                  ☆☆☆☆☆ (2)                        From $3,645.00 USD
                                                                                              ☆☆☆☆☆ (10)

             

RAINDROP LINEAR CHANDELIER       ASCADE SQUARE CHANDELIER    ECLATANT CRYSTAL BALL 2-TIER     BLOWN GLASS ROUND
3 LIGHTS L 22"                   30"                         ROUND CHANDELIER 48"             CHANDELIER 60"

From $748.00 USD                 $3,789.00 USD               $3,910.00 USD                    $3,689.00 USD
                                                                                              ☆☆☆☆☆ (10)

                                

HANDMADE GLASS ROUND             CHIARA GLASS TIERED ROUND   RAINDROP LINEAR CHANDELIER       HAR        Chat with Kevin
CHANDELIER D37"                  CHANDELIER 47"              72"                              CHANDELIER 43"

From $1,798.00 USD               $5,999.00 USD               From $3,599.00 USD               $4,069.00 USD



Document title: OasisLamps
Capture URL: https://oasislamps.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 23:00:10 GMT

# OasisLamps®
### EXQUISITE LUXURY

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING

ALL PRODUCTS    ABOUT US    CONTACT US    CUSTOMIZATION

| HANDMADE SENSE ROUND CHANDELIER D37" | SMART SENSE TIERED ROUND CHANDELIER 47" | MINIMALIST LINEAR CHANDELIER 72" | MIXED K CRESTA DE ROUND CHANDELIER 43" |
|---|---|---|---|
| From $1,798.00 USD | $5,999.00 USD | From $3,599.00 USD | $4,069.00 USD |
| ★★★★★ (3) | | ★★★★★ (14) | |

**VIEW ALL**

---

## WHY CHOOSE FROM OASISLAMPS



### FREE SHIPPING

Most items are shipped free of charge by courier with a transit time of 6 to 8 business days. Please check the "**shipping policy**"



### CUSTOMER SERVICE

7/24 Hour professional customer support, prompt pre and after sales service "**Contact Us**"



### CUSTOMIZED SERVICES

Customize the size, color, material and style of your favorite fixture."**Customized**"



### FACTORY PRICE

We can provide our customers with exclusive factory prices and high quality products."**About Us**"

---

**CONTACT US**

Email: support@oasislamps.com

Phone:+1(720)669-3005

**COMPANY**

About us

Contact Us

Customization

Tracking Order

News

**CUSTOMER CARE**

Refund Policy

Shipping Policy

Privacy Policy

Terms of Service

FAQ

Warranty Policy

Payment Method

**POPULAR CATEGORIES**

Chandelier

Wall Sconce

Pendant Lighting

Belle De Crystal Ball Series

Raindrops Series

     

Chat with Kevin 

© 2023 OasisLamps  All Rights Reserved.



**OasisLamps®**
EXQUISITE
LUXURY

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHT 

ALL PRODUCTS    ABOUT US    CONTACT US    CUSTOMIZATION

From $1,770.00 USD        $3,779.00 USD        From $3,579.00 USD        $4,507.00 USD

☆☆☆☆☆ (3)        ☆☆☆☆☆ (14)

### WHY CHOOSE FROM OASISLAMPS









FREE SHIPPING

Most items are shipped free of charge by courier with a transit time of 6 to 8 business days. Please check the" shipping policy "

CUSTOMER SERVICE

7/24 Hour professional customer support, prompt pre and after sales service " Contact Us "

CUSTOMIZED SERVICES

Customize the size, color, material and style of your favorite fixture." Customized "

FACTORY PRICE

We can provide our customers with exclusive factory prices and high quality products." About Us "

---

**CONTACT US**

Email: support@oasislamps.com
Phone :+1(720)669-3005

**COMPANY**

About us

Contact Us

Customization

Tracking Order

News

**CUSTOMER CARE**

Refund Policy

Shipping Policy

Privacy Policy

Terms of Service

FAQ

Warranty Policy

Payment Method

**POPULAR CATEGORIES**

Chandelier

Wall Sconce

Pendant Lighting

Belle De Crystal Ball Series

Raindrops Series



© 2023 OasisLamps  All Rights Reserved.

Chat with Kevin 

🔒 **Page**Vault

| | |
|---|---|
| Document title: | Shipping Policy - OasisLamps |
| Capture URL: | https://oasislamps.com/pages/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 20:48:56 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 20:49:36 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 4bvyEbCvTYCofUv1qYaD9B |
| User: | lrrc-dmoroyoqui |

Chr■■ limited time 10% ~ 20% OFF In Progress / Free Shipping

 **OasisLamps®**
EXQUISITE
LUXURY

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING

ALL PRODUCTS    ABOUT US    CONTACT US    CUSTOMIZATION

Home / Shipping Policy

# SHIPPING POLICY

Last updated on December 12th, 2021

Dear customers, **All Products Sold On This Website Are Free Shipping.**

The modes of transportation are as follows:

**Shipping Methods:** Expedited Express and Ocean Shipping.

**Please note:** for all product packaging dimensions, the maximum side length is within 39 inches (100 cm), and we will ship it by Expedited Express. For all ▯oduct package sizes, the maximum side length exceeds 39 inches (100 cm), and we will ship it by sea.
ɪf such products need Expedited Express, please <u>contact us</u> to obtain the price difference of transportation expenses.)

**Shipping time:**

Expedited Express : United States , Canada , Denmark , Netherlands , France, Russia,  Germany,  shipping time 9 - 14 working days.

Ocean Shipping : United States , Canada , Denmark , Netherlands , France, Russia,  Germany,  shipping time 22-35 working days.

**Third-party:** FedEx,YunExpress, DHL,TNT,UPS,4PX,Matson

**Delivery time:** United States , Canada , Denmark , Netherlands , France, Russia,  Germany,  delivery time 3 - 12 working days.

Currently we only provide transportation in the United States , Canada , Denmark , Netherlands , France, Russia. If you need to ship to other countries, please <u>contact us</u>.

How long will it take you to process my order?

Chat with Kevin

der processing time: Monday to Sunday (No holiday restrictions)

How long will it take you to process my order?

rder processing time: Monday to Sunday **(No holiday restrictions)**

**Standard products:**

- If the order transaction is successful, the time is before 6 p.m. (GMT - 08:00). Delivery time: 3-12 natural days.
- If the order transaction is successful, the time is after 6 p.m. (GMT - 08:00). Delivery time: 3-12 natural days.

