K

# Exhibit K

**Page Vault**

| | |
|---|---|
| Document title: | Eric Lighting |
| Capture URL: | https://ericlightus.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:16:09 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:20:02 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 7dBGTGaxWKCppBBi96Sk6G |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:      oajhFCYfTWXo8ukZ3YHWLX

10% off (Code: c10) over $199

SUPPORT@ERICLIGHTUS.COM


**ERIC LIGHTING**

HOME   CHANDELIERS   PENDANT LIGHTS   WALL SCONCE   ALL PRODUCTS   CONTACT US   ABOUT US



*Christmas Sale*

OVER $5,999   **20%** OFF   Code: c20

OVER $3,999   **15%** OFF   Code: c15

OVER $199   **10%** OFF   Code: c10

## Chandeliers




Pearl Ball Linear Chandelier 54" - Vintage Brass
$6,499.00 USD  $4,998.00 USD




Raindrop De Linear Chandelier 5-Lights L 36" - VINTAGE BRASS
$1,398.00 USD




Raindrop De Linear Chandelier 54" - Vintage Brass
$2,988.00 USD




Raindrop    Chat with us    Li L 22 - VINTAGE BRASS
$749.00 USD

Document title: Eric Lighting
Capture URL: https://ericlightus.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 21:20:02 GMT

Page 1 of 3



HOME    CHANDELIERS    PENDANT LIGHTS    WALL SCONCE    ALL PRODUCTS    CONTACT US    ABOUT US









Oden Round Chandelier 44" - Lacquered Burnished Brass

$3,699.00 USD



Balle De Double Linear Chandelier 60" - Lacquered Burnished Brass

$2,188.00 USD



Balle De Linear Chandelier 48" - Lacquered Burnished Brass

$988.00 USD

  

Ravell de Linear Chandelier 59" - Lacquered Burnished Brass

$1,458.00 USD

  

SHOW MORE

## WALL SCONCE









Arcachon De Linear Wall Sconce - Lacquered Burnished Brass

$259.00 USD

  

Raindrop De Wall Sconce - Vintage Brass

$318.00 USD  $228.00 USD

  

Ravell de Grand Wall Sconce - Lacquered Burnished Brass

$268.00 USD

  

Pearl Wall Sconce - Coppery

$289.00 USD

  

Chat with us
 

INFORMATION
About Us
Contact Us

HELP & SERVICE
Refund Policy
Shipping Policy

ALL PRODUCTS
All Products
Chandeliers

CONTACT US
Email: support@ericlightus.com
Phone: +1 (657) 610 6495



Oden Round Chandelier 44" - Lacquered Burnished Brass

$3,699.00 USD



Balle De Double Linear Chandelier 60" - Lacquered Burnished Brass

$2,188.00 USD



Balle De Linear Chandelier 48" - Lacquered Burnished Brass

$988.00 USD



Ravell de Linear Chandelier 59" - Lacquered Burnished Brass

$1,458.00 USD



SHOW MORE

## WALL SCONCE



Arcachon De Linear Wall Sconce - Lacquered Burnished Brass

$259.00 USD





Raindrop De Wall Sconce - Vintage Brass

$318.00 USD  $228.00 USD





Ravell de Grand Wall Sconce - Lacquered Burnished Brass

$268.00 USD





Pearl Wall Sconce - Coppery

$289.00 USD





**INFORMATION**

About Us
Contact Us
Tracking Order
Terms of Service

**HELP & SERVICE**

Refund Policy
Shipping Policy
Privacy Policy

**ALL PRODUCTS**

All Products
Chandeliers
Wall Sconce
Pendant Lights

**CONTACT US**

Email: support@ericlightus.com

Phone: +1  (657)  610 6495

Opening Hours:
Monday to Saturday: 9am - 10pm
Sundays: 10am - 6pm

**Subscribe to us and get the latest product information and promotions at the first time.**

SUBMIT

Chat with us

© 2022 ERIC LIGHT. All Rights Reserved.

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Shipping policy – Eric Lighting |
| Capture URL: | https://ericlightus.com/policies/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:23:56 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:24:27 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | tQ5xcmiF1T5JbodqX3GQ3g |
| User: | lrrc-dmoroyoqui |



15% off (Code:c15) over $3,999



SUPPORT@ERICLIGHTUS.COM

ERIC LIGHTING



HOME     CHANDELIERS     PENDANT LIGHTS     WALL SCONCE     ALL PRODUCTS     CONTACT US     ABOUT US

# Shipping policy

Dear customers, all products sold on this website are shipped free of charge.

Affected by Covid-19, there will be some delay on the delivery.

The shipping methods are as follows.

Shipping: Expedited Express and Ocean Freight.
Please note: For all product package sizes with a maximum side length of 39 inches (100 cm) or less, we will ship via expedited courier. For all product package sizes with maximum side length over 39 inches (100 cm), we will ship via ocean freight.
(If such products require expedited express shipping, please contact us for the difference in shipping charges.)

We divide the time between your order and your receipt into processing time and shipping time.

Processing time

1-3 days (special products take 3-20 days, such as sold out inventory, custom products, we will send an email and confirm with you within 48 hours)

Shipping time

Expedited Express:  6-12 working days.
Sea freight:  22-35 days.
Shipping Country: USA, UK
Shipping method: FedEx, YunExpress, DHL, TNT, UPS, 4PX, Matson

Note: Currently we only offer shipping to the US and UK. If you need to ship to other countries, please contact us.

How long will it take for you to process my order?
Orders will be processed within 24 hours of your order being placed.

Cautions

1. We will send your order tracking number via email to your registered email address within 1-2 business days after your order is successfully shipped.

2. The item you bought is a custom product and you need to wait for the production cycle of the goods, once the product is out of stock, it will be sent by expedited courier.

3. The transaction amount of the order already includes the cost of the product and shipping. We are not responsible for any other fees that may be charged by customs for any international delivery.

4. After the order is shipped, you will have a tracking number and you can track the package on the logistics company's tracking tool. We will send the tracking number to your email. Or click "Track Order" and enter the tracking number to track the shipping information

5. We are sorry that P.O. Boxes and military addresses (APO, FPO) are

RECENTLY VIEWED

Sorry, there are no products.

Chat with us

Document title: Shipping policy – Eric Lighting
Capture URL: https://ericlightus.com/policies/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 21:24:27 GMT

can track the package on the logistics company's tracking tool. We will send the tracking number to your email. Or click "Track Order" and enter the tracking number to track the shipping information

5. We are sorry that P.O. Boxes and military addresses (APO, FPO) are not deliverable. For US locations, please leave a note when placing your order. For example, if your address is in Guam, Puerto Rico, you can specify Guam, Puerto Rico in the country section.

**What if I can't find my package?**
In rare cases, you may not be able to find their product, even if the shipping agent, such as FedEx or UPS, has tracking information showing that it has been delivered. Please don't worry! We are always here to help and we will make sure you will receive the product you ordered. Please contact us within 30 days. After that time, claims for lost packages cannot be filed with the shipping agent and there is nothing we can do about it.

**There are several possibilities**
The package has not yet been delivered. Sometimes the delivery of a package is delayed by 1 or 2 business days, and the online tracking information shows that it has been delivered.
The package may have been delivered to your neighbor, which has happened a few times. Please check with our neighbors to see if they received your package.

The package may indeed be missing. If you have waited for 2 business days and checked with your neighbors, but still have not found the package. Please do not hesitate to contact us at support@ericlightus.com. Also, please contact the shipping agent and let them know that you did not receive the package, ask them to start an investigation and file a claim for the lost package based on the tracking number, which unfortunately can only be done by the recipient (otherwise, we will do it for you). Once you file a claim, please send us the claim number so that we can follow up with our freight forwarder to investigate the lost package, which can take up to 15 business days. Once the freight forwarder verifies that the package is indeed missing, we will resend the product or issue a refund accordingly. If the customer refuses to cooperate with us to begin an investigation, the customer will be responsible for the loss.

If something goes wrong in transit, it may take some extra time to receive the product, which is something we do not want to happen, but unfortunately is beyond our control. But rest assured, we are always here to help!

Can't find what you're looking for? If you need a custom fixture in another size or style? Please contact us. support@ericlightus.com

**Contact Us**

Opening Hours:
Monday to Saturday: 9am - 10pm
Sundays: 10am - 6pm
E-mail : support@ericlightus.com




RECENTLY VIEWED

Sorry, there are no products.

↑ Top

Chat with us 👋 

Document title: Shipping policy – Eric Lighting
Capture URL: https://ericlightus.com/policies/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 21:24:27 GMT

package is delayed by 1 or 2 business days, and the online tracking information shows that it has been delivered.
The package may have been delivered to your neighbor, which has happened a few times. Please check with our neighbors to see if they received your package.

The package may indeed be missing. If you have waited for 2 business days and checked with your neighbors, but still have not found the package. Please do not hesitate to contact us at support@ericlightus.com. Also, please contact the shipping agent and let them know that you did not receive the package, ask them to start an investigation and file a claim for the lost package based on the tracking number, which unfortunately can only be done by the recipient (otherwise, we will do it for you). Once you file a claim, please send us the claim number so that we can follow up with our freight forwarder to investigate the lost package, which can take up to 15 business days. Once the freight forwarder verifies that the package is indeed missing, we will resend the product or issue a refund accordingly. If the customer refuses to cooperate with us to begin an investigation, the customer will be responsible for the loss.

If something goes wrong in transit, it may take some extra time to receive the product, which is something we do not want to happen, but unfortunately is beyond our control. But rest assured, we are always here to help!

Can't find what you're looking for? If you need a custom fixture in another size or style? Please contact us. support@ericlightus.com

Contact Us

Opening Hours:
Monday to Saturday: 9am - 10pm
Sundays: 10am - 6pm
E-mail : support@ericlightus.com



RECENTLY
VIEWED

Sorry,
there are
no
products.

↑  Top



INFORMATION

About Us
Contact Us
Tracking Order
Terms of Service

HELP & SERVICE

Refund Policy
Shipping Policy
Privacy Policy

ALL PRODUCTS

All Products
Chandeliers
Wall Sconce
Pendant Lights

CONTACT US

Email: support@ericlightus.com

Phone: +1  (657)  610 6495

Opening Hours:
Monday to Saturday: 9am - 10pm
Sundays: 10am - 6pm

**Subscribe to us and get the latest product information and promotions at the first time.**

SUBMIT

Chat with us 👋

© 2022 ERICLIGHT. All Rights Reserved

Document title: Shipping policy – Eric Lighting
Capture URL: https://ericlightus.com/policies/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 21:24:27 GMT

# Exhibit L

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Emma Lighting |
| Capture URL: | https://emmalighting.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:35:49 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:36:25 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | fQpQBYci9Q2uqUuGLpe6bv |
| User: | lrrc-dmoroyoqui |

All Order Use "NEW10" Get 10% Off



**EMMA**
EMMA LIGHTING

Home     Chandelier     Hot Series     Wall Sconce     Pendants

Table Lamps     About us     Contact Us





## Classic Series









## Chandelier





Chat with us

DIANA Deposit 50%
$3,898.00

Raindrop Linear Chandelier 36" 5-Lights
$1,399.00–$1,499.00







Eclatant 2-Tier Round Chandelier 60"
LED lights
$4,578.00
★★★★★ 3 reviews

Document title: Emma Lighting
Capture URL: https://emmalighting.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 21:36:25 GMT









Hector Deposit 50%
$8,436.00

DIANA Deposit 50%
$3,898.00

Raindrop Linear Chandelier 36" 5-Lights
$1,399.00–$1,499.00

Eclatant 2-Tier Round Chandelier 60" LED lights
$4,578.00
★★★★★ 3 reviews









Raindrop Linear Chandelier 54",13-lights
$3,569.00 $2,978.00
★★★★★ 8 reviews

Arcachon 2-Tier Round Chandelier 60",108-lights
$4,918.00 $4,216.00
★★★★★ 8 reviews

Harlow Calcite Rectangular Chandelier 42"
$2,868.00

Boule de Cristal Glass Round Cluster Chandelier 14"
$1,200.00
★★★★★ 5 reviews





Ascade Rectangular Chandelier 54"
$3,918.00
★★★★★ 2 reviews

Arcachon Rectangular Chandelier 54",60-lights
$2,866.00 $2,849.00
★★★★★ 4 reviews

View More

# Hot Series





Chat with us





Wall Sconce [99]          Vouvray Series [10]          Thaddeus Series [4]

## Part of the customer installation effect picture

        

       

      

   

## Why Chose Us

**Free Shipping**
Free Shipping for All orders

**Money Guarantee**
Within 30 days for an exchange.

**Online Support**
24 hours a day, 7 days a week

**Flexible Payment**
Pay with Multiple Credit Cards



## Handcrafted art products

Our products are manufactured under strict requirements and we will not compromise our quality because of low prices. We understand the importance of a good product for our customers.

## Why Chose Us



**Free Shipping**
Free Shipping for All orders

**Money Guarantee**
Within 30 days for an exchange.

**Online Support**
24 hours a day, 7 days a week

**Flexible Payment**
Pay with Multiple Credit Cards



EMMA Lighting

## Handcrafted art products

Our products are manufactured under strict requirements and we will not compromise our quality because of low prices. We understand the importance of a good product for our customers.

## Let customers speak for us

★★★★★
from 414 reviews

★★★★★
Really like this wall lamp, very beautiful. Already installed

Flourishing
11.22.2022

Ravelle Linear Wall Sconce 23"H

★★★★★
We haven't put up the lights yet, but Emma Lighting has been fantastic to work with.

Warren Shaw
11/20/2022

Machinist Glass Cloche Pendant 10" 14"...

★★★★★
**Perfect for my restaurant**
I put two of these fixtures in my dining room and the lighting is gorgeous! I've been searching and waiting for the perfect chandelier, hanging crystal...

Weary
11/19/2022

Harlow Calcite Round Chandelier 43"

⟨ ⟩

**Contact us**
Phone: +1(347) 296-9116
WhatsAPP: +1(323)652-9587
Email: support@emmalighting.com

**Company info**
About us
Contact us
FAQS

**Help & Services**
Refund Policy
Shipping policy
Terms of service
Privacy Policy

**Subscribe**
Enter your email below to be the first to know about new collections and product launches.

 Chat with us

© 2022, EMMA Lighting. All Rights Reserved.

       

**Page Vault**

| | |
|---|---|
| Document title: | Shipping policy – Emma Lighting |
| Capture URL: | https://emmalighting.com/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:36:42 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:37:12 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 8Eiedh9iB17pTEz2LmfhPz |
| User: | lrrc-dmoroyoqui |

All Order Use "NEW10" Get 10% Off



Home    Chandelier    Hot Series    Wall Sconce    Pendants

Table Lamps    About us    Contact Us



Shipping policy

Home  ›  Shipping policy

## Shipping Policy

Thank you for supporting Emmalighting and we will provide you with the most pleasant shopping experience. Due to covid-19, there may be delays in international shipping. In order to track your order, please contact Emmalighting (support@emmalighting.com) so that we can provide you with a tracking number for your order.

## Order Processing Time

It is the time elapsed between the time a customer places an order and the time the seller delivers the order to the courier.
Generally, orders will be shipped within 3-5 business days after order confirmation/payment. For special orders a processing time of 5-9 business days is required. Delays may occur for orders placed on weekends.

Our warehouse only operates during standard business hours, Monday through Friday, excluding holidays. In such cases, we take steps to ensure that shipping delays are kept to a minimum.

## Shipping Costs and Transit Times

Emmalighting offers free standard shipping on all orders.

Country : Canada, USA

Estimated Delivery Time: 7-14 days

Shipping: Free Shipping

Courier: DHL/FEDEX/UPS

Note: For package size over 40", we will choose ocean shipping according to the situation, and the ocean shipping time is about 35-45 days. We will communicate with customers in advance. If the customer's package is oversized, but want to get the product quickly, you can contact us (support@emmalighting.com).

## Total delivery time = processing time + shipping time (depending on your location)

## Tracking

You will receive an email when your order is shipped out. A tracking number will be provided (the tracking number will be active within 24 hours). Please note: This may take longer during events or holidays.
Tracking information may take 48 to 72 hours to update.
If you are unable to track your package properly, please contact us and we will resolve the issue within 48 hours.

Chat with us

Due to covid-19, international shipping may be delayed. If your order is delayed, please contact us via email at support@emmalighting.com and we will promptly verify the situation with the shipping company. Thank you for your understanding and support.

Tracking information may take 48 to 72 hours to update.

If you are unable to track your package properly, pleas⟨    ⟩tact us and we will resolve the issue within 48 hours.

Out of delivery time

Due to covid-19, international shipping may be delayed. If your order is delayed, please contact us via email at support@emmalighting.com and we will promptly verify the situation with the shipping company. Thank you for your understanding and support.

Order Cancellation

We understand that for some reason you want to cancel or modify your order, we can help you cancel your order within 24 hours of the order being initiated, but you cannot cancel if the goods have already been delivered to logistics. If you do not like the goods, you can initiate a return request after you have received them.

About taxes

In a few cases, orders may be subject to customs fees charged by your government, not our website, and you will be responsible for these fees. We apologize for the inconvenience, but we have no control over the customs authorities in your country or any other country. Please contact your local customs office for more information on customs fees, duties and taxes.

Breakage in transit

In rare cases breakage can occur, but crushing and bumping in transit cannot be ruled out as a cause of part breakage, please contact us and we will replace the broken part for you free of charge.

Contact us

If you have any questions you can contact us (support@emmalighting.com)



## Handcrafted art products

Our products are manufactured under strict requirements and we will not compromise our quality because of low prices. We understand the importance of a good product for our customers.

## Let customers speak for us

★★★★★

from 414 reviews

★★★★★

The workmanship is very fine and the color is very beautiful. Every detail is the same as RH. A very worthwhile purchase.

Judy
11/26/2022

Thaddeus Linear Chandelier 54" 11-light

★★★★★

Excellent product!!!

I just installed it inside my dining room and I love how beautiful it looks! Everything needed for installation is in the box and the fixture comes with th..

Phoebe
11/24/2022

San Marcom Rectangle Chandelier 54"

★★★★★

Really like this wall lamp, very beautiful. Already installed

Flourishing
11/23/2022

Ravelle Linear Wall Sconce 23"H

Chat with us 

Document title: Shipping policy – Emma Lighting
Capture URL: https://emmalighting.com/shipping-policy
Capture timestamp (UTC): Mon, 06 Feb 2023 21:37:12 GMT

part for you free of charge.

**Contact us**

If you have any questions you can contact us (support@emmalighting.com)



## Handcrafted art products

Our products are manufactured under strict requirements and we will not compromise our quality because of low prices. We understand the importance of a good product for our customers.

## Let customers speak for us



from 414 reviews



**Excellent product!!!**

I just installed it inside my dining room and I love how beautiful it looks! Everything needed for installation is in the box and the fixture comes with th..



Really like this wall lamp, very beautiful. Already installed

We haven't put up the lights yet, but Emma Lighting has been fantastic to work with.

