SEALED BY ORDER OF THE COURT

FILED
MAY 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Michael J. McCue (SBN: 296425)
2  Meng Zhong (SBN: 344124)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
3  100 Pine Street, Suite 1750
   San Francisco, CA 94111
4  Tel.: 650.391.1380
   MMcCue@LewisRoca.com
5  MZhong@LewisRoca.com

6  *Attorneys for Plaintiffs*
   *Restoration Hardware, Inc.*
7  *and RH US, LLC*

8  
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation; and RH US, LLC, a Delaware limited liability company, | **Case No. 23-cv-948-HSG** |
| Plaintiffs, | **CERTIFICATE OF SERVICE OF MOTION FOR A TEMPORARY RESTRAINING ORDER *WITH NOTICE*, ORDER AUTHORIZING ALTERNATIVE** |
| v. | **SERVICE OF PROCESS, ORDER FOR EXPEDITED DISCOVERY, AND ORDER** |
| ALIMIA LIGHT, a Chinese entity; ZHONGSHAN ZHUOSAI LIGHTING, CO., LTD., a Chinese entity; SHANGHAI ZEROTAI INDUSTRIAL CO., a Chinese entity; ZHONSHAN YUYI CO., LTD., a Chinese entity; ZHONGSHAN LAITING LIGHTING CO., LTD., a Chinese entity; ZHONGSHAN MOMO LIGHTING CO., LTD., a Chinese entity; FANCI LIGHT, a Chinese entity; CURE LIGHTING, LLC, a Chinese entity; CLOUDS LIGHTS, a Chinese entity; KUSHIGO LIMITED, a Chinese entity; LIGHTING FOREVER, a Chinese entity; HURLEY LIGHT, a Chinese entity; ZHONGSHAN REBORN LIGHTING CO. LTD., a Chinese entity; SHOWSUN LIGHTING, a Chinese entity; SUNNY WANG, an individual residing in China; JINHUA SIGMA INDUSTRIAL & TRADING CO., LTD., a Chinese entity; DYCO DÉCOR, a Chinese entity; INEFFABLE LIGHTING, a Chinese entity; DEKORFINE, a Chinese entity; NIMO LLC, a Wyoming LLC; Dysatu Lighting Co., LTD., a Chinese entity; and OCLOLLI LIMITED, a Chinese entity; Kevin Studio, a Chinese entity; and DOES 1-10, | **TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED; AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** |
| Defendants. | |

1

121043670.1

1  I, Joy A. Jones, hereby certify that, in accordance with the Court's April 11, 2023 Order (ECF No. 15), I caused a true and accurate copy of the documents listed below to be served upon all Defendants at the email addresses listed in the Order Granting Plaintiffs' Renewed Emergency Motion For A Temporary Restraining Order With Notice, Order Authorizing Alternative Service Of Process, Order For Expedited Discovery, And Order To Show Cause Why A Preliminary Injunction Should Not Be Granted and as set out in **Exhibit A** attached hereto.

The documents served are as follows:

1. Complaint
2. Civil Cover Sheet
3. Certificate of Interested Parties
4. ECF No. 15, Civil Minutes
5. Renewed Motion for TRO With Notice

True and accurate copies of the emails showing the documents available by link, and the screen cap of showing the documents available at the link, as sent to ALIMIA LIGHT, a Chinese entity; ZHONGSHAN ZHUOSAI LIGHTING, CO., LTD., a Chinese entity; SHANGHAI ZEROTAI INDUSTRIAL CO., a Chinese entity; ZHONSHAN YUYI CO., LTD., a Chinese entity; ZHONGSHAN LAITING LIGHTING CO., LTD., a Chinese entity; ZHONGSHAN MOMO LIGHTING CO., LTD., a Chinese entity; FANCI LIGHT, a Chinese entity; CURE LIGHTING, LLC, a Chinese entity; CLOUDS LIGHTS, a Chinese entity; KUSHIGO LIMITED, a Chinese entity; LIGHTING FOREVER, a Chinese entity; HURLEY LIGHT, a Chinese entity; ZHONGSHAN REBORN LIGHTING CO. LTD., a Chinese entity; SHOWSUN LIGHTING, a Chinese entity; SUNNY WANG, an individual residing in China; JINHUA SIGMA INDUSTRIAL & TRADING CO., LTD., a Chinese entity; DYCO DÉCOR, a Chinese entity; INEFFABLE LIGHTING, a Chinese entity; DEKORFINE, a Chinese entity; NIMO LLC, a Wyoming LLC; Dysatu Lighting Co., LTD., a Chinese entity; and OCLOLLI LIMITED, a Chinese entity; Kevin Studio, a Chinese entity; and DOES 1-10 (the "Defendants"), are attached hereto as **Exhibit B**, and indicate the email addresses used

121043670.1

1 | for all identified Defendants.

2 | Dated: this 5th day of May, 2023.

