UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALIMIA LIGHT, et al.,<br><br>Defendants. | Case No. 23-cv-00948-HSG<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND AND UNSEALING CASE** |

Pending before the Court is Plaintiffs' renewed emergency motion for a temporary restraining order. Dkt. No. 16. In their renewed motion, Plaintiffs submitted a certificate of service showing that they provided notice to Defendants at the email addresses listed. Dkt. No. 16-2. The Court now **DIRECTS** Defendants to respond by Friday, May 12, 2023. In light of Plaintiffs' statement that sealing is no longer necessary, *see* Dkt. No. 16 at 18, the Clerk is directed to unseal this case. The Clerk is directed to serve Defendants this Order via email to the addresses listed at Dkt. No. 16-2, Exhibit A, as follows:

| Defendant | Service Email |
|---|---|
| Alimia Light | service@alimialight.com |
| Zhongshan Zhuosai Lighting Co., Ltd. | support@yami-lighting.com |
| | support@poplamps.com |
| Grand Lamps | support@grandlamps.com |
| Wing Lighting | support@winglightings.com |
| Oasis Lamps | support@oasislamps.com |
| Momo Chandelier | monet@momochandelier.com |

United States District Court
Northern District of California

| | |
|---|---|
| Fanci Lighting | support@fancilight.com |
| Cure Lighting | support@curelighting.com |
| Clouds Lights | support@cloudslights.com |
| Kushigo Limited | support@ericlightus.com |
| | support@emmalighting.com |
| Lighting Forever | info@lighting-forever.com |
| Hurley Light | info@cydesigngroup.com |
| | info@hurleylight.com |
| Reborn Lighting | sales@rebornlighting.com |
| Showsun Lighting | sales@showsunlighting.com |
| Sigma Living | info@jhsigma.com |
| Dyco Decor | info@cydesigngroup.com |
| | admin@dycodecor.com |
| Decormote | support@decormote.com |
| Ineffable Lighting | support@ineffablelighting.com |
| Dekorfine | support@dekorfine.com |
| Zenduce | support@zenduce.com |
| Satulight | info@satulight.com |
| Mooni Lighting | sales@moonlighting.com |
| Kevin Studio | support@kevinstudioinc.com |

**IT IS SO ORDERED.**

Dated:   5/8/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge