| | |
|---|---|
| 1 | Michael J. McCue (SBN: 296425) |
| 2 | Meng Zhong (SBN: 344124)<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 3 | 100 Pine Street, Suite 1750<br>San Francisco, CA 94111 |
| 4 | Tel.: 650.391.1380<br>MMcCue@LewisRoca.com |
| 5 | MZhong@LewisRoca.com |
| 6 | *Attorneys for Plaintiffs*<br>*Restoration Hardware, Inc.* |
| 7 | *and RH US, LLC* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation; and RH US, LLC, a Delaware limited liability company, | Case No. 4:23-cv-00948-HSG |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE OF SUMMONS FOR ALL DEFENDANTS** |
| ALIMIA LIGHT, a Chinese entity; ZHONGSHAN ZHUOSAI LIGHTING, CO., LTD., a Chinese entity; SHANGHAI ZEROTAI INDUSTRIAL CO., a Chinese entity; ZHONSHAN YUYI CO., LTD., a Chinese entity; ZHONGSHAN LAITING LIGHTING CO., LTD., a Chinese entity; ZHONGSHAN MOMO LIGHTING CO., LTD., a Chinese entity; FANCI LIGHT, a Chinese entity; CURE LIGHTING, LLC, a Chinese entity; CLOUDS LIGHTS, a Chinese entity; KUSHIGO LIMITED, a Chinese entity; LIGHTING FOREVER, a Chinese entity; HURLEY LIGHT, a Chinese entity; ZHONGSHAN REBORN LIGHTING CO. LTD., a Chinese entity; SHOWSUN LIGHTING, a Chinese entity; SUNNY WANG, an individual residing in China; JINHUA SIGMA INDUSTRIAL & TRADING CO., LTD., a Chinese entity; DYCO DÉCOR, a Chinese entity; INEFFABLE LIGHTING, a Chinese entity; DEKORFINE, a Chinese entity; NIMO LLC, a Wyoming LLC; Dysatu Lighting Co., LTD., a Chinese entity; and OCLOLLI LIMITED, a Chinese entity; Kevin Studio, a Chinese entity; and DOES 1-10, | |
| Defendants. | |

121380030.1

## CERTIFICATE OF SERVICE OF SUMMONS FOR ALL DEFENDANTS

I, Joy A. Jones, hereby certify that, in accordance with the Court's March 6, 2023 Order (ECF No. 09) and May 24, 2023 Order (ECF No. 23), I caused a true and accurate copy of the Summons issued by the Court on May 30, 2023 (ECF No. 27), to be served upon all Defendants at the email addresses listed in the Order Granting Plaintiffs' Renewed Emergency Motion For A Temporary Restraining Order With Notice, Order Authorizing Alternative Service Of Process, Order For Expedited Discovery, And Order To Show Cause Why A Preliminary Injunction Should Not Be Granted and as set out in **Exhibit A** attached hereto.

A true and accurate copy of the email showing the Summons attached, as sent to ALIMIA LIGHT, a Chinese entity; ZHONGSHAN ZHUOSAI LIGHTING, CO., LTD., a Chinese entity (previously defined as "Zhongshan Lighting"); SHANGHAI ZEROTAI INDUSTRIAL CO., a Chinese entity (previously defined as "Grand Lamps"); ZHONSHAN YUYI CO., LTD., a Chinese entity (previously defined as "Wing Lighting"); ZHONGSHAN LAITING LIGHTING CO., LTD., a Chinese entity (previously defined as "Oasis Lamps"); ZHONGSHAN MOMO LIGHTING CO., LTD., a Chinese entity (previously defined as "Momo Chandelier"); FANCI LIGHT, a Chinese entity; CURE LIGHTING, LLC, a Chinese entity; CLOUDS LIGHTS, a Chinese entity; KUSHIGO LIMITED, a Chinese entity; LIGHTING FOREVER, a Chinese entity; HURLEY LIGHT, a Chinese entity; ZHONGSHAN REBORN LIGHTING CO. LTD., a Chinese entity (previously defined as "Reborn Lighting"); SHOWSUN LIGHTING, a Chinese entity; SUNNY WANG, an individual residing in China; JINHUA SIGMA INDUSTRIAL & TRADING CO., LTD., a Chinese entity; DYCO DÉCOR, a Chinese entity; INEFFABLE LIGHTING, a Chinese entity; DEKORFINE, a Chinese entity; NIMO LLC, a Wyoming LLC (previously defined as "Zenduce"); Dysatu Lighting Co., LTD., a Chinese entity (previously defined as "Satulight"); and OCLOLLI LIMITED, a Chinese

/ / /

/ / /

entity (previously defined as "Mooni Lighting"); Kevin Studio, a Chinese entity; and DOES 1-10 (the "Defendants"), is attached hereto as **Exhibit B**, and indicates the email addresses used for all identified Defendants.

Dated this 31st day of May 2023.

        LEWIS ROCA ROTHGERBER CHRISTIE LLP

        /s/ Joy Ann Jones, ACP
        Joy A. Jones, ACP
        An employee of Lewis Roca Rothgerber Christie LLP

121380030.1