# Exhibit A

# Service List

# Exhibit A

| DEFENDANT | SERVICE EMAIL |
|---|---|
| Alimia Light | service@alimialight.com |
| Zhongshan Zhuosai Lighting Co., Ltd. (previously defined as "Zhongshan Lighting") | support@yami-lighting.com<br>support@poplamps.com |
| Shanghai ZeroTai Industrial Co. (previously defined as "Grand Lamps") | support@grandlamps.com |
| Zhongshan Yuyi Co., Ltd. (previously defined as "Wing Lighting") | support@winglightings.com |
| Zhongshan Laiting Lighting Co., Ltd. (previously defined as "Oasis Lamps") | support@oasislamps.com |
| Zhongshan Momo Lighting Co., Ltd. (previously defined as "Momo Chandelier") | monet@momochandelier.com |
| Fanci Light | support@fancilight.com |
| Cure Lighting LLC (previously identified as "Cure Lighting") | support@curelighting.com |
| Clouds Lights | support@cloudslights.com |
| Kushigo Limited | support@ericlightus.com<br>support@emmalighting.com |
| Lighting Forever | info@lighting-forever.com |
| Hurley Light<br><br>-   Steven Yuan, Esq. | info@cydesigngroup.com<br>info@hurleylight.com<br>stevenyuan@lawvictor-ip.com |
| Zhongshan Reborn Lighting Co. Ltd. (previously identified as "Reborn Lighting") | sales@rebornlighting.com |
| Showsun Lighting<br>Sunny Wang | sales@showsunlighting.com |
| Jinhua Sigma Industrial & Trading Co., Ltd. (previously defined as "Sigma Living") | info@jhsigma.com |
| Dyco Décor<br><br>-   Steven Yuan, Esq. | info@cydesigngroup.com<br>admin@dycodecor.com<br>stevenyuan@lawvictor-ip.com |
| Ineffable Lighting | support@ineffablelighting.com |
| Dekorfine<br>-   Steven Yuan, Esq. | support@dekorfine.com<br>stevenyuan@lawvictor-ip.com |
| Nimo LLC (previously defined as "Zenduce")<br>- **Edward Chen, Esq. appeared as counsel** | support@zenduce.com<br><br>Edward.Chen@edchenlaw.com |
| Dysatu Lighting Co. Ltd. (previously defined as "Satulight")<br>-   Steven Yuan, Esq. | info@satulight.com<br><br>stevenyuan@lawvictor-ip.com |
| Oclolli Limited (previously defined as "Mooni Lighting") | sales@moonilighting.com |
| Kevin Studio | support@kevinstudioinc.com |