# Exhibit B

# Service Email to Defendants with Summons

# Exhibit B

| | |
|---|---|
| **From:** | Jones, Joy |
| **Sent:** | Tuesday, May 30, 2023 8:48 PM |
| **To:** | 'service@alimialight.com'; 'support@yami-lighting.com'; 'support@poplamps.com'; 'support@grandlamps.com'; 'support@winglightings.com'; 'support@oasislamps.com'; 'monet@momochandelier.com'; 'support@fancilight.com'; 'support@curelighting.com'; 'support@cloudslights.com'; 'support@ericlightus.com'; 'support@emmalighting.com'; 'info@lighting-forever.com'; 'info@cydesigngroup.com'; 'info@hurleylight.com'; 'stevenyuan@lawvictor-ip.com'; 'sales@rebornlighting.com'; 'sales@showsunlighting.com'; 'info@jhsigma.com'; 'info@cydesigngroup.com'; 'admin@dycodecor.com'; 'stevenyuan@lawvictor-ip.com'; 'support@ineffablelighting.com'; 'support@dekorfine.com'; 'stevenyuan@lawvictor-ip.com'; 'support@zenduce.com'; 'Edward.Chen@edchenlaw.com'; 'info@satulight.com'; 'stevenyuan@lawvictor-ip.com'; 'sales@moonilighting.com'; 'support@kevinstudioinc.com' |
| **Cc:** | 'McCue, Michael'; 'Zhong, Meng'; 'Scavuzzo, Thomas'; 'Contla, Rebecca' |
| **Subject:** | RE: URGENT! U.S. Litigation filed against you - RH v Alimia et al. |
| **Attachments:** | 2023.05.30 - Doc. 027 - Summons Issued as to several entities(121376247.1).pdf |

Attached is the Summons issued by the Court for all Defendants and now being served on you. This accompanies the package of materials served on you via email on Thursday.

Sincerely,
Joy Jones, ACP

**Joy Jones, ACP®**
*Pronouns: She/Her*
Advanced Certified Paralegal
(Discovery & Trial Practice) /
Paralegal Development Coordinator

jjones@lewisroca.com
D. 702.949.8246
C. 702.994.8284



® ACP and CP are registered certification marks of the
National Association of Legal Assistants, Inc.
The use of the ACP certification mark is permitted only by those who have met
and maintained rigorous national certification standards (CP), and have also
completed a curriculum-based certification program for a specific area of law (ACP).

---

**From:** Jones, Joy <JJones@lewisroca.com>
**Sent:** Thursday, May 25, 2023 5:49 PM
**To:** service@alimialight.com; support@yami-lighting.com; support@poplamps.com; support@grandlamps.com; support@winglightings.com; support@oasislamps.com; monet@momochandelier.com; support@fancilight.com; support@curelighting.com; support@cloudslights.com; support@ericlightus.com; support@emmalighting.com; info@lighting-forever.com; info@cydesigngroup.com; info@hurleylight.com; stevenyuan@lawvictor-ip.com; sales@rebornlighting.com; sales@showsunlighting.com; info@jhsigma.com; info@cydesigngroup.com;

admin@dycodecor.com; stevenyuan@lawvictor-ip.com; support@ineffablelighting.com; support@dekorfine.com; stevenyuan@lawvictor-ip.com; support@zenduce.com; Edward.Chen@edchenlaw.com; info@satulight.com; stevenyuan@lawvictor-ip.com; sales@moonilighting.com; support@kevinstudioinc.com
**Cc:** McCue, Michael <MMcCue@lewisroca.com>; Zhong, Meng <MZhong@lewisroca.com>; Scavuzzo, Thomas <TScavuzzo@lewisroca.com>; Contla, Rebecca <RContla@lewisroca.com>
**Subject:** URGENT! U.S. Litigation filed against you - RH v Alimia et al.
**Importance:** High

URGENT! Please take notice that Restoration Hardware, Inc. and RH US, LLC have filed a lawsuit against you in the United States federal court.

The Complaint is attached (without exhibits) and the link below provides service of process of all the litigation materials filed in this case to date, as well as all court orders issued to date, and the Court's judicial orders, standing orders, etc.

https://lrrc.sharefile.com/d-sae327f4a3a2d43c983502774d04860b7

You will need to enter your email address and name to access the files. Click "Select All" in the top, left corner to download all the files at once.

Let us know if you have any difficulties downloading the files.

