Michael J. McCue (SBN: 296425)
Meng Zhong (SBN: 344124)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine Street, Suite 1750
San Francisco, CA 94111
Tel.: 650.391.1380
MMcCue@LewisRoca.com
MZhong@LewisRoca.com

*Attorneys for Plaintiffs*
*Restoration Hardware, Inc.*
*and RH US, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation; and RH US, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ALIMIA LIGHT, et al.<br><br>Defendants. | Case No. 4:23-cv-00948-HSG<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: July 7, 2023<br>Hearing Time: 10:00 A.M.<br>Courtroom: 2<br>Judge: Hon. Haywood S. Gilliam Jr. |

On May 25, 2023, Defendants were served with a copy of the temporary restraining order ("TRO") (ECF No. 23), which, among other things, ordered Defendants to cease using the RH Copyrighted Works and RH Marks and to submit a response to the Plaintiffs' Motion for Preliminary Injunction by June 16, 2023. (ECF No. 26) (certificate of service). No Defendant has filed a response. In defiance of the Court's orders, most of the Defendants ("Non-Compliant Defendants") continue to use RH Copyrighted Works and RH marks on their websites.

Given the above, Plaintiffs request the following:

1. The Court enter a Preliminary Injunction on terms similar to the TRO (a proposed order is attached); and

2. For the Non-Compliant Defendants, Plaintiffs request that the Court order the registrars and registry for the Non-Compliant Defendants' domain names to disable the domain names during the pendency of the case or until further

order of the Court.

## BACKGROUND

In the TRO entered on May 24, 2023, the Court enjoined Defendants from infringing RH's intellectual property rights:

> The Court enjoins Defendants and their respective officers, agents, servants, employees, and all persons acting in active concert and participation with them from:
>
> (a) copying, distributing, or publicly displaying any of Plaintiffs' copyrighted works, including removal of the links identified in Dkt. No. 1-4.
>
> (b) Using any of the RH Marks or any marks confusingly similar thereto, in commerce in connection with the manufacturing, offering for sale, or sale of any lighting products, including removal of the links identified in Dkt. No. 1-5.

(ECF No. 23 at 6.) On May 25, 2023, RH served the TRO on Defendants. (Doc. # 26.) The Court's TRO Order required Defendants to submit a response to the Motion for Preliminary Injunction by June 16, 2023. (*Id.* at 8.)

To date, no Defendant has filed a response. However, the following Defendants have reached out to Plaintiffs' counsel to discuss potential settlement: Zenduce, Dyco Décor, Satulight, Hurley Light, and Dekorfine. (Zhong Decl. ¶ 4.) However, no settlement has been reached as of the date of this filing. (*Id.*)

During May 25, 2023, to the present, RH reviewed Defendants' website to determine their compliance with the TRO. As shown in the attachments, 18 (eighteen) of the twenty-five (25) Defendants did not comply in that they are continuing to use RH Copyrighted Works or RH Marks. (Zhong Decl. ¶¶ 5-6 & Ex. A and B.)

## ARGUMENT

Since no Defendants have opposed the Motion for Preliminary Injunction, Plaintiffs request that the current TRO be converted into a Preliminary Injunction based on the same analysis supporting the TRO. *See, e.g.*, *GSC Logistics, Inc. v. Star Galaxy Logistics, Inc.*, No. C 09-5886 SBA, 2010 WL 690200, at *1 (N.D. Cal. Feb. 24, 2010) (granting unopposed motion for preliminary injunction); *Telebrands Corp. v. VindEx*

*Sols. LLC*, No. 21-CV-00898-BLF, 2021 WL 6332530, at *2 (N.D. Cal. Mar. 11, 2021) (same).

However, Plaintiffs request that the Preliminary Injunction be modified in two respects. First, Plaintiffs request that the Court order the domain names for the Non-Compliant Defendants to be disabled. It is appropriate for the Court to order third parties with control over the Non-Compliant Defendants' domain names to disable the domain names because this is the only effective mechanism to stop Non-Compliant Defendants' infringing activities. Similar relief has been granted in other cases under similar circumstances. *See, e.g., BMW of N. Am., LLC v. Barreira*, 633 F. App'x 882 (9th Cir. 2015) (district court did not abuse its discretion in ordering defendant in trademark infringement action to transfer ownership of domain name to trademark owner, where court had enjoined defendant from using marks, and he violated that injunction by offering products with infringing marks on website); *Cisco Sys., Inc. v. Shenzhen Usource Tech. Co.*, No. 5:20-CV-04773-EJD, 2020 WL 5199434, at *12 (N.D. Cal. Aug. 17, 2020) (ordering "Defendants' Domain Names automatically redirect to a website that provides notice of and access to filings in this action or, alternatively, disable such websites"); *D.light Design, Inc. v. Boxin Solar Co.*, No. C-13-5988 EMC, 2014 WL 11397885, at *4 (N.D. Cal. Apr. 4, 2014) (granting order to expand preliminary injunction to include order that "the domain name registries . . . temporarily disable these domain names").

Second, the Defendants request that the Preliminary Injunction include a freeze on additional financial accounts identified through Plaintiffs' discovery. The TRO allowed Plaintiffs to include additional accounts once they have been identified through discovery. (ECF No. 23 at 6.) Plaintiffs identified the additional accounts as set forth in the accompanying Declaration of Meng Zhong. These accounts are included in the proposed order attached.

/ / /

/ / /

121587637.1

**CONCLUSION**

The Court should grant RH's Motion for Preliminary Injunction.

Dated: June 30, 2023          By:   /s/ Michael J. McCue
                                    Michael J. McCue (SBN: 296425)
                                    Meng Zhong (SBN: 344124)

                                    LEWIS ROCA
                                    ROTHGERBER CHRISTIE LLP

121587637.1

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing document to be served upon all Defendants at the email addresses listed below:

| DEFENDANT (Counsel, if any) | SERVICE EMAIL |
|---|---|
| Alimia Light | service@alimialight.com |
| Zhongshan Zhuosai Lighting Co., Ltd. (previously defined as "Zhongshan Lighting") | support@yami-lighting.com support@poplamps.com |
| Shanghai ZeroTai Industrial Co. (previously defined as "Grand Lamps") | support@grandlamps.com |
| Zhongshan Yuyi Co., Ltd. (previously defined as "Wing Lighting") | support@winglightings.com |
| Zhongshan Laiting Lighting Co., Ltd. (previously defined as "Oasis Lamps") | support@oasislamps.com |
| Zhongshan Momo Lighting Co., Ltd. (previously defined as "Momo Chandelier") | monet@momochandelier.com |
| Fanci Light | support@fancilight.com |
| Cure Lighting LLC (previously identified as "Cure Lighting") | support@curelighting.com |
| Clouds Lights | support@cloudslights.com |
| Kushigo Limited | support@ericlightus.com support@emmalighting.com |
| Lighting Forever | info@lighting-forever.com |
| Hurley Light (Steven Yuan, Esq.) | info@cydesigngroup.com info@hurleylight.com stevenyuan@lawvictor-ip.com |
| Zhongshan Reborn Lighting Co. Ltd. (previously identified as "Reborn Lighting") | sales@rebornlighting.com |
| Showsun Lighting Sunny Wang | sales@showsunlighting.com |
| Jinhua Sigma Industrial & Trading Co., Ltd. (previously defined as "Sigma Living") | info@jhsigma.com |
| Dyco Décor (Steven Yuan, Esq.) | info@cydesigngroup.com admin@dycodecor.com stevenyuan@lawvictor-ip.com |
| Ineffable Lighting | support@ineffablelighting.com |
| Dekorfine (Steven Yuan, Esq.) | support@dekorfine.com stevenyuan@lawvictor-ip.com |
| Nimo LLC | support@zenduce.com |

121587637.1

| DEFENDANT (Counsel, if any) | SERVICE EMAIL |
|---|---|
| (previously defined as "Zenduce") (Edward Chen, Esq.) | Mani@zenduce.com<br>Edward.Chen@edchenlaw.com |
| Dysatu Lighting Co. Ltd.<br>(previously defined as "Satulight") (Steven Yuan, Esq.) | info@satulight.com<br><br>stevenyuan@lawvictor-ip.com |
| Oclolli Limited<br>(previously defined as "Mooni Lighting") | sales@moonilighting.com |
| Kevin Studio | support@kevinstudioinc.com |

Dated this 30th day of June 2023.

                                   LEWIS ROCA ROTHGERBER CHRISTIE LLP

        /s/ Rebecca J. Contla
        An employee of Lewis Roca
        Rothgerber Christie LLP

121587637.1