Michael J. McCue (SBN: 296425)
Meng Zhong (SBN: 344124)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
203 Redwood Shores Parkway, Suite 670
Redwood City, CA 94065
Tel.: 650.391.1380
MMcCue@LewisRoca.com
MZhong@LewisRoca.com

*Attorneys for Plaintiffs
Restoration Hardware, Inc.
and RH US, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation; and RH US, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ALIMIA LIGHT, a Chinese business entity, et al.<br><br>Defendants. | Case No. 23-cv-948-HSG<br><br>**DECLARATION OF MENG ZHONG IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Meng Zhong, declare under penalty of perjury under the laws of the United States, as follows:

1. I am counsel of record for Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "RH"). I have knowledge of the facts set forth herein based on personal knowledge. If called as a witness, I could and would competently testify hereto.

2. The Court entered a TRO in this case on May 24, 2023. The Court's TRO Order required Defendants to submit a response to the Motion for Preliminary Injunction by June 16, 2023.

3. On May 25, 2023, RH served the TRO on Defendants. (Doc. # 26.)

4. To date, no Defendant has filed a response. However, the following Defendants have reached out to Plaintiffs' counsel to discuss potential settlement: Zenduce, Dyco Décor, Satulight, Hurley Light, and Dekorfine. Those discussions are

1  continuing but the parties have not reached any agreements on settlement.

2       5.    Attached as **Exhibit A** is an updated chart identifying Defendant's use of RH Copyrighted Works that still exited as of June 29, 2023. The chart was compiled by paralegals under my direction. Any listings lighting in the chart shows an infringement of the RH Copyrighted Works that still exists.

     6.    Attached as **Exhibit B** is an updated chart identifying Defendant's use of RH Marks that still exited as of June 29, 2023. The chart was compiled by paralegals under my direction. Any listings lighting in the chart shows an infringement of the RH Copyrighted Works that still exists.

     7.    As part of this reply, my office will submit a proposed preliminary injunction order. Included in the order are additional PayPal accounts that Plaintiffs were able to identify through discovery the Court allowed under its TRO Order. Specifically, when Plaintiffs served the TRO order on PayPal, PayPal identified accounts belonging to the Defendants below which were not in the original TRO order. As such, as allowed by the TRO order, Plaintiffs are requesting these accounts be added to the account freeze previously ordered by the Court:

| | |
|---|---|
| Jinhua Sigma Industrial & Trading Co., Ltd. (previously defined as "Sigma Living") | info@jhsigma.com |
| Zhongshan Laiting Lighting Co., Ltd. (previously defined as "Oasis Lamps") Oasis Lamps | support@oasislamps.com |
| Fanci Light | support@fancilight.com |

Executed on June 30, 2023

                                       By:  */s/ Meng Zhong*
                                               Meng Zhong