**Custom products:**

- If the order transaction is successful, the time is before 6 p.m. (GMT - 08:00). Delivery time: 3-12 natural days.
- If the order transaction is successful, the time is before 6 p.m. (GMT - 08:00). Delivery time: 3-12 natural days.

**Note:**

1. Within 1-2 working days after the order is successfully shipped, we will send your order tracking number to your registered email address by email.

2. You buy something custom-products and have to wait for the production cycle of the goods, Once the product is out of the warehouse, it is sent by Expedited Express.

3. The transaction value of the order already includes the cost of the product and transportation. We are irresponsible for any other cost that may be charged by Customs for any international delivery.

You will have a tracking number after the order is shipped and you will be able to track the package on the logistics company's track tool. We will send the .acking number to your email. Or click "**Tracking Order**", enter the tracking number, and track transportation information

5.We apologize that the P.O.Boxes and military addresses(APO, FPO)can not be delivered. For the US territories, please leave a note when you place an order. For example, if your address is in Guam, Puerto Rico, you could state Guam, Puerto Rico in the country section.

What if I cannot find my package?

In rare cases, you may not be able to find their products even though the tracking info from shipping agents, like FedEx or UPS, shows it as delivered. Do NOT worry! We are always here to help and we will make sure that you will receive the product that you ordered. Please do reach us within 30 days. After that, package lost claims can not be filed with the shipping agent and there is nothing we can do.

There are several possibilities:

The package has not been delivered yet. Sometimes the package delivery will be delayed from 1 or 2 business days while the tracking info online showed as delivered.

The package could be delivered to your neighbors, which has happened several times. Please do check with our neighbors to see whether they received your package or not.

The package could be indeed lost. If you have waited for 2 business days and checked with your neighbors but still do not find the package. Please do not hesitate to contact us at support@oasislamps.com. In the meantime, please do contact the shipping agent to let them know that you did not receive the package, ask them to start an investigation, and file a package loss claim with the tracking number, which is, unfortunately, something that can only be done by the receiver (otherwise, we will do it for you). Once you filed the claim, please send us the claim number so that we can follow up with our shipping agent for the lost package investigation, which could take up to 15 business days. Once the shipping agent verifies that the package is indeed I    or    or issue a refund accordingly. The customer will be responsible for the loss if the customer refuses to work with us to start the inve

Chat with Kevin

could take some extra time to receive the product if something went wrong during the shipping process, which is something that we do not want it to happen

**OasisLamps®**
EXQUISITE
LUXURY

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING

ALL PRODUCTS    ABOUT US    CONTACT US    CUSTOMIZATION

For example, if your address is in Guam, Puerto Rico, you could state Guam, Puerto Rico in the country section.

**What if I cannot find my package?**

In rare cases, you may not be able to find their products even though the tracking info from shipping agents, like FedEx or UPS, shows it as delivered. Do NOT worry! We are always here to help and we will make sure that you will receive the product that you ordered. Please do reach us within 30 days. After that, package lost claims can not be filed with the shipping agent and there is nothing we can do.

**There are several possibilities:**

The package has not been delivered yet. Sometimes the package delivery will be delayed from 1 or 2 business days while the tracking info online showed as delivered.

The package could be delivered to your neighbors, which has happened several times. Please do check with our neighbors to see whether they received your package or not.

The package could be indeed lost. If you have waited for 2 business days and checked with your neighbors but still do not find the package. Please do not hesitate to contact us at support@oasislamps.com. In the meantime, please do contact the shipping agent to let them know that you did not receive the package, ask them to start an investigation, and file a package loss claim with the tracking number, which is, unfortunately, something that can only be done by the receiver (otherwise, we will do it for you). Once you filed the claim, please send us the claim number so that we can follow up with our shipping agent for the lost package investigation, which could take up to 15 business days. Once the shipping agent verifies that the package is indeed lost, we will resend the product or issue a refund accordingly. The customer will be responsible for the loss if the customer refuses to work with us to start the investigation.

It could take some extra time to receive the product if something went wrong during the shipping process, which is something that we do not want it to happen but unfortunately out of our control. But rest assured we will always be here to help!

**Didn't find what you were looking for?**

If you need to customize lamps of other sizes or styles, please contact us. We will reply with the transportation cycle, transportation mode, and transportation cost of the products in time. Couldn't find the answer to your question on shipping? Contact us and we will get back to you as soon as possible.

---

**CONTACT US**

Email: support@oasislamps.com
Phone :+1(720)669-3005

**COMPANY**

About us

Contact Us

Customization

Tracking Order

News

**CUSTOMER CARE**

Refund Policy

Shipping Policy

Privacy Policy

Terms of Service

FAQ

Warranty Policy

Payment Method

**POPULAR CATEGORIES**

Chandelier

Wall Sconce

Pendant Lighting

Belle De Crystal Ball Series

Raindrops Series



© 2023 OasisLamps   All Rights Reserved.

Chat with Kevin 

G

# Exhibit G



Home    Categories    New Arrivals    Stock On Sale    About Us    Contact Us    How To Order

# Rain series

Master glass designer has created a dramatic evocation of rain, engaging the viewer in an ever-changing pattern of expansion and compression – much like the rhythm of a rainstorm itself. Suspended from slim black cords, drops of blown glass encase the bulb – creating the illusion of underwater illumination – and cast luminous ripples that wash across ceilings and walls.

SHOP THE COLLECTION

CATEGORIES










CATEGORIES

       

NEW ARRIVALS

VIEW ALL

   

Beckman Rectangular Chandelier 54"

Rain Linear Chandelier 72"

Rain Round Chandelier 47"

Camino Rectangular Outdoor Chandelier 41"



Camino Round Outdoor Chandelier 63"

STOCK ON SALE

VIEW ALL

 



Beckman Round Chandelier 33"


**Beckman Rectangular Chandelier 54"**


**Rain Linear Chandelier 72"**


**Rain Round Chandelier 47"**


**Camino Rectangular Outdoor Chandelier 41"**


**Camino Round Outdoor Chandelier 63"**

**STOCK ON SALE**

VIEW ALL


**Beckman Round Chandelier 33"**



CATEGORIES

Chandelier
Wall Lamp
Table Lamp

Delivery and Returns

Chandelier
Wall Lamp
Table Lamp

HELP & SUPPORT

FAQs
Delivery & Returns

CONTACT DETAILS

Hexing Road 6,Guzhen,Zhongshan,Guangdong,China

+86 135-2818-6297
monet@momochandelier.com

© 2023 Momo Chandelier

🔒 **Page Vault**

| | |
|---|---|
| Document title: | How To Order – Momo Chandelier |
| Capture URL: | https://momochandelier.com/how-to-order/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:03:43 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:04:08 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | iC3G2DSwjkvZdSP2d5BXFN |
| User: | lrrc-dmoroyoqui |



Home    Categories    New Arrivals    Stock On Sale    About Us    Contact Us    How To Order

# How To Order







Home    Categories    New Arrivals    On Sale    About Us    Contact Us    How To Order

# How To Order









**Zhongshan Momo Lighting Co., Ltd.**

2 YRS | Guangdong, China

| Home | Products | Profile | Contacts |

Search in this store

Home > Company profile > Ratings & Reviews

**Company overview**
Company Introduction

**Business Performance**
Ratings & Reviews

## Ratings & Reviews

Loading...    Contact supplier    Start order

### Overall Ratings

**5.0**/5    Very satisfied
17 Reviews

How ratings work ?

| | | |
|---|---|---|
| Supplier Service | ★★★★★ 5.0 | Very satisfied |
| On-time Shipment | ★★★★★ 5.0 | Very satisfied |
| Product Quality | ★★★★★ 5.0 | Very satisfied |

**Supplier Service**

| | | | |
|---|---|---|---|
| 5 Stars | ████████ | 100% | (17) |
| 4 Stars | | 0% | (0) |
| 3 Stars | | 0% | (0) |
| 2 Stars | | 0% | (0) |
| 1 Stars | | 0% | (0) |

### All Reviews

ALL    With pictures (28)

---

B*********l
🇺🇸 United States

Supplier Service:  Very satisfied  (5 stars)
On-time Shipment:  Very satisfied  (5 stars)

10 Jan 2023 00:25

**LAMBETH NICKEL KNURLED GRAND SCONCE**
★★★★★
Beautiful, modern and perfect color lighting for my bathrooms. Great value compared to similar ones sold in the lighting stores. Love it!!!

👍 0

---

**modern selenite long pendant lamp for dining light m...**
★★★★★
my bro did not fix yet,i will send to you later

👍 0

---

**Modern rectangular crystal chandelier for banquet de...**
★★★★★
my bro did not fix yet,i will send to you later

👍 0

---

**Duplex crystal large chandelier lobby villa living room ...**
★★★★★
my bro did not fix yet,i will send to you later

👍 0

---

Company overview
Company Introduction

Business Performance
Ratings & Reviews

my bro did not fix yet,i will send to you later 👍 0



Duplex crystal large chandelier lobby villa living room ...
★★★★★
my bro did not fix yet,i will send to you later 👍 0

Nordic Brass Pendant Light hotel Living Dining Room ...
★★★★★
not bad, but i think more lights better 👍 0



Traditional large french Empire Basket chandelier for ...
★★★★★
takes almost 4 hours to finish, but totally worth it, 👍 0



D**********s        Supplier Service:    Very satisfied  (5 stars)                    09 Jan 2023 23:00
🇺🇸 United States    On-time Shipment:    Very satisfied  (5 stars)

American minimalist postmodern luxury LED round 3...
★★★★★
I did not dare to buy them since gotta wait 2 months,but the wife insisted.turns ou
t very nice quality lighting.such a good price for how well it is, Highly Recommen
d.                                                                                          👍 0



Italian Post Modern Oval Ball Shade LED Suspension ...
★★★★★
this my style.nice!!                                                                        👍 0



HARLOW CRYSTAL ROUND CHANDELIER 31" restorati...
★★★★★
wife love it.                                                                               👍 0



T***********e       Supplier Service:    Very satisfied  (5 stars)                    28 Dec 2022 00:37
🇺🇸 United States    On-time Shipment:    Very satisfied  (5 stars)

Modern Luxury Chandelier Sanger Large Chandelier f...
★★★★★
nice crystal, so so beautiful.                                                              👍 0




Company overview

Company Introduction

**Business Performance**

Ratings & Reviews

On-time Shipment: Very satisfied (5 stars)

Modern Luxury Chandelier Sanger Large Chandel...

★★★★★

nice crystal, so so beautiful.

👍 0

Modern Luxury Chandelier Bonnington Large Chandeli...

★★★★★

my boy love it, he is so happy. LOL

👍 0

Modern Luxury Chandelier Adele Four Tier Waterfall C...

★★★★★

not done yet

👍 0

alsace architectural railing sconce rustic long sconce

★★★★★

not done yet

👍 0

Wall Lights For Home Wall Light Fixtures Bollard Versi...

★★★★★

not done yet

👍 0

Modern Duplex Hotel Rotating Restoration Acrylic Led...

★★★★★

oh my god! this one definitely my favorite, thank you so much!

👍 0

chiara glass chandelier rectangular shape with amber...

★★★★★

not done yet

👍 0

P*********s    Supplier Service: Very satisfied (5 stars)    12 Dec 2022 21:13
🇺🇸 United States    On-time Shipment: Very satisfied (5 stars)

Staircase big luxury modern hotel crystal chandeliers

★★★★★

so pretty! looks more beautiful by eyes

👍 0




momo mo    13 Dec 2022
Zhongshan Momo Lighting Co., Ltd.

nice house!!!

Document title: https://momolight.en.alibaba.com/company_profile/feedback.html?spm=a2700.icbuShop.conu5cff17.2.565842a62Pw6R5

Capture URL: https://momolight.en.alibaba.com/company_profile/feedback.html?spm=a2700.icbuShop.conu5cff17.2.565842a62Pw6R5

Capture timestamp (UTC): Tue, 28 Feb 2023 19:25:48 GMT

Company overview
Company Introduction

Business Performance
Ratings & Reviews



momo mo
Zhongshan Momo Lighting Co., Ltd.                                13 Dec 2022

nice house!!!

American copper table lamp simple living room bedro...
★ ★ ★ ★ ★
this a little difference from what I showed you, but not bad. maybe bigger crystal?     👍 0



momo mo
Zhongshan Momo Lighting Co., Ltd.                                13 Dec 2022

you are right,we will pay more attention in the future.thank you!



HELIX CHANDELIER 48" luxury manufacturer origami ...
★ ★ ★ ★ ★
I think it is the same crystal like what I saw in RH.so shining!     👍 0



momo mo
Zhongshan Momo Lighting Co., Ltd.                                13 Dec 2022

wow,this give us more confidence,thank you!

L*********s                  Supplier Service:    Very satisfied  (5 stars)         09 Dec 2022 17:07
🇺🇸 United States    On-time Shipment:   Very satisfied  (5 stars)



Nordic light luxury 47" sand table wind chime restaura...
★ ★ ★ ★ ★
absolutely nice design, thanks monet. I hope customers will like it.xxx     👍 0



momo mo
Zhongshan Momo Lighting Co., Ltd.                                11 Dec 2022

It will bring you more business for sure!



2022 Chandelier Restoration Hotel Pendant Light Cha...
★ ★ ★ ★ ★
Hi,monet,my guys have not fixed well yet, I just can post the photo you sent to me.     👍 0
xxx



momo mo
Zhongshan Momo Lighting Co., Ltd.                                11 Dec 2022

LOL.~~thanks anyway!

Company overview
Company Introduction

**Business Performance**
Ratings & Reviews

**momo mo**
Zhongshan Momo Lighting Co., Ltd.

11 Dec 2022

It will bring you more business for sure!

---

2022 Chandelier Restoration Hotel Pendant Light Cha...

★ ★ ★ ★ ★

Hi,monel,my guys have not fixed well yet, I just can post the photo you sent to me.
xxx

👍 0

**momo mo**
Zhongshan Momo Lighting Co., Ltd.

11 Dec 2022

LOL~~thanks anyway!

---

Modern Luxury Italian Chandelier for Dining decoratio...

★ ★ ★ ★ ★

client loves itlxxx

👍 0

**momo mo**
Zhongshan Momo Lighting Co., Ltd.

11 Dec 2022

wow.nice!

---

‹ Previous | 1 | 2 | 3 | 4 | Next ›

**Email to this supplier**

To:     momo mo

*Message:    Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters
☑ I agree to share my **Business Card** to the supplier.

[ Send ]

---

Ⓐ Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - ภาษาไทย - עברית - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2023 Alibaba.com. All rights reserved 浙公网安备 33010002000092号 浙B2-20120091-4

---

Document title: https://momolight.en.alibaba.com/company_profile/feedback.html?spm=a2700.icbuShop.conu5cff17.2.565842a62Pw6R5
Capture URL: https://momolight.en.alibaba.com/company_profile/feedback.html?spm=a2700.icbuShop.conu5cff17.2.565842a62Pw6R5
Capture timestamp (UTC): Tue, 28 Feb 2023 19:25:48 GMT                                            Page 5 of 5

# Exhibit H





**FANCI LIGHT**

Home    All Products ⌄    Collections    Contact    About





Chandelier | Shop Now

## Shop by collections






Find More designs

All Products

All products





### Bellanca Crystal Ball Crystal Chandelier 72"

**$2,808.00** ~~$3,038.00~~

Crystal: Clear

[ Clear ]  [ Smoky ]

Shape: Ball

[ Ball ]  [ Oval ]

Color: Brass



Quantity

[ − ]  1  [ + ]      **Add to cart**

**Buy it now**

Discounted products

## New Products

Find the design you like






Chat with us

Find the design you like



**Destiney Raindrop Round Chandelier 36" for Dining Room**
$2,850.00 ~~$3,229.00~~



**Crystal Cup Round Chandelier Light Brass**
$1,990.00



**Filament Vintage Two-Tier Round Chandelier**
$2,029.00



**Bellanca Crystal Ball Oval Chandelier 72"**
$3,137.00

  



**Glover Round Chandelier Brass Tubes 24" 32" 42" available**
$2,468.00



**Bellanca Crystal Ball Round Chandelier 36"**
$1,338.00 ~~$1,553.00~~



**Crystal Cup Round Chandelier Light Black**
$1,820.00



**Tiller Linear Chandelier Modern 60", 7 Light for Living Room**
$1,458.00

  



**Filament Vintage Round chandelier 50" 24-Lights**
$1,595.00

 



**Audreyanca Crystal Ball Round Cluster chandelier 30"**
$3,385.00

  



**Bellanca Crystal Ball Round Chandelier 48"**
$1,658.00 ~~$2,147.00~~

  



**Destiney Raindrop Round Chandelier 18" for Dining Table**
$1,579.00

  


Chat with us









Filament Vintage Round chandelier 50" 24-Lights

$1,595.00



Audreyanca Crystal Ball Round Cluster chandelier 30"

$3,385.00



Bellanca Crystal Ball Round Chandelier 48"

$1,658.00  $2,147.00

 

Destiney Raindrop Round Chandelier 18" for Dining Table

$1,579.00

 



View all

## Shop by collections











Destiney Series [17]   

Tiller Series [9]

Shotglass Series [6]

Bellanca Series [20]

Filament Series

**Brand**

**FANCI LIGHT**

FANCI LIGHT is your main resource for some of the best lighting systems on the market...

**Information**

+1 (541)250-0699
support@fancilight.com

**Quick Links**

Search
FAQs
Order Track
Payment Method
Refund and Return Policy
Privacy Policy
Shipping Policy
Terms of service

**Menu**

Home
All Products
Collections
Contact
About

© FANCI LIGHT



Chat with us

🔒 **PageVault**

| | |
|---|---|
| Document title: | Shipping Policy |
| Capture URL: | https://fancilight.com/pages/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:08:03 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:08:49 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 34uXZWyGUS5u4wQCvV8pz3 |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:        kyjLarcPvbSRihJ8YKnvXC

 

**FANCI LIGHT**

Home    All Products ⌄    Collections    Contact    About

# Shipping Policy

Home  >  Shipping Policy

Shipping policy
Please notice and understand that affected by Covid-19, there will be some delay on the delivery.

We offer free shipping on all orders. We ship only to USA for now.
Order delivery time = processing time + transportation time

Lead times
Order processing:
The order processing time is 7-15 working days.

Transportation time:
Delivery time to USA: 7-14 days (working days)

Tariff:
We will pay tariffs and customs fee for customers.

Refused shipments
If an order has already been shipped and is being refused by the client, the client is responsible for the cost of returning the product, any restocking fees and the outbound shipping fee.

If you have any problem during shopping process, Please contact us at support@fancilight.com. We will deal with any matter well for you.

Phone: +1 (541)250-0699

Brand



FANCI LIGHT is your main resource for some of the best lighting systems on the market...

Information

+1 (541)250-0699
support@fancilight.com

Quick Links

Search
FAQs
Order Track
Payment Method
Refund and Return Policy
Privacy Policy
Shipping Policy
Terms of service

Menu

Home
All Products
Collections
Contact
About

Chat with us

Document title: Shipping Policy
Capture URL: https://fancilight.com/pages/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 21:08:49 GMT

Page 1 of 2

## Shipping Policy

Home  >  Shipping Policy

Shipping policy

Please notice and understand that affected by Covid-19, there will be some delay on the delivery.

We offer free shipping on all orders. We ship only to USA for now.

Order delivery time = processing time + transportation time

Lead times

Order processing:

The order processing time is 7-15 working days.

Transportation time:

Delivery time to USA: 7-14 days (working days)

Tariff:

We will pay tariffs and customs fee for customers.

Refused shipments

If an order has already been shipped and is being refused by the client, the client is responsible for the cost of returning the product, any restocking fees and the outbound shipping fee.

If you have any problem during shopping process, Please contact us at support@fancilight.com. We will deal with any matter well for you.

Phone: +1 (541)250-0699

**Brand**

**FANCI LIGHT**

FANCI LIGHT is your main resource for some of the best lighting systems on the market...

**Information**

+1 (541)250-0699

support@fancilight.com

**Quick Links**

Search

FAQs

Order Track

Payment Method

Refund and Return Policy

Privacy Policy

Shipping Policy

Terms of service

**Menu**

Home

All Products

Collections

Contact

About

Chat with us

© FANCI LIGHT

# Exhibit I

All Order Free Shipping!

All Order Use "MC10" Get 10% Off

Over $5000 Use "MC15" Get 15% Off

Over $7000 Use "MC20" Get 20% Off

**CURE LIGHTING**
Professional Large Factory

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING    CUSTOMIZED PRODUCTS

Shop all

## Hot Sale Series



Raindrop



Cannele



Vouvray



San Marc









 CURE LIGHTING
Professional Lamp Factory

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING    CUSTOMIZE    PRODUCTS


Harlow


1920s


Éclatant


Ball

**View all**

## Chandelier


Raindrop Rectangular Chandelier 72"
From $4,098⁰⁰


Harlow Crystal Rectangular...
$2,399⁰⁰


Arachon Led Round Two-tier Chandelier...
$4,189⁰⁰


Modern San Marco Cake Two-Tier Round...
$4,978⁰⁰


Rectangular Crystal 1920s Odeon...
From $1,939⁰⁰


Cannele Linear Brass Chandelier 55"
$1,869⁰⁰


Éclatant Vintage Two-tier Round Chandelie...
From $3,999⁰⁰


Pearl Round Chandelier Vintage...
From $12,899⁰⁰


Crystal Ball Smoke Glass Round...
$1,359⁰⁰


Crystal Ball Clear Glass Round Chandelier 60"
$3,169⁰⁰

**View all**



## Wall Sconce

 TrustedSite

CURE LIGHTING
Professional Laser Cutting Lightt

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING    CUSTOMIZE    PRODUCTS

## Wall Sconce







Vouvray Wall Sconce 32"
$909$^{00}$

Pearl Triple Wall Sconces,Wall Lamps
$799$^{00}$

Pearl Wall Sconce , Wall Lamp
$285$^{00}$

Boule De Crystal Ball Clear/Smoke Glass...
$178$^{00}$

Boule De Crystal Ball Clear/Smoke Glass...
$357$^{00}$

**View all**

## Pendant







Raindrop Pendant light
$229$^{00}$

Modern Personalized Brass Pendant Light
$229$^{00}$

Fulcrum Glass Grand Pendant Light
$1,269$^{00}$

Modern Smoke Gray Cylinder Pendant...
$259$^{00}$

Pearl Ball Pendant Chandelier
$298$^{00}$

**View all**



It is a product and a work of art

TrustedSite

Document title: Cure Lighting
Capture URL: https://curelighting.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 21:08:15 GMT

**CURE LIGHTING**
*Professional Luxe Factory lights*

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING    CUSTOMIZE    PRODUCTS

## New In



Raindrop Wall
Sconce,Rain Wall Light
$22900



Modern San Marcol
Cake Round Luxury...
$2,89900



Cannele Double Head
Outdoor Wall Sconce
$35600



Vouvray Round Brass
Chandelier...
From $7,69900



Embossed Tube Single
Head Long Tube Wall...
From $25900

Raindrop Wall
Sconce,Rain Wall Light
$229⁰⁰

Modern San Marcol
Cake Round Luxury...
$2,899⁰⁰

Cannele Double Head
Outdoor Wall Sconce
$356⁰⁰

Vouvray Round Brass
Chandelier...
From $7,699⁰⁰

Embossed Tube Single
Head Long Tube Wall...
From $259⁰⁰

**View all**



## Cannele Series

Defined by clean lines and sharp angles, the fixture's elegant
ribbed-glass hurricanes showcase Edison filament bulbs,
shimmering like candles within.

**View All**

## Our Commitment

### Quick Reply

Reply to customers within 24
hours

### Advanced Materials

Use this section to explain a
set of product features.

### 30 Days Return

If you don't like the product
you received, you can get a full
refund within 30 days

### Two Years Warranty

Responsible for any problems
within two years

## Sign up and save

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email    






**CURE LIGHTING**
Professional Luxury Factory

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING    CUSTOMIZE    PRODUCTS



## Cannele Series

Defined by clean lines and sharp angles, the fixture's elegant ribbed-glass hurricanes showcase Edison filament bulbs, shimmering like candles within.

**View All**

## Our Commitment

**Quick Reply**

Reply to customers within 24 hours

**Advanced Materials**

Use this section to explain a set of product features.

**30 Days Return**

If you don't like the product you received, you can get a full refund within 30 days

**Two Years Warranty**

Responsible for any problems within two years

## Sign up and save

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email    

**SUPPORT & HELP**

Warranty Information

Refund Policy

Shipping Policy

Privacy Policy

Terms of Service

**About Us**

ABOUT US

CONTACT US

Tracking Order

Payment method

**CONTACT US**

Email: support@curelighting.com

Address: 4075 Miller Rd, Flint, MI 48507

© 2023 Cure Lighting

VISA    [payment icons]    TrustedSite

Document title: Cure Lighting
Capture URL: https://curelighting.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 21:08:15 GMT

**🔒 PageVault**

| | |
|---|---|
| Document title: | Cure Lighting |
| Capture URL: | https://curelighting.com/policies/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:10:36 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:11:57 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | m5MpacppCSX9hn46TKmTSt |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:    npTBcqtUJ1LmMSrhBD78UH

All Order Free Shipping!

All Order Use "MC10" Get 10% Off

Over $5000 Use "MC15" Get 15% Off

Over $7000 Use "MC20" Get 20% Off

**CURE LIGHTING**
Professional Lamps Factory

HOME    CHANDELIER    WALL SCONCE    PENDANT LIGHTING    CUSTOMIZED PRODUCTS

# Shipping policy

**How long will it take for me to receive my package?**

Orders must be processed before they can be shipped. The amount of time you have to wait before receiving your package consists of processing time and shipping time.
A "processing" order status means that your order has been verified and is in processing. Processing time is required because we need to confirm your contact information and shipping address, sort the items, perform a rigorous quality check and pack the items. Once your order is properly packed, it will be handed over to the shipping company.
A "shipping " order status means that your item has been shipped and you will be able to track your order once the courier updates the tracking number. Since the entire shipping process involves international transportation, the package may be in transit or cleared through customs. During this time, the tracking number will not be updated until the item is picked up by the courier. You may have to wait up to 10 days for the tracking number to be updated if it is expedited, or up to 20 days if it is shipped by sea. Please feel free to contact us if you need help regarding the shipping status of your order.

**Processing time: 1-3 business days**

**Please note.**
    Processing time starts from the time your payment is made and your order is verified (a verification email will be sent after payment is made).
    . After placing an order you may change your mind, including but not limited to: changing to another color, size, style or different product, changing your address. If this happens, the processing time will be calculated from the final confirmation of the order details. A confirmation email will be sent with an updated estimated delivery time.
C. During holidays, processing times may be longer than usual. We will notify you in advance.

**Delivery time**
We offer a variety of shipping methods depending on your needs.

We offer a range of shipping methods based on product category and country/region. Your shipping time will be affected by the shipping method you specify. Please see the table below for more specific shipping times.

| Shipping Method | Countries/ Region | Time (Days) |
|---|---|---|
| Expedited Express | United States, United Kingdom, Austria, Belgium, Germany, Denmark, Spain, France, Republic of Ireland, Italy, Netherlands, Portugal, Sweden, Syria, Estonia, Finland, Greece, Iceland, Latvia, Lithuania, Norway, Poland, Romania, Switzerland Czech Republic, Ukraine, Australia, New Zealand | 4-8 |

**Please note**
Countries that impose customs duties. Different countries have different customs policies. Once the package arrives in the destination country, any ~toms or import duties shall be paid by the recipient.

CURE LIGHTING
Professional Cure Lighting *Cure Light*
HOME    CHANDELIER    \ SCONCE    PENDANT LIGHTING    CUSTOMIZED PRODUCTS    🔍  👤  🛍

| | Poland, Romania, Switzerland |
| | Czech Republic, Ukraine, Australia, New Zealand |

**Please note**

Countries that impose customs duties. Different countries have different customs policies. Once the package arrives in the destination country, any customs or import duties shall be paid by the recipient.

B. Within 1-2 business days of successful shipment of your order, we will provide you with a tracking number for your order by sending an email to your registered email address.

C. We are sorry that PO Boxes and military addresses (APO, FPO) are not available for delivery. For U.S. locations, please leave a description when placing your order. For example, if your address is located in Guam, Puerto Rico, you may indicate Guam, Puerto Rico in the country section.

**What is the shipping cost?**
We offer free shipping on all orders.

**How do I estimate the delivery time?**
Estimated delivery time = processing time + shipping time (depending on your location).

**Estimated delivery date is the estimated time it will take us to complete your order based on your country and the shipping method you specify. Processing time is taken into account along with shipping time.**
Estimated delivery dates may be affected by our inventory availability, processing capacity, and unforeseen factors such as strikes or natural disasters. We will notify you in advance if there are factors that may cause a delay in the delivery of your order.

**Please note: We are not responsible for delays due to the following reasons**
Change/correction of contact information or shipping address after the order has been placed.
Re-specification of products in your order after the order has been placed, such as changing to a different color, different size, etc.
The first delivery attempt is within the estimated delivery date. If the courier makes the first delivery attempt within the Estimated Delivery Date and you miss/arrange a pickup/invalid address, we are not responsible for the actual time you receive your package.
Your delivery address is in a remote area.

Shipping information may be updated from time to time and the final interpretation is the property of Wings of Light. You can contact us for more shipping details.
E-mail: support@curelighting.com
Number: +1(810) 534-7953
Address: 4075 Miller Rd, Flint, MI 48507



**SUPPORT & HELP**

Warranty Information

Refund Policy

Shipping Policy

Privacy Policy

Terms of Service

**About Us**

ABOUT US

CONTACT US

Tracking Order

Payment method

**CONTACT US**

Email: support@curelighting.com

Address: 4075 Miller Rd, Flint, MI 48507

23 Cure Lighting

VISA ... TrustedSite

Document title: Cure Lighting
Capture URL: https://curelighting.com/policies/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 21:11:57 GMT

Please note

Countries that impose customs duties. Different countries have different customs policies. Once the package arrives in the destination country, any customs or import duties shall be paid by the recipient.

Vithin 1-2 business days of successful shipment of your order, we will provide you with a tracking number for your order by sending an email to your registered email address.

C. We are sorry that PO Boxes and military addresses (APO, FPO) are not available for delivery. For U.S. locations, please leave a description when placing your order. For example, if your address is located in Guam, Puerto Rico, you may indicate Guam, Puerto Rico in the country section.

**What is the shipping cost?**
We offer free shipping on all orders.

**How do I estimate the delivery time?**
Estimated delivery time = processing time + shipping time (depending on your location).

**Estimated delivery date is the estimated time it will take us to complete your order based on your country and the shipping method you specify. Processing time is taken into account along with shipping time.**
Estimated delivery dates may be affected by our inventory availability, processing capacity, and unforeseen factors such as strikes or natural disasters. We will notify you in advance if there are factors that may cause a delay in the delivery of your order.

**Please note: We are not responsible for delays due to the following reasons**
Change/correction of contact information or shipping address after the order has been placed.
Re-specification of products in your order after the order has been placed, such as changing to a different color, different size, etc.
The first delivery attempt is within the estimated delivery date. If the courier makes the first delivery attempt within the Estimated Delivery Date and you miss/arrange a pickup/invalid address, we are not responsible for the actual time you receive your package.
Your delivery address is in a remote area.

Shipping information may be updated from time to time and the final interpretation is the property of Wings of Light. You can contact us for more shipping details.
lail: support@curelighting.com
Number: +1(810) 534-7953
Address: 4075 Miller Rd, Flint, MI 48507



**SUPPORT & HELP**

Warranty Information

Refund Policy

Shipping Policy

Privacy Policy

Terms of Service

**About Us**

ABOUT US

CONTACT US

Tracking Order

Payment method

**CONTACT US**

Email: support@curelighting.com

Address: 4075 Miller Rd, Flint, MI 48507

© 2023 Cure Lighting

Document title: Cure Lighting
Capture URL: https://curelighting.com/policies/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 21:11:57 GMT

J

# Exhibit J

🔒 **PageVault**

| | |
|---|---|
| Document title: | Crystal Chandelier,Pendant Light,Wall Sconces – Cloudslights |
| Capture URL: | https://cloudslights.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:12:14 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:13:49 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | i8yoWD2HZWHxnazNuYcvdG |
| User: | lrrc-dmoroyoqui |



## Cloudslights

Search... 🔍     Account     🛒 Cart

Home     All Collections     Chandeliers     Pendants     Wall Sconce     Shop By Room     Customization

# Raindrop Lights

View all







**Raindrop Rectangle Chandelier 72"**
★★★★★ 3 reviews
$4,699⁰⁰

**Raindrop Round Long Chandelier Light 60"**
$7,550⁰⁰

**Raindrop Round Chandelier Light 60"**
★★★★★ 2 reviews
$7,356⁰⁰

**Raindrop Round Long Chandelier Light 47"**
$5,688⁰⁰

**Raindrop Round Chandelier Light 47"**
★★★★★ 7 reviews
$5,299⁰⁰

# Chandeliers

View all







☰   Search...   🔍                    Cloudslights                    👤 Account   🛒 Cart







Evelyn Crystal Round Chandelier 62"
$9,879⁰⁰

Fantasy Pearl Ball Linear Chandelier 72"
$8,899⁰⁰

Mia 4 Tier Crystal Rectangular Chandelier 72"
$6,790⁰⁰

Mia 4 Tier Crystal Round Chandelier 48"
$5,960⁰⁰

Amelia 2-Tier Round Chandelier 60"
$4,858⁰⁰







Balle Smoke Crystal Round Chandelier 24"
$1,268⁰⁰

Kelly 3-Layer Crystal Round Chandelier 20"
$1,206⁰⁰

Brach Crystal Shades Round Chandelier 48"
$2,918⁰⁰

Lora Crystal Round Chandelier 32"
★★★★★ 1 review
$1,800⁰⁰

Olivia Round Chandelier Art Blown Glass 48"
★★★★★ 2 reviews
$2,789⁰⁰

## Wall Sconce                                              View all







Balle Clear Crystal Grand Double Sconce
$318⁰⁰

Leonardo LED Picture Light
★★★★★ 2 reviews
$290⁰⁰

Led Brass Picture Light
$326⁰⁰

Raindrop Wall Sconce Cord
★★★★★ 8 reviews
$228⁰⁰

Olivia Art Blown Glass Wall Sconce 12"
★★★★★ 3 reviews
$229⁰⁰

## Pendants                                                View all







☰     Search...     🔍          Cloudslights          👤 Account     🛒 Cart



Nist Globe Shade
Pendant Light 14"
$398⁰⁰



Vouvray Rectangular
Pendant 19"
$2,339⁰⁰



Raindrop Pendant Light
★★★★★ 21 reviews
$228⁰⁰



Balle Smoke Cristal Cord
Pendant
$208⁰⁰



Balle Clear Cristal Cord
Pendant
★★★★★ 2 reviews
$208⁰⁰

## Brach Crystal Lights

the spokes are hexagonal forms
juxtaposed with rounded interiors,
beautifully crafted of crystal glass,
running along a simple, solid metal
frame.

**Shop Now**



Hot Sale
$4,218⁰⁰

## Primary Crystal Cluster Multi Rings Chandelier



Hot Sale
$4,980⁰⁰

☰   Search...   🔍                Cloudslights                 👤 Account    🛒 Cart

# Primary Crystal Cluster Multi Rings Chandelier

The simple and artistic design brings a breakthrough to your imagination.

**Shop Now**



# Popular categories



Raindrop Lights



Fantasy Pearl



Amelia chandeliers



Brach Crystal Lights



Ancelotti Chandelier



Primary Crystal Lights



Balle crystal Lights



Bossy Metal Tubes



Donnington K9 Glass Lights



Evelyn Crystal Chandelier



Hewson Collection



Kelly Crystal Lights



Lattice Chandelier



Lora Crystal Lights



Mia Chandelier



Nicole Crystal Lights



Olivia Art Blown Glass Lights



Lambert Sconce



Search...    Cloudslights    Account    Cart

# Popular categories


Raindrop Lights


Fantasy Pearl


Amelia chandeliers


Brach Crystal Lights


Ancelotti Chandelier


Primary Crystal Lights


Balle crystal Lights


Bossy Metal Tubes


Donnington K9 Glass Lights


Evelyn Crystal Chandelier


Hewson Collection


Kelly Crystal Lights


Lattice Chandelier


Lora Crystal Lights


Mia Chandelier


Nicole Crystal Lights


Olivia Art Blown Glass Lights


Lambert Sconce

Sign up for our mailing list to receive promotions, new product announcements, and sales information from Cloudslights. Directly to your inbox.

Enter your email    **Subscribe**

**Customer Service**
About Us
Contact Us
FQA
Order Tracking
Customization

**Policy**
Privacy Policy-GDPR
Refund Policy
Shipping Policy
Terms of Service
Warranty Policy

**Get in touch**
📞 +1 (949) 227-9133
✉ Email us

**Follow us**
Instagram Facebook YouTube Pinterest





© 2023 Cloudslights    Privacy Policy-GDPR    Refund Policy    Shipping Policy    Terms of Service    Warranty Policy    powered by CloudsLights





Document title: Crystal Chandelier,Pendant Light,Wall Sconces – Cloudslights
Capture URL: https://cloudslights.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 21:13:49 GMT

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Shipping policy – Cloudslights |
| Capture URL: | https://cloudslights.com/policies/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:14:44 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:15:53 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 3aDKCA1cz4vFxWFMs1SyYQ |
| User: | lrrc-dmoroyoqui |

30 Days returns

Search...  🔍                    **Cloudslights**                    👤 Account   🛒 Cart

Home    All Collections    Chandeliers    Pendants    Wall Sconce    Shop By Room    Customization

# Shipping policy

Shipping Policy

Thanks for shopping with Cloudslights. International shipping might experience delay due to Covid-19. to keep track of your order, contact Cloudslights (support@cloudslights.com) so we can provide you the order's tracking number.

Convenient logistics
Our products are exported to worldwide. In order to deliver the products to our client with a fast and safe condition, we work with DHL, Fedex, UPS, TNT and the global sea shipping companies. The sea shipping companies are mainly used to deliver the large and fragile products at your door.

Order Processing Time

It is the time elapsed between when the customer places the order and when the seller hands the order over to the delivery service.
Generally, orders are shipped within 3-5 working days of order confirmation/payment. Orders made on the weekends might experience delay.
Our warehouse only operates on Monday – Friday during standard business hours, except on holidays. In these instances, we take steps to ensure shipment delays will be kept to a minimum.

Shipping Cost & Transit Time

Cloudslights provides free standard delivery service for all orders on the website.

| Country | Estimated Delivery Time |
| --- | --- |
| Canada, USA | 6-15 nature days |
| Australia, New Zealand | 7-15 nature days |
| Austria, Belgium, Denmark | 7-15 nature days |
| France, Germany, Ireland, Italy | 7-15 nature days |
| Netherlands, Norway, Spain | 7-15 nature days |
| Sweden, Switzerland, UK | 7-15 nature days |
| Japan, Korea, Malaysia | 7-15 nature days |
| Singapore, Philippines | 7-15nature days |
| Greece, Cambodia | 7-15 nature days |



Document title: Shipping policy – Cloudslights
Capture URL: https://cloudslights.com/policies/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 21:15:53 GMT

| Singapore, Philippines | 7-15nature days |
| Greece, Cambodia | 7-15 nature days |

Total Delivery Time = 6-15 nature Days. (depending on your location)

Tracking

You will receive an email when your order has been shipped. A tracking number will be provided (the tracking number will be active within 24 hours). Please note: This may take longer during events or holidays. Tracking information may take 48 to 72 hours to update.
If you cannot track your package normally, please contact us and we will resolve this issue within 48 hours.

Delivery Time Exceeded

International shipping might experience delay due to covid-19. If your order is delayed, please contact us via email support@cloudslights.com, we will check the situation with the transportation company in time. Thanks for your understanding and support.

Order Cancellations

We can cancel the order for you if you contact us in time after your purchase. If your payment finished and the parcel is not shipped out, you can cancel your order before your item's delivery. And we will refund full of your money.
Orders can't be canceled once the parcel is shipped out.

About Tax

In seldom cases, orders may be charged the customs fees by your government, not our site, you will be responsible for the charges. We apologize for any inconvenience, but we have no control over the customs authorities in your country or any other. Contact your local customs office for more information about customs fees, duties, and taxes.

# Contact Us

**Email:** support@cloudslights.com

**Phone:** +1 (949) 227-9133

**Hours:** Monday-Friday 9am-7pm

**Time zone:** Los Angeles (GMT-8)



≡    Search...    🔍    **Cloudslights**    👤 Account    🛒 Cart

taxes.

## Contact Us

**Email:** support@cloudslights.com

**Phone:** +1 (949) 227-9133

**Hours:** Monday-Friday 9am-7pm

**Time zone:** Los Angeles (GMT-8)



### Chandeliers

Shop Now



### Wall Sconce

Shop Now



### Pendants

Shop Now

Sign up for our mailing list to receive promotions, new product announcements, and sales information from Cloudslights. Directly to your inbox.

Enter your email | **Subscribe**

| Customer Service | Policy | Get in touch |
| --- | --- | --- |
| About Us | Privacy Policy-GDPR | 📞 +1 (949) 227-9133 |
| Contact Us | Refund Policy | ✉ Email us |
| FQA | Shipping Policy | |
| Order Tracking | Terms of Service | **Follow us** |
| Customization | Warranty Policy | |

VISA ⬤⬤    VISA AMEX DISC

Follow us: 📷 f ▶ 📌

© 2023 Cloudslights   Privacy Policy-GDPR   Refund Policy   Shipping Policy   Terms of Service   Warranty Policy   powered by CloudsLights



🔒 **Page Vault**

| | |
|---|---|
| Document title: | Contact Us – Cloudslights |
| Capture URL: | https://cloudslights.com/pages/contact-us |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:14:03 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:14:25 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | kdSx2xA4G7u1w2N69f4fjt |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:        6Ty9pjVWfMrHSbVrt4Au6Y

Free Shipping On All Orders

Search...    Cloudslights    Account    Cart

Home    All Collections    Chandeliers    Pendants    Wall Sconce    Shop By Room    Customization

# Get in touch

We love to hear from you,our team is available to help answer questions and offer styling advice, so if there's anything you'd like to ask us, we're right here and ready to help in every way we can.

We're available to support you via:

**Email:** support@cloudslights.com

**Phone:** +1 (949) 227-9133

**Hours:**Monday-Friday 9am-7pm

**Time zone:** Los Angeles (GMT-8)

**Address:** 418 BROADWAY STE R ALBANY,NY 12207

# Contact us

Name                                Email

Phone number

Message

**Send**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



☰    Search...    🔍                    Cloudslights                        👤 Account    🛒 Cart

Message

[                                                                    ]

**Send**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## Chandeliers

**Shop Now**

## Wall Sconce

**Shop Now**

## Pendants

**Shop Now**

Sign up for our mailing list to receive promotions, new product announcements, and sales information from Cloudslights. Directly to your inbox.

[ Enter your email ]    **Subscribe**

### Customer Service
About Us
Contact Us
FQA
Order Tracking
Customization

### Policy
Privacy Policy-GDPR
Refund Policy
Shipping Policy
Terms of Service
Warranty Policy

### Get in touch
📞 +1 (949) 227-9133
✉ Email us

### Follow us
📷 f ▶ 📌

VISA  ⬤⬤  mastercard
VISA  AMEX  DISCOVER

© 2023 Cloudslights   Privacy Policy-GDPR   Refund Policy   Shipping Policy   Terms of Service   Warranty Policy   powered by Cloudslights