Phoebe
11-24-2022

Flourishing
11-23-2022

Warren Shaw
11-20-2022







San Marcom Rectangle Chandelier 54"

Ravelle Linear Wall Sconce 23"H

Machinist Glass Cloche Pendant 10" 14"...

‹  ›

**Contact us**

Phone: +1(347) 296-9116

WhatsAPP: +1(323)652-9587

Email: support@emmalighting.com

**Company info**

About us

Contact us

FAQS

**Help & Services**

Refund Policy

Shipping policy

Terms of service

Privacy Policy

**Subscribe**

Enter your email below to be the first to know about new collections and product launches.

  



Chat with us

© 2022, EMMA Lighting. All Rights Reserved.

     

M

# Exhibit M

**Page Vault**

| | |
|---|---|
| Document title: | Lighting |
| Capture URL: | https://lighting-forever.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:27:02 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:30:34 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | oAgYXub6di1oWuHDEfaHJu |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:     hA1Foau5nVjLBsuX8BWFNt

FREE WORLDWIDE DELIVERY

Home  Collection ⌄  Shop By Room ⌄  Shop By Style ⌄  Service ⌄  About ⌄   **Lighting Forever**   🔍  👤  🛒  ☰







JACQUELINE COLLECTION

ARROW COLLECTION


Chandelier


Pendant Lamp


Ceiling Lamp


Wall Lamp


Table Lamp


Floor Lamp


Architectural Lighting

# FEATURED PRODUCT


Volver Linear LED Chandelier  ♡


Crystal Halo Wall Lamp  ♡


Brass Panel Chandelier  ♡


Golden Cloud Round Cluster  ♡


Christian Rectangular  ♡


AXIS 3-TIER CHANDELIER  ♡

| Volver Linear LED Chandelier ♡ | Crystal Halo Wall Lamp ♡ | Brass Panel Chandelier ♡ | Golden Cloud Round Cluster... ♡ | Christian Rectangular... ♡ | AXIS 3-TIER CHANDELIER ♡ |
|---|---|---|---|---|---|
| ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ |
| $4,399.99 | $469.99 | $2,499.99 | $2,999.99 | $1,599.99 | $2,999.99 |

     

| Prometheus I-II LED Crystal... ♡ | Waterfall Wall Light ♡ | Liberty II Wall Lamp ♡ | Leon Round Chandelier 3 Tiers ♡ | CRISTAL BALL BIG ROUND... ♡ | RAVELLE ROUND CHANDELIER ♡ |
|---|---|---|---|---|---|
| ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ |
| $2,999.99 | $699.99 | $599.99 | $1,499.99 | $3,999.99 | $1,399.99 |

● ○

# CLASSIC LIGHTING



DISCOVER NOW

# NEW PRODUCT

## NEW PRODUCT

ℹ No products at this time.

## MODERN LIGHTING





## DEAL OF THE MONTH




## ARCHITECTUAL LIGHTING

# ARCHITECTUAL LIGHTING



DISCOVER NOW

## OUR PROJECT GALLERY

     



## THEY TRUST US







     



# THEY TRUST US

    

    

    

    

 FAST DELIVERY      TRADE PRICING      SECURE CHECKOUT      MONEY RETURNS



**Page Vault**

| | |
|---|---|
| Document title: | Delivery I Discover wide selection of lamps and lighting fixtures at Lighting Forever. Free Shipping. Manufacturer Low Price. |
| Capture URL: | https://lighting-forever.com/content/1-delivery |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:31:52 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:34:48 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | d5Xkt2CuzYY7vPnb6FSfSa |
| User: | lrrc-dmoroyoqui |

FREE WORLDWIDE DELIVERY

Home   Collection ∨   Shop By Room ∨   Shop By Style ∨   Service ∨   About ∨        **Lighting Forever**        🔍  👤  🛍️⁰  ☰

Home  /  Delivery

# Delivery

## SHIPPING POLICY

Please read below for all details related to shipping, returns, refunds, exchanges, and other useful information. Please contact us at info@lighting-forever.com if you have any questions.

### 1. SHIPPING LOCATION

All the goods are delivered directly from our warehouses in China.

### 2. DELIVERY TERM

For products available in stock, we ship your order within 5-15 days after receiving your order.

For custom order, the delivery term in general is about 20-60 days.

### 3. SHIPPING METHOD

We ship by China Post / EMS / DHL / UPS / FEDEX/ TNT / Eramex / Sea Shipping...

We will choose the best logistic solution for each destination according to the package volume,

shipping term, customs clearance rules...

Some particular voluminous lighting fixtures, the only shipping way is by sea shipping.

### 4. SHIPPING TERM

| Region | Air express Shipping | Sea Shipping |
|---|---|---|
| Europe | 7-20 days | 40-60 days |
| US/Canada | 5-20 days | 50-90 days |
| Asia | 3-12 days | 15-45 days |
| Austrian/New Zealand | 8-20 days | 45-60 days |

Due to the impact of the epidemic, the shipping term is much longer than before. We will do our best to deliver your order in the fastest and best way.

### 5. DELIVERY AREA

We ship the goods to more than 60 countries worldwide for free of charge.

Here is the country list we don't make shipment.

Afghanistan, Armenia, Azerbaijan, Bangladesh, Bhutan, Cambodia, Georgia, Iraq, Israel, Jordan, Kazakhstan, Kuwait, Kyrgyzstan, Laos, Lebanon, Mongolia, Nepal, Oman, Pakistan, Philippines, Sri Lanka, Tajikistan, Turkey, Turkmenistan, Uzbekistan, Yemen, American Samoa, Cook Island, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Island, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Albania, Bosnia and Herzegovina, Montenegro, Serbia, San Marino.

All African Countries

All South American Countries.

If you are in these countries, please contact us before placing the order by email info@lighting-forever.com.

### 6. CUSTOMS DUTIES / TAXES

As each country has different tax rule,  any local or customs duties will be in charge of buyer.

Our price doesn't include these charges.

### 7. INCORRECT ADDRESS OR ADDRESS MODIFICATION

Please ensure the shipping address is correct when placing an order. We are not responsible for lost or undelivered packages or costs associated with an incorrectly provided address. If you need to change the shipping address after shipment, be noted that there may have some additional charges.

### 8. LOST, STOLEN, AND MISDELIVERED PACKAGES

| Austrian/New Zealand | 8-20 days | 45-60 days |
|---|---|---|

Due to the impact of the epidemic, the shipping term is much longer than before. We will do our best to deliver your order in the fastest and best way.

**5. DELIVERY AREA**

We ship the goods to more than 60 countries worldwide for free of charge.

Here is the country list we don't make shipment.

Afghanistan, Armenia, Azerbaijan, Bangladesh, Bhutan, Cambodia, Georgia, Iraq, Israel, Jordan, Kazakhstan, Kuwait, Kyrgyzstan, Laos, Lebanon, Mongolia, Nepal, Oman, Pakistan, Philippines, Sri Lanka, Tajikistan, Turkey, Turkmenistan, Uzbekistan, Yemen, American Samoa, Cook Island, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Island, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Albania, Bosnia and Herzegovina, Montenegro, Serbia, San Marino.

All African Countries

All South American Countries.

If you are in these countries, please contact us before placing the order by email info@lighting-forever.com.

**6. CUSTOMS DUTIES / TAXES**

As each country has different tax rule,  any local or customs duties will be in charge of buyer.

Our price doesn't include these charges.

**7. INCORRECT ADDRESS OR ADDRESS MODIFICATION**

Please ensure the shipping address is correct when placing an order. We are not responsible for lost or undelivered packages or costs associated with an incorrectly provided address. If you need to change the shipping address after shipment, be noted that there may have some additional charges.

**8. LOST, STOLEN, AND MISDELIVERED PACKAGES**

If there is no signature requirement, Postal parcel or EMS will determine at their own discretion if an area is secure to leave a package. If there is a signature requirement, they will attempt to obtain a signature from someone at the address or nearby. If they aren't able to obtain the signature, they may leave a door tag with further instructions. Check your tracking info for details on the latest delivery attempts.

If the package is misdelivered due to the wrong address, please contact us , we could arrange a new shipment. However the Re-delivery is a paid service (we will charge your cost of shipping depending on the package size and weight of different lamps).

If the package is damaged or lost due to shipping, we will send you a new lamp for free of charge.

If a package is marked as "delivered" but cannot be located, it is likely the package is nearby or may still be on a delivery truck and is not yet lost. Typically the package will be delivered the next day. If the package still cannot be found, it is your responsibility to contact Postal parcel or EMS and request a "trace" to locate the package(s). In order to be considered for a replacement or refund, you must request a trace to confirm the package is lost, and all traces must be made within 7 days of delivery. Outside this window, we are no longer able to file a loss claim with Postal parcel or EMS to recover the cost of the lost or stolen item..



Document title: Delivery I Discover wide selection of lamps and lighting fixtures at Lighting Forever. Free Shipping. Manufacturer Low Price.
Capture URL: https://lighting-forever.com/content/1-delivery
Capture timestamp (UTC): Mon, 06 Feb 2023 21:34:48 GMT

# Exhibit N

*STORE CLOSED: Closed Time: 12/22/2022 – 2/5/2023, orders within the closing time will be processed after 2/5.  Please Contact: info@hurleylight.com

Contact    Company    ⊞ EN

HOME    STORE    SERVICES    LOOKBOOK    MAGAZINE    |    SALE    **H.L**    🔍 type to search..    🛍 0    ACCOUNT



## CEILING & PENDANTS

DISCOVER →



## UP TO 50% OFF SELECTED LAMPS

DISCOVER →



### Join Our Newsletter

Your email address

JOIN

Subscribe to our newsletter for new products, trends and offers!

f 📷 P



CEILING & PENDANTS



CHANDELIER



Document title: Hurleylight - Modern Lighting, Pendant Lamp, Wall sconce, Table Lamp, Floor Lamp
Capture URL: https://www.hurleylight.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 20:52:56 GMT

HOME    STORE    SERVICES    LOOKBOOK    MAG...NE    |    SALE

# H.L



type to search..    0    ACCOUNT



**TABLE LAMP**



**FLOOR LAMP**



**WALL SCONCE**



**Accessories**

## BESTSELLING PICKS

SHOP NOW



NEW









Round B&B
Pendant Light

Superluna
Floor Lamp

Clizia Table
Lamp

ELLE Mini LED
Table Lamp

Round Small
Pendant Light

$248.00 - $448.00

$1,140.00

$268.00

$268.00

$250.00 - $310.00





HOME    STORE    SERVICES    LOOKBOOK    MAGAZINE    |    SALE    **H.L**    🔍 type to search..    🛍 **0**    ACCOUNT





**-35%**

## SALE
## COLLECTION

Modern design



**FOLLOW US ON INSTAGRAM  ➝**

     

**H.L**

Email: info@hurleylight.com

Phone: +1 (218) 888-3557 (SMS)

f  𝓹  🔘

Yes, we ship to United States (US)!

**SHOP**

Shop
Custom Work
Wishlist
Cart
Lookbook

**HELP**

Frequently Asked Questions
Returns & Refunds
Shipping Policy
Order Tracking

**THE COMPANY**

Company
Contact
Blog
My account

Secure payments    PayPal VISA

© Hurleylight .Inc 2022. All rights reserved. I Privacy Policy I Terms & Conditions

  

type to search..    0



**-35%**

## SALE COLLECTION

Modern design



**FOLLOW US ON INSTAGRAM** ➜

     

# H.L

Email: info@hurleylight.com

Phone: +1 (218) 888-3557 (SMS)

f   p   w

Yes, we ship to United States (US)!

## SHOP

Shop
Custom Work
Wishlist
Cart
Lookbook

## HELP

Frequently Asked Questions
Returns & Refunds
Shipping Policy
Order Tracking

## THE COMPANY

Company
Contact
Blog
My account

Secure payments       PayPal   VISA

© Hurleylight .Inc 2022. All rights reserved. I Privacy Policy I Terms & Conditions

Document title: Hurleylight - Modern Lighting, Pendant Lamp, Wall sconce, Table Lamp, Floor Lamp
Capture URL: https://www.hurleylight.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 20:52:56 GMT

*STORE CLOSED!! Closed Time: 12/22/2022 – 2/5/2023, orders within the closing time be processed after 2/5,  Please Contact: info@hurleylight.com.

Contact    Company    ⊞⊞ EN

HOME    STORE    SERVICES    LOOKBOOK    MAGAZINE    |    SALE    **H.L**    🔍 type to search..    🛍 0    ACCOUNT

# Shipping Policy

Ship to most countries / regions

## About

Our shipping address is located in Guangdong, China.

We ship items to their destination through a variety of shipping methods. Including sea, air, railway, etc.

Our logistics carriers include China Post, EMS, UPS, DHL, FedEx, USPS, TNT, etc.

## Free Standard Shipping

Orders usually take 3-5 days to process.

After the order is shipped, most countries will receive the item within 3-8 weeks.

- US: 4-6 weeks
  Shipping method: Shipping by sea to Los Angeles + UPS delivery to the United States.
  Canada: 2-7 weeks
  Shipping method: China Post, EMS.
- Mexico: 3-8 weeks
  Shipping method: China Post, EMS
- Europe: 3-8 weeks
  Shipping method: China Post, EMS
- Southeast Asia & East Asia: 1-3 weeks
  Shipping method: China Post, EMS
- Middle East: 3-8 weeks
  Shipping method: China Post, EMS
- Australia New Zealand
  Shipping: 6-8 weeks
  EMS: 1-3 weeks

For other countries and regions, please contact us.

## Expedited Shipping

Shipping time: 6-12 days

Shipping method: DHL, UPS, FedEx, HKEMS, etc.

dited shipping is a paid service and standard refunds do not apply to expedited

## Shipping country / region.

We can ship free to the following countries and regions.

- North America: United States, Canada,  Mexico.
- Europe: Albania, Armenia, Austria, Azerbaijan, Belarus, Belgium, Bosnia and Herzegovina, Bulgaria, Croatia, Cyprus, Czechia, Denmark, Estonia, Finland, France, Georgia, Germany, Greece, Hungary, Iceland, Ireland, Italy, Kazakhstan, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Moldova, Monaco, Montenegro, Netherlands, Norway, Poland, Portugal, Romania, Russia, San Marino, Serbia, Slovakia, Slovenia, Spain, Sweden, Switzerland, Turkey, Ukraine, United Kingdom (UK)
- Asia & Oceania: Australia, China, Hong Kong, Indonesia, Israel, New Zealand, Japan, Kuwait, Lebanon, Philippines, Russia, Saudi Arabia, Singapore, South Korea, Taiwan, Turkey, United Arab Emirates (UAE)

You can also contact us for information about shipping to your region or country.

## Notice

The transportation time will fluctuate due to many reasons. The accurate transportation time is based on the final receipt of the package.

We suggest that you have your order delivered to an address where someone will be present during business hours to sign for the delivery. If you did not receive the package because no one signed for it, we will deduct part of the shipping cost when refunding the return due to this reason. If you need to re-deliver, you may have to pay extra for the re-delivery fee. For details, please visit the return and refund page.

The delivery times are estimates only. site will not be held accountable for late deliveries or loss or damage relating to deliveries.

Our products are usually too large to be delivered to post office boxes. Please provide a street address.

In the event that multiple items are ordered, part deliveries may be made where stock is not available. All reasonable attempts to notify you will be made using the details you provide

Shipping method: China Post, EMS

- Europe: 3-8 weeks

   Shipping method: China Post, EMS

- Southeast Asia & East Asia: 1-3 weeks

   Shipping method: China Post, EMS

- Middle East: 3-8 weeks

   Shipping method: China Post, EMS

- Australia New Zealand

   Shipping: 6-8 weeks

   EMS: 1-3 weeks

For other countries and regions, please contact us.

---

## Expedited Shipping

Shipping time: 6-12 days

Shipping method: DHL, UPS, FedEx, HKEMS, etc.

Expedited shipping is a paid service and standard refunds do not apply to expedited shipping.

---

### Notice

The transportation time will fluctuate due to many reasons. The accurate transportation time is based on the final receipt of the package.

We suggest that you have your order delivered to an address where someone will be present during business hours to sign for the delivery. If you did not receive the package because no one signed for it, we will deduct part of the shipping cost when refunding the return due to this reason. If you need to re-deliver, you may have to pay extra for the re-delivery fee. For details, please visit the return and refund page.

The delivery times are estimates only. site will not be held accountable for late deliveries or loss or damage relating to deliveries.

Our products are usually too large to be delivered to post office boxes. Please provide a street address.

In the event that multiple items are ordered, part deliveries may be made where stock is not available. All reasonable attempts to notify you will be made using the details you provide

---

# H.L

Email: info@hurleylight.com

Phone: +1 (218) 888-3557 (SMS)

f  p  ⓦ

Yes, we ship to United States (US)!

## SHOP

Shop
Custom Work
Wishlist
Cart
Lookbook

## HELP

Frequently Asked Questions
Returns & Refunds
Shipping Policy
Order Tracking

## THE COMPANY

Company
Contact
Blog
My account

Secure payments   PayPal VISA

© Hurleylight .Inc 2022. All rights reserved. | Privacy Policy | Terms & Conditions

Document title: Shipping Policy - Hurleylight
Capture URL: https://www.hurleylight.com/shipping-policy/
Capture timestamp (UTC): Tue, 07 Feb 2023 23:15:56 GMT

# Exhibit O

**Page Vault**

| | |
|---|---|
| Document title: | Reborn Lighting Co.,Ltd |
| Capture URL: | http://www.rebornlighting.com/ |
| Page loaded at (UTC): | Tue, 07 Feb 2023 16:08:32 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2023 16:11:01 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | k9xCT6V6N8abepe8ULt5KB |
| User: | lrrc-dmoroyoqui |



Document title: Reborn Lighting Co.,Ltd
Capture URL: http://www.rebornlighting.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 16:11:01 GMT

Page Vault

| | |
|---|---|
| Document title: | RH Style_Chandelier_ Reborn Lighting Co.,Ltd |
| Capture URL: | http://www.rebornlighting.com/category.php?id=10049 |
| Page loaded at (UTC): | Tue, 07 Feb 2023 16:13:44 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2023 16:14:06 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | ukDcA4XQd79tgAYnEiK1F8 |
| User: | lrrc-dmoroyoqui |



Home  Lights for Project  Chandelier  Wall Lights  Table*Floor Lamp  Ceiling Lamp

Please input your Search

**RH Style**



SIRENE SMOKE GLASS RECTANGULAR CHANDELIER 59"



SIRENE CLEAR GLASS RECTANGULAR CHANDELIER 77"



SIRENE SMOKE GLASS ROUND CHANDELIER 41"



SIRENE CLEAR GLASS ROUND CHANDELIER 52"



LATTICE LINEAR CHANDELIER 49"



LATTICE LINEAR CHANDELIER 67"



LATTICE SQUARE CHANDELIER 60"



CAMINO VINTAGE CANDELABRA ROUND CHANDELIER 50" other sizes/colors available



CAMINO VINTAGE CANDELABRA ROUND CHANDELIER 26" other sizes/colors available



CAMINO VINTAGE FILAMENT RECTANGULAR CHANDELIER 41"



CAMINO VINTAGE FILAMENT TWO-TIER CHANDELIER 50" all sizes/colors available



CAMINO VINTAGE FILAMENT ROUND CHANDELIER 38" ALL SERIES SIZE COLOR AVAILABLE



BOULE DE CRISTAL CLEAR GLASS LINEAR CHANDELIER 48"



BOULE DE CRISTAL CLEAR GLASS LINEAR CHANDELIER 60"



BOULE DE CRISTAL CLEAR GLASS DOUBLE LINEAR CHANDELIER 60"



BOULE DE CRISTAL CLEAR GLASS ROUND CHANDELIER 24"



BOULE DE CRISTAL CLEAR GLASS ROUND CHANDELIER 36"



BOULE DE CRISTAL CLEAR GLASS ROUND CHANDELIER 48"



BOULE DE CRISTAL CLEAR GLASS ROUND CHANDELIER 60"



BOULE DE CRISTAL CLEAR GLASS ROUND CHANDELIER 72"



SIRENE SMOKE GLASS RECTANGULAR CHANDELIER 59"

SIRENE CLEAR GLASS RECTANGULAR CHANDELIER 77"

SIRENE SMOKE GLASS ROUND CHANDELIER 41"

SIRENE CLEAR GLASS ROUND CHANDELIER 52"

LATTICE LINEAR CHANDELIER 49"

LATTICE LINEAR CHANDELIER 67"

LATTICE SQUARE CHANDELIER 60"

CAMINO VINTAGE CANDELABRA ROUND CHANDELIER 50" other sizes/colors available

CAMINO VINTAGE CANDELABRA ROUND CHANDELIER 26" other sizes/colors available

CAMINO VINTAGE FILAMENT RECTANGULAR CHANDELIER 41"

CAMINO VINTAGE FILAMENT TWO-TIER CHANDELIER 50" all sizes/colors available

CAMINO VINTAGE FILAMENT ROUND CHANDELIER 38" ALL SERIES SIZE COLOR AVAILABLE

BOULE DE CRISTAL CLEAR GLASS LINEAR CHANDELIER 48"

BOULE DE CRISTAL CLEAR GLASS LINEAR CHANDELIER 60"

BOULE DE CRISTAL CLEAR GLASS DOUBLE LINEAR CHANDELIER 60"

BOULE DE CRISTAL CLEAR GLASS ROUND CHANDELIER 24"

BOULE DE CRISTAL CLEAR GLASS ROUND CHANDELIER 36"

BOULE DE CRISTAL CLEAR GLASS ROUND CHANDELIER 48"

BOULE DE CRISTAL CLEAR GLASS ROUND CHANDELIER 60"

BOULE DE CRISTAL CLEAR GLASS ROUND CHANDELIER 72"

Prev | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Next



For Sales And Advice Call:
+86 13528186297

CUSTOM MAKE LIGHTING ACCEPTED
5 YEARS WARRANTY
FACTORY PRICE

Home | Lights for Project | Chandelier | Wall Lights | Table*Floor Lamp | Ceiling Lamp

Please input your [Search]

> | > | > About Us

## About Us

Reborn Lighting Co., Ltd. has manufactured high quality chandeliers for over 10 years, specializing in producing crystal series, including high & low voltage crystal chandeliers, crystal flush mount and crystal fittings.

Through our diligently development, we get high reputation in this lighting area and have formed a large design troop.

Our products have unique style, classic design, and stable quality. They are selling well in domestic market, and are exported to different countries and regions all around the world.

We have achieved consistent, high quality standards by ensuring our operations and processes strictly follow and comply with ISO9001, CCC certification, CE, UL, SAA, SASO certification, etc.

Our company's annual turnover is more than USD 10 million. We sincerely hope to establish a long-term business relationship with customers both at home and abroad.

Welcome to visit our factory. We will offer you high-quality products and the best service. Our aim is to provide worldwide customers with the best vision and life enjoyment from our luxurious lighting and decorations.



### Showroom View



Document title: About Us_Brief Introduction_About Reborn_ Reborn Lighting Co.,Ltd
Capture URL: https://www.rebornlighting.com/article.php?id=23
Capture timestamp (UTC): Tue, 07 Feb 2023 20:48:33 GMT



**Factory Outside View:**



**Production Line:**



**Sales Office:**



Document title: About Us_Brief Introduction_About Reborn_ Reborn Lighting Co.,Ltd
Capture URL: https://www.rebornlighting.com/article.php?id=23
Capture timestamp (UTC): Tue, 07 Feb 2023 20:48:33 GMT



**Express Fully Close Plywood Shipping Packing**



**Sea Delivery Shipping Plywood Packing:**




Sea Delivery Shipping Plywood Packing:



Any questions,pls feel free to contact us below:

Tel:86-0760-22532316
Mobile:0086 13528186297 ATTN:Ms Monet
Email: sales@rebornlighting.com
Whatapp:+86-13528186297
Wechat:gj19900429
Skype:blighting-Monet

 

For Sales And Advice Call:
**+86 13528186297**

**CUSTOM MAKE LIGHTING ACCEPTED**
**5 YEARS WARRANTY**
**FACTORY PRICE**



| Home | Lights for Project | Chandelier | Wall Lights | Table*Floor Lamp | Ceiling Lamp |

Please input your [Search]

> Contact Us

## Contact Us

Reborn Lighting Factory:

Tel:86-0760-22532316

Mobile:0086 13528186297

Email: sales@rebornlighting.com

ADD:No 25,Jinxing First Street,Sansha,Henglan,Zhongshan,China

Whatapp:+86-13528186297

Wechat:gj19900429

Skype:bllighting-Monet

During working time(9:00-12:00am;14:00-18:00 pm,Monday-Saturday),we will reply to you within 2hours

Other time within 12hours,thanks for your understanding!



# Exhibit P



SHOWSUN
L I G H T I N G

LARGE CHANDELIERS    SMALL CHANDELIERS    WALL LAMPS    CUSTOM LIGHTING    PROJECTS    ABOUT    BROCHURES    CONTACT    русский язык



# COMMERCIAL CHANDELIERS GALLERY
Large Chandeliers for Hotel, Banquet Hall, Casino, Villa, Restaurant, Mosque

# MAIN CATEGORIES
Explore our featured collections of large commercial chandeliers for your project.



Banquet Chandeliers



Large Modern Chandeliers



Lobby Chandeliers



Foyer Chandeliers



Staircase Chandeliers



Mosque Chandeliers



Art Glass Chandeliers



High Ceiling Chandeliers



Flush Mounted Chandeliers



## Who We Are

### Zhongshan Showsun Lighting Co.,Ltd.

Showsun Lighting was founded in 2011 and is based in in Guzhen, Zhongshan. We are specialized in customizing high-end chandeliers and commercial lightings for projects like hotel, villa, church, salon, restaurant, banquet hall, shopping mall. Our main export market is Europe (United Kingdom), North America (America, Canada) and Oceania (Australia).

We are working with interior designers, architects, decorators, hotels, property developers, builders, lighting contractor companies. By now, we have supplied more than 500 projects across the world, like HOMEWOOD SUITES BY HILTON in Pennsylvania, FOUR SEASONS RESIDENCE in Brazil, LOCHSIDE HOUSE HOTEL in Scotland, PRINCE & PRINCESS BANQUET HALL in Toronto, UNITED CINEMAS in Australia, MAORI KING'S CORONATION in New Zealand etc.

We have been devoted ourselves to providing the very highest quality products and the most excellent service for all customers. We will keep improving to make SHOWSUN LIGHTING the leading company in custom lighting in the world.

**Learn More**




# PROJECT CASES

SHOWSUN
LIGHTING
LARGE CHANDELIERS    SMALL CHANDELIERS    WALL LAMPS    CUSTOM LIGHTING    PROJECTS    ABOUT    BROCHURES    CONTACT    русский язык

# PROJECT CASES

We have supplied chandeliers for countless residential and commercial projects in the world. Please send us an inquiry with the picture if you want to know more information on any of the chandelier we made.

**Contact Us**


**Marinaj Banquet Venue, U.S.A.**


**Four Seasons Residence, Brazil**


**Private House, UK**


**Marinaj Banquet Venue, U.S.A.**


**Private House, USA**


**Marinaj Banquet Venue, U.S.A.**








Marinaj Banquet Venue, U.S.A.


Private House, USA


Marinaj Banquet Venue, U.S.A.


Private House, USA


Majestic Isles Project, U.S.A.


Private House, Australia

View More

# CUSTOM LIGHTING

## If you can dream it, we can manufacture it.

We can offer endless possibilities to customize lighting, such as to change the size, finish, material of our chandeliers, as well as to make a chandelier according to your picture or drawing.

View More



TEL : +86 760 22384487   |   EMAIL : sales@showsunlighting.com   |   WECHAT : wf_90092   |   WHATSAPP : +85 15876028948
Building A, No 1, Tonglu South Road, Tongyi Industry District, Guzhen Town, Zhongshan City, Guangdong Province, China 528421

Copyright © Showsun Lighting All Right Reseved.

| | |
|---|---|
| Document title: | Showsun - Showsun Lighting |
| Capture URL: | https://www.showsunlights.com/about.html |
| Page loaded at (UTC): | Tue, 07 Feb 2023 16:01:07 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2023 16:01:37 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 127Vh57qhZyPnjeLiVqG3n |
| User: | lrrc-dmoroyoqui |

SHOWSUN
L I G H T I N G

LARGE CHANDELIERS     SMALL CHANDELIERS     WALL LAMPS     CUSTOM LIGHTING     PROJECTS     ABOUT     BROCHURES     CONTACT     русский язык



SHOWSUN LIGHTING – ONE OF THE WORLD'S MOST PROFESSIONAL
MANUFACTURER FOR CUSTOM CHANDELIER LIGHTING

Showsun Lighting was founded in 2011 and is based in in Guzhen, Zhongshan. We are specialized in
customizing high-end chandeliers and commercial lightings for projects like hotel, villa, church, salon,
restaurant, banquet hall, shopping mall. Our main export market is Europe (United Kingdom), North America
(America, Canada) and Oceania (Australia).

We are working with interior designers, architects, decorators, hotels, property developers, builders, lighting
contractor companies. By now, we have supplied more than 500 projects across the world, like
HOMEWOOD SUITES BY HILTON in Pennsylvania, FOUR SEASONS RESIDENCE in Brazil, LOCHSIDE
HOUSE HOTEL in Scotland, PRINCE & PRINCESS BANQUET HALL in Toronto, UNITED CINEMAS in
Australia, MAORI KING'S CORONATION in New Zealand etc.

We have been devoted ourselves to providing the very highest quality products and the most excellent
service for all customers. We will keep improving to make SHOWSUN LIGHTING the leading company in
custom lighting in the world.

▶  0:00 / 2:30                                                     🔊            ⛶     ⋮

f        📷        ▶        📌

TEL : +86 760 22384487   |   EMAIL : sales@showsunlighting.com   |   WECHAT : wf_90092   |   WHATSAPP : +86 15876028948

Building A, No 1, Tongfu South Road, Tongyi Industry District, Guzhen Town, Zhongshan City, Guangdong Province, China 528421

Copyright © Showsun Lighting All Right Reseved.



# Exhibit  Q









HOME    PRODUCTS    COMPANY PROFILE    CONTACT US    NEW









HOME    PRODUCTS    COMPANY PROFILE    CONTACT US    NEW

## OUR STORY



### WE HAVE 15 YEARS OF DESIGN AND DEVELOPMENT EXPERIENCE

Sigma furniture is a professional company of supplier of outdoor furniture - Special in Rattan furniture , Teak furniture, Aluminium furniture, rope furniture and Outdoor fabric furniture . We have experience of 15 years of furniture industry .

## FEATURED PRODUCTS

   

Deck furniture patio teak outdoor pati...    Outdoor patio garden sets porch all-...    New arrival outdoor wood patio garde...    Weathered teak furniture garden...

$ 376.00 ~ $ 1300.00              $ 200.00              $ 726.00              $ 473.00 ~ $ 1575.00



 





Document title: JINHUA SIGMA INDUSTRIAL AND TRADING CO.,LTD
Capture URL: https://jhsigmafurniture.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 20:28:06 GMT



HOME        PRODUCTS    COMPANY PROFILE    CONTACT US    NEW

New arrival outdoor patio garden...

$ 443.00 ~ $ 1059.00

Nordic simple high-grade courtyard...

$ 450.00 ~ $ 2250.00

Patio garden sets wood chair club ch...

$ 443.00 ~ $ 1059.00

Patio garden sets chair teak furniture...

$ 199.00 ~ $ 650.00





Custom Garden Wood Furniture Sofa...

$ 476.00 ~ $ 961.00

U shape teak patio garden chair...

$ 5700.00

## FEATURED PRODUCTS

Outdoor garden sets teak wood...

Wooden outdoor patio garden set...



Outdoor patio garden sets hotel porch wooden teak lounge chair...

Wooden outdoor patio garden set...

Living room garden sets teak...



VIEW ALL

Document title: JINHUA SIGMA INDUSTRIAL AND TRADING CO.,LTD
Capture URL: https://jhsigmafurniture.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 20:28:06 GMT



HOME     PRODUCTS     COMPANY PROFILE     CONTACT US     NEW



VIEW ALL

## FEATURED PRODUCTS






| | | | |
|---|---|---|---|
| Deck furniture patio teak outdoor pati... | Good quality high end teak outdoor... | Comfortable outdoor furniture garden... | Outdoor patio garden sets porch all-... |
| $ 376.00 ~ $ 1300.00 | $ 443.00 ~ $ 1740.00 | $ 876.00 ~ $ 1650.00 | $ 200.00 |

| | | | |
|---|---|---|---|
| Patio garden sets outdoor solid wood... | Luxury teak furniture wooden furnitur... | All weather cane furniture outdoor... | Patio outdoor garden sets rope chais... |
| $ 698.00 ~ $ 897.00 | $ 231.00 ~ $ 840.00 | $ 200.00 ~ $ 700.00 | $ 732.00 |

| | | | |
|---|---|---|---|
| Exclusive Outdoor garden balcony... | High-end garden sofa chair modular... | Teak outdoor sofa villa living room... | Luxury outdoor furniture teak patio... |
| $ 890.00 | $ 203.00 ~ $ 1059.00 | $ 186.00 | $ 1769.00 ~ $ 2000.00 |





HOME    PRODUCTS    COMPANY PROFILE    CONTACT US    NEWS



Patio garden sets outdoor solid wood...

$ 698.00 ~ $ 897.00



Luxury teak furniture wooden furnitur...

$ 231.00 ~ $ 840.00



All weather cane furniture outdoor...

$ 200.00 ~ $ 700.00



Patio outdoor garden sets rope chais...

$ 732.00



Exclusive Outdoor garden balcony...

$ 890.00



High-end garden sofa chair modular...

$ 203.00 ~ $ 1059.00



Teak outdoor sofa villa living room...

$ 186.00



Luxury outdoor furniture teak patio...

$ 1769.00 ~ $ 2000.00



Hot sale wood outdoor furniture gard...

$ 761.00



Custom Garden Wood Furniture Sofa...

$ 476.00 ~ $ 961.00



soft patio outdoor furniture american...

$ 502.00



U shape teak patio garden chair...

$ 5700.00



📞
86-13566763606

📍
Jinhua,Zhejiang P.R.China

✉
info@jhsigma.com

HOME    PRODUCTS    COMPANY PROFILE    CONTACT US    NEWS    PRIVACY POLICY

© 2021 Onloon.cn. All rights reserved.

  



HOME    PRODUCTS    COMPANY PROFILE    CONTACT US    NEW

## ABOUT US

## COMPANY PROFILE

Our company since its inception has been committed to this export area, and established its own factories and technical engineering team. All of our products can be through our customers within the strict quality inspection, so that our customers can easily choose the right products, excellent quality. Our company has a strong technical team, production capacity, well-known purchasing power and close relationship with the manufacturer, to provide excellent quality of the full range of products for customers to bring productivity

| | | | |
|---|---|---|---|
| Year Established | | Total Employees | - |
| Registered Capital | - | Business Type | Manufacturer |
| Annual Output Value | - | Total Export Revenue | USD20 Million |
| Export Percentage | - | Main Markets | - |
| Average Lead Time | - | Export License No. | - |
| Payment Currency | CNY,USD | Payment Type | - |
| Main Products | | | - |

## Trademarks & Certificates



HOME    PRODUCTS    COMPANY PROFILE    CONTACT US    NEWS

| | | | |
|---|---|---|---|
| Annual Output Value | - | Total Export Revenue | USD20 Million |
| Export Percentage | - | Main Markets | - |
| Average Lead Time | - | Export License No. | - |
| Payment Currency | CNY,USD | Payment Type | - |
| Main Products | | | - |

## Trademarks & Certificates





**JINHUA SIGMA INDUSTRIAL AND
TRADING CO.,LTD**

,Jinhua,Zhejiang P.R.China

DIRECTIONS





📞
86-13566763606

📍
Jinhua,Zhejiang P.R.China

✉
info@jhsigma.com

HOME    PRODUCTS    COMPANY PROFILE    CONTACT US    NEWS    PRIVACY POLICY

© 2021 Onloon.cn. All rights reserved.

# Exhibit R

**Page Vault**

| | |
|---|---|
| Document title: | Dyco decor – Shopping Lighting, Accessories and Furniture |
| Capture URL: | https://www.dycodecor.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:57:37 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:58:35 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 32sVg8rWW54YR4paJQNsau |
| User: | lrrc-dmoroyoqui |



New Arrivals

Explore Now



Holiday R...  Orders placed after January 1, 2023 will be shipped after Fe...ry 6

**NEW**

## New Arrivals






Harlow Crystal Sconce
USD $250.00 – USD $700.00

Harlow Crystal Round...
USD $980.00 – USD $3,000.00

Vouvray Rectangular Pendant
USD $1,980.00

Vouvray Two-Tier Round...
USD $16,500.00

USD
EUR
CAD
AUD
RUB

**BEST DESIGNS**

## Light up the Darkness

Our most popular lighting designs are created with your needs in mind.






Shipping cost
USD $260.00

Dome Pendant
Perforated,Pendant...
USD $290.00 – USD $400.00

Machinist Glass Cloche...
USD $250.00 – USD $398.00

Woven wooden birdcage...
USD $180.00 – USD $1,000.00



Got any questions? I'm happy to help.



Holiday N     Orders placed after January 1, 2023 will be shipped after Fe     y 6.

View All


30 Days Returns


Free Shipping


International Warranty



DECORATION

### Renaissance of the wall clock

July 24, 2019

In an age when we have come to rely on our smartphones to tell us the time a renaissance of the clas...



FURNITURE

### The Comfy Lounge Chair

July 24, 2019

Drawing on The Office Group's extensive knowledge of workplace needs, the Co Chair pairs a lightweig...



FURNITURE

### Dark Simple Chair

July 24, 2019

Less is more with Synnes Chair, a distinctively modern take on the classic Scandinavian dining chair...

● ○



COMPANY

About Us

Contact

Business

Terms & Conditions

HELP

FAQ's

Return And Refund Policy

Shipping

Order Tracking

STORE

Furniture

Lighting

Accessories

SUBSCRIBE NEWSLETTER

Get all the latest information on events, sales and offers. Sign up for newsletter.

Submit

© Dyco 2021 | Privacy Policy

Got any questions? I'm happy to help.

PayPal   VISA   MasterCard   AMERICAN EXPRESS

 **Page Vault**

| | |
|---|---|
| Document title: | Shipping – Dyco decor |
| Capture URL: | https://www.dycodecor.com/shipping/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 22:00:02 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 22:01:11 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | jSAVvwWMChgeKzWKbviRGWh |
| User: | lrrc-dmoroyoqui |



Spin Enter "welcome" for a 10% discount. Free shipping on all orders       ✕

Holiday Notice: Orders placed after January 1, 2023 will be shipped after February 6.

# Shipping

## Delivery

Our warehouse is located in Zhongshan, Guangdong, China. Usually, all packages are sent to all parts of the world by rail or sea through our logistics service provider company.

## Standard shipping

We provide free standard shipping.

North America is transported by sea to Canada for customs clearance and then transferred to UPS for delivery. The transportation time is about 30 days.

The European area is transported to Hungary by the China-Europe railway for customs clearance and then transferred to the German UPS to complete the delivery. The transportation time is about 45 days.

Australia and New Zealand are shipped by sea, and the transit time is approximately 45 days. In other regions, we will choose the appropriate shipping method according to the customer's country and the size of the package. For specific shipping time, please contact us admin@dycodecor.com

The above transportation is completely free, and the transportation time will fluctuate due to many reasons. The accurate transportation time is based on the final receipt of the package.

We suggest that you have your order delivered to an address where someone will be present during business hours to sign for the delivery. If the delivery address is unattended,    UPS will leave a card for pick up at your nearest UPS warehouse. After the first delivery fails, UPS will try to resend it on the next delivery date. If there is still no one to sign for it, the package will be returned to the shipping warehouse of the forwarding company. If you did not receive the package because no one signed for it, we will deduct part of the shipping cost when refunding the return due to this reason. If you need to re-deliver, you may have to pay extra for the re-delivery fee. For details, please visit the return and refund page.

The delivery times provided by Dyco decor are estimates only. Dyco decor will not be held accountable for late deliveries or loss or damage relating to deliveries.

Our products are usually too large to be delivered to post office boxes. Please provide a street address.

In the event that multiple items are ordered, part deliveries may be made where stock is not available. All reasonable attempts to notify you will be made using the details you provide.

Please ensure you enter the correct delivery address. Dyco decor cannot be held responsible for incorrectly entered delivery addresses.

## Express Delivery

Holiday N[...]    Orders placed after January 1, 2023 will be shipped after Fe[...]y 6.

Please ensure you enter the correct delivery address. Dyco decor cannot be held responsible for incorrectly entered delivery addresses.

## Express Delivery

We provide paid expedited transportation. Small parcels use EMS, and large parcels are shipped to the destination country by air by our logistics service provider and then delivered to UPS for delivery. The transportation time is usually within 2 weeks. It may take longer in remote areas. For any questions on delivery times, please contact us.

You can calculate a delivery cost estimate in your shopping cart. Your delivery total will be displayed at checkout, before you complete your order, and is charged upon submitting your order.

We suggest that you have your order delivered to an address where someone will be present during business hours to sign for the delivery.

The delivery times provided by Dyco decor are estimates only. Dyco decor will not be held accountable for late deliveries or loss or damage relating to late deliveries.

In the event that multiple items are ordered, part deliveries may be made where stock is not available. All reasonable attempts to notify you will be made using the details you provide.

Please ensure you enter the correct delivery address. Dyco decor can not be held responsible for incorrectly entered delivery addresses.

## Lead Times

If in stock, your order will usually dispatch within five business days from date of payment.

Where items are not in stock, or need to be imported there will be a lead time for your order. Please check the product description for estimated lead times. We will contact you with an estimated ETA when the order is received or you can get in touch prior to double check.

We aim to please! If your question has not yet been answered here please don't hesitate to contact one of our friendly team!



COMPANY

About Us

Contact

Business

Terms & Conditions

HELP

FAQ's

Return And Refund Policy

Shipping

Order Tracking

STORE

Furniture

Lighting

Accessories

SUBSCRIBE NEWSLETTER

Get all the latest information on events, sales and offers. Sign up for newsletter.

Submit

Privacy Policy

Holiday N    Orders placed after January 1, 2023 will be shipped after Fe      y 6.

## Express Delivery

We provide paid expedited transportation. Small parcels use EMS, and large parcels are shipped to the destination country by air by our logistics service provider and then delivered to UPS for delivery. The transportation time is usually within 2 weeks. It may take longer in remote areas. For any questions on delivery times, please contact us.

You can calculate a delivery cost estimate in your shopping cart. Your delivery total will be displayed at checkout, before you complete your order, and is charged upon submitting your order.

We suggest that you have your order delivered to an address where someone will be present during business hours to sign for the delivery.

The delivery times provided by Dyco decor are estimates only. Dyco decor will not be held accountable for late deliveries or loss or damage relating to late deliveries.

In the event that multiple items are ordered, part deliveries may be made where stock is not available. All reasonable attempts to notify you will be made using the details you provide.

Please ensure you enter the correct delivery address. Dyco decor can not be held responsible for incorrectly entered delivery addresses.

## Lead Times

If in stock, your order will usually dispatch within five business days from date of payment.

Where items are not in stock, or need to be imported there will be a lead time for your order. Please check the product description for estimated lead times. We will contact you with an estimated ETA when the order is received or you can get in touch prior to double check.

We aim to please! If your question has not yet been answered here please don't hesitate to contact one of our friendly team!





COMPANY

About Us
Contact
Business
Terms & Conditions

HELP

FAQ's
Return And Refund Policy
Shipping
Order Tracking

STORE

Furniture
Lighting
Accessories

SUBSCRIBE NEWSLETTER

Submit

Privacy Policy

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Contact – Dyco decor |
| Capture URL: | https://www.dycodecor.com/contact/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 21:59:00 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 21:59:46 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 4cEYV5ouGZ6ACUmhEnJjV2 |
| User: | lrrc-dmoroyoqui |

Enter "welcome" for a 10% discount. Free shipping on all orders  ✕

Holiday Notice: Orders placed after January 1, 2023 will be shipped after February 6.

# Get in Touch

We'd love to hear from you.



USD

EUR

CAD

AUD

RUB

# Send your questions

Visit Us

Contact Me

Holiday N...  : Orders placed after January 1, 2023 will be shipped after Fe...ary 6.

## Send your questions

**Visit Us**

Zhongshan .

Guangdong . China

**Get in Touch**

For more information, contact us.

TEL:+8618482114253

Pinterest:Dyco Decor

Instagram:dyco_official

Email:admin@dycodecor.com

### Contact Me

Fields marked with an * are required

Name *

Email *

Message *

Submit



Lets work together

**COMPANY**

About Us

Contact

Business

Terms & Conditions

**HELP**

FAQ's

Return And Refund Policy

Shipping

Order Tracking

**STORE**

Furniture

Lighting

Accessories

**SUBSCRIBE NEWSLETTER**

Get all the latest information on events, sales and offers. Sign up for newsletter:

Submit

Holiday N       : Orders placed after January 1, 2023 will be shipped after F       ry 6.

Zhongshan ,

Guangdong , China

## Get in Touch

For more information, contact us.

TEL:+8618482114253

Pinterest:Dyco Decor

Instagram:dyco_official

Email:admin@dycodecor.com

Fields marked with an * are required

Name *

Email *

Message *

Submit



USD

EUR

CAD

AUD

RUB

Lets work together

**COMPANY**

About Us

Contact

Business

Terms & Conditions

**HELP**

FAQ's

Return And Refund Policy

Shipping

Order Tracking

**STORE**

Furniture

Lighting

Accessories

**SUBSCRIBE NEWSLETTER**

Get all the  atest information on events, sales and offers. Sign up for newsletter.

Submit

© Dyco 2021 | Privacy Policy

PayPal   VISA   MasterCard   AMERICAN EXPRESS

# Exhibit S

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Ineffable Lighting-Crystal Chandelier, Pendant Light, Wall Sconces |
| Capture URL: | https://ineffablelighting.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 22:04:17 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 22:05:23 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | uxL2NrzgPmfRsnfHsPJzMp |
| User: | lrrc-dmoroyoqui |

Get 10% -20% OFF    Free Shipping On All Orders    — close

**Ineffable Lighting**

Home    Chandelier    Wall Sconce    Shop By Room    Contact Us    About Us



*Welcome To Ineffable Lighting*

Shop Now

## Categories



Chandelier



Wall Sconce



Pendant Light



Branch Chandelier

## Sale



-15%





-19%





Chat with us







**Drew Raindrop Round 31-Light Long Chandelier For Staircase**
$8,934.00 $7,576.00


**Drew Raindrop Modern Linear Chandelier 21 Lights Over Dining Table**
$4,528.00

**Haley Wine Cup Rectangular Linear Chandelier Light**
$2,187.00 – $3,086.00

**Leroy Modern Round Chandelier 60"**
$3,758.00

**Elvis Crystal Ball Modern Chandelier 36"**
$1,329.00









**Marcia Modern Crystal Multi-Tier Round Living Room Chandelier**
$3,640.00 – $7,560.00


**Iridescent Round Crystal Chandelier For Living Room**
$1,660.00 – $2,580.00


**Iridescent Rectangular Multi Tier Crystal Chandelier**
$1,628.00 – $2,558.00


**Carver Linear Chandelier 54", 72"**
$4,468.00 – $5,768.00


**Eaton Modern Crystal Ball 2-Tier Round Chandelier 60"**
$4,518.00


-19%

### Haley Wine Cup Rectangular Linear Chandelier Light

$2,687.00 $2,187.00

Free Shipping.

**COLOR: LACQUERED BURNISHED BRASS**


**SIZE: LENGTH: 54"**
Length: 54'   Length: 72'


−  1  +   ADD TO CART   ♡


f  🐦  ✉  𝒫  t  ✈

View full details →

## Wall Sconces


Chat with us  1


TrustedSite



# Modern Wall Sconces

Build comfortable living space with warm lighting

**SHOP NOW**

Drew Raindrop Wall Sconce(Cord)
~~$228.00~~ $218.00


Drew Raindrop Wall Sconce (Rod)
~~$228.00~~ $218.00




Modern Antoine Short Torch Wall
Sconce, Wall Light For Living Room
$206.00

Modern Solid Brass Led Picture Light
For Bedroom
$288.00

## Shop By Room


Dining & Kitchen


Living Room


Bedroom


Foyer Chandelier

## Shop By Series


Raindrop Series


Crystal Ball Series


Wine Cup Series


Leroy Series


Marcia Series


Iridescent Series


Chat with us

 FREE SHIPPING
Free shipping on all US order

 SUPPORT 24/7
Contact us 24 hours a day, 7

 30 DAYS RETURN
Simply return it within 30 days

 CUSTOMIZATION
Custom your ideal chande





Modern Antoine Short Torch Wall
Sconce, Wall Light For Living Room
$206.00



Modern Solid Brass Led Picture Light
For Bedroom
$288.00



## Shop By Room


Dining & Kitchen


Living Room


Bedroom


Foyer Chandelier

## Shop By Series


Raindrop Series


Crystal Ball Series


Wine Cup Series


Leroy Series


Marcia Series


Iridescent Series

 **FREE SHIPPING**
Free shipping on all US order

 **SUPPORT 24/7**
Contact us 24 hours a day, 7 days a week

 **30 DAYS RETURN**
Simply return it within 30 days

 **CUSTOMIZATION**
Custom your ideal chandeliers

**Ineffable Lighting**

 support@ineffablelighting.com

📞 +1 412-568-3432

**Menu**

Contemporary Chandelier

Branch Chandelier

Classic Chandelier

Pendant Light

**Useful links**

Search

Privacy Policy

Return Policy

Shipping Policy

Terms of Service

**Newsletter Signup**

Keep in Touch

Your email address    **Subscribe**

Chat with us


Copyright © 2023 Ineffable Lighting all rights reserved.





🔒 **Page Vault**

| | |
|---|---|
| Document title: | Shipping policy – Ineffable Lighting |
| Capture URL: | https://ineffablelighting.com/policies/shipping-policy |
| Page loaded at (UTC): | Tue, 07 Feb 2023 04:37:43 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2023 04:38:08 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 9yuqwiHPfKLu1v9Szv1HGE |
| User: | lrrc-dmoroyoqui |




Get 10% ~20% OFF    Free Shipping On All Orders    —close

Ineffable Lighting

Home    Chandelier    Wall Sconce    Shop By Room    Contact Us    About Us



# Shipping policy

Please notice and understand that affected by Covid-19, there will be some delay on the delivery.

We ship worldwide. We offer free shipping on all orders.

Ship From: China (Most of our suppliers are in China)

Lead times
Most lights will be delivered within 30 days.( Lead times are only estimates)

Order processing:
The order processing time is 7-15 working days.

Shipping Method:
Express for standard products, (items which diameter less than 127 cm or 50 inches)

Transportation time:
Delivery time to USA: 7-14 days (working days)
Delivery time to EU countries: 10-20 days (working days)
Delivery time to other countries: 15-25 days (working days)

Ocean Shipping for large products, (items which diameter larger than 127 cm or 50 inches)
We will choose .
Transportation time:

Delivery time to France, Germany, the UK and the USA: 30-40 days (working days)
Delivery time to USA: 30-45 days (working days)
Delivery time to other countries: 35-50 days (working days)

Tariff:
Express: Customer are responsible for tariffs and customs fee.
Ocean Shipping: We will pay tariffs and customs fee for customers.

Refused shipments
If an order has already been shipped and is being refused by the client, the client is responsible for the cost of returning the product, any restocking fees and the outbound shipping fee.
If the product cannot be returned to the sender ( for example: if the return shipping cost exceeds the value of the merchandise), no refunds can be given in such a case.

If you have any problem during shopping process, Please contact us at support@ineffablelighting.com. We will deal with any matter well for you.



Chat with us

TrustedSite

Lead times
Most items will be delivered within 30 days.( Lead times are only estimal.

Order processing:
The order processing time is 7-15 working days.

Shipping Method:
Express for standard products, (items which diameter less than 127 cm or 50 inches)

Transportation time:
Delivery time to USA: 7-14 days (working days)
Delivery time to EU countries: 10-20 days (working days)
Delivery time to other countries: 15-25 days (working days)

Ocean Shipping for large products, (items which diameter larger than 127 cm or 50 inches)
We will choose .
Transportation time:

Delivery time to France, Germany, the UK and the USA: 30-40 days (working days)
Delivery time to USA: 30-45 days (working days)
Delivery time to other countries: 35-50 days (working days)

Tariff:
Express: Customer are responsible for tariffs and customs fee.
Ocean Shipping: We will pay tariffs and customs fee for customers.

Refused shipments
If an order has already been shipped and is being refused by the client, the client is responsible for the cost of returning the product, any restocking fees and the outbound shipping fee.
If the product cannot be returned to the sender ( for example: if the return shipping cost exceeds the value of the merchandise), no refunds can be given in such a case.

If you have any problem during shopping process, Please contact us at support@ineffablelighting.com. We will deal with any matter well for you.



**Ineffable Lighting**

✉ support@ineffablelighting.com

📞 +1 412-568-3432

**Menu**

Contemporary Chandelier

Branch Chandelier

Classic Chandelier

Pendant Light

**Useful links**

Search

Privacy Policy

Return Policy

Shipping Policy

Terms of Service

**Newsletter Signup**

Keep in Touch

Your email address | Subscribe





Chat with us  1

Copyright © 2023 Ineffable Lighting all rights reserved.

TrustedSite

# Exhibit T

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Dekorfine |
| Capture URL: | https://www.dekorfine.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 22:05:53 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 22:06:33 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | gcS2XDJXKzYs2Sg6KhqUrV |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:    qLnUKcohhf9KKvUB8j1Rad

Free shipping on all orders Shop Now

 **Dekorfine**   Home   All Collection ⌄   All Rooms ⌄   Keep In Touch ⌄     



# Tense Pendant Light

SHOP NOW

# Trending Products

Top view in this week



**Akari Floor Lamp**
$275.00 USD



**PH5 Pendant Lamp**
$245.00 USD



**Mr Maria Smiley Table Lamp**
$110.00 USD



**Nelson Bubble Pendant Lamp**
$212.00 USD

SEE ALL PRODUCTS



**Akari Floor Lamp**
$275.00 USD

**PH5 Pendant Lamp**
$245.00 USD

**Mr Maria Smiley Table Lamp**
$110.00 USD

**Nelson Bubble Pendant Lamp**
$212.00 USD

SEE ALL PRODUCTS












Table Lamp
194 products

Chandelier
2 products





floor lamp

wall lamp

Ceiling light

## Most Popular Products

All   Living Room   Bedroom   Dining Room   Kitchen





**Akari Floor Lamp**
$275.00 USD

**Akari Table Lamp**
$199.00 USD





**PH5 Pendant Lamp**
$245.00 USD

**Mr Maria Smiley Table Lamp**
$110.00 USD

**All**
877 products



Document title: Dekorfine
Capture URL: https://www.dekorfine.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 22:06:33 GMT



| PH5 Pendant Lamp | Mr Maria Smiley Table Lamp |
| --- | --- |
| $245.00 USD | $110.00 USD |

## Our Blog

Pendant lights are to a home what salt is to the food. No matter how much you focus on other elements, everything feels incomplete without that one special, magical ingredient.







BEDROOM, CHILDREN  ·  DECEMBER 31, 2022

### Best Cloud Lamps You will Find At Dekorfine

These amazing decorations look awesome for any occasion. They would look great in a baby's nurser...

Read more

AKARI FLOOR LAMP, AKARI PAPER TABLE LAMP  ·  DECEMBER 31, 2022

### HOLIDAY GIFT GUIDE: LIGHTING & HOME DECOR GIFT IDEAS

When it comes time to buy gifts for friends and loved ones, the endless shopping possibilities ma...

Read more

BEDROOM, DEKORFINE  ·  DECEMBER 31, 2022

### Best Shell Lighting Fixtures

One of the things we get complimented most on is our unique chandeliers. Here is a list of the to...

Read more



Passion

# Love of design

At DEKORFINE, we are motivated by a love of design and a



Passion

# Love of design

At DEKORFINE, we are motivated by a love of design and a commitment to constant innovation.We are always challenging ourselves to create products that elevate the modest moments in peoples' lives.

## Share with #dekorfine

Follow @dekorfineofficial for inspiration.

     

## Subscribe To Our Newsletter

Sign up for the weekly newsletter and build better ecommerce stores.

| Enter your email... | SUBSCRIBE |

We respect your privacy, so we never share your info.

**Contact US**



5900 Balcones Drive, STE 100 Austin TX 78731

Call us: (805) 666-1686

Text: (805) 666-1686

Email: support@dekorfine.com

   

**Menu**

FAQs

About Us

Contact

HTML sitemap

**Services**

Privacy Policy

Refund Policy

Shipping Policy

Terms of Service

**About**

My Account

My Wishlist

My Compare

Track my order





commitment to const... innovation.We are always challenging ourselves to create products that elevate the modest moments in peoples' lives.

# Share with #dekorfine

Follow @dekorfineofficial for inspiration.

     

# Subscribe To Our Newsletter

Sign up for the weekly newsletter and build better ecommerce stores.

| Enter your email... | SUBSCRIBE |
|---|---|

We respect your privacy, so we never share your info.

**Contact US**



5900 Balcones Drive, STE 100 Austin TX 78731

Call us: (805) 666-1686

Text: (805) 666-1686

Email: support@dekorfine.com

**Menu**

FAQs

About Us

Contact

HTML sitemap

**Services**

Privacy Policy

Refund Policy

Shipping Policy

Terms of Service

**About**

My Account

My Wishlist

My Compare

Track my order

Copyright © Dekorfine. All Right Reserved.

      

🔒 Page Vault

| | |
|---|---|
| Document title: | Dekorfine |
| Capture URL: | https://www.dekorfine.com/policies/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 22:07:04 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 22:07:36 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | stQK86UHdTK3EDZaPT6aSu |
| User: | lrrc-dmoroyoqui |

Free shipping on all orders Shop Now



**Dekorfine**

Home    All Collection ⌄    All Rooms ⌄    Keep In Touch ⌄

  

# Shipping policy

**Where are items located?**

All packages are shipped from our China factory.

**When will the package be shipped?**

Packages are shipped within 3-10 business days of your order.

An email with package tracking information will be sent to your email after the shipment is shipped. If you can't find the email, please check your junk folder, otherwise it may be rejected by your email system, please contact us.

Our orders are usually delivered within 4-7 weeks (some countries may be longer, if you are unsure, please contact us to check). If the package does not arrive on time, you can contact us.

Shipping Method: Delivery time varies by shipping method. Shipping time depends on your location and the origin of the package.

**Free shipping for any order.**

All our packages are shipped free of charge, if you need faster delivery please contact our customer service team in advance.

United States and Canada

FREE shipping for any order.

Shipping time with UPS.Door to door You do not need to pay import duties)

Orders are typically received in 28-40 days Canadian customers/ in 20-30 days American customers from date of order.

Australia and New zealand

FREE shipping for any order.

Shipping time with China Post Air Parcel 25-50 days or EMS 5-20 days + handling time.

All our products are made or assembled to order. Please refer to each product description lead time as certain items are made to order and can take up to 12 weeks.

In light of the current pandemic, please note:

We are doing our best to deliver orders within our usual lead times, but please be aware that some may take longer due to the reduced capacity of our warehouses and carriers. We sincerely apologise for any inconvenience this may cause. Please do not hesitate to email a member of our Customer Services team should you have any questions.

**How can I track my order?**

but please be aware that some may take longer due to the reduced capacity of our warehouses and carriers. We sincerely apologise for any inconvenience this may cause. Please do not hesitate to email member of our Customer Services team should you have any questions.

**How can I track my order?**

You can contact us by email or contact us page, and we will reply the detailed track of your package by email. Or check your package tracking track through the Track Order Status page

**Countries/regions supported for shipping**

At present, we deliver to the following countries: United Kingdom, Germany, Belgium, Netherlands, France, Denmark, Austria, Italy, Greece, Sweden, Cyprus, Croatia, Spain, Czech Republic, Hungary, Romania, Poland, Norway, Finland, Croatia, Slovenia, Switzerland, Ireland, Portugal, Estonia,

**Will I Be Charged With Customs And Taxes?**

All prices displayed on our website are tax-free, which means you may be liable to pay for duties and taxes once you receive your order.
Import taxes, duties and related customs fees may be charged once your order arrives at its final destination, which is determined by your local customs office.
Payment of these charges and taxes are your responsibility and will not be covered by us. We are not responsible for delays caused by the customs department in your country.
For further details of the charges, please contact your local customs office.

**Changes to estimated delivery date.**

We, or our delivery partner(s), will notify you of reasonable changes to the estimated delivery date where events outside of our or our delivery partner's control delay or prevent delivery from taking place at the original estimated date and/or time. Delivery of the Products will take place when we deliver them to the address that you gave to us. If we cannot deliver your Products within 90 days, we will:

a) let you know;

b) cancel your order; and

c) give you a refund.

If your country is not listed please email us support@dekorfine.com and ask for shipping rate to your specific country.

If you need faster shipping service, please contact our customer service team in advance.

If you belong to the European Union, Canada and the United States, we will ship by UPS, Door to door, and you do not need to pay any import duties. (Our freight forwarder will pay your import duties)
This service is limited to selection: standard shipping channels

Special attention: Please choose standard shipping channels for Britain, Belgium, Poland, Spain, Germany, Luxemburg, Austria, Sweden, Hungary, otherwise the customs may impose expensive import duties.

**Are express options available?**

Yes! Express options incur additional fees, please email us with your



Special attention: Please choose standard shipping channels for Britain, Belgium, Poland, Spain, Germany, Luxembourg, Austria, Sweden, Hungary, otherwise the customs may impose expensive import duties.

**Are express options available?**

Yes! Express options incur additional fees, please email us with your order and destination, we will then calculate a customized postage cost.

Average handling time?
Estimated handling time: 1-10 days.
Special items requiring customizing may incur an extra 3-4 working days.

Local import duties and taxes may be requested based on individual products, materials, or price thresholds. These vary by country. We are unable to predict or charge them in advance and will not be responsible for them should they be requested by the order receiving country.

We do not ship to PO Boxes/APO/FPO addresses. Due to the nature of our business, items may arrive in multiple packages.

Some products are made-to-order, please reference individual product pages for production/shipping lead times on made to order items.

**We do not ship to the following countries / regions:**

Afghanistan, Armenia, Azerbaijan, Bangladesh, Bhutan, Cambodia, Georgia, India, Indonesia, Hong Kong, Iraq, Israel, Jordan, Kazakhstan, Kuwait, Kyrgyzstan, Laos, Lebanon, Mongolia, Nepal, Oman, Pakistan, Philippines, Sri Lanka, Tajikistan, Turkey, Turkmenistan, Uzbekistan, Vietnam, Yemen, American Samoa, Cook Island, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Island, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Albania, Bosnia and Herzegovina, Montenegro, Serbia, San Marino.

All African Countries
All South American Countries.
If you are in the above countries, you still want to buy lamps.
Please contact our customer service: support@dekorfine.com, we will calculate the transportation cost for you separately.

---

**Contact US**



5900 Balcones Drive, STE 100 Austin TX 78731

Call us: (805) 666-1686

| Menu | Services | About |
|------|----------|-------|
| FAQs | Privacy Policy | My Account |
| About Us | Refund Policy | My Wishlist |
| Contact | Shipping Policy | My Compare |
| HTML sitemap | Terms of Service | Track my order |



Estimated handling time: 1-10 days.
Special items requiring customizing may incur an extra 3-4 working days.

Local import duties and taxes may be requested based on individual products, materials, or price thresholds. These vary by country. We are unable to predict or charge them in advance and will not be responsible for them should they be requested by the order receiving country.

We do not ship to PO Boxes/APO/FPO addresses. Due to the nature of our business, items may arrive in multiple packages.

Some products are made-to-order, please reference individual product pages for production/shipping lead times on made to order items.

**We do not ship to the following countries / regions:**

Afghanistan, Armenia, Azerbaijan, Bangladesh, Bhutan, Cambodia, Georgia, India, Indonesia, Hong Kong, Iraq, Israel, Jordan, Kazakhstan, Kuwait, Kyrgyzstan, Laos, Lebanon, Mongolia, Nepal, Oman, Pakistan, Philippines, Sri Lanka, Tajikistan, Turkey, Turkmenistan, Uzbekistan, Vietnam, Yemen, American Samoa, Cook Island, French Polynesia, Guam, Kiribati, Marshall Islands, Micronesia, Nauru, New Caledonia, Niue, Palau, Papua New Guinea, Solomon Island, Tonga, Tuvalu, Vanuatu, Wallis and Futuna, Western Samoa, Albania, Bosnia and Herzegovina, Montenegro, Serbia, San Marino.

All African Countries
All South American Countries.
If you are in the above countries, you still want to buy lamps.
Please contact our customer service: support@dekorfine.com, we will calculate the transportation cost for you separately.

**Contact US**



5900 Balcones Drive, STE 100 Austin TX 78731

Call us: (805) 666-1686

Text: (805) 666-1686

Email: support@dekorfine.com

  

| Menu | Services | About |
|------|----------|-------|
| FAQs | Privacy Policy | My Account |
| About Us | Refund Policy | My Wishlist |
| Contact | Shipping Policy | My Compare |
| HTML sitemap | Terms of Service | Track my order |

Copyright © Dekorfine. All Right Reserved.

       



# Exhibit U

🔒 **Page Vault**

| | |
|---|---|
| Document title: | ZENDUCE - Home Decor Lights - Ceiling Lights and Lamps |
| Capture URL: | https://www.zenduce.com/ |
| Page loaded at (UTC): | Mon, 06 Feb 2023 22:22:20 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 22:32:12 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | w2SqH38V9sDv6ff98cj5vR |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:    3kP9TWQf4Xcz2begyjysCZ

Free Shipping on All Orders | 2 Years Warranty

# ZENDUCE

CHANDELIERS    CEILING LIGHTS    OUTDOOR LIGHTS    FLOOR/TABLE LIGHTS    PENDANT LIGHTS    WALL LIGHTS    SCULPTURES

Up to 40% OFF

## On Sale

SHOP NOW

## TRENDING NOW









| DRIBBLE | RIPPLE | BREEZE | ARCHIPELAGO |
|---|---|---|---|
| $1,251.00 ~~$2,191.00~~ | $384.00 ~~$421.00~~ | From $481.00 | $551.00 ~~$801.00~~ |









Chat with us

Document title: ZENDUCE - Home Decor Lights - Ceiling Lights and Lamps
Capture URL: https://www.zenduce.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 22:32:12 GMT









HALO

$101.00   ~~$128.00~~

GLASS GLOBES

$401.00

VIENNA

$490.00   ~~$941.00~~

CRYSTAL PLANETS

From $841.00

VIEW ALL PRODUCTS



CHANDELIERS

VIEW PRODUCTS



FLOOR/TABLE LIGHTS

VIEW PRODUCTS



OUTDOOR LIVING

VIEW PRODUCTS







Chat with us 👋



CEILING LIGHTS

VIEW PRODUCTS



PENDANT LIGHTS

VIEW PRODUCTS



WALL LIGHTS

VIEW PRODUCTS

# Why Us?



## Direct from Manufacturers

Our process eliminates middlemen to source high quality products at a fair price




## Free Shipping

Express shipping through DHL / Fedex / UPS



## Customization Service

A number of our products are customizable with options across color, size and height. Just message us.



Smith P.

Delivered In 9 days. Great packing and prompt customer support



John D. ✔

I am satisfied with the clock, it's doing everything it is supposed to and it looks great atop m...

Lewis D.

A true enhancement over our kitchen bench. We love the Archipelago light...



Rory A.

We love this light so much. Perfect for for our dining room. I was worried the shipping would...



Jake L.

Gorgeous char Chat with us work of art. Everything is perfectly packed, i...





🇺🇸 USD ▾

Document title: ZENDUCE - Home Decor Lights - Ceiling Lights and Lamps
Capture URL: https://www.zenduce.com/
Capture timestamp (UTC): Mon, 06 Feb 2023 22:32:12 GMT

Our process eliminates middleman to source high quality products at a fair price

Express shipping through DHL / Fedex / UPS

A number of our products are customizable with options across color, size and height. Just message us.











☆☆☆☆☆

☆☆☆☆☆

☆☆☆☆☆

☆☆☆☆☆

☆☆☆☆☆

### Smith P.

Delivered in 9 days. Great packing and prompt customer support

### John D. ✔

I am satisfied with the clock, it's doing everything it is supposed to and it looks great atop m...

### Lewis D.

A true enhancement over our kitchen bench. We love the Archipelago light...

### Rory A.

We love this light so much. Perfect for for our dining room. I was worried the shipping would...

### Jake L.

Gorgeous chandelier, just a work of art. Everything is perfectly packed, i...

Powered by **LOOX**

## Follow Us on Instagram



ABOUT US

We are a lighting retailer based in the United States. Our goal is to find and source designer lightings & art and share them with the rest of the world. Our main focus is the American market, but we deliver worldwide. We are a Trustedsite endorsed business with thousands of happy customers.

CONTACT US

Registered Address: Nimo LLC, 30 N Gould St, Ste R, Sheridan, WY 82801
Email id: support@zenduce.com
Chat: Use the floating icon at the bottom right

f  ✖  ◎  𝓟

INFO

About Us

Shipping

Refund Policy

Privacy Policy

Terms of Service

MCAFEE Certification

Trustpilot

CUSTOMER SERVICE

FAQ

Chandelier Size Guide

Happy Customers

Track Your Order

Contact Us

UNITED STATES (USD $)

 USD ▾ CE

       Chat with us

 ②

TrustedSite

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Shipping Policy – ZENDUCE |
| Capture URL: | https://www.zenduce.com/pages/shipping-policy |
| Page loaded at (UTC): | Mon, 06 Feb 2023 22:13:09 GMT |
| Capture timestamp (UTC): | Mon, 06 Feb 2023 22:22:09 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | vx6BQUW8Z3aLL6ciyHZghQ |
| User: | lrrc-dmoroyoqui |

Free Shipping on All Orders | 2 Years Warranty

ZENDUCE

CHANDELIERS     CEILING LIGHTS     OUTDOOR LIGHTS     FLOOR/TABLE LIGHTS     PENDANT LIGHTS     WALL LIGHTS     SCULPTURES

# SHIPPING POLICY

**DO YOU OFFER FREE SHIPPING?**

**YES**, we offer free shipping.

**HOW WILL MY ORDER BE SHIPPED?**

Most fixtures will be shipped by UPS, FedEx, EMS, or USPS. For any specific delivery needs, please contact our Customer Support at support@zenduce.com.

**WHERE WILL MY ORDER BE SHIPPED FROM?**

We are a US based company that sources our lightings from several vendors within the US, Europe and Asia. Depends on the products' availability, products will be shipped from our warehouse in the United States or overseas. Our largest warehouse is located in Guangdong Province not far from Hong Kong, where most of our orders are shipped from.

**HOW CAN I TRACK MY PACKAGE?**

You will have a tracking number after the order is shipped and you will be able to track the package on the logistics company's track tool or by entering your order number here

**HOW LONG WILL IT TAKE TO RECEIVE MY ORDER?**

**Time frame for order delivery:**

- **Processing time:** Order verification, tailoring, quality check, and packaging. All orders are sent to our global shipping team for dispatch within 1-3 days after the order is placed. Once an order has been processed a tracking number will be generated and forwarded to you via email. If you have not received your tracking number within 4 business days, kindly inform us by email at support@zenduce.com and include your order number.

- **Shipping time:**
  Our *FREE Premium Shipping* is usually delivered within 6-12 days

  Please be sure to enter your address correctly. We are NOT responsible for lost packages due to an incomplete or incorrect address or custom clearance imports.

  While we strive to deliver goods in the time frame we specify, we cannot guarantee or accept liability for deliveries outside of this time frame as we rely on third party shipping companies to facilitate our deliveries. We cannot accept liability for out of pocket expenses or other costs incurred due to failed or delayed deliveries.

  If more than 20 days have passed and you still haven't received your order, please email us at support@zenduce.com to review the status of your order. Refunds will be handled through email if necessary.

- **NOTE:** If customers fail to be at the location to receive the package and/or refuse to work with us and the shipping company to retrieve the package, which results in the package being sent back to us, the shipping cost will be charged *(It can be very costly up to several hundreds of dollars).*

**Full refunds are not available under the following circumstances:**

USD ▾

Chat with us 👋



Please be sure to enter your address correctly. We are NOT responsible for lost packages due to an incomplete or incorrect address or custom clearance imports.

While we strive to deliver goods in the time frame we specify, we cannot guarantee or accept liability for deliveries outside of this time frame as we rely on third party shipping companies to facilitate our deliveries. We cannot accept liability for out of pocket expenses or other costs incurred due to failed or delayed deliveries.

If more than 20 days have passed and you still haven't received your order, please email us at support@zenduce.com to review the status of your order. Refunds will be handled through email if necessary.

- **NOTE:** If customers fail to be at the location to receive the package and/or refuse to work with us and the shipping company to retrieve the package, which results in the package being sent back to us, the shipping cost will be charged *(It can be very costly up to several hundreds of dollars)*.

**Full refunds are not available under the following circumstances:**

1. Delays caused by the buyer providing incorrect or incomplete delivery information;

2. Delays in delivery caused by any force majeure incidents, such as natural disasters, bad weather, and war;

3. Delays in delivery caused by any other beyond our control, such as public holidays and Customs issues.

**WILL THERE BE DUTIES/TAXES ON MY PACKAGE?**

Customers are responsible for all taxes, duties or tariffs if applied by your local customs. Note that, the taxes, duties, or tariffs are not part of the shipping charges.

**WHAT IF THERE IS SHIPPING DAMAGE?**

Please get in touch with us within 48 hours if there is any shipping damage. Shipping companies (like UPS, FedEx, DHL) only accept shipping damage claims within one week after delivering the product. Therefore, you will be responsible for any cost related to the shipping damage if you do not contact us within one week.

Couldn't find the answer to your question on shipping? Contact us and we will get back to you as soon as possible

---

### ABOUT US

We are a lighting retailer based in the United States. Our goal is to find and source designer lightings & art and share them with the rest of the world. Our main focus is the American market, but we deliver worldwide. We are a Trustedsite endorsed business with thousands of happy customers.

### CONTACT US

Registered Address: Nimo LLC, 30 N Gould St, Ste R, Sheridan, WY 82801
Email id: support@zenduce.com
Chat: Use the floating icon at the bottom right

f   t   @   p

### INFO

About Us

Shipping

Refund Policy

Privacy Policy

Terms of Service

MCAFEE Certification

Trustpilot

### CUSTOMER SERVICE

FAQ

Chandelier Size Guide

Happy Customers

Track Your Order

Contact Us

UNITED STATES (USD $) ∨

 USD ▾ :E

Chat with us

       



# Exhibit V

🔒 Page Vault

| | |
|---|---|
| Document title: | Satulight - Home Lighting - Designer Lamps & More Online |
| Capture URL: | https://www.satulight.com/ |
| Page loaded at (UTC): | Tue, 07 Feb 2023 19:27:05 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2023 19:29:53 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | pczq6tuvrCPFk9PM2wscBs |
| User: | lrrc-dmoroyoqui |







SHOP PENDANT LIGHT

## Sales

View More →



SHOP ARC LAMP



USD





# New Arrivals



Someone just purchased
Art Portrait Floor Lamp

Few hour ago 🔔 by NotificationX

×

# Latest News



Document title: Satulight - Home Lighting - Designer Lamps &amp; More Online
Capture URL: https://www.satulight.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 19:29:53 GMT



Home    Shop    Crystal & Glass    Blog    *Satulight*    Login    

# New Arrivals









**Modern LED Wall Stair Ring Pendant Light**

USD $180.00 – USD $210.00

**Marble Art Pendant Light**

USD $218.00

**CURL Moon Table Lamp**

USD $238.00

**Lotus Leaf Pendant Light**

USD $220.00

# Latest News

**→**

Contact Us

USD

UNCATEGORIZED

## 2023 Notice of Holidays.

By Carl on December 21, 2022

NEWS

## Update on the impact of COVID-2019. 2022/05/08 (UTC+08:00)

By Carl on May 8, 2022

NEWS

## Latest Delivery Time – 04/05/2022

By Carl on April 5, 2022

---

**COMPANY**

About Us

Contact Us

Terms & Conditions

Privacy Policy

**HELP**

FAQ's

Shipping Policy

Order Tracking

Returns & Refunds Policy

**NEWSLETTER**

Subscribe to get special offers, sales and more.

Submit

**CONTACT INFO**

E - Mail:info@satulight.com

SMS:+1 267 888 8665

---

© 2022 Satulight All Rights Reserved

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Shipping Policy - Satulight |
| Capture URL: | https://www.satulight.com/shipping-policy/ |
| Page loaded at (UTC): | Tue, 07 Feb 2023 19:31:18 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2023 19:31:42 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | jAffcfQjahQQWMokeuUrgj |
| User: | lrrc-dmoroyoqui |



☰  Home  Shop  Crystal & Glass  Blog    Satulight    Login  🔍  ♡  🛒

# Shipping Policy

## Overview

*FREE SHIPPING For orders over 100 USD, Free shipping on all orders in the continental US.
Services for the following areas
North America: United States, Canada,  Mexico
Europe: Albania, Armenia, Austria, Azerbaijan, Belarus, Belgium, Bosnia and Herzegovina, Bulgaria,
Croatia, Cyprus, Czechia, Denmark, Estonia, Finland, France, Georgia, Germany, Greece, Hungary,
Iceland, Ireland, Italy, Kazakhstan, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Moldova, Monaco,
Montenegro, Netherlands, Norway, Poland, Portugal, Romania, Russia, San Marino, Serbia, Slovakia,
Slovenia, Spain, Sweden, Switzerland, Turkey, Ukraine, United Kingdom (UK)
Asia & Oceania: Australia, China, Hong Kong, Indonesia, Israel, New Zealand, Japan, Kuwait, Lebanon,
Philippines, Russia, Saudi Arabia, Singapore, South Korea, Taiwan, Turkey, United Arab Emirates (UAE)
If your destination country is not shown above please contact us as we can deliver to many other countries.
Standard shipping : 2–7 weeks
Fast shipping : 6–8 days

## Delivery

Our warehouse is located in Zhongshan, Guangdong, China. Usually, all packages are sent to all parts of
the world by rail or sea through our logistics service provider company.

## Standard Shipping

We provide free standard shipping.

Most orders will be shipped by EMS, and most countries will be delivered within 11-20 days.
For orders that exceed the EMS shipping limit. We will use sea or rail transportation.

North America is transported by sea to Canada for customs clearance and then transferred to UPS for
delivery. The transportation time is about 30 days.

The European area is transported to Hungary by the China-Europe railway for customs clearance and then
transferred to the German UPS to complete the delivery. The transportation time is about 45 days.

Australia and New Zealand are shipped by sea, and the transit time is approximately 45 days. In other
regions, we will choose the appropriate shipping method according to the customer's country and the size
of the package. For specific shipping time, please contact us info@satulight.com

The above transportation is completely free, and the transportation time will fluctuate due to many reasons.
The accurate transportation time is based on the final receipt of the package.

Document title: Shipping Policy - Satulight
Capture URL: https://www.satulight.com/shipping-policy/
Capture timestamp (UTC): Tue, 07 Feb 2023 19:31:42 GMT

*Satulight*

The above transportation is completely free, and the transportation time will fluctuate due to many reasons. The accurate transportation time is based on the final receipt of the package.

We suggest that you have your order delivered to an address where someone will be present during business hours to sign for the delivery. If the delivery address is unattended,  UPS will leave a card for pick up at your nearest UPS warehouse. After the first delivery fails, UPS will try to resend it on the next delivery date. If there is still no one to sign for it, the package will be returned to the shipping warehouse of the forwarding company. If you did not receive the package because no one signed for it, we will deduct part of the shipping cost when refunding the return due to this reason. If you need to re-deliver, you may have to pay extra for the re-delivery fee. For details, please visit the return and refund page.

The delivery times provided by Satulight are estimates only. Satulight will not be held accountable for late deliveries or loss or damage relating to deliveries.

Our products are usually too large to be delivered to post office boxes. Please provide a street address.

In the event that multiple items are ordered, part deliveries may be made where stock is not available. All reasonable attempts to notify you will be made using the details you provide.

Please ensure you enter the correct delivery address. Satulight cannot be held responsible for incorrectly entered delivery addresses.

## Express Delivery

We provide paid expedited transportation. We will use DHL, UPS to ship most orders, and most countries will be delivered within 6-8 days. It may take longer in remote areas. For any questions on delivery times, please contact us.

You can calculate a delivery cost estimate in your shopping cart. Your delivery total will be displayed at checkout, before you complete your order, and is charged upon submitting your order.

We suggest that you have your order delivered to an address where someone will be present during business hours to sign for the delivery.

The delivery times provided by Satulight are estimates only. Satulight will not be held accountable for late deliveries or loss or damage relating to late deliveries.

In the event that multiple items are ordered, part deliveries may be made where stock is not available. All reasonable attempts to notify you will be made using the details you provide.

Please ensure you enter the correct delivery address. Satulight can not be held responsible for incorrectly entered delivery addresses.

## Lead Times

If in stock, your order will usually dispatch within five business days from date of payment.

Where items are not in stock, or need to be imported there will be a lead time for your order. Please check the product description for estimated lead times. We will contact you with an estimated ETA when the order is received or you can get in touch prior to double check.



Home    Shop    Crystal & Glass    Blog    *Satulight*    Login

Please ensure you enter the correct delivery address. Satulight cannot be held responsible for incorrectly entered delivery addresses.

## Express Delivery

We provide paid expedited transportation. We will use DHL, UPS to ship most orders, and most countries will be delivered within 6-8 days. It may take longer in remote areas. For any questions on delivery times, please contact us.

You can calculate a delivery cost estimate in your shopping cart. Your delivery total will be displayed at checkout, before you complete your order, and is charged upon submitting your order.

We suggest that you have your order delivered to an address where someone will be present during business hours to sign for the delivery.

The delivery times provided by Satulight are estimates only. Satulight will not be held accountable for late deliveries or loss or damage relating to late deliveries.

In the event that multiple items are ordered, part deliveries may be made where stock is not available. All reasonable attempts to notify you will be made using the details you provide.

Please ensure you enter the correct delivery address. Satulight can not be held responsible for incorrectly entered delivery addresses.

## Lead Times

If in stock, your order will usually dispatch within five business days from date of payment.

Where items are not in stock, or need to be imported there will be a lead time for your order. Please check the product description for estimated lead times. We will contact you with an estimated ETA when the order is received or you can get in touch prior to double check.

We aim to please! If your question has not yet been answered here please don't hesitate to contact one of our friendly team!

---

COMPANY

About Us

Contact Us

Terms & Conditions

Privacy Policy

HELP

FAQ's

Shipping Policy

Order Tracking

Returns & Refunds Policy

NEWSLETTER

Subscribe to get special offers, sales and more.

Submit

CONTACT INFO

E - Mail:info@satulight.com

SMS:+1 267 888 8665

---

© 2022 Satulight All Rights Reserved

# Exhibit  W

**Page Vault**

| | |
|---|---|
| Document title: | moonilight |
| Capture URL: | https://www.moonilighting.com/ |
| Page loaded at (UTC): | Tue, 07 Feb 2023 19:34:37 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2023 19:35:13 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | gBTrKSogTbGv56RmS5NSkH |
| User: | lrrc-dmoroyoqui |



# MOONILIGHT

HOME    ALL PRODUCTS    MODERN CHANDELIER    BRANCH CHANDELIER    PENDANT    WALL LIGHTS    CONTACT

## CATEGORIES


Modern Chandelier


Branch Chandelier


Pendant


Wall Light

## FEATURED PRODUCTS



Modern Blossom Petal Wall
Sconces
£458.00



Glass Teardrop Chandelier Round
Branch Chandelier Lighting

★ ★ ★ ★ ★ (1)

from £768.00



Mikel Blossom Petal Detail Grand
Staircase Chandelier
from £5,014.00    £5,899.00
Save £885.00



Olivia Creative Modern Branch
Chandelier

★ ★ ★ ★ ★ (1)

from £1,368.00

Chat with us, we're online!    jivochat



# MOONILIGHT

HOME     ALL PRODUCTS     MODERN CHANDELIER     BRANCH CHANDELIER     PENDANT     WALL LIGHTS     CONTACT

Maple Modern Linear Colorful
Crystal Branch Chandelier
from £2,332.00

Porcelain Linear Gold Chandelier
from £1,380.00

Cenia Colorful Crystal Linear
Branch Chandelier
from £1,578.00

Matias Drop shape Gold Clear
Crystal Chandelier
£2,988.00



## WHY CHOOSE US?

Since 2017, Mooni Lighting has been supplying and
manufacturing Chandeliers and Lighting products.

In our factory, we have experienced workesrs and
professional designer team, each chandelier is a
collective work of people. To us, each products is a
unique unit.

"Quality is Our Culture." We keep improving ourselves in
order to supply the high quality products to our client,
so we are strict on the craftmanship and quality control.

At Mooni Lighting, we cherish every chance to talk with
our client, so please feel free to contact us for any
questions or inquires.

**SHOP NOW**

## OUR NEWSLETTER FOR UPDATES

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email          **SUBSCRIBE**

Chat with us, we're online!          jivochat

# MOONILIGHT

HOME    ALL PRODUCTS    MODERN CHANDELIER    BRANCH CHANDELIER    PENDANT    WALL LIGHTS    CONTACT



Since 2017, Mooni Lighting has been supplying and manufacturing Chandeliers and Lighting products.

In our factory, we have experienced workesrs and professional designer team, each chandelier is a collective work of people. To us, each products is a unique unit.

"Quality is Our Culture." We keep improving ourselves in order to supply the high quality products to our client, so we are strict on the craftmanship and quality control.

At Mooni Lighting, we cherish every chance to talk with our client, so please feel free to contact us for any questions or inquires.

**SHOP NOW**

## OUR NEWSLETTER FOR UPDATES

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email    **SUBSCRIBE**

**CUSTOMER CARE**

Shipping Policy

Return and Refund Policy

Privacy Policy

Terms of Service

Terms of Payment

**CATEGORY**

All Products

Modern Chandelier

Branch Chandelier

Pendant

Wall Light

**COMPANY**

About Us

Contact Us

**WE ACCEPT**

**GET IN TOUCH**

+86 134 2703 0839

Email us

Live chat

Email:sales@moonilighting.com

© 2023 moonilight

Chat with us, we're online!    jivochat

🔒 **PageVault**

| | |
|---|---|
| Document title: | Shipping Policy |
| Capture URL: | https://www.moonilighting.com/pages/shipping-policy?spm=..index.footer_1.1 |
| Page loaded at (UTC): | Tue, 07 Feb 2023 19:35:24 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2023 19:35:58 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | pU635K1sRHQKRdcfbbANSE |
| User: | lrrc-dmoroyoqui |

PDF REFERENCE #:     6D9xzezfGJBGQ4vbkZpXWY

Free shipping on all orders

# MOONILIGHT

HOME    ALL PRODUCTS    MODERN CHANDELIER    BRANCH CHANDELIER    PENDANT    WALL LIGHTS    CONTACT

# SHIPPING POLICY

**SHIPPING POLICY**

(Affected by Covid-19, there will be some delay on the delivery.)

All item sold on this website are free shipping

**Order Processing Time**

For standard products, it usually takes around 3~10 working days to process the order.
For custom designs according to the clients requirements, it usually takes around 12~15 working days.

**About Shipping**

There are two different shipping options:

**Express Shipping:**

For chandelier smaller than 120cm D, orders will be applied to as the following

| Country | Estimated Delivery Time |
|---|---|
| United States, Canada | 7-10 days |
| ustralia, New Zealand | 7-10 days |
| Austria, Belgium, Denmark, France, Germany, Ireland, Italy, Netherlands, Norway, Spain, Sweden, Switzerland, United Kingdom | 7-15 days |
| Malaysia, Singapore, Philippines | 7-10 days |
| Greece, Cambodia | 7-15 days |
| Hong Kong, Macau | 7-10 days |

**Sea Shipping:**

For chandelier larger than 120cm D, orders will be applied to as the following

| Country | Estimated Delivery Time |
|---|---|
| United States, Canada | |
| Australia, New Zealand | |
| Austria, Belgium, Denmark, France, Germany, Ireland, Italy, Netherlands, Norway, Spain, Sweden, Switzerland, United Kingdom | 35~45 days |
| Malaysia, Singapore, Philippines | |
| Greece, Cambodia | |

Chat with us, we're online!    jivochat

# MOONILIGHT

HOME     ALL PRODUCTS     MODERN CHANDELIER     BRANCH CHANDELIER     PENDANT     WALL LIGHTS     CONTACT

| | |
|---|---|
| ...ly, Netherlands, Norway, ...n, Sweden, Switzerland, United Kingdom | 7-15 days |
| Malaysia, Singapore, Philippines | 7-10 days |
| Greece, Cambodia | 7-15 days |
| Hong Kong, Macau | 7-10 days |

## Sea Shipping:

For chandelier larger than 120cm D, orders will be applied to as the following

| Country | Estimated Delivery Time |
|---|---|
| United States, Canada | |
| Australia, New Zealand | |
| Austria, Belgium, Denmark, France, Germany, Ireland, Italy, Netherlands, Norway, Spain, Sweden, Switzerland, United Kingdom | 35~45 days |
| Malaysia, Singapore, Philippines | |
| Greece, Cambodia | |

**Total Delivery Time** = Processing time + Delivery Time

...s:

1. Taxes may be applied when the goods arrive, different countries have different custom policies, if there are any taxes in seldom cases, it need to be paid by the buyer.
2. The tracking number will be provided in 1~2 working days after the goods sent out, and you will be able to track the delivery information.

For any questions, please feel free to contact us at: sales@moonilighting.com

**CUSTOMER CARE**

Shipping Policy

Return and Refund Policy

Privacy Policy

Terms of Service

Terms of Payment

**CATEGORY**

All Products

Modern Chandelier

Branch Chandelier

Pendant

Wall Light

**COMPANY**

About Us

Contact Us

**WE ACCEPT**

**GET IN TOUCH**

+86 134 2703 0839

Email us

Live chat

Email:sales@moonilighting.com

© 2023 moonilight

Chat with us, we're online!    jivochat



# Exhibit X

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Kevin Studio |
| Capture URL: | https://kevinstudioinc.com/ |
| Page loaded at (UTC): | Tue, 07 Feb 2023 19:36:18 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2023 19:36:54 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | 7sRzKHMr2Xe45kZvRcXt1W |
| User: | lrrc-dmoroyoqui |

# KEVIN STUDIO



Get 10% off

## Popular Series



Donoma

Aminda

Floris

Chat with us





**KEVIN STUDIO**

HOME    ALL PRODUCTS    CHANDELIER    PENDANT LIGHT    WALL SCONCES    TABLE LAMP    ABOUT US    CONTACT US

Lotus

Raindrop

Alova

Get 10% off

## Raindrop Series

| Camelia Modern Raindrop Pendant Lighting (Matte Black) | Camelia Raindrop Wall Sconce (Rod) | Camelia 2 Lights Raindrop Modern Pendant Light for Kitchen Island | Camelia 3 Light Raindrop Modern Round Chandelier 7" D |
|---|---|---|---|
| $208.00 | $218.00 | $498.00 | $698.00 |

Chat with us

Document title: Kevin Studio
Capture URL: https://kevinstudioinc.com/
Capture timestamp (UTC): Tue, 07 Feb 2023 19:36:54 GMT

**KEVIN STUDIO**

HOME    ALL PRODUCTS    CHANDELIER    PENDANT LIGHT    WALL SCONCES    TABLE LAMP    ABOUT US    CONTACT US



**Camelia Modern Raindrop Pendant Lighting (Vintage Brass)**
$208.00

**Camelia Raindrop Modern Round Chandelier ( Long) 18" 36" 47" 60"**
$1,516.00

**Camelia Raindrop Modern Linear Chandelier 5-Lights L 36"**
$1,388.00

**Camelia Raindrop Modern Linear Chandelier 3-Lights L 22"**
$739.00





**Aminda Modern Round 2-tier Crystal Chandelier For Living Room**
SKU: KSL1035-1

**$4,128.00**

Description:    Aminda Modern Round 2-tier Crystal Chandelier 's Ceiling and frame are made of solid brass. The spokes are hexagonal forms juxtaposed with rounded interiors, beautifully crafted of crystal glass.  Model No.: KSL1035
Dimension:Overall: Chandelier Body: 60" diam., 22"H        Top Tier: 60" diam., 6"H   ...

COLOR: **BRASS**



♡ Add to Wishlist

−  1  +        ADD TO CART

f  t  p  in  ✉

Get 10% off

# Pendant Light



**KEVIN**
STUDIO

HOME    ALL PRODUCTS    CHANDELIER    PENDANT LIGHT    WALL SCONCES    TABLE LAMP    ABOUT US    CONTACT US



Camelia Modern Raindrop
Pendant Lighting (Matte
Black)
$208.00

Floris Modern Crystal Ball
Pendant Light (Rod), Kitchen
Island Pendant Lighting
$198.00





Camelia Modern Raindrop
Pendant Lighting (Vintage
Brass)
$208.00

Queena Modern Machinist
Glass Cylinder Pendant Light,
$358.00



Jazlin Modern Glass Bell
Shade Grand Pendant Light
$1,668.00

Elyta Ceramic Magnolia
Flower Staircase Round
Chandelier Light
$1,980.00

Dandelion Modern Crystal
Spherical Chandelier
$699.00

Morlee Modern Clear Glass
Shade Pendant Light
$768.00

## Wall Sconces

Camelia Raindrop Wall
Sconce (Rod)
$218.00

Donoma Modern Glass Tube
Wall Light For Bedroom, 12" H
$228.00

Meta Translucent Modern
Calcite Wall Sconce
$508.00

Meta Translucent Modern
Calcite Linear Wo...
$870.00




Get 10% off

Chat with us



KEVIN
STUDIO

HOME    ALL PRODUCTS    CHANDELIER    PENDANT LIGHT    WALL SCONCES    TABLE LAMP    ABOUT US    CONTACT US

Aminda Modern Round 2-tier Crystal Chandelier For Li... | Brass ▾ | 1 | $4,128.00 | **ADD TO CART**

Meta Translucent Modern Calcite Triple Wall Sconce
$508.00

Queena Modern Machinist Glass Cylinder Wall Sconce 126", Wall Light For Bedroom
$356.00

Queena Modern Machinist Glass Cylinder Wall Sconce 9", Wall Light For Bedroom
$249.00

Aminda Modern K9 Crystal Glass Cup 18-light Wall Sconce, Wall Lamps For Bedroom
$670.00

Get 10% off

## Shop by Room

 

| Hallway | Living Room | Dining&Kitchen | Bedroom |

**FREE SHIPPING & RETURN**
Free shipping on all US orders

**MONEY GAURNTEE**
30 Days Return Policy

**ONLINE SUPPORT**
Professional Customer Support

Phone:+1 (540) 753-1887

Email :support@kevinstudioinc.com

Monday-Friday 8:30 am-10:00 pm

Saturday-Sunday: 10: 00 am- 5: 30 pm
Time zone: GMT-8

**POLICES**
Privacy Policy
Return and Refund Policy
Shipping Policy
Terms of Service
Payment Method

**SERVICES**
About Us
Contact Us
FAQs
Warranty Policy

**NEWSLETTER**
Sign up to receive newsletters, new product updates from Kevin Studio

Email address

Chat with us

 **KEVIN STUDIO**

HOME    ALL PRODUCTS    CHANDELIER    PENDANT LIGHT    WALL SCONCES    TABLE LAMP    ABOUT US    CONTACT US

 Aminda Modern Round 2-tier Crystal Chandelier For Li... | Brass ▾ | 1 | $4,128.00 | **ADD TO CART**
☆☆☆☆☆






Meta Translucent Modern Calcite Triple Wall Sconce

$508.00



Queena Modern Machinist Glass Cylinder Wall Sconce 126", Wall Light For Bedroom

$356.00

Queena Modern Machinist Glass Cylinder Wall Sconce 9", Wall Light For Bedroom

$249.00



Aminda Modern K9 Crystal Glass Cup 18-light Wall Sconce, Wall Lamps For Bedroom

$670.00

 

## Shop by Room






**Hallway**    **Living Room**    **Dining&Kitchen**    **Bedroom**

Get 10% off

 **FREE SHIPPING & RETURN**
Free shipping on all US orders

 **MONEY GAURNTEE**
30 Days Return Policy

 **ONLINE SUPPORT**
Professional Customer Support

**Phone:** +1 (540) 753-1887

**Email :** support@kevinstudioinc.com

Monday-Friday 8:30 am-10:00 pm

Saturday-Sunday: 10: 00 am- 5: 30 pm
Time zone: GMT-8

**POLICES**

Privacy Policy

Return and Refund Policy

Shipping Policy

Terms of Service

Payment Method

**SERVICES**

About Us

Contact Us

FAQs

Warranty Policy

**NEWSLETTER**

Sign up to receive newsletters, new product updates from Kevin Studio

Email address

**SUBSCRIBE**

© 2022 Kevin Studio Inc. All Rights Reserved.

  

Chat with us

**Page Vault**

| | |
|---|---|
| Document title: | Shipping policy – Kevin Studio |
| Capture URL: | https://kevinstudioinc.com/policies/shipping-policy |
| Page loaded at (UTC): | Tue, 07 Feb 2023 19:37:20 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2023 19:37:50 GMT |
| Capture tool: | 10.20.5 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | 4hVeJP6WEQuYZaHd68x8ou |
| User: | lrrc-dmoroyoqui |

**KEVIN STUDIO**

HOME    ALL PRODUCTS    CHANDELIER    PENDANT LIGHT    WALL SCONCES    TABLE LAMP    ABOUT US    CONTACT US

# Shipping policy

### Shipping Policy

Thanks for choosing Kevin Studio, we will be continuously improving our services to provide you a pleasant and easy shopping experience.

After the order is placed, you will receive an order confirmation email.

We are now working with Fedex/DHL/UPS to provide you a fast and reliable shipping experience.

### Order Processing time

After order is placed, we will begin to handle with the order. Usually, it takes 5~7 business days to get the order to be packed, as the items are fragile, so we will need to use strength package and the wooden case outside to protect the product inside.

### Shipping Cost and Shipping Time

Kevin Studio Inc offers free standard shipping for all orders.

Currently we are shipping to United States only.

The standard shipping time will be 7~9 business days.

Shipping: Free Shipping.

The delivery time is consisting of the order processing time (5~7 business days) and delivery time (7~9 business days) Therefore, you will be able to receive your order in around 12~16 business days after receiving the order confirmation email.

### Track My Order

Tracking number with the carrier information will be provided with 1~2 business day after your order is shipped out. You will be able to track the status of your package on the carrier website.

If you are not able to track the package with the tracking number provided, please contact us(support@kevinstudioinc.com). In rare cases, tracking number might be updated, we will have the issues solved within 48 hours

### Order Cancellation

Orders can be cancelled if it has not been shipped out yet, and we will initiate the refund in 48 hours after receiving your cancellation request. If it is already shipped out, it will not be able to cancel from our side, you can submit a return request after receiving it (make sure it is unused and in original package).

### About taxes

The import taxes and duties are already included in the price listed on the website.

### Damages caused by transportation

If there is any damages or defects caused by transportation, please kindly contact us at support@kevinstudioinc.com. Free replacement will


Chat with us

Kevin Studio Inc offers free standard shipping for all orders.

Currently we are shipping to United States only.

The standard shipping time will be 7-9 business days.

Shipping: Free Shipping.

The delivery time is consisting of the order processing time (5-7 business days) and delivery time (7-9 business days) Therefore, you will be able to receive your order in around 12-16 business days after receiving the order confirmation email.

**Track My Order**

Tracking number with the carrier information will be provided with 1-2 business day after your order is shipped out. You will be able to track the status of your package on the carrier website.

If you are not able to track the package with the tracking number provided, please contact us(support@kevinstudioinc.com). In rare cases, tracking number might be updated, we will have the issues solved within 48 hours

**Order Cancellation**

Orders can be cancelled if it has not been shipped out yet, and we will initiate the refund in 48 hours after receiving your cancellation request. If it is already shipped out, it will not be able to cancel from our side, you can submit a return request after receiving it (make sure it is unused and in original package).

**About taxes**

The import taxes and duties are already included in the price listed on the website.

**Damages caused by transportation**

If there is any damages or defects caused by transportation, please kindly contact us at support@kevinstudioinc.com, Free replacement will be sent by express after we receiving the request.

**Contact us**

For any questions about the shipping policies, please contact us at: support@kevinstudioinc.com.

Get 10% off

**Phone:** +1 (540) 753-1887

**Email :** support@kevinstudioinc.com

Monday-Friday 8:30 am-10:00 pm

Saturday-Sunday: 10: 00 am- 5: 30 pm
Time zone: GMT-8

**POLICES**

Privacy Policy

Return and Refund Policy

Shipping Policy

Terms of Service

Payment Method

**SERVICES**

About Us

Contact Us

FAQs

Warranty Policy

**NEWSLETTER**

Sign up to receive newsletters, new product updates from Kevin Studio

Email address

SUBSCRIBE

Chat with us

© 2022 Kevin Studio Inc. All Rights Reserved.

Order

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RESTORATION HARDWARE, INC.,
a Delaware corporation; and RH US, LLC,
a Delaware limited liability company,

     Plaintiffs,

v.

ALIMIA LIGHT, a Chinese business entity,
et al.

     Defendants.

Case No.: 23-cv-948-HSG

**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER *WITH NOTICE*, ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS, ORDER FOR EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED**

In this action, Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "RH") have brought claims for copyright infringement, trademark infringement and California unfair competition against Defendants  (1) Alimia Light as the operator of the website at <alimialight.com> ("Alimia Light"); (2) Zhongshan Zhuosai Lighting, Co., Ltd. doing business as "Yami Lighting" and "Pop Lamps" (collectively, "Zhuosai Lighting"); (3) Shanghai ZeroTai Industrial Co. doing business as "Grand Lamps"; (4) Zhonshan Yuyi Co., Ltd. ("Wing Lighting"); (5) Zhongshan Laiting Lighting Co., Ltd. ("Oasis Lamps"); (6) Zhongshan Momo Lighting Co., Ltd. ("Momo Chandelier"); (7) Fanci Light as the operator of the website at <fancilight.com> ("Fanci Light"); (8) Cure Lighting, LLC ("Cure Lighting"); (9) Clouds Lights ("Clouds Lights"); (10) Kushigo Limited doing business as "Eric Light" and "Emma Lighting" (collectively, "Kushigo Limited"); (11) Lighting Forever as the operator of the website <lighting-forever.com> ("Lighting Forever"); (12) Hurley Light as the operator of the website <hurleylight.com> ("Hurley Light"); (13) Zhongshan Reborn Lighting Co., Ltd. ("Reborn"); (14) Showsun Lighting and Sunny Wang doing business as "Showsun Lighting" (collectively, "Showsun Lighting"); (15) Jinhua Sigma Industrial & Trading Co., Ltd. ("Sigma Living"); (16) Dyco Décor as the operator of the website <dycodecor.com> ("Dyco Décor"); (17) Ineffable Lighting as the operator for the website

<ineffablelighting.com> ("Ineffable Lighting"); (18) Dekorfine as the operator of the website <dekorfine.com> ("Dekorfine"); (19) Nimo LLC as the operator of the website <zenduce.com> ("Zenduce"); (20) Dysatu Lighting Co., Ltd. as the operator of the website <satulight.com> ("Satulight"); (21) Oclolli Limited doing business as "Mooni Lighting" ("Oclolli"); and (22) Kevin Studio as the operator of <kevinstudioinc.com> ("Kevin Studio") (all of the aforementioned parties shall collectively be referred to as "Defendants").

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "RH") have moved the Court for: (1) a temporary restraining order ("TRO") with notice enjoining Defendants from infringing RH's copyrights and trademarks and to lock certain financial accounts; (2) an order authorizing alternative services of process; (3) an order for expedited discovery; and (4) and order to show cause why the Court should not enter a preliminary injunction against the Defendants.

The Court has reviewed and considered RH's motion, the supporting declarations of Sophy Manes ("Manes Decl.") and Michael McCue ("McCue Decl.") and exhibits thereto. For the reasons set forth herein and good cause shown, RH's motion is hereby GRANTED as further set forth below.

The Court hereby makes the following findings.

1.     RH is an innovative and popular luxury retailer in the home furnishings marketplace.

2.     RH owns more than 90 U.S. copyright registrations, including registrations for catalogs, the <RH.com> website, and a compilation of lighting photographs. *See* Manes Decl., Ex. A ("RH Copyrighted Works").

3.     RH also owns common law rights in the product names it uses for the lighting products at issue in this case: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CAMINO, CANNELE, CASCADA, ECLATANT, FULCRUM, HARLOW, MACHINIST, MARIGNAN, PAUILLAC, PEARL, RAIN, RAVELLE, RHYS, SAN MARCO, SAVILE, SPIRIDON,

UTILITAIRE, and WRIGHT (collectively, "RH Marks"). *See* Manes Decl., Ex. B.

4.    Defendants are online lighting retailers.

5.    RH alleges that Defendants are using RH Copyrighted Works and RH Marks to sell knockoffs of RH lighting products.

6.    Based on the evidence provided by RH, it appears that Defendants are using RH's copyrighted photographs. *See* Manes Decl., Ex. C.

7.    Based on the evidence provided by RH, it appears that Defendants are using RH Marks, or confusingly similar variations, to sell knockoffs of RH products. *See* Manes Decl., Ex. D.

## I.    DEFENDANTS HAVE BEEN PROVIDED WITH NOTICE

RH is seeking a TRO with notice in accordance with the Court's order during the April 11, 2023 Case Management Conference. (ECF No. 15.) RH has submitted a declaration proving proof of service. (ECF No. ___.)

## II.    THE COURT WILL GRANT A TRO

The standard for issuing a TRO is identical to the standard for a preliminary injunction. *Stuhlbarg Int'l Sales Co., Inc. v. John D. Brush & Co., Inc.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001); *Lockheed Missile & Space Co. v. Hughes Aircraft Co.*, 887 F. Supp. 1320, 1323 (N.D. Cal. 1995). A plaintiff seeking preliminary injunctive relief must establish that: (1) "[it] is likely to succeed on the merits"; (2) "[it] is likely to suffer irreparable harm in the absence of preliminary relief"; (3) "the balance of equities tips in [its] favor"; and (4) "an injunction is in the public interest." *Winter v. Natural Res. Defense Council, Inc.*, 555 U.S. 7, 20 (2008). "[I]f a plaintiff can only show that there are serious questions going to the merits—a lesser showing than likelihood of success on the merits—then a preliminary injunction may still issue if the balance of hardships tips *sharply* in the plaintiff's favor, and the other two *Winter* factors are satisfied." *Friends of the Wild Swan v. Weber*, 767 F.3d 936, 942 (9th Cir. 2014) (internal quotation marks and citations omitted).

### 1.    RH Is Likely to Succeed on its Claims Against Defendants

The Court finds that RH is likely to succeed on the merits of its claims for copyright infringement, trademark infringement, and unfair competition under California law.

### a.    Copyright Infringement

To prevail on its copyright infringement claims, RH must (1) show ownership of the copyrights, and (2) a violation of at least one exclusive right under 17 U.S.C. § 106. *See A&M Records, Inc. v. Napster, Inc.*, 239 F.3d 1004, 1013 (9th Cir. 2001). RH satisfies both requirements. First, the Copyright Office has issued certificates of registration for RH source books, its website, and a compilation of photographs that include the RH Copyrighted Works (*See* Manes Decl. Ex. A). Registration creates a presumption of copyright validity and ownership. *See* 17 U.S.C. § 410(c).

Second, the Defendants have directly infringed RH's copyrights. Defendants have directly infringed RH's copyrights by copying and publicly displaying RH Copyrighted Works on their website in violation of 17 U.S.C. §§ 106(1) and (5). *See* Manes Decl., Ex. C.

Accordingly, RH is likely to succeed on the merits of its copyright claims against Defendants.

### b.    Trademark Infringement

To prevail on a claim for trademark infringement and unfair competition under the Lanham Act, RH must show ownership of the RH marks and that Defendants' use of the marks is likely to cause confusion, or to cause mistake, or to deceive. *See Lahoti v. VeriCheck, Inc.*, 586 F.3d 1190, 1196 (9th Cir. 2009) (*quoting KP Permanent Make–Up, Inc. v. Lasting Impression I, Inc.*, 408 F.3d 596, 602 (9th Cir. 2005)); *GoTo.com, Inc. v. Walt Disney Co.*, 202 F.3d 1199, 1204 n.3 (9th Cir. 2000) (quotation omitted). *See also* 15 U.S.C. § 1125(a). The Lanham Act protects both registered and unregistered marks. *Halicki Films, LLC v. Sanderson Sales and Mktg.*, 547 F.3d 1213, 1225–26 (9th Cir. 2008). To show ownership of an unregistered mark, "the standard test of ownership is priority of

use," and "the party claiming ownership must have been the first to actually use the mark in the sale of goods or services." *Gathering Tree, LLC v. Symmetry Labs, Inc.,* No. 19-CV-07074-WHO, 2020 WL 3186052, at *3 (N.D. Cal. June 15, 2020) (citation omitted).

Here, RH can establish that it owns the RH Marks based on its prior use of the RH Marks in commerce. The evidence shows that RH began using each of the RH Marks prior to Defendants' first use. *See* Manes Decl., Ex. B.

In addition, RH can establish that Defendants' use of the RH Marks is likely to cause confusion. To determine whether a likelihood of confusion exists, the Ninth Circuit considers the *Sleekcraft* factors: (1) the strength of the mark; (2) proximity or relatedness of the goods; (3) similarity of the marks; (4) evidence of actual confusion; (5) marketing channels used; (6) type of goods and the degree of care likely to be exercised by the purchaser; (7) the defendant's intent in selecting the mark; and (8) the likelihood of expansion of the product lines." *JL Beverage Co., LLC v. Jim Beam Brands Co.*, 828 F.3d 1098, 1106 (9th Cir. 2016) (internal citations omitted).

Here, the *Sleekcraft* factors weigh in favor of RH.

The first factor (strength of the mark) favors RH because the RH Marks are strong, based on their inherent distinctiveness as applied to lighting products. The RH Marks are either arbitrary or suggestive when used in connection with lighting products. Indeed, they do not describe any characteristic or feature of the lighting products. *See* Manes Decl. ¶ 5.

The second and third factors (similarity of the marks and relatedness of the products) favor RH because Defendants are using marks identical or nearly identical to the RH Marks to advertise and sell lighting products. *See* Manes Decl., Ex. D.

The fourth factor (actual confusion) is neutral, because RH is not aware of instances of actual confusion at this early stage. Nonetheless, actual confusion is not necessary for a finding of likelihood of confusion. *Network Automation, Inc. v. Advanced Sys. Concepts, Inc.*, 638 F.3d 1137, 1151 (9th Cir. 2011) ("actual confusion is not necessary to a finding of likelihood of confusion under the Lanham Act") (internal citations and quotation marks

1  omitted).

2      The fifth factor (marketing channels) favors RH, because RH and Defendants are

3  all market and sell their products through the same primary marketing channels: websites.

4  *See* Manes Decl. ¶ 8.

5      The sixth factor (consumer care) is neutral. Although consumers are likely to

6  exercise care in purchasing lighting fixtures, based on Defendants' use of RH Marks and

7  RH Copyrighted Works to sell the lighting fixtures, consumers may believe that Defendants

8  are authorized reseller of RH's lighting fixtures. *See* Manes Decl. ¶ 9.

9      The seventh factor (intent) favors RH, because Defendants' use of several marks

10  identical to the RH Marks.

11      The eighth factor (expansion of product lines) favors RH because Defendants are

12  already competing to sell the same types of products. *Brookfield Commc'ns, Inc. v. W.*

13  *Coast Ent. Corp.*, 174 F.3d 1036, 1060 (9th Cir. 1999) ("The likelihood of expansion in

14  product lines factor is relatively unimportant where two companies already compete to a

15  significant extent.").

16      Since all of the factors favor RH or are neutral, RH is likely to succeed on the merits

17  of its trademark infringement claim.

18      As for RH's parallel claim for unfair competition under California state law, the Ninth

19  Circuit "has consistently held that state common law claims of unfair competition and

20  actions pursuant to California Business and Professions Code § 17200 are 'substantially

21  congruent' to claims made under the Lanham Act." *Cleary v. News Corp.*, 30 F.3d 1255,

22  1262–63 (9th Cir. 1994). "Under both, the ultimate test is whether the public is likely to be

23  deceived or confused by the similarity of the marks." *Acad. of Motion Picture Arts & Scis.*

24  *v. Creative House Promotions, Inc.*, 944 F.2d 1446, 1457 (9th Cir. 1991) (internal quotation

25  marks omitted). As such, given that RH is likely to succeed on its trademark infringement

26  claim, RH is also likely to succeed on its California unfair competition claim.

27         **2.   Defendants' Infringement is Likely to Cause**
             **Irreparable Injury Unless the Court Grants Injunctive Relief**
28

1    If the Court does not grant injunctive relief, RH is likely to suffer irreparable injury.

2    As a threshold matter, with respect to RH's trademark infringement claim against

3    Defendants, given the Court finds that RH is likely to prevail on the merits of its trademark

4    infringement claim, then RH is entitled to a presumption of irreparable harm under the

5    recently enacted Trademark Modernization Act of 2020, 15 U.S.C. § 1116(a). *See also*

6    *Cisco Sys.*, 2021 WL 4962661, at *7 (under the Trademark Modernization Act of 2020, "a

7    plaintiff seeking an injunction against trademark infringement 'shall be entitled to

8    a rebuttable presumption of irreparable harm . . . upon a finding of likelihood of success...in

9    the case of a motion for a preliminary injunction or temporary restraining order'") (*citing*

10   Pub. L. 116-260.); *Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc.*, 515

11   F. Supp. 3d 1061, 1081 (N.D. Cal. 2021) (same); *Nintendo of Am., Inc. v. Storman*, No.

12   CV19-7818-CBMR (AOX), 2021 WL 4772529, at *2 (C.D. Cal. Aug. 5, 2021) (same).

13   In addition, RH can demonstrate that the harm it is likely to suffer from infringement

14   of its intellectual property rights is irreparable because monetary remedies are likely

15   inadequate because the Defendants are based in China and can easily avoid enforcement

16   of any orders. *Cisco Sys.*, 2020 WL 5199434, at *11 (finding irreparable injury given it is

17   "difficult if not impossible to enforce U.S. judgments in China"); *Nike, Inc. v. Fujian*

18   *Bestwinn (China) Indus. Co.*, 166 F. Supp. 3d 1177, 1179 (D. Nev. 2016) (finding

19   irreparable injury for order for TRO and seizure because "it may be difficult or impossible

20   for NIKE to recover a money judgment against" a foreign company with no physical

21   presence in the United States). Specifically, if the Court does not order a freeze of

22   Defendants' U.S. financial accounts, they can drain their U.S. accounts, thereby evading

23   the jurisdiction of the Court and leaving RH with, at best, a default judgment that cannot be

24   enforced in China.

25   In addition, in the absence of injunctive relief prohibiting Defendants from infringing

26   RH's intellectual property, RH risks loss of control over its business reputation and damage

27   to goodwill to the extent that consumers believe that products they purchase from

28

1    Defendants are authentic RH products. Courts have held that "loss of control over business

2    reputation and damage to goodwill" constitutes irreparable injury supporting injunctive

3    relief. *Sream, Inc. v. Sahebzada*, No. 18-CV-05673-DMR, 2019 WL 2180224, at *9 (N.D.

4    Cal. Mar. 6, 2019), *report and recommendation adopted*, No. 18-CV-05673-RS, 2019 WL

5    2180215 (N.D. Cal. Mar. 28, 2019); *see also Disney Enterprises, Inc. v. VidAngel, Inc.*, 869

6    F.3d 848, 866 (9th Cir. 2017) (in copyright action, finding loss of goodwill cannot be

7    remedied with damages, and supported finding of irreparable injury); *Ubiquiti Networks*,

8    2012 WL 2343670, at *15 (where defendants sold counterfeit products, finding imminent

9    danger of irreparable injury and no adequate remedy at law, and issuing TRO as sales

10    would likely damage plaintiff's reputation and goodwill).

11        Accordingly, RH is likely to suffer irreparable injury if injunctive relief is not granted.

12        **3.**    **The Balance of Equities Favors RH**

13        A TRO will impose no legally cognizable hardship on Defendants. "Where the only

14    hardship that the defendant will suffer is lost profits from an activity which has been shown

15    likely to be infringing, such an argument in defense 'merits little equitable consideration.'"

16    *Sream*, 2019 WL 2180224, at *10 (*quoting Triad Sys. Corp. v. Se. Exp. Co.*, 64 F.3d 1330,

17    1338 (9th Cir. 1995) (superseded on other grounds)); *see also United Tactical Sys., LLC*

18    *v. Real Action Paintball, Inc.*, No. 14-CV-04050-MEJ, 2014 WL 6788310, at *23 (N.D. Cal.

19    Dec. 2, 2014) (disregarding claimed hardship from loss of infringing sales).

20        Any hardship on Defendants from the imposition of a TRO or preliminary injunction

21    is the natural result of their own wrongdoing. At the same time, Defendants' sale of

22    products using RH Copyrighted Works and RH Marks risks harming RH's reputation and

23    goodwill and creates the false impression that RH products are available from sources

24    other than RH. This diminishes the return value that RH receives from its copyrights,

25    trademarks, patents, and associated goodwill. Accordingly, the balance of equities strongly

26    supports issuing a TRO and preliminary injunction in this case.

27        **4.**    **Granting Injunctive Relief Is in the Public Interest in this Case**

28

1    It is in the public interest to enjoin Defendants' conduct for several reasons. Absent

2  an injunction, U.S. consumers may be duped into purchasing knockoffs of RH products

3  from an unknown and unaccountable foreign infringers rather than genuine RH products

4  that are sold only by RH and that are backed by RH's customer service and return policy,

5  product safety testing and the like.

6    Public policy strongly supports shutting down infringers to protect end consumers.

7  *Neighborhood Assistance Corp. v. First One Lending Corp.*, No. SACV 12-0463 DOC

8  (MLGx), 2013 WL 12113414, at *5 (C.D. Cal. Feb. 11, 2013). This is so because "the

9  purpose of the Lanham Act is 'to protect the public from false and deceptive practices that

10  create confusion in the marketplace." *Id.* (quoting *U-Haul Int'l, Inc. v. Jartran, Inc.*, 681

11  F.2d 1159, 1162 (9th Cir. 1982)). The Ninth Circuit has explained that "the consuming

12  public is equally injured by an inadequate judicial response to trademark infringement," so

13  "it is essential that the trial courts carefully fashion remedies which will take all the

14  economic incentive out of trademark infringement." *Playboy Enters., Inc. v. Baccarat*

15  *Clothing Co., Inc.*, 692 F.2d 1272, 1275 (9th Cir. 1982).

16    In addition, Defendants' copyright infringement in this case creates a compelling

17  public interest in protecting RH's marketable rights to its copyrighted works. *See Eldred v.*

18  *Ashcroft*, 537 U.S. 186, 212 n.18 (2005) ("[t]he economic philosophy behind the [Copyright]

19  [C]lause . . . is the conviction that encouragement of individual effort by personal gain is

20  the best way to advance public welfare through the talents of authors and inventors".)

21    Thus, the public interest favors granting the requested TRO.

22  **III.    THE COURT WILL AUTHORIZE ALTERNATIVE SERVICE BY EMAIL**

23    For defendants located in foreign countries, courts are permitted to authorize

24  service of process "by other means not prohibited by international agreement." Fed. R. Civ.

25  P. 4(f)(3).

26    The only requirements under Rule 4(f)(3) are that service be directed by the court

27  and not prohibited by international agreement. *Rio Properties, Inc. v. Rio Int'l Interlink*, 284

28

[PROPOSED] ORDER GRANTING TRO          9
CASE NO.: 23-cv-948-HSG
117734299.1

F.3d 1007, 1015 (9th Cir. 2002). "[C]ourt-directed service under Rule 4(f)(3) is as favored as service available under Rules [4(f)(1-2)]" and does not require first attempting other means. *Id.* To provide due process in this context, courts evaluate whether a service method is "'reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections.'" *Id.* at 1016 (*quoting Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306, 314 (1950)). In *Rio*, the Ninth Circuit agreed that service by email was appropriate, particularly where the defendant conducted its business by email. *Id.* at 1017-18.

Service by email on defendants in China is not barred by any international convention. *See Microsoft Corp. v. Goldah.com Network Tech. Co.*, No. 17-CV-02896-LHK, 2017 WL 4536417, at *4 (N.D. Cal. Oct. 11, 2017). Courts in this district have authorized email service and found that it is reasonably calculated to provide notice to foreign defendants, including defendants based in China, where receipt is confirmed, the email addresses were previously used to communicate with the plaintiffs, or the defendants operated online and used email for their businesses. *Id.* at **5-6 (affirming that email service on defendants in China was sufficient where receipt was confirmed); *Carson v. Griffin*, No. 13-CV-0520 KAW, 2013 WL 2403601, at **1-2 (N.D. Cal. May 31, 2013) (authorizing service by email where the plaintiff previously corresponded with the defendants via email); *Jenkins v. Pooke*, No. C 07-03112 JSW, 2009 WL 412987, at **2-3 (N.D. Cal. Feb. 17, 2009) (same); *Facebook, Inc. v. Banana Ads, LLC*, No. C-11-3619 YGR, 2012 WL 1038752, at **1-2 (N.D. Cal. Mar. 27, 2012) (authorizing email service, including in Hong Kong, where defendants operated online and relied on email communications for their businesses); *Cisco Sys.*, 2020 WL 4196273, at **13-14 (authorizing service by email on Chinese companies).

Here, each Defendant has provided an email address on its website for communication and sales. *See* McCue Decl. ¶¶ 2-23, Exs. A-X. As a result, service on Defendants through these email addresses is reasonably calculated to give them notice of

1  this suit because they use these email addresses in connection with its commercial
2  activities. *Id.*

3      Furthermore, email service is appropriate and necessary in the present case
4  because of the urgency in stopping Defendants' continued infringement. At the same time,
5  while China has signed the Hague Convention on Service, district courts have recognized
6  that China often obstructs and substantially delays service under that process for many
7  months. *See Micron Tech., Inc. v. United Microelectronics Corp.*, No. 17-CV- 06932-MMC,
8  2018 WL 6069646, at **1–2 (N.D. Cal. Nov. 20, 2018); *Nike, Inc. v. Wu*, 349 F. Supp. 3d
9  310, 338 (S.D.N.Y. 2018).

10      Allowing RH to serve Defendants by email in this case is the most efficient, effective,
11 and fastest way to provide actual notice of this lawsuit, while avoiding irreparable injury,
12 uncertainty, and delay of requiring service in China through the Hague Convention.

13 **IV.    THE COURT WILL AUTHORIZE LIMITED EXPEDITED DISCOVERY**

14      Courts have discretion to expedite discovery, particularly in cases where plaintiffs
15 seek temporary or preliminary injunctive relief. *See* Fed. R. Civ. P. 26(d) (allowing for
16 expedited discovery "by court order"), Advisory Comm. Note on 1993 Amendment (stating
17 "[d]iscovery can begin earlier" and "[t]his will be appropriate in some cases, such as those
18 involving requests for a preliminary injunction"). Expedited discovery can be granted for
19 good cause "where the need for expedited discovery, in consideration of the administration
20 of justice, outweighs the prejudice to the responding party," and "good cause is frequently
21 found in cases involving claims of infringement and unfair competition." *Semitool, Inc. v.*
22 *Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 276 (N.D. Cal. 2002).

23      Here, RH seeks expedited discovery from third parties that may hold funds due and
24 owing to Defendants or records regarding the Defendants' financial accounts, such as from
25 PayPal, Visa, MasterCard, American Express, and JCB. *Cisco Sys.*, 2020 WL 4196273, at
26 *12 ("Courts in the Ninth Circuit routinely find good cause for expedited discovery to enable
27 plaintiffs in counterfeiting cases to identify: 1) accounts used for and transactions
28

1    associated with infringing sales").[1] The requested discovery will permit RH to obtain

2    information regarding the location of Defendants' assets reachable in the United States so

3    that RH can seek to modify the asset freeze portion of the TRO order.

4         Accordingly, the Court will authorize RH to conduct expedited discovery.

5    ## VI.    THE COURT WILL SET A BOND OF $10,000

6         "The district court is afforded wide discretion in setting the amount of the bond . . .

7    and the bond amount may be zero if there is no evidence the party will suffer damages

8    from the injunction." *Connecticut Gen. Life Ins. Co. v. New Images of Beverly Hills*, 321

9    F.3d 878, 882 (9th Cir. 2003) (internal citations omitted); *see also Align Tech., Inc. v.*

10   *Strauss Diamond Instruments, Inc.*, No. 18-CV-06663-TSH, 2019 WL 1586776, at *17

11   (N.D. Cal. Apr. 12, 2019) ("The district court may dispense with the filing of a bond when it

12   concludes there is no realistic likelihood of harm to the defendant from enjoining his or her

13   conduct."); *Cuviello v. City of Oakland*, No. C 06- 05517 MHP (EMC), 2007 WL 2349325,

14   at *8 (N.D. Cal. Aug. 15, 2007) (recommending no bond be required in part because there

15   was no proof of likelihood of harm to the party enjoined). Here, the Court will order a bond

16   in the amount of $10,000.

17                      **TEMPORARY RESTRAINING ORDER**

18        Based on the foregoing points, the Court hereby orders as follows:

19        1.    The Court hereby enjoins each of the Defendants and their respective officers,

20              agents, servants, employees and all other persons acting in active concert

21              and participation with them from:

22

---

23   [1] *See also Spy Optic*, 2017 WL 10592133, at *2 (ordering eBay and PayPal to identify all
     funds transmitted to Defendants' accounts and to provide plaintiffs with data and

24   accounting of all funds, accounts, and transactions); *SATA GmbH & Co. Kg v. Wenzhou
     New Century Int'l, Ltd.*, No. CV 15-08157-BRO (Ex), 2015 WL 6680807, at *11 (C.D. Cal.

25   Oct. 19, 2015) (granting expedited discovery to enable plaintiff to ascertain sources of the
     counterfeit products and learn of any pending shipments of such products); *Sas v.*

26   *Sawabeh Info. Servs. Co.*, No. CV 11-04147 GAF (MANx), 2011 WL 13130013, at **6–7

27   (C.D. Cal. May 17, 2011) (granting expedited discovery to gather evidence for preliminary
     injunction to stop infringement, identify others involved in counterfeiting, and prevent

28   destruction of evidence).

[PROPOSED] ORDER GRANTING TRO          12
CASE NO.: 23-cv-948-HSG
117734299.1

  a. Copying, distributing or publicly displaying any of the RH Copyrighted Works, including removal of the links identified in Exhibit C to Manes Decl.;

  b. Using any of the RH Marks or any marks confusingly similar thereto, in commerce in connection with the manufacturing, offering for sale, or sale of any lighting products, including removal of the links identified in Exhibit D to Manes Decl.;

The effective date of the above injunction shall begin upon service on Defendants of this Order and posting of the bond set forth below.

  2. Immediately upon receipt of this Order, any financial institution, bank, payment provider, payment processing service provider, money transmission service, third-party processor, or other financial institution (including, but not limited to, MasterCard, VISA, American Express, Discover, PayPal, Inc., Alipay, and any correspondent, issuing, or member bank or account) with financial accounts in the name of or under the control of Defendants, shall freeze or take other action necessary to prevent any transfer or withdrawal of funds or assets from the account, until further order of the Court and provide notice to RH's counsel of compliance with this Order as well as an accounting of the balance, assets or money held in the account and the names of the account holders and contact persons. This freeze specifically applies to the Paypal account used by Defendants as follows:

| Defendant | Account |
|---|---|
| Hurley Light | Dysatu Lighting Co., Ltd. info@cydesigngroup.com |
| Dyco Decor | Dysatu Lighting Co., Ltd. info@cydesigngroup.com |
| Decormote | Decormote |

[PROPOSED] ORDER GRANTING TRO   13
CASE NO.: 23-cv-948-HSG
117734299.1

| | support@decormote.com |
|---|---|
| Dekorfine | Janedecor Inc. |
| | support@dekorfine.com |
| Zenduce | Nimo LLC |
| | support@zenduce.com |

## ORDER GRANTING ALTERNATIVE SERVICE OF PROCESS

RH is hereby authorized to serve the summonses and Complaint, Motion for TRO, this Order, and any other pleadings or documents filed in this case, on Defendants by sending true copies thereof by email to addresses below and that such service be deemed sufficient service of process.

| Defendants | Email Service |
|---|---|
| Alimia Light | service@alimialight.com |
| Zhongshan Zhuosai Lighting Co., Ltd. | support@yami-lighting.com |
| | support@poplamps.com |
| Grand Lamps | support@grandlamps.com |
| Wing Lighting | support@winglightings.com |
| Oasis Lamps | support@oasislamps.com |
| Momo Chandelier | monet@momochandelier.com |
| Fanci Light | support@fancilight.com |
| Cure Lighting | support@curelighting.com |
| Clouds Lights | support@cloudslights.com |
| Kushigo Limited | support@ericlightus.com |
| | support@emmalighting.com |
| Lighting Forever | info@lighting-forever.com |
| Hurley Light | info@cydesigngroup.com |
| | info@hurleylight.com |

| Reborn Lighting | sales@rebornlighting.com |
|---|---|
| Showsun Lighting | sales@showsunlighting.com |
| Sigma Living | info@jhsigma.com |
| Dyco Décor | info@cydesigngroup.com |
| | admin@dycodecor.com |
| Decormote | support@decormote.com |
| Ineffable Lighting | support@ineffablelighting.com |
| Dekorfine | support@dekorfine.com |
| Zenduce | support@zenduce.com |
| Satulight | info@satulight.com |
| Mooni Lighting | sales@moonilighting.com |
| Kevin Studio | support@kevinstudioinc.com |

## ORDER GRANTING EXPEDITED DISCOVERY

Within three business days after receipt of this Order, any third party that has information or documents about Defendants shall produce to RH expedited discovery, including copies of all documents and records in such person's or entity's possession, custody, or control relating or referring to: (1) the names, addresses, and other contact information, including any and all associated email addresses, of any of the Defendants; (2) any financial accounts owned or controlled by any of the Defendants and an accounting of the balance held in the account; (3) the existence and location of any money, assets, balance, receivable, or other money payable, owned, held, or due to Defendants.

## ORDER TO SHOW CAUSE

Defendants are hereby ordered to show cause before this Court on the __ day of _____ at _____ __.m., why a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, should not be issued.

Plaintiffs shall serve this Order and all supporting pleadings and papers on Defendants within 10 days of this Order, by _____.

1  **IT IS SO ORDERED.**

2

3  DATED: _____, 2023

                                                               _____

4                                                     United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28