3 |                 LEWIS ROCA ROTHGERBER CHRISTIE LLP

                /s/ Joy Ann Jones, ACP
                Joy A. Jones, ACP
                An employee of Lewis Roca Rothgerber Christie LLP

121043670.1

## EXHIBIT A

| DEFENDANT | SERVICE EMAIL |
|---|---|
| Alimia Light | service@alimialight.com |
| Zhongshan Zhuosai Lighting Co., Ltd. | support@yami-lighting.com<br>support@poplamps.com |
| Grand Lamps | support@grandlamps.com |
| Wing Lighting | support@winglightings.com |
| Oasis Lamps | support@oasislamps.com |
| Momo Chandelier | monet@momochandelier.com |
| Fanci Light | support@fancilight.com |
| Cure Lighting | support@curelighting.com |
| Clouds Lights | support@cloudslights.com |
| Kushigo Limited | support@ericlightus.com<br>support@emmalighting.com |
| Lighting Forever | info@lighting-forever.com |
| Hurley Light | info@cydesigngroup.com<br>info@hurleylight.com |
| Reborn Lighting | sales@rebornlighting.com |
| Showsun Lighting | sales@showsunlighting.com |
| Sigma Living | info@jhsigma.com |
| Dyco Décor | info@cydesigngroup.com<br>admin@dycodecor.com |
| Decormote | support@decormote.com |
| Ineffable Lighting | support@ineffablelighting.com |
| Dekorfine | support@dekorfine.com |
| Zenduce | support@zenduce.com |
| Satulight | info@satulight.com |
| Mooni Lighting | sales@moonilighting.com |
| Kevin Studio | support@kevinstudioinc.com |

4

121043670.1

**EXHIBIT B**

Service Email to Defendants

with link in email containing the following documents:

https://sft.lewisroca.com/message/yBleYMDHVTgDmUHdcPMdJc

| Name | Date modified | Type | Size |
|---|---|---|---|
| Complaint | 5/4/2023 1:21 PM | File folder | |
| Renewed Motion for TRO | 5/4/2023 1:23 PM | File folder | |
| 2023.04.11 - Doc. 015 - SEALED Civil Min... | 5/4/2023 1:25 PM | Adobe Acrobat D... | 296 KB |
| Certificate of Interested Parties _ Disclosu... | 2/28/2023 2:10 PM | Adobe Acrobat D... | 120 KB |
| Civil Cover Sheet | 2/28/2023 10:24 AM | Adobe Acrobat D... | 321 KB |

121043670.1

**Jones, Joy**

| | |
|---|---|
| **From:** | Jones, Joy |
| **Sent:** | Friday, May 5, 2023 2:09 PM |
| **To:** | service@alimialight.com; support@yami-lighting.com; support@poplamps.com; support@grandlamps.com; support@winglightings.com; support@oasislamps.com; monet@momochandelier.com; support@fancilight.com; support@curelighting.com; support@cloudslights.com; support@ericlightus.com; support@emmalighting.com; info@lighting-forever.com; info@cydesigngroup.com; info@hurleylight.com; sales@rebornlighting.com; sales@showsunlighting.com; info@jhsigma.com; info@cydesigngroup.com; admin@dycodecor.com; support@decormote.com; support@ineffablelighting.com; support@dekorfine.com; support@zenduce.com; info@satulight.com; sales@moonilighting.com; support@kevinstudioinc.com |
| **Cc:** | McCue, Michael; Zhong, Meng; Contla, Rebecca; Scavuzzo, Thomas |
| **Subject:** | URGENT LEGAL DOCUMENTS - Restoration Hardware & RH v. Alimia |
| **Importance:** | High |

URGENT – Please see the link below for important legal documents filed in a U.S. Court against you. It is a link to our secure server used for large or encrypted files and is safe to open.

https://sft.lewisroca.com/message/yBleYMDHVTgDmUHdcPMdJc

| Name | Date modified | Type | Size |
|---|---|---|---|
| Complaint | 5/4/2023 1:21 PM | File folder | |
| Renewed Motion for TRO | 5/4/2023 1:23 PM | File folder | |
| 2023.04.11 - Doc. 015 - SEALED Civil Min... | 5/4/2023 1:25 PM | Adobe Acrobat D... | 296 KB |
| Certificate of Interested Parties _ Disclosu... | 2/28/2023 2:10 PM | Adobe Acrobat D... | 120 KB |
| Civil Cover Sheet | 2/28/2023 10:24 AM | Adobe Acrobat D... | 321 KB |

Sincerely,
Joy Jones

**Joy Jones, ACP®**
*Pronouns: She/Her*
Advanced Certified Paralegal
(Discovery & Trial Practice) /
Paralegal Development Coordinator

jjones@lewisroca.com
D. 702.949.8246
C. 702.994.8284

1

**LEWIS ROCA**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
lewisroca.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP

® ACP and CP are registered certification marks of the
National Association of Legal Assistants, Inc.
The use of the ACP certification mark is permitted only by those who have met
and maintained rigorous national certification standards (CP), and have also
completed a curriculum-based certification program for a specific area of law (ACP).

2