Sincerely,
Joy Jones, ACP


**Joy Jones, ACP®**
*Pronouns: She/Her*
Advanced Certified Paralegal
(Discovery & Trial Practice) /
Paralegal Development Coordinator

*Upcoming absences (Pacific Time):*
*May 31 – offline until 9:00 am*
*June 1 – offline 10:00-1:00 pm*
*June 9 – out ALL DAY*
*June 13 – offline 7:00-9:00 am*
*June 15 – offline until 11:00 am*

jjones@lewisroca.com
D. 702.949.8246
C. 702.994.8284



3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996

lewisroca.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP

® ACP and CP are registered certification marks of the
National Association of Legal Assistants, Inc.
The use of the ACP certification mark is permitted only by those who have met
and maintained rigorous national certification standards (CP), and have also
completed a curriculum-based certification program for a specific area of law (ACP).

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | )|
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation; and RH US, LLC, a Delaware limited liability company | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.4:23-cv-00948-HSG |
| ALIMIA LIGHT, a Chinese entity; ZHONGSHAN ZHUOSAI LIGHTING, CO., LTD., a Chinese entity; SHANGHAI ZEROTAI INDUSTRIAL CO., a Chinese entity; ZHONSHAN YUYI CO., LTD., a Chinese entity; ZHONGSHAN LAITING LIGHTING CO., LTD., a Chinese entity; ZHONGSHAN MOMO LIGHTING CO., LTD., a Chinese entity; (See attached listing of Defendants) | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alimia Light
service@alimialight.com

Shanghai ZeroTai Industrial Co.
support@grandlamps.com

Zhongshan Zhuosai Lighting Co., Ltd. support@yami-lighting.com
support@poplamps.com

*See attached listing of additional Defendants*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. McCue, Esq.
Meng Zhong, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine Street, Suite 1750
San Francisco, CA 94111
Telephone: 650-391-1380

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date: 5/30/23 _____
*Signature of Clerk or Deputy Clerk*

Attachment to Summons in a Civil Action

*Restoration Hardware, Inc., and RH US, LLC v. Alimia Light, et al.*
U.S. District Court for the Northern District of California
Case No. 4:23-cv-00948-HSG

Additional Listing of Defendants:

FANCI LIGHT, a Chinese entity; CURE LIGHTING, LLC, a Chinese entity; CLOUDS LIGHTS, a Chinese entity; KUSHIGO LIMITED, a Chinese entity; LIGHTING FOREVER, a Chinese entity; HURLEY LIGHT, a Chinese entity; ZHONGSHAN REBORN LIGHTING CO. LTD., a Chinese entity; SHOWSUN LIGHTING, a Chinese entity; SUNNY WANG, an individual residing in China; JINHUA SIGMA INDUSTRIAL & TRADING CO., LTD., a Chinese entity; DYCO DÉCOR, a Chinese entity; INEFFABLE LIGHTING, a Chinese entity; DEKORFINE, a Chinese entity; NIMO LLC, a Wyoming LLC; Dysatu Lighting Co., LTD., a Chinese entity; OCLOLLI LIMITED, a Chinese entity; Kevin Studio, a Chinese entity; and DOES 1-10

To: *(Additional Defendant's name and address)*

Zhongshan Yuyi Co., Ltd.
support@winglightings.com

Zhongshan Laiting Lighting Co., Ltd.
support@oasislamps.com

Zhongshan Momo Lighting Co., Ltd.
monet@momochandelier.com

Fanci Light
support@fancilight.com

Cure Lighting LLC
support@curelighting.com

Clouds Lights
support@cloudslights.com

Kushigo Limited
support@ericlightus.com
support@emmalighting.com

Lighting Forever
info@lighting-forever.com

Hurley Light
info@cydesigngroup.com
info@hurleylight.com

Zhongshan Reborn Lighting Co. Ltd.
sales@rebornlighting.com

Showsun Lighting
sales@showsunlighting.com

Sunny Wang
sales@showsunlighting.com

Jinhua Sigma Industrial & Trading Co., Ltd.
info@jhsigma.com

Dyco Décor
info@cydesigngroup.com
admin@dycodecor.com

Ineffable Lighting
support@ineffablelighting.com

Dekorfine
support@dekorfine.com

Nimo LLC
support@zenduce.com

Dysatu Lighting Co. Ltd.
info@satulight.com

Oclolli Limited
sales@moonilighting.com

Kevin Studio
support@kevinstudioinc.com

121356844.1

Civil Action No. 4:23-cv-00948

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: