# Exhibit  B

# Exhibit  B

**TRADEMARK INFRINGEMENT CHART FOR ALL NEW DEFENDANTS (Updated June 29, 2023)**

**Existing Infringement <mark>Highlighted</mark>**

Table of Contents

**Alimia Light** ......................................................................................................................... 5
    **Example of Infringing Uses** ................................................................................................. 5
    **List of Infringing Links** ........................................................................................................ 5
**Yami Lighting** ...................................................................................................................... 10
    **Example of Infringing Uses** ............................................................................................... 10
    **List of Infringing Links** ...................................................................................................... 11
**Grand Lamps** ....................................................................................................................... 15
    **Example of Infringing Uses** ............................................................................................... 15
    **List of Infringing Links** ...................................................................................................... 16
**Wing Lightings** .................................................................................................................... 22
    **Example of Infringing Uses** ............................................................................................... 22
    **List of Infringing Links** ...................................................................................................... 23
**Oasis Lamps** ........................................................................................................................ 26
    **Example of Infringing Uses** ............................................................................................... 26
    **List of Infringing Links** ...................................................................................................... 27
**Pop Lamps** ........................................................................................................................... 31
    **Example of Infringing Uses** ............................................................................................... 31
    **List of Infringing Links** ...................................................................................................... 32

121635160.1

**Momo Chandelier** ................................................................................................................................. 35

   **Examples of Infringing Uses** ............................................................................................................. 35

   **List of Infringing Links** .................................................................................................................... 36

**Vancei Lighting** ..................................................................................................................................... 81

   **Examples of Infringing Uses** ............................................................................................................. 81

   **List of Infringing Links** .................................................................................................................... 82

**Fanci Light** ............................................................................................................................................ 88

   **Examples of Infringing Uses** ............................................................................................................. 88

   **List of Infringing Links** .................................................................................................................... 89

**Cure Lighting** ........................................................................................................................................ 92

   **Examples of Infringing Uses** ............................................................................................................. 92

   **List of Infringing Links** .................................................................................................................... 92

**Clouds lights** ........................................................................................................................................ 98

   **Examples of Infringing Uses** ............................................................................................................. 98

   **List of Infringing Links** .................................................................................................................... 99

**Eric Lighting** ....................................................................................................................................... 105

   **Examples of Infringing Uses** ........................................................................................................... 105

   **List of Infringing Links** .................................................................................................................. 106

**Lighting Forever** ................................................................................................................................. 114

   **Examples of Infringing Uses** ........................................................................................................... 114

   **List of Infringing Links** .................................................................................................................. 115

**Emma Lighting** ................................................................................................................................... 119

   **Examples of Infringing Uses** ........................................................................................................... 119

   **List of Infringing Links** .................................................................................................................. 120

121635160.1

**Hurley Light** ........................................................................................................................................ 129

    **Examples of Infringing Uses** ................................................................................................ 129

    **List of Infringing Links** ........................................................................................................ 130

**Zhongshan Reborn Lighting Co. Ltd.** ................................................................................................ 132

    **Examples of Infringing Uses** ................................................................................................ 132

    **List of Infringing Links** ........................................................................................................ 133

**Zhongshan Momo Lighting Co. Ltd.** ................................................................................................ 139

    **Examples of Infringing Uses** ................................................................................................ 139

    **List of Infringing Links** ........................................................................................................ 141

**Showsun Lighting** ............................................................................................................................ 142

    **Examples of Infringing Uses** ................................................................................................ 142

    **List of Infringing Links** ........................................................................................................ 142

**Sigma Living** .................................................................................................................................... 152

    **Examples of Infringing Uses** ................................................................................................ 152

    **List of Infringing Links** ........................................................................................................ 153

**Dyco Decor** ...................................................................................................................................... 154

    **Examples of Infringing Uses** ................................................................................................ 154

    **List of Infringing Links** ........................................................................................................ 155

**Ineffable Lighting** ............................................................................................................................ 157

    **Examples of Infringing Uses** ................................................................................................ 157

    **List of Infringing Links** ........................................................................................................ 158

**Dekorfine** ........................................................................................................................................ 160

    **Examples of Infringing Uses** ................................................................................................ 160

    **List of Infringing Links** ........................................................................................................ 160

121635160.1

**Zenduce** ................................................................................................................................................ 161
    **Examples of Infringing Uses** ................................................................................................... 161
    **List of Infringing Links** ........................................................................................................... 161
**Satulight** ............................................................................................................................................. 162
    **Examples of Infringing Uses** ................................................................................................... 162
    **List of Infringing Links** ........................................................................................................... 163
**Mooni Lighting** .................................................................................................................................. 164
    **Examples of Infringing Uses** ................................................................................................... 164
    **List of Infringing Links** ........................................................................................................... 165
**Kevin Studio Inc.** ............................................................................................................................... 167
    **Examples of Infringing Uses** ................................................................................................... 167
    **List of Infringing Links** ........................................................................................................... 168

121635160.1

Marks in Use: RAIN, ARCACHON, CANNELE, HARLOW, ECLATANT, MARIGNAN, BOULE DE CRISTAL, RAVELLE, FULCRUM, SAVILE

**Alimia Light**

**Example of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Boule de Cristal** Clear Glass Round Chandelier 36" | Cell **de Crystal Ball** Clear Chandelier 36" |

https://rh.com/us/en/catalog/product/product.jsp?productId=prod18950269

https://www.alimialight.com/products/marquez-crystal-ball-clear-chandelier-36-

**List of Infringing Links**

https://www.alimialight.com/products/raindrop-round-chandelier-light-d36-

121635160.1

https://www.alimialight.com/products/modern-luxury-brach-crystal-shades-two-tier-round-chandelier

https://www.alimialight.com/products/cannele-refined-candlestick-linear-chandelier

https://www.alimialight.com/products/modern-crystal-round-chandelier-60-

https://www.alimialight.com/products/harlow-translucent-calcite-round-chandelier-43-

https://www.alimialight.com/products/eclatant-crystal-ball-round-chandelier-36-

https://www.alimialight.com/products/marquez-crystal-ball-smoke-chandelier-60

https://www.alimialight.com/products/modern-crystal-rectangle-chandelier-60-

https://www.alimialight.com/products/marignan-crystal-round-chandelier-60-

https://www.alimialight.com/products/modern-luxury-brach-crystal-shades-round-chandelier-48-

https://www.alimialight.com/products/modern-luxury-brach-crystal-shades-round-chandelier-36-

https://www.alimialight.com/products/modern-luxury-brach-crystal-shades-round-chandelier-60-

https://www.alimialight.com/products/modern-luxury-brach-crystal-shades-rectangular-chandelier

https://www.alimialight.com/products/marignan-rectangular-chandelier-60-

https://www.alimialight.com/products/modern-crystal-rectangle-chandelier-72-

https://www.alimialight.com/products/modern-crystal-round-chandelier-48-

https://www.alimialight.com/products/modern-crystal-round-chandelier-36-

https://www.alimialight.com/products/eclatant-crystal-ball-round-chandelier-48-

https://www.alimialight.com/products/eclatant-crystal-ball-round-chandelier-60-

https://www.alimialight.com/products/eclatant-crystal-ball-round-2-tier-chandelier-60-

https://www.alimialight.com/products/eclatant-crystal-ball-round-2-tier-chandelier-48-

https://www.alimialight.com/products/marquez-crystal-ball-clear-chandelier-48

121635160.1

https://www.alimialight.com/products/marquez-crystal-ball-clear-chandelier-36

https://www.alimialight.com/products/marquez-crystal-ball-smoke-chandelier-36

https://www.alimialight.com/products/marquez-crystal-ball-smoke-chandelier-48

https://www.alimialight.com/products/simple-boule-de-glass-ball-linear-chandelier-48-

https://www.alimialight.com/products/harlow-translucent-calcite-rectangular-chandelier-74-

https://www.alimialight.com/products/harlow-translucent-calcite-rectangular-chandelier-62-

https://www.alimialight.com/products/harlow-translucent-calcite-rectangular-chandelier-54-

https://www.alimialight.com/products/harlow-translucent-calcite-rectangular-chandelier-42-

https://www.alimialight.com/products/harlow-translucent-calcite-round-chandelier-19-

https://www.alimialight.com/products/harlow-translucent-calcite-round-chandelier-60-

https://www.alimialight.com/products/amoasr-raindrop-round-chandelier-light-47

https://www.alimialight.com/products/amoasr-raindrop-round-chandelier-light-60

https://www.alimialight.com/products/amoasr-raindrop-round-chandelier-light-18

https://www.alimialight.com/products/amoasr-raindrop-round-chandelier-light-36-long

https://www.alimialight.com/products/amoasr-raindrop-round-chandelier-light-47-long

https://www.alimialight.com/products/amoasr-raindrop-round-chandelier-light-60-long

https://www.alimialight.com/products/amoasr-raindrop-round-chandelier-light-36

https://www.alimialight.com/products/amoasr-spherical-linear-chandelier-lighting-72

https://www.alimialight.com/products/amoasr-spherical-linear-chandelier-lighting-54

https://www.alimialight.com/products/marquez-crystal-ball-clear-chandelier-60

https://www.alimialight.com/products/ravelle-round-chandelier-60-

https://www.alimialight.com/products/cnedos-long-candles-round-chandelier-60

https://www.alimialight.com/products/cnedos-long-candles-round-chandelier-36

https://www.alimialight.com/products/cnedos-long-candles-round-chandelier-48

https://www.alimialight.com/products/cannele-refined-candlestick-linear-chandelier-66-

https://www.alimialight.com/products/cell-crystal-ball-clear-chandelier-24-

https://www.alimialight.com/products/exquisite-smoke-crystal-ball-pendant-light

https://www.alimialight.com/products/raindrop-pendant-lighting-modern-lamp

https://www.alimialight.com/products/fulcrum-modern-minimalist-design-sense-grand-pendant-light

https://www.alimialight.com/products/crystal-clear-pearl-glass-ball-vintage-brass-pendant-light

https://www.alimialight.com/products/savile-rectangular-linear-sconce

https://www.alimialight.com/products/raindrop-wall-sconce

https://www.alimialight.com/products/marquez-smoke-crystal-wall-sconce-wall-lamps-for-bedroom

https://www.alimialight.com/products/harlow-translucent-calcite-wall-sconce

https://www.alimialight.com/products/double-head-candlestick-wall-sconce-for-living-room

https://www.alimialight.com/products/marquez-crystal-ball-double-head-wall-sconce-wall-lamps-for-bedroom

https://www.alimialight.com/products/single-head-long-rod-crystal-wall-sconce-gold-wall-sconces

https://www.alimialight.com/products/marquez-single-head-long-rod-smoke-crystal-wall-sconce

https://www.alimialight.com/products/marquez-clear-crystal-wall-sconce-wall-lamps-for-bedroom

https://www.alimialight.com/products/arcachon-18-light-k9-crystal-glass-wall-sconce

https://www.alimialight.com/products/arcachon-14-light-k9-crystal-glass-wall-sconce

https://www.alimialight.com/products/arcabs-14-light-modern-wall-sconces-wall-lamps-for-bedroom

https://www.alimialight.com/products/single-head-candlestick-wall-sconce-wall-lamps-for-bedroom

https://www.alimialight.com/products/double-head-candlestick-wall-sconce-for-living-room-1

https://www.alimialight.com/products/harlow-translucent-calcite-triple-wall-sconce

https://www.alimialight.com/products/harlow-translucent-calcite-linear-wall-sconce

121635160.1

Marks in Use: BOULE DE CRISTAL, RAIN, MARIGNAN, PEARL, CASCADA. FULCRUM, CANNELE

**Yami Lighting**

**Example of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Cascada** Square Chandelier 21" | **Cascade** Square Chandelier 21" |
| https://rh.com/catalog/product/product.jsp?productId=prod12700062 | https://www.yami-lighting.com/products/cascade-square-chandelier-21 |
| **Pearl** Rectangular Chandelier 54" | **Pearl** Linear Chandelier |
| https://rh.com/catalog/product/product.jsp?productId=prod20670356 | https://www.yami-lighting.com/products/pearl-linear-chandelier |
| **Marignan** Five-Tier Round Chandelier 60" | **Marignan** Five-Tier Round Chandelier 60" |



| RH Trademarks | Infringing Mark |
|---|---|

https://rh.com/catalog/product/product.jsp?productId=prod18950638

https://www.yami-lighting.com/products/marignan-five-tier-round-chandelier-60

**List of Infringing Links**

https://www.yami-lighting.com/products/belle-de-crystal-ball-chandelier-48

https://www.yami-lighting.com/products/raindrop-round-chandelier-d47

https://www.yami-lighting.com/products/marignan-five-tier-round-chandelier-60

https://www.yami-lighting.com/products/raindrop-round-chandelier-d18

https://www.yami-lighting.com/products/raindrop-linear-chandelier-72

https://www.yami-lighting.com/products/raindrop-linear-chandelier-54

https://www.yami-lighting.com/products/raindrop-round-chandelier-d60

https://www.yami-lighting.com/products/pearl-linear-chandelier

https://www.yami-lighting.com/products/marignan-three-tier-round-chandelier-36

https://www.yami-lighting.com/products/marignan-three-tier-rectangular-chandelier-60

https://www.yami-lighting.com/products/marignan-round-chandelier-48

https://www.yami-lighting.com/products/marignan-round-chandelier-36

https://www.yami-lighting.com/products/marignan-rectangular-chandelier-60

https://www.yami-lighting.com/products/marignan-four-tier-rectangular-chandelier-72

https://www.yami-lighting.com/products/raindrop-round-chandelier-d36

https://www.yami-lighting.com/products/pearl-round-chandelier

https://www.yami-lighting.com/products/marignan-round-chandelier-60

https://www.yami-lighting.com/products/marignan-four-tier-round-chandelier-48

https://www.yami-lighting.com/products/cascade-square-chandelier-30

https://www.yami-lighting.com/products/cascade-square-chandelier-21

https://www.yami-lighting.com/products/belle-de-crystal-linear-chandelier-w-60

https://www.yami-lighting.com/products/belle-de-crystal-linear-chandelier-w-48

https://www.yami-lighting.com/products/belle-de-crystal-double-linear-chandelier-w-60

https://www.yami-lighting.com/products/belle-de-crystal-ball-round-cluster-chandelier-19

https://www.yami-lighting.com/products/belle-de-crystal-ball-round-chandelier-72

https://www.yami-lighting.com/products/belle-de-crystal-ball-chandelier-60

https://www.yami-lighting.com/products/belle-de-crystal-ball-chandelier-36

https://www.yami-lighting.com/products/belle-de-crystal-ball-chandelier-24

https://www.yami-lighting.com/products/belle-de-crystal-ball-oval-chandelier-72

https://www.yami-lighting.com/products/cascade-square-chandelier-54

https://www.yami-lighting.com/products/raindrop-pendant

https://www.yami-lighting.com/products/raindrop-pendant-matteblack

https://www.yami-lighting.com/products/belle-de-crystal-2-lights-pendant

https://www.yami-lighting.com/products/raindrop-pendant-satinnickel

https://www.yami-lighting.com/products/belle-de-crystal-rod-pendants

https://www.yami-lighting.com/products/raindrop-rod-pendant-satin-nickel

https://www.yami-lighting.com/products/raindrop-rod-pendant-vintagebrass

https://www.yami-lighting.com/products/raindrop-rod-pendant-matteblack

https://www.yami-lighting.com/products/raindrop-pendant-vintagebrass

https://www.yami-lighting.com/products/planet-pendant

https://www.yami-lighting.com/products/pearl-pendant

https://www.yami-lighting.com/products/opaline-pendant-16

https://www.yami-lighting.com/products/fulcrum-pendant

https://www.yami-lighting.com/products/custom-5-lights-linear-raindrops

https://www.yami-lighting.com/products/fulcrum-grand-pendant

https://www.yami-lighting.com/products/belle-de-crystal-cord-pendants

https://www.yami-lighting.com/products/custom-5-lights-round-raindrops

https://www.yami-lighting.com/products/raindrop-sconce-vintagebrass

https://www.yami-lighting.com/products/raindrop-sconce-mattblack

https://www.yami-lighting.com/products/pearl-wall-sconce

https://www.yami-lighting.com/products/pearl-triple-wall-sconce

https://www.yami-lighting.com/products/pearl-double-wall-sconce

121635160.1

https://www.yami-lighting.com/products/marignan-crystal-sconce

https://www.yami-lighting.com/products/raindrop-sconce-satin-nickel

https://www.yami-lighting.com/products/fulcrum-wall-sconce

https://www.yami-lighting.com/products/cascade-sconce

https://www.yami-lighting.com/products/belle-de-crystal-grand-sconce

https://www.yami-lighting.com/products/belle-de-crystal-grand-double-sconce

https://www.yami-lighting.com/products/belle-de-crystal-ball-wall-sconce

https://www.yami-lighting.com/products/cannele-led-picture-light

https://www.yami-lighting.com/products/cannele-outdoor-torch-sconce

121635160.1

Marks in Use: AQUITAINE, BOULE DE CRISTAL, CASCADA, HARLOW, MACHINIST, PAUILLAC, PEARL, RAIN, RAVELLE, SAN MARCO, SAVILE, SPIRIDON

**Grand Lamps**

**Example of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Aquitaine** Linear Chandelier 72" | **Aquitaine** Linear Chandelier 72" Foyer Light Fixtures |
| https://rh.com/catalog/product/product.jsp?productId=prod7420564 | https://grandlamps.com/collections/chandelier/products/aquitaine-linear-chandelier-72-foyer-light-fixtures |
| **Harlow** Crystal Round Chandelier 31" | **Harlow** Crystal Round Chandelier 31" Living Room Lighting |
| https://rh.com/catalog/product/product.jsp?productId=prod18950577 | https://grandlamps.com/products/harlow-crystal-round-chandelier-31-living-room-lighting?_pos=4&_sid=2d99ae254&_ss=r |

15

| RH Trademarks | Infringing Mark |
|---|---|
| **Spiridon** Round Chandelier 44"  https://rh.com/catalog/product/product.jsp?productId=prod6410961 | **Spiridon** Round Chandelier 44" Modern Chandeliers  https://grandlamps.com/collections/chandelier/products/spiridon-round-chandelier-44-modern-chandeliers |

**List of Infringing Links**

https://grandlamps.com/collections/chandelier/products/modern-san-marco-two-tier-round-luxury-chandelier-60

https://grandlamps.com/collections/chandelier/products/spriden-round-chandelier-59

https://grandlamps.com/collections/chandelier/products/modern-san-marco-round-luxury-chandelier-37

https://grandlamps.com/collections/chandelier/products/modern-san-marco-two-tier-round-luxury-chandelier-22

https://grandlamps.com/collections/chandelier/products/rain-round-chandelier-36-raindrop-round-chandelier

https://grandlamps.com/collections/chandelier/products/rain-linear-chandelier-72-dining-room-chandeliers-50-prepaid

https://grandlamps.com/collections/chandelier/products/aquitaine-linear-chandelier-48-foyer-light-fixtures

https://grandlamps.com/collections/chandelier/products/aquitaine-linear-chandelier-60-foyer-light-fixtures

https://grandlamps.com/collections/chandelier/products/aquitaine-linear-chandelier-72-foyer-light-fixtures

https://grandlamps.com/collections/chandelier/products/aquitaine-round-chandelier-18-modern-chandeliers

16

https://grandlamps.com/collections/chandelier/products/aquitaine-round-chandelier-24-modern-chandeliers

https://grandlamps.com/collections/chandelier/products/aquitaine-round-chandelier-30-modern-chandeliers

https://grandlamps.com/collections/chandelier/products/aquitaine-round-chandelier-48-modern-chandeliers

https://grandlamps.com/collections/chandelier/products/piridon-linear-chandelier-49-modern-dining-room-lighting

https://grandlamps.com/collections/chandelier/products/spiridon-liner

https://grandlamps.com/collections/chandelier/products/spiridon-round-chandelier-32-modern-chandeliers

https://grandlamps.com/collections/chandelier/products/spiridon-round-chandelier-44-modern-chandeliers

https://grandlamps.com/collections/chandelier/products/ravelle-linear-chandelier-59-modern-dining-room-lighting

https://grandlamps.com/collections/chandelier/products/ravelle-linear-chandelier-71-modern-dining-room-lighting

https://grandlamps.com/collections/chandelier/products/rain-linear-chandelier-54-dining-room-chandeliers

https://grandlamps.com/collections/chandelier/products/rain-linear-chandelier-72dining-room-chandeliers

https://grandlamps.com/collections/chandelier/products/rain-round-chandelier-18-modern-dining-room-lighting

https://grandlamps.com/collections/chandelier/products/rain-round-chandelier-36-modern-dining-room-lighting

https://grandlamps.com/collections/chandelier/products/rain-round-chandelier-47-modern-dining-room-lighting

https://grandlamps.com/collections/chandelier/products/rain-round-chandelier-60-home-depot-chandeliers

https://grandlamps.com/collections/chandelier/products/harlow-crystal-round-chandelier-19-living-room-lighting

https://grandlamps.com/collections/chandelier/products/harlow-crystal-round-chandelier-31-living-room-lighting

https://grandlamps.com/collections/chandelier/products/harlow-crystal-round-chandelier-43-living-room-lighting

https://grandlamps.com/collections/chandelier/products/harlow-crystal-round-chandelier-60-living-room-lighting

https://grandlamps.com/collections/chandelier/products/ravelle-round-chandelier-36-modern-chandeliers

https://grandlamps.com/collections/chandelier/products/ravelle-round-chandelier-48-modern-chandeliers

121635160.1

https://grandlamps.com/collections/chandelier/products/ravelle-round-chandelier-60-modern-chandeliers

https://grandlamps.com/collections/chandelier/products/pearl-round-chandelier-22modern-dining-room-lighting

https://grandlamps.com/collections/chandelier/products/pearl-round-chandelier-60-modern-dining-room-lighting

https://grandlamps.com/collections/chandelier/products/rain-linear-chandelier-72-dining-room-chandeliers-50-final-payment

https://grandlamps.com/collections/chandelier/products/modern-san-marco-linear-luxury-chandelier-54

https://grandlamps.com/collections/chandelier/products/modern-san-marco-two-tier-round-luxury-chandelier-48

https://grandlamps.com/collections/chandelier/products/pearl-linear-living-room-chandelier-vintage-light-fixture-72

https://grandlamps.com/collections/chandelier/products/luxury-pearl-linear-chandelier-vintage-light-fixture-36

https://grandlamps.com/collections/chandelier/products/luxury-pearl-linear-living-room-chandelier-vintage-light-fixture-54

https://grandlamps.com/collections/chandelier/products/luxury-pearl-round-living-room-chandelier-vintage-light-fixture-38

https://grandlamps.com/collections/chandelier/products/luxury-pearl-round-living-room-chandelier-vintage-light-fixture-48

https://grandlamps.com/collections/chandelier/products/52c858c1-dc71-4ced-9318-fb5c85e36cf8

**https://grandlamps.com/collections/chandelier/products/a24a0143-b3a4-4728-a226-a60f104886d6**

https://grandlamps.com/collections/chandelier/products/524c0e4a-94d6-4447-9edf-8ea711670472

**https://grandlamps.com/collections/chandelier/products/bd431e8e-efce-4515-b8ec-1ca3a280baad**

https://grandlamps.com/collections/chandelier/products/7a72772a-42f4-4b9b-9d87-1a01066cfdfc

https://grandlamps.com/collections/chandelier/products/d747c867-dc2e-450d-84eb-fe63b5d8e73b

https://grandlamps.com/collections/chandelier/products/7b401037-8651-41ab-869f-aec3483626e4

https://grandlamps.com/collections/chandelier/products/86695567-b1f0-4ebd-8957-0bb002d7c154

**https://grandlamps.com/collections/chandelier/products/4c0aa31b-04cd-4ff4-99e3-c786e0e41a81**

https://grandlamps.com/collections/chandelier/products/516d4161-948a-475c-9a94-6ccdbb269f16

https://grandlamps.com/collections/chandelier/products/a31b98cb-1a82-4e9d-95a3-a36f90ce8e32

https://grandlamps.com/collections/chandelier/products/48a8cba1-64aa-4dce-9abf-376bf5d6af84

https://grandlamps.com/collections/chandelier/products/a45e704d-4def-44d9-8d26-04e9e022e35b

https://grandlamps.com/collections/chandelier/products/b7539703-6060-4246-96a1-c3a69f0469de

https://grandlamps.com/collections/linear-chandelier/products/rain-linear-chandelier-72-dining-room-chandeliers-50-final-payment

https://grandlamps.com/collections/linear-chandelier/products/rain-linear-chandelier-72dining-room-chandeliers

https://grandlamps.com/collections/linear-chandelier/products/rain-linear-chandelier-72-dining-room-chandeliers-50-prepaid

https://grandlamps.com/collections/linear-chandelier/products/524c0e4a-94d6-4447-9edf-8ea711670472

https://grandlamps.com/collections/linear-chandelier/products/bd431e8e-efce-4515-b8ec-1ca3a280baad

https://grandlamps.com/collections/linear-chandelier/products/52c858c1-dc71-4ced-9318-fb5c85e36cf8

https://grandlamps.com/collections/linear-chandelier/products/a24a0143-b3a4-4728-a226-a60f104886d6

https://grandlamps.com/collections/linear-chandelier/products/luxury-pearl-linear-living-room-chandelier-vintage-light-fixture-54

https://grandlamps.com/collections/linear-chandelier/products/luxury-pearl-linear-chandelier-vintage-light-fixture-36

https://grandlamps.com/collections/linear-chandelier/products/pearl-linear-living-room-chandelier-vintage-light-fixture-72

https://grandlamps.com/collections/linear-chandelier/products/modern-san-marco-linear-luxury-chandelier-54

https://grandlamps.com/collections/linear-chandelier/products/rain-linear-chandelier-54-dining-room-chandeliers

https://grandlamps.com/collections/linear-chandelier/products/ravelle-linear-chandelier-71-modern-dining-room-lighting

https://grandlamps.com/collections/linear-chandelier/products/ravelle-linear-chandelier-59-modern-dining-room-lighting

https://grandlamps.com/collections/linear-chandelier/products/spiridon-liner

https://grandlamps.com/collections/linear-chandelier/products/piridon-linear-chandelier-49-modern-dining-room-lighting

https://grandlamps.com/collections/linear-chandelier/products/aquitaine-linear-chandelier-72-foyer-light-fixtures

121635160.1

https://grandlamps.com/collections/linear-chandelier/products/aquitaine-linear-chandelier-60-foyer-light-fixtures

https://grandlamps.com/collections/linear-chandelier/products/aquitaine-linear-chandelier-48-foyer-light-fixtures

https://grandlamps.com/collections/pendant-light/products/rain-pendant-raindrop-pendant-lighting

https://grandlamps.com/collections/pendant-light/products/aquitaine-pendant-morden-pendant-lighting

https://grandlamps.com/collections/pendant-light/products/cristal-clear-glass-cord-pendant

https://grandlamps.com/collections/pendant-light/products/pauillac-pendant-morden-pendant-lighting

https://grandlamps.com/collections/pendant-light/products/rain-pendant-crystal-raindrop-pendant-lighting-%E7%9A%84%E5%89%AF%E6%9C%AC

https://grandlamps.com/collections/pendant-light/products/rain-pendant-crystal-raindrop-pendant-lighting

https://grandlamps.com/collections/wall-sconce/products/savile-rectangular-linear-sconce-bedroom-wall-sconces

https://grandlamps.com/collections/wall-sconce/products/san-marco-rectangular-sconce-modern-wall-sconce

https://grandlamps.com/collections/wall-sconce/products/san-marco-round-sconce-modern-wall-sconce

https://grandlamps.com/collections/wall-sconce/products/cascada-sconce-crystal-wall-sconce

https://grandlamps.com/collections/wall-sconce/products/machinist-glass-cylinder-sconce-9-modern-wall-sconce

https://grandlamps.com/collections/wall-sconce/products/savile-cube-sconce-modern-wall-sconce

https://grandlamps.com/collections/wall-sconce/products/savile-grand-round-sconce-modern-wall-sconce

https://grandlamps.com/collections/wall-sconce/products/ravelle-double-sconce-stairwell-wall-sconce

https://grandlamps.com/collections/wall-sconce/products/ravelle-grand-sconce-stairwell-wall-sconce

https://grandlamps.com/collections/wall-sconce/products/pearl-sconce-modern-wall-lamp

https://grandlamps.com/collections/wall-sconce/products/rain-sconce-modern-bedroom-wall-lamp

https://grandlamps.com/collections/wall-sconce/products/gold-modern-wall-sconce-glass-shaded-ravele-linear-modern-wall-sconce

21

Marks in Use: BOULE DE CRISTAL, ,CASCADA,  FULCRUM,  RAIN, SAVILE,

**Wing Lightings**

**Example of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Pearl** Round Chandelier 22" | **Perle** Round Glass Chandelier |
| https://rh.com/catalog/product/product.jsp?productId=prod22170352 | https://www.winglightings.com/products/perle-round-glass-chandelier |
| **Fulcrum** Grand Pendant | **Full Krum** Modern Glass Shade Pendant Light |
| https://rh.com/catalog/product/product.jsp?productId=prod20670373 | https://www.winglightings.com/products/full-krum-modern-glass-shade-pendant-light |

121635160.1

| RH Trademarks | Infringing Mark |
|---|---|
| **Cascada** Square Chandelier 21" | <mark>Glass **Cascade** Square Chandelier 21"</mark> |
|  | |
| https://rh.com/catalog/product/product.jsp?productId=prod12700062 | https://www.winglightings.com/products/glass-cascade-square-chandelier-21 |

**List of Infringing Links**

https://www.winglightings.com/products/pleuvoir-linear-chandelier-lighting-72

https://www.winglightings.com/products/raindrop-round-chandelier-modern-chandelier-for-living-room-47

https://www.winglightings.com/products/raindrop-round-chandelier-light-round-crystal-chandelier

https://www.winglightings.com/products/raindrop-round-chandelier-round-chandelier-modern-for-bedroom-18

https://www.winglightings.com/products/perle-linear-rectangle-glass-chandelier

https://www.winglightings.com/products/perle-round-glass-chandelier

https://www.winglightings.com/products/full-krum-glass-shade-linear-chandelier-73-3-lights

https://www.winglightings.com/products/full-krum-glass-shade-round-chandelier-61-5-lights

https://www.winglightings.com/products/full-krum-linear-chandelier-61-3-lights

https://www.winglightings.com/products/glass-cascade-square-chandelier-21

121635160.1

https://www.winglightings.com/products/glass-cascade-square-chandelier-30

https://www.winglightings.com/products/savie-linear-chandelier

https://www.winglightings.com/products/raindrop-round-chandelier-modern-glass-chandelier-3

https://www.winglightings.com/products/drip-drop-raindrop-linear-chandelier-for-dining-room-72

https://www.winglightings.com/products/drip-drop-raindrop-linear-chandelier-for-dining-room-55

https://www.winglightings.com/products/drip-drop-raindrop-round-chandelier

https://www.winglightings.com/products/pleuvoir-raindrop-pendant-lighting-modern-brass

https://www.winglightings.com/products/cristal-pendant-light-mangata-smoke-crystal-kitchen-pendant-lighting

https://www.winglightings.com/products/cristal-pendant-light-mangata-clear-crystal-kitchen-pendant-lighting-brass

https://www.winglightings.com/products/5-light-raindrop-linear-chandelier

https://www.winglightings.com/products/raindrop-rod-pendant-matteblack

https://www.winglightings.com/products/modern-perle-glass-pendant-light

https://www.winglightings.com/products/glass-cascade-square-chandelier-54

https://www.winglightings.com/products/raindrop-rod-pendant-vintagebrass

https://www.winglightings.com/products/full-krum-modern-glass-shade-pendant-light

https://www.winglightings.com/products/copy-of-full-krum-grand-glass-shade-pendant-light

https://www.winglightings.com/products/raindrop-rod-pendant-satin-nickel

https://www.winglightings.com/products/raindrop-wall-light-pleuvoir-crystal-decorative-wall-sconces-for-bedroom

https://www.winglightings.com/products/modern-perle-glass-wall-sconces

https://www.winglightings.com/products/modern-double-perle-glass-wall-sconces

https://www.winglightings.com/products/modern-triple-perle-glass-wall-sconces-triple-wall-light

https://www.winglightings.com/products/full-krum-glass-shade-wall-sconce

https://www.winglightings.com/products/full-krum-grand-glass-shade-wall-sconce

https://www.winglightings.com/products/glass-cascade-brass-wall-sconce-wall-lamps-for-bedroom

Marks in use: AQUITAINE,  BOULE DE CRISTAL, CASCADA, ECLATANT, FULCRUM, HARLOW, MARIGNAN,

PEARL, RAIN, RAVELLE, SAVILE, SPIRIDON

**Oasis Lamps**

**Example of Infringing Uses**

| RH Trademarks | Infringing Mark |
|---|---|



| **Harlow** Calcite Round Chandelier 60" | **Harlow** Calcite De Round Chanedlier 60" |
|---|---|
| https://rh.com/catalog/product/product.jsp?productId=prod19670082 | https://oasislamps.com/products/hewson-calcite-round-chandelier-62 |
| **Spiridon** Round Chandelier 44" | Crystal **Spiridon** Ring Chandelier D32" 44" 59" |
| https://rh.com/catalog/product/product.jsp?productId=prod6410961 | https://oasislamps.com/products/crystal-spiridon-ring-chandelier-d32-44-59 |
| **Ravelle** Grand Sconce | Glass Shaded **Ravelle** Grand Wall Sconce |

| RH Trademarks | Infringing Mark |
|---|---|
|  | |
| https://rh.com/catalog/product/product.jsp?productId=prod17430468&sale=false&src=upsell | https://oasislamps.com/products/glass-shaded-ravelle-grand-wall-sconce |

**List of Infringing Links**

https://oasislamps.com/products/raindrop-pendant-round-chandelier-36-coppery-black

https://oasislamps.com/products/eclatant-2-tier-round-chandelier-48-led-lights

https://oasislamps.com/products/belle-de-crystal-ball-chandelier-60-coppery-black

https://oasislamps.com/products/belle-de-crystal-ball-rund-cluster-chandelier-40

https://oasislamps.com/products/pearl-ball-pendant-round-chandelier-38-w-coppery-black

https://oasislamps.com/products/marignac-crystal-chain-multi-tier-round-chandelier-36-48-60

https://oasislamps.com/products/marignac-crystal-chain-multi-tier-rectangle-chandelier-60-72

https://oasislamps.com/products/belle-de-crystal-ball-long-chandelier-w-48-coppery-black

https://oasislamps.com/products/eclatant-crystal-ball-2-tier-round-chandelier-60

https://oasislamps.com/products/cascada-square-chandelier-20

https://oasislamps.com/products/eclatant-round-chandelier-48-led-lights

121635160.1

https://oasislamps.com/products/boule-de-cristal-clear-glass-flushmount-24

https://oasislamps.com/products/belle-de-crystal-ball-chandelier-48-coppery-black

https://oasislamps.com/products/aquitania-tapered-tubular-linear-chandelier-48-60-72

https://oasislamps.com/products/raindrop-pendant-round-chandelier-47-coppery-black

https://oasislamps.com/products/marignan-round-chandelier-36

https://oasislamps.com/products/raindrop-pendant-round-chandelier-60-coppery-black

https://oasislamps.com/products/copy-of-marignan-round-chandelier-60

https://oasislamps.com/products/cascada-rectangular-chandelier-55

https://oasislamps.com/products/raindrop-pendant-long-chandelier-72-coppery-black

https://oasislamps.com/products/raindrop-pendant-chandelier

https://oasislamps.com/products/copy-of-savi-linear-chandelier-24-2-lights

https://oasislamps.com/products/cascada-square-chandelier-30

https://oasislamps.com/products/raindrop-pendant-chandelier

https://oasislamps.com/products/cascada-square-chandelier-30

https://oasislamps.com/products/cascada-rectangular-chandelier-54

https://oasislamps.com/products/pearl-ball-pendant-round-chandelier-48-coppery-black

https://oasislamps.com/products/marignan-round-chandelier-20

https://oasislamps.com/products/pearl-ball-pendant-lighting

https://oasislamps.com/products/belle-de-crystal-ball-chandelier-36-coppery-black

https://oasislamps.com/products/eclatant-round-chandelier-60-led-lights

https://oasislamps.com/products/raindrop-pendant-round-chandelier-18-coppery-black

121635160.1

https://oasislamps.com/products/raindrop-pendant-long-chandelier-54-coppery-black

https://oasislamps.com/products/pearl-ball-pendant-round-chandelier-60-coppery-black

https://oasislamps.com/products/pearl-ball-pendant-long-chandelier-72-w-coppery-black

https://oasislamps.com/products/aquitania-tapered-tubular-round-chandelier-24-30-48

https://oasislamps.com/products/savi-linear-chandelier-72-6-lights

https://oasislamps.com/products/savi-linear-chandelier-48-6-lights

https://oasislamps.com/products/pearl-ball-pendant-round-chandelier-22-w-coppery-black

https://oasislamps.com/products/pearl-ball-pendant-chandelier-38

https://oasislamps.com/products/hewson-calcite-rectangular-chandelier-74

https://oasislamps.com/products/hewson-calcite-round-chandelier-31

https://oasislamps.com/products/belle-de-crystal-ball-chandelier-72-coppery-black

https://oasislamps.com/products/hewson-calcite-rectangular-chandelier-55

https://oasislamps.com/products/hewson-calcite-round-chandelier-21

https://oasislamps.com/products/54-w-pearl-ball-pendant-long-chandelier-coppery-black

https://oasislamps.com/products/hewson-calcite-round-chandelier-43

https://oasislamps.com/products/hewson-calcite-rectangular-chandelier-62

https://oasislamps.com/products/hewson-calcite-rectangular-chandelier-42

https://oasislamps.com/products/hewson-calcite-round-chandelier-62

https://oasislamps.com/products/belle-de-crystal-ball-chandelier-24-coppery-black

https://oasislamps.com/products/elegant-living-room-single-round-chandelier-36

https://oasislamps.com/products/crystal-spiridon-ring-chandelier-d32-44-59

121635160.1

https://oasislamps.com/products/marie-round-chandelier-60

https://oasislamps.com/products/belle-de-crystal-ball-long-chandelier-w-60-coppery-black

https://oasislamps.com/products/belle-de-crystal-ball-long-linear-chandelier-w-60-coppery-black

https://oasislamps.com/products/modern-cascade-glass-wall-sconce-h-22

https://oasislamps.com/products/glass-shaded-ravelle-linear-wall-sconce

https://oasislamps.com/products/single-head-clear-crystal-ball-wall-sconce

https://oasislamps.com/products/blown-glass-rain-wall-sconce

https://oasislamps.com/products/glass-shaded-ravelle-wall-sconce

https://oasislamps.com/products/3-head-pearl-wall-sconce

https://oasislamps.com/products/double-head-clear-crystal-ball-wall-sconce

https://oasislamps.com/products/single-head-pearl-wall-sconce

https://oasislamps.com/products/fulcrum-wall-sconce

https://oasislamps.com/products/2-head-pearl-wall-sconce

https://oasislamps.com/products/fulcrum-grand-wall-sconce

https://oasislamps.com/products/glass-shaded-ravelle-double-wall-sconce

https://oasislamps.com/products/glass-shaded-ravelle-grand-wall-sconce

https://oasislamps.com/products/blown-glass-rain-pendant-lighting

https://oasislamps.com/products/fulcrum-pendant

https://oasislamps.com/products/raindrop-rod-pendant-matteblack

https://oasislamps.com/products/raindrop-pendant-lighting-1-light

121635160.1

Marks in Use: BOULE DE CRISTAL, MARIGNAN, PEARL, RAIN

**Pop Lamps**

**Example of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Marignan** Round Chandelier 36" | **Marignan** Crystal Round Chandelier |
| https://rh.com/catalog/product/product.jsp?productId=prod20520226&sale=false | https://www.poplamps.com/collections/chandelier/products/marignan-crystal-round-chandelier |
| **Rain** Round Chandelier 18" | **Raindrop** Round Chandelier 18" |
| https://rh.com/catalog/product/product.jsp?productId=prod20670290 | |

| RH Trademarks | Infringing Mark |
|---|---|
| | https://www.poplamps.com/collections/chandelier/products/raindrop-round-chandelier-d18 |
| **Pearl** Pendent | **Pearl** Ball Pendant |



https://rh.com/catalog/product/product.jsp?productId=prod20670334&sale=false

https://www.poplamps.com/collections/pendant-light/products/pearl-ball-pendant

**List of Infringing Links**

https://www.poplamps.com/collections/chandelier/products/balle-be-clear-crystal-linear-chandelier-60-brass

https://www.poplamps.com/collections/chandelier/products/balle-be-clear-crystal-linear-chandelier-60-mattblack

https://www.poplamps.com/collections/chandelier/products/balle-de-clear-crystal-linear-chandelier-48-brass

https://www.poplamps.com/collections/chandelier/products/balle-de-clear-crystal-linear-chandelier-48-mattblack

https://www.poplamps.com/collections/chandelier/products/balle-be-crystal-round-chandelier-36-brass

https://www.poplamps.com/collections/chandelier/products/balle-de-crystal-round-chandelier-36-mattblack

https://www.poplamps.com/collections/chandelier/products/balle-de-crystal-round-chandelier-48-brass

https://www.poplamps.com/collections/chandelier/products/balle-de-crystal-round-chandelier-48-mattblack

https://www.poplamps.com/collections/chandelier/products/balle-de-crystal-round-chandelier-60-brass

https://www.poplamps.com/collections/chandelier/products/balle-de-crystal-round-chandelier-60-mattblack

https://www.poplamps.com/collections/chandelier/products/bella-de-crystal-linear-chandelier

https://www.poplamps.com/collections/chandelier/products/bella-de-crystal-round-chandelier

https://www.poplamps.com/collections/chandelier/products/marignan-crystal-rectangular-chandelier

https://www.poplamps.com/collections/chandelier/products/marignan-crystal-round-chandelier

https://www.poplamps.com/collections/chandelier/products/marignan-tiered-rectangular-crystal-chandelier

https://www.poplamps.com/collections/chandelier/products/marignan-tiered-round-crystal-chandelier

https://www.poplamps.com/collections/chandelier/products/raindrop-round-chandelier-d18

https://www.poplamps.com/collections/pendant-light/products/balle-de-clear-crystal-pendant-brass

https://www.poplamps.com/collections/pendant-light/products/balle-de-clear-crystal-pendant-mattblack

https://www.poplamps.com/collections/pendant-light/products/balle-de-smoke-crystal-pendant-brass

https://www.poplamps.com/collections/pendant-light/products/balle-de-smoke-crystal-pendant-mattblack

https://www.poplamps.com/collections/pendant-light/products/pearl-ball-pendant

https://www.poplamps.com/collections/pendant-light/products/raindrop-glass-pendant-light-matteblack

https://www.poplamps.com/collections/pendant-light/products/raindrop-glass-pendant-light-satinnickel

https://www.poplamps.com/collections/wall-sconce/products/balle-de-clear-crystal-grand-double-sconce-brass

https://www.poplamps.com/collections/wall-sconce/products/balle-de-clear-crystal-grand-double-sconce-mattblack

https://www.poplamps.com/collections/wall-sconce/products/balle-de-clear-crystal-grand-sconce-brass

https://www.poplamps.com/collections/wall-sconce/products/balle-de-smoke-crystal-grand-sconce-brass

https://www.poplamps.com/collections/wall-sconce/products/balle-de-smoke-crystal-grand-double-sconce-mattblack

https://www.poplamps.com/collections/wall-sconce/products/balle-de-smoke-crystal-grand-double-sconce-brass

121635160.1

https://www.poplamps.com/collections/wall-sconce/products/balle-de-clear-crystal-sconce-mattblack

https://www.poplamps.com/collections/wall-sconce/products/balle-de-clear-crystal-sconce-brass

https://www.poplamps.com/collections/wall-sconce/products/balle-de-clear-crystal-grand-sconce-mattblack

https://www.poplamps.com/collections/wall-sconce/products/balle-de-smoke-crystal-grand-sconce-mattblack

https://www.poplamps.com/collections/wall-sconce/products/balle-de-smoke-crystal-sconce-brass

https://www.poplamps.com/collections/wall-sconce/products/balle-de-smoke-crystal-sconce-mattblack

https://www.poplamps.com/collections/wall-sconce/products/cornelius-double-glass-wall-sconces

https://www.poplamps.com/collections/wall-sconce/products/pearl-wall-sconce

https://www.poplamps.com/collections/wall-sconce/products/raindrop-glass-wall-sconce-satinnickel

https://www.poplamps.com/collections/wall-sconce/products/raindrop-glass-wall-sconce-vintagebrass-cord

https://www.poplamps.com/collections/wall-sconce/products/raindrop-glass-wall-sconce-vintagebrass-rod

Marks in Use: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CAMINO, CANNELE, CASCADA, ECLATANT, FULCRUM, HARLOW, MACHINIST, MARIGNAN, PAUILLAC, PEARL, RAIN, RAVELLE, RHYS, SAN MARCO, SAVILE, SPIRIDON, UTILITAIRE, and WRIGHT

**Momo Chandelier**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Fulcrum** Grand Sconce | **Fulcrum** Grand Sconce |
| https://rh.com/catalog/product/product.jsp?productId=prod22170370 | https://momochandelier.com/product/fulcrum-grand-sconce/ |
| **Pearl** Pendent | **Pearl** Pendent |
| https://rh.com/catalog/product/product.jsp?productId=prod20670334&sale=false | https://momochandelier.com/product/pearl-pendant/ |

| RH Trademarks | Infringing Mark |
|---|---|
| **Boule De Cristal** Clear Glass Double Linear Chandelier 60"  https://rh.com/catalog/product/product.jsp?productId=prod14880242 | **Boule De Cristal** Clear Glass Double Linear Chandelier 60" https://momochandelier.com/product/boule-de-cristal-clear-glass-double-linear-chandelier-60/ |

**List of Infringing Links**

https://momochandelier.com/product/aquitaine-linear-chandelier-48/

https://momochandelier.com/product/aquitaine-linear-chandelier-48-2/

https://momochandelier.com/product/aquitaine-linear-chandelier-48-3/

https://momochandelier.com/product/aquitaine-linear-chandelier-60/

https://momochandelier.com/product/aquitaine-linear-chandelier-60-2/

https://momochandelier.com/product/aquitaine-linear-chandelier-60-3/

https://momochandelier.com/product/aquitaine-linear-chandelier-72/

https://momochandelier.com/product/aquitaine-linear-chandelier-72-2/

https://momochandelier.com/product/aquitaine-linear-chandelier-72-3/

https://momochandelier.com/product/aquitaine-round-chandelier-18/

https://momochandelier.com/product/aquitaine-round-chandelier-18-2/

https://momochandelier.com/product/aquitaine-round-chandelier-18-3/

https://momochandelier.com/product/aquitaine-round-chandelier-24/

https://momochandelier.com/product/aquitaine-round-chandelier-24-2/

https://momochandelier.com/product/aquitaine-round-chandelier-24-3/

https://momochandelier.com/product/aquitaine-round-chandelier-30/

https://momochandelier.com/product/aquitaine-round-chandelier-30-2/

https://momochandelier.com/product/aquitaine-round-chandelier-30-3/

https://momochandelier.com/product/aquitaine-round-chandelier-48/

https://momochandelier.com/product/aquitaine-round-chandelier-48-2/

https://momochandelier.com/product/aquitaine-round-chandelier-48-3/

https://momochandelier.com/product/arcachon-led-rectangular-chandelier-54/

https://momochandelier.com/product/arcachon-led-rectangular-chandelier-54-2/

https://momochandelier.com/product/arcachon-led-rectangular-chandelier-72-3/

https://momochandelier.com/product/arcachon-led-rectangular-chandelier-72/

https://momochandelier.com/product/arcachon-led-rectangular-chandelier-72-2/

https://momochandelier.com/product/arcachon-led-round-chandelier-36/

https://momochandelier.com/product/arcachon-led-round-chandelier-36-2/

https://momochandelier.com/product/arcachon-led-round-chandelier-36-3/

https://momochandelier.com/product/arcachon-led-round-chandelier-48/

https://momochandelier.com/product/arcachon-led-round-chandelier-48-2/

https://momochandelier.com/product/arcachon-led-round-chandelier-48-3/

https://momochandelier.com/product/arcachon-led-round-chandelier-60/

https://momochandelier.com/product/arcachon-led-round-chandelier-60-2/

https://momochandelier.com/product/arcachon-led-round-chandelier-60-3/

https://momochandelier.com/product/arcachon-led-round-two-tier-chandelier-60/

https://momochandelier.com/product/arcachon-led-round-two-tier-chandelier-60-2/

https://momochandelier.com/product/arcachon-led-round-two-tier-chandelier-60-3/

https://momochandelier.com/product/arcachon-rectangular-chandelier-72/

https://momochandelier.com/product/arcachon-round-chandelier-36/

https://momochandelier.com/product/arcachon-round-chandelier-48/

https://momochandelier.com/product/boule-de-cristal-clear-glass-double-linear-chandelier-60/

https://momochandelier.com/product/boule-de-cristal-clear-glass-double-linear-chandelier-60-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-double-linear-chandelier-60-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-linear-chandelier-48/

https://momochandelier.com/product/boule-de-cristal-clear-glass-linear-chandelier-48-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-linear-chandelier-48-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-linear-chandelier-60/

https://momochandelier.com/product/boule-de-cristal-clear-glass-linear-chandelier-60-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-linear-chandelier-60-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-oval-chandelier-72/

121635160.1

https://momochandelier.com/product/boule-de-cristal-clear-glass-oval-chandelier-72-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-oval-chandelier-72-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-24/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-24-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-24-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-36/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-36-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-36-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-48-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-48/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-48-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-60/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-60-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-60-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-72/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-72-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-chandelier-72-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-14/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-14-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-14-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-19/

121635160.1

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-19-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-19-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-24/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-24-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-24-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-30/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-30-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-30-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-40/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-40-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-round-cluster-chandelier-40-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-double-linear-chandelier-60/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-double-linear-chandelier-60-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-double-linear-chandelier-60-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-linear-chandelier-48/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-linear-chandelier-48-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-linear-chandelier-48-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-linear-chandelier-60/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-linear-chandelier-60-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-linear-chandelier-60-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-oval-chandelier-72/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-oval-chandelier-72-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-oval-chandelier-72-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-24/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-24-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-24-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-36/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-36-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-36-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-48/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-48-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-48-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-60/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-60-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-60-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-72/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-72-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-chandelier-72-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-14/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-14-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-14-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-19/

121635160.1

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-19-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-19-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-24/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-24-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-24-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-24-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-30-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-30-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-40/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-40-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-round-cluster-chandelier-40-3/

https://momochandelier.com/product/camino-vintage-candelabra-rectangular-chandelier-41/

https://momochandelier.com/product/camino-vintage-candelabra-rectangular-chandelier-52/

https://momochandelier.com/product/camino-vintage-candelabra-round-chandelier-26/

https://momochandelier.com/product/camino-vintage-candelabra-round-chandelier-26-2/

https://momochandelier.com/product/camino-vintage-candelabra-round-chandelier-38/

https://momochandelier.com/product/camino-vintage-candelabra-round-chandelier-38-2/

https://momochandelier.com/product/camino-vintage-candelabra-round-chandelier-50/

https://momochandelier.com/product/camino-vintage-candelabra-round-chandelier-50-2/

https://momochandelier.com/product/camino-vintage-candelabra-round-chandelier-63/

https://momochandelier.com/product/camino-vintage-candelabra-round-chandelier-63-2/

121635160.1

https://momochandelier.com/product/camino-vintage-candelabra-round-chandelier-73/

https://momochandelier.com/product/camino-vintage-candelabra-round-chandelier-73-2/

https://momochandelier.com/product/camino-vintage-candelabra-two-tier-chandelier-38/

https://momochandelier.com/product/camino-vintage-candelabra-two-tier-chandelier-50/

https://momochandelier.com/product/camino-vintage-candelabra-two-tier-chandelier-63/

https://momochandelier.com/product/camino-vintage-candelabra-two-tier-chandelier-71/

https://momochandelier.com/product/camino-vintage-filament-rectangular-chandelier-41/

https://momochandelier.com/product/camino-vintage-filament-rectangular-chandelier-41-2/

https://momochandelier.com/product/camino-vintage-filament-rectangular-chandelier-52/

https://momochandelier.com/product/camino-vintage-filament-rectangular-chandelier-52-2/

https://momochandelier.com/product/camino-vintage-filament-round-chandelier-26/

https://momochandelier.com/product/camino-vintage-filament-round-chandelier-26-2/

https://momochandelier.com/product/camino-vintage-filament-round-chandelier-38/

https://momochandelier.com/product/camino-vintage-filament-round-chandelier-38-2/

https://momochandelier.com/product/camino-vintage-filament-round-chandelier-50/

https://momochandelier.com/product/camino-vintage-filament-round-chandelier-50-2/

https://momochandelier.com/product/camino-vintage-filament-round-chandelier-63/

https://momochandelier.com/product/camino-vintage-filament-round-chandelier-63-2/

https://momochandelier.com/product/camino-vintage-filament-round-chandelier-73/

https://momochandelier.com/product/camino-vintage-filament-round-chandelier-73-2/

https://momochandelier.com/product/camino-vintage-filament-two-tier-chandelier-38/

121635160.1

https://momochandelier.com/product/camino-vintage-filament-two-tier-chandelier-50/

https://momochandelier.com/product/camino-vintage-filament-two-tier-chandelier-50-2/

https://momochandelier.com/product/camino-vintage-filament-two-tier-chandelier-63/

https://momochandelier.com/product/camino-vintage-filament-two-tier-chandelier-71/

https://momochandelier.com/product/cannele-linear-chandelier-55/

https://momochandelier.com/product/cannele-linear-chandelier-55-2/

https://momochandelier.com/product/cannele-linear-chandelier-55-3/

https://momochandelier.com/product/cannele-linear-chandelier-67/

https://momochandelier.com/product/cannele-linear-chandelier-67-2/

https://momochandelier.com/product/cannele-linear-chandelier-67-3/

https://momochandelier.com/product/cannele-round-chandelier-36/

https://momochandelier.com/product/cannele-round-chandelier-36-2/

https://momochandelier.com/product/cannele-round-chandelier-36-3/

https://momochandelier.com/product/cannele-round-chandelier-48/

https://momochandelier.com/product/cannele-round-chandelier-48-2/

https://momochandelier.com/product/cannele-round-chandelier-48-3/

https://momochandelier.com/product/cannele-round-chandelier-60/

https://momochandelier.com/product/cannele-round-chandelier-60-2/

https://momochandelier.com/product/cannele-round-chandelier-60-3/

https://momochandelier.com/product/cannele-round-chandelier-72/

https://momochandelier.com/product/cannele-round-chandelier-72-2/

121635160.1

https://momochandelier.com/product/cannele-round-chandelier-72-3/

https://momochandelier.com/product/cascada-rectangular-chandelier-54/

https://momochandelier.com/product/cascada-rectangular-chandelier-54-2/

https://momochandelier.com/product/cascada-rectangular-chandelier-54-3/

https://momochandelier.com/product/cascada-square-chandelier-20/

https://momochandelier.com/product/cascada-square-chandelier-20-2/

https://momochandelier.com/product/cascada-square-chandelier-20-3/

https://momochandelier.com/product/cascada-square-chandelier-30/

https://momochandelier.com/product/cascada-square-chandelier-30-2/

https://momochandelier.com/product/cascada-square-chandelier-30-3/

https://momochandelier.com/product/eclatant-linear-chandelier-54/

https://momochandelier.com/product/eclatant-linear-chandelier-54-2/

https://momochandelier.com/product/eclatant-linear-chandelier-72/

https://momochandelier.com/product/eclatant-linear-chandelier-72-2/

https://momochandelier.com/product/eclatant-rectangular-chandelier-54/

https://momochandelier.com/product/eclatant-rectangular-chandelier-54-2/

https://momochandelier.com/product/eclatant-rectangular-chandelier-54-3/

https://momochandelier.com/product/eclatant-rectangular-chandelier-72/

https://momochandelier.com/product/eclatant-rectangular-chandelier-72-2/

https://momochandelier.com/product/eclatant-rectangular-chandelier-72-3/

https://momochandelier.com/product/eclatant-round-chandelier-36/

https://momochandelier.com/product/eclatant-round-chandelier-36-2/

https://momochandelier.com/product/eclatant-round-chandelier-36-3/

https://momochandelier.com/product/eclatant-round-chandelier-48/

https://momochandelier.com/product/eclatant-round-chandelier-48-2/

https://momochandelier.com/product/eclatant-round-chandelier-48-3/

https://momochandelier.com/product/eclatant-round-chandelier-60/

https://momochandelier.com/product/eclatant-round-chandelier-60-2/

https://momochandelier.com/product/eclatant-round-chandelier-60-3/

https://momochandelier.com/product/eclatant-two-tier-round-chandelier-48/

https://momochandelier.com/product/eclatant-two-tier-round-chandelier-48-2/

https://momochandelier.com/product/eclatant-two-tier-round-chandelier-48-3/

https://momochandelier.com/product/eclatant-two-tier-round-chandelier-60/

https://momochandelier.com/product/eclatant-two-tier-round-chandelier-60-2/

https://momochandelier.com/product/fulcrum-linear-chandelier-61/

https://momochandelier.com/product/fulcrum-linear-chandelier-61-2/

https://momochandelier.com/product/fulcrum-linear-chandelier-61-3/

https://momochandelier.com/product/fulcrum-linear-chandelier-73/

https://momochandelier.com/product/fulcrum-linear-chandelier-73-2/

https://momochandelier.com/product/fulcrum-linear-chandelier-73-3/

https://momochandelier.com/product/fulcrum-linear-chandelier-85/

https://momochandelier.com/product/fulcrum-linear-chandelier-85-2/

121635160.1

https://momochandelier.com/product/fulcrum-linear-chandelier-85-3/

https://momochandelier.com/product/fulcrum-round-chandelier-61/

https://momochandelier.com/product/fulcrum-round-chandelier-61-2/

https://momochandelier.com/product/fulcrum-round-chandelier-61-3/

https://momochandelier.com/product/fulcrum-round-chandelier-73-3/

https://momochandelier.com/product/fulcrum-round-chandelier-73/

https://momochandelier.com/product/fulcrum-round-chandelier-73-2/

https://momochandelier.com/product/fulcrum-round-chandelier-85/

https://momochandelier.com/product/fulcrum-round-chandelier-8534/

https://momochandelier.com/product/fulcrum-round-chandelier-8534-2/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-42/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-42-2/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-42-3/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-55/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-55-2/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-55-3/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-62/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-62-2/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-62-3/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-74-2/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-74-3/

https://momochandelier.com/product/harlow-calcite-rectangular-chandelier-74/

https://momochandelier.com/product/harlow-calcite-round-chandelier-19/

https://momochandelier.com/product/harlow-calcite-round-chandelier-19-2/

https://momochandelier.com/product/harlow-calcite-round-chandelier-19-3/

https://momochandelier.com/product/harlow-calcite-round-chandelier-31/

https://momochandelier.com/product/harlow-calcite-round-chandelier-31-2/

https://momochandelier.com/product/harlow-calcite-round-chandelier-31-3/

https://momochandelier.com/product/harlow-calcite-round-chandelier-43/

https://momochandelier.com/product/harlow-calcite-round-chandelier-43-2/

https://momochandelier.com/product/harlow-calcite-round-chandelier-43-3/

https://momochandelier.com/product/harlow-calcite-round-chandelier-60/

https://momochandelier.com/product/harlow-calcite-round-chandelier-60-2/

https://momochandelier.com/product/harlow-calcite-round-chandelier-60-3/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-42/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-42-2/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-42-3/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-55/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-55-2/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-55-3/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-62/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-62-2/

121635160.1

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-62-3/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-74/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-74-2/

https://momochandelier.com/product/harlow-crystal-rectangular-chandelier-74-3/

https://momochandelier.com/product/harlow-crystal-round-chandelier-19/

https://momochandelier.com/product/harlow-crystal-round-chandelier-19-2/

https://momochandelier.com/product/harlow-crystal-round-chandelier-19-3/

https://momochandelier.com/product/harlow-crystal-round-chandelier-31/

https://momochandelier.com/product/harlow-crystal-round-chandelier-31-2/

https://momochandelier.com/product/harlow-crystal-round-chandelier-31-3/

https://momochandelier.com/product/harlow-crystal-round-chandelier-43/

https://momochandelier.com/product/harlow-crystal-round-chandelier-43-2/

https://momochandelier.com/product/harlow-crystal-round-chandelier-43-3/

https://momochandelier.com/product/harlow-crystal-round-chandelier-60/

https://momochandelier.com/product/harlow-crystal-round-chandelier-60-2/

https://momochandelier.com/product/harlow-crystal-round-chandelier-60-3/

https://momochandelier.com/product/marignan-five-tier-round-chandelier-60/

https://momochandelier.com/product/marignan-five-tier-round-chandelier-60-2/

https://momochandelier.com/product/marignan-five-tier-round-chandelier-60-3/

https://momochandelier.com/product/marignan-four-tier-rectangular-chandelier-72/

https://momochandelier.com/product/marignan-four-tier-rectangular-chandelier-72-2/

121635160.1

https://momochandelier.com/product/marignan-four-tier-rectangular-chandelier-72-3/

https://momochandelier.com/product/marignan-four-tier-round-chandelier-48-2/

https://momochandelier.com/product/marignan-four-tier-round-chandelier-48-3/

https://momochandelier.com/product/marignan-four-tier-round-chandelier-48/

https://momochandelier.com/product/marignan-rectangular-chandelier-60/

https://momochandelier.com/product/marignan-rectangular-chandelier-60-2/

https://momochandelier.com/product/marignan-rectangular-chandelier-60-3/

https://momochandelier.com/product/marignan-round-chandelier-36/

https://momochandelier.com/product/marignan-round-chandelier-36-2/

https://momochandelier.com/product/marignan-round-chandelier-36-3/

https://momochandelier.com/product/marignan-round-chandelier-48/

https://momochandelier.com/product/marignan-round-chandelier-48-2/

https://momochandelier.com/product/marignan-round-chandelier-48-3/

https://momochandelier.com/product/marignan-round-chandelier-60/

https://momochandelier.com/product/marignan-round-chandelier-60-2/

https://momochandelier.com/product/marignan-round-chandelier-60-3/

https://momochandelier.com/product/marignan-three-tier-rectangular-chandelier-60/

https://momochandelier.com/product/marignan-three-tier-rectangular-chandelier-60-2/

https://momochandelier.com/product/marignan-three-tier-rectangular-chandelier-60-3/

https://momochandelier.com/product/marignan-three-tier-round-chandelier-36/

https://momochandelier.com/product/marignan-three-tier-round-chandelier-36-2/

121635160.1

https://momochandelier.com/product/marignan-three-tier-round-chandelier-36-3/

https://momochandelier.com/product/pauillac-fabric-shade-linear-chandelier-49/

https://momochandelier.com/product/pauillac-fabric-shade-linear-chandelier-49-2/

https://momochandelier.com/product/pauillac-fabric-shade-linear-chandelier-49-3/

https://momochandelier.com/product/pauillac-fabric-shade-linear-chandelier-60/

https://momochandelier.com/product/pauillac-fabric-shade-round-chandelier-36/

https://momochandelier.com/product/pauillac-fabric-shade-round-chandelier-36-2/

https://momochandelier.com/product/pauillac-fabric-shade-round-chandelier-36-3/

https://momochandelier.com/product/pauillac-fabric-shade-round-chandelier-48/

https://momochandelier.com/product/pauillac-fabric-shade-round-chandelier-60/

https://momochandelier.com/product/pauillac-linear-chandelier-49/

https://momochandelier.com/product/pauillac-linear-chandelier-49-2/

https://momochandelier.com/product/pauillac-linear-chandelier-49-3/

https://momochandelier.com/product/pauillac-linear-chandelier-60/

https://momochandelier.com/product/pauillac-linear-chandelier-60-2/

https://momochandelier.com/product/pauillac-linear-chandelier-60-3/

https://momochandelier.com/product/pauillac-round-chandelier-36/

https://momochandelier.com/product/pauillac-round-chandelier-36-2/

https://momochandelier.com/product/pauillac-round-chandelier-36-3/

https://momochandelier.com/product/pauillac-round-chandelier-48/

https://momochandelier.com/product/pauillac-round-chandelier-48-2/

121635160.1

https://momochandelier.com/product/pauillac-round-chandelier-48-3/

https://momochandelier.com/product/pauillac-round-chandelier-60/

https://momochandelier.com/product/pauillac-round-chandelier-60-2/

https://momochandelier.com/product/pauillac-round-chandelier-60-3/

https://momochandelier.com/product/pearl-linear-chandelier-36/

https://momochandelier.com/product/pearl-linear-chandelier-36-2/

https://momochandelier.com/product/pearl-linear-chandelier-36-3/

https://momochandelier.com/product/pearl-linear-chandelier-54/

https://momochandelier.com/product/pearl-linear-chandelier-54-2/

https://momochandelier.com/product/pearl-linear-chandelier-54-3/

https://momochandelier.com/product/pearl-linear-chandelier-72/

https://momochandelier.com/product/pearl-linear-chandelier-72-2/

https://momochandelier.com/product/pearl-linear-chandelier-72-3/

https://momochandelier.com/product/pearl-round-chandelier-22/

https://momochandelier.com/product/pearl-round-chandelier-22-2/

https://momochandelier.com/product/pearl-round-chandelier-22-3/

https://momochandelier.com/product/pearl-round-chandelier-38/

https://momochandelier.com/product/pearl-round-chandelier-38-2/

https://momochandelier.com/product/pearl-round-chandelier-38-3/

https://momochandelier.com/product/pearl-round-chandelier-48/

https://momochandelier.com/product/pearl-round-chandelier-48-2/

https://momochandelier.com/product/pearl-round-chandelier-48-3/

https://momochandelier.com/product/pearl-round-chandelier-60/

https://momochandelier.com/product/pearl-round-chandelier-60-2/

https://momochandelier.com/product/pearl-round-chandelier-60-3/

https://momochandelier.com/product/rain-linear-chandelier-54/

https://momochandelier.com/product/rain-linear-chandelier-54-2/

https://momochandelier.com/product/rain-linear-chandelier-54-3/

https://momochandelier.com/product/rain-linear-chandelier-72/

https://momochandelier.com/product/rain-linear-chandelier-72-2/

https://momochandelier.com/product/rain-linear-chandelier-72-3/

https://momochandelier.com/product/rain-round-chandelier-18/

https://momochandelier.com/product/rain-round-chandelier-18-2/

https://momochandelier.com/product/rain-round-chandelier-18-3/

https://momochandelier.com/product/rain-round-chandelier-36/

https://momochandelier.com/product/rain-round-chandelier-36-2/

https://momochandelier.com/product/rain-round-chandelier-36-3/

https://momochandelier.com/product/rain-round-chandelier-47/

https://momochandelier.com/product/rain-round-chandelier-47-2/

https://momochandelier.com/product/rain-round-chandelier-47-3/

https://momochandelier.com/product/rain-round-chandelier-60/

https://momochandelier.com/product/rain-round-chandelier-60-2/

121635160.1

https://momochandelier.com/product/rain-round-chandelier-60-3/

https://momochandelier.com/product/ravelle-linear-chandelier-59/

https://momochandelier.com/product/ravelle-linear-chandelier-59-2/

https://momochandelier.com/product/ravelle-linear-chandelier-59-3/

https://momochandelier.com/product/ravelle-linear-chandelier-71/

https://momochandelier.com/product/ravelle-linear-chandelier-71-2/

https://momochandelier.com/product/ravelle-linear-chandelier-71-3/

https://momochandelier.com/product/ravelle-round-chandelier-36/

https://momochandelier.com/product/ravelle-round-chandelier-36-2/

https://momochandelier.com/product/ravelle-round-chandelier-36-3/

https://momochandelier.com/product/ravelle-round-chandelier-48/

https://momochandelier.com/product/ravelle-round-chandelier-48-2/

https://momochandelier.com/product/ravelle-round-chandelier-48-3/

https://momochandelier.com/product/ravelle-round-chandelier-60-3/

https://momochandelier.com/product/ravelle-round-chandelier-60/

https://momochandelier.com/product/ravelle-round-chandelier-60-2/

https://momochandelier.com/product/rhys-rectangular-chandelier-49/

https://momochandelier.com/product/rhys-rectangular-chandelier-49-2/

https://momochandelier.com/product/rhys-rectangular-chandelier-49-3/

https://momochandelier.com/product/rhys-rectangular-chandelier-59/

https://momochandelier.com/product/rhys-rectangular-chandelier-59-2/

121635160.1

https://momochandelier.com/product/rhys-rectangular-chandelier-59-3/

https://momochandelier.com/product/rhys-round-chandelier-32/

https://momochandelier.com/product/rhys-round-chandelier-32-2/

https://momochandelier.com/product/rhys-round-chandelier-32-3/

https://momochandelier.com/product/rhys-round-chandelier-43/

https://momochandelier.com/product/rhys-round-chandelier-43-2/

https://momochandelier.com/product/rhys-round-chandelier-43-3/

https://momochandelier.com/product/san-marco-rectangular-chandelier-54/

https://momochandelier.com/product/san-marco-rectangular-chandelier-54-2/

https://momochandelier.com/product/san-marco-rectangular-chandelier-54-3/

https://momochandelier.com/product/san-marco-rectangular-chandelier-72/

https://momochandelier.com/product/san-marco-rectangular-chandelier-72-2/

https://momochandelier.com/product/san-marco-rectangular-chandelier-72-3/

https://momochandelier.com/product/san-marco-round-chandelier-22/

https://momochandelier.com/product/san-marco-round-chandelier-22-2/

https://momochandelier.com/product/san-marco-round-chandelier-22-3/

https://momochandelier.com/product/san-marco-round-chandelier-37/

https://momochandelier.com/product/san-marco-round-chandelier-37-2/

https://momochandelier.com/product/san-marco-round-chandelier-37-3/

https://momochandelier.com/product/san-marco-round-chandelier-48/

https://momochandelier.com/product/san-marco-round-chandelier-48-2/

121635160.1

https://momochandelier.com/product/san-marco-round-chandelier-48-3/

https://momochandelier.com/product/san-marco-round-chandelier-60/

https://momochandelier.com/product/san-marco-round-chandelier-60-2/

https://momochandelier.com/product/san-marco-round-chandelier-60-3/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-22/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-22-2/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-22-3/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-37/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-37-2/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-37-3/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-48/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-48-2/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-48-3/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-60/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-60-2/

https://momochandelier.com/product/san-marco-two-tier-round-chandelier-60-3/

https://momochandelier.com/product/savile-linear-chandelier-24/

https://momochandelier.com/product/savile-linear-chandelier-24-2/

https://momochandelier.com/product/savile-linear-chandelier-24-3/

https://momochandelier.com/product/savile-linear-chandelier-48/

https://momochandelier.com/product/savile-linear-chandelier-48-2/

121635160.1

https://momochandelier.com/product/savile-linear-chandelier-48-3/

https://momochandelier.com/product/savile-linear-chandelier-72/

https://momochandelier.com/product/savile-linear-chandelier-72-2/

https://momochandelier.com/product/savile-linear-chandelier-72-3/

https://momochandelier.com/product/savile-round-chandelier/

https://momochandelier.com/product/spiridon-linear-chandelier-49/

https://momochandelier.com/product/spiridon-linear-chandelier-61/

https://momochandelier.com/product/spiridon-round-chandelier-32/

https://momochandelier.com/product/spiridon-round-chandelier-44/

https://momochandelier.com/product/spiridon-round-chandelier-59/

https://momochandelier.com/product/wright-linear-chandelier-54/

https://momochandelier.com/product/wright-linear-chandelier-54-2/

https://momochandelier.com/product/wright-linear-chandelier-72/

https://momochandelier.com/product/wright-linear-chandelier-72-2/

https://momochandelier.com/product/wright-round-chandelier-36/

https://momochandelier.com/product/wright-round-chandelier-36-2/

https://momochandelier.com/product/wright-round-chandelier-48/

https://momochandelier.com/product/wright-round-chandelier-48-2/

https://momochandelier.com/product/wright-round-chandelier-60/

https://momochandelier.com/product/wright-round-chandelier-60-2/

https://momochandelier.com/product/wright-square-chandelier-48/

121635160.1

https://momochandelier.com/product/wright-square-chandelier-48-2/

https://momochandelier.com/product/aquitaine-pendant/

https://momochandelier.com/product/aquitaine-pendant-2/

https://momochandelier.com/product/aquitaine-pendant-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-cord-pendant/

https://momochandelier.com/product/boule-de-cristal-clear-glass-cord-pendant-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-cord-pendant-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-rod-pendant/

https://momochandelier.com/product/boule-de-cristal-clear-glass-rod-pendant-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-rod-pendant-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-cord-pendant/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-cord-pendant-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-cord-pendant-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-rod-pendant/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-rod-pendant-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-rod-pendant-3/

https://momochandelier.com/product/cannele-pendant/

https://momochandelier.com/product/cannele-pendant-2/

https://momochandelier.com/product/cannele-pendant-3/

https://momochandelier.com/product/eclatant-grand-pendant/

https://momochandelier.com/product/eclatant-grand-pendant-2/

121635160.1

https://momochandelier.com/product/eclatant-grand-pendant-3/

https://momochandelier.com/product/fulcrum-grand-pendant/

https://momochandelier.com/product/fulcrum-grand-pendant-2/

https://momochandelier.com/product/fulcrum-grand-pendant-3/

https://momochandelier.com/product/fulcrum-pendant/

https://momochandelier.com/product/fulcrum-pendant-2/

https://momochandelier.com/product/fulcrum-pendant-3/

https://momochandelier.com/product/harlow-calcite-pendant/

https://momochandelier.com/product/harlow-calcite-pendant-2/

https://momochandelier.com/product/harlow-calcite-pendant-3/

https://momochandelier.com/product/machinist-glass-cloche-pendant/

https://momochandelier.com/product/machinist-glass-cloche-pendant-2/

https://momochandelier.com/product/machinist-glass-cloche-pendant-3/

https://momochandelier.com/product/machinist-glass-cylinder-pendant/

https://momochandelier.com/product/machinist-glass-cylinder-pendant-2/

https://momochandelier.com/product/machinist-glass-cylinder-pendant-3/

https://momochandelier.com/product/machinist-glass-funnel-pendant/

https://momochandelier.com/product/machinist-glass-funnel-pendant-2/

https://momochandelier.com/product/machinist-glass-funnel-pendant-3/

https://momochandelier.com/product/machinist-glass-globe-pendant/

https://momochandelier.com/product/machinist-glass-globe-pendant-2/

121635160.1

https://momochandelier.com/product/machinist-glass-globe-pendant-3/

https://momochandelier.com/product/machinist-metal-cloche-pendant/

https://momochandelier.com/product/machinist-metal-cloche-pendant-2/

https://momochandelier.com/product/machinist-metal-cloche-pendant-3/

https://momochandelier.com/product/machinist-milk-glass-cloche-pendant/

https://momochandelier.com/product/machinist-milk-glass-cloche-pendant-2/

https://momochandelier.com/product/machinist-milk-glass-cloche-pendant-3/

https://momochandelier.com/product/machinist-prismatic-cloche-pendant/

https://momochandelier.com/product/machinist-prismatic-cloche-pendant-2/

https://momochandelier.com/product/machinist-prismatic-cloche-pendant-3/

https://momochandelier.com/product/pauillac-fabric-shade-pendant/

https://momochandelier.com/product/pauillac-fabric-shade-pendant-2/

https://momochandelier.com/product/pauillac-fabric-shade-pendant-3/

https://momochandelier.com/product/pauillac-pendant/

https://momochandelier.com/product/pauillac-pendant-2/

https://momochandelier.com/product/pauillac-pendant-3/

https://momochandelier.com/product/pearl-pendant/

https://momochandelier.com/product/pearl-pendant-2/

https://momochandelier.com/product/pearl-pendant-3/

https://momochandelier.com/product/rain-pendant/

https://momochandelier.com/product/rain-pendant-2/

121635160.1

https://momochandelier.com/product/rain-pendant-3/

https://momochandelier.com/product/ravelle-pendant-10/

https://momochandelier.com/product/ravelle-pendant-10-2/

https://momochandelier.com/product/ravelle-pendant-10-3/

https://momochandelier.com/product/ravelle-pendant-12/

https://momochandelier.com/product/ravelle-pendant-12-2/

https://momochandelier.com/product/ravelle-pendant-12-3/

https://momochandelier.com/product/ravelle-pendant-8/

https://momochandelier.com/product/ravelle-pendant-8-2/

https://momochandelier.com/product/ravelle-pendant-8-3/

https://momochandelier.com/product/savile-round-pendant/

https://momochandelier.com/product/savile-round-pendant-2/

https://momochandelier.com/product/savile-round-pendant-3/

https://momochandelier.com/product/savile-square-pendant/

https://momochandelier.com/product/savile-square-pendant-2/

https://momochandelier.com/product/utilitaire-cloche-shade-pendant/

https://momochandelier.com/product/utilitaire-cloche-shade-pendant-2/

https://momochandelier.com/product/utilitaire-cloche-shade-pendant-3/

https://momochandelier.com/product/utilitaire-cylinder-shade-pendant/

https://momochandelier.com/product/utilitaire-cylinder-shade-pendant-2/

https://momochandelier.com/product/utilitaire-cylinder-shade-pendant-3/

https://momochandelier.com/product/utilitaire-disk-pendant/

https://momochandelier.com/product/utilitaire-disk-pendant-2/

https://momochandelier.com/product/utilitaire-disk-pendant-3/

https://momochandelier.com/product/utilitaire-disk-triple-pendant/

https://momochandelier.com/product/utilitaire-disk-triple-pendant-2/

https://momochandelier.com/product/utilitaire-disk-triple-pendant-3/

https://momochandelier.com/product/utilitaire-funnel-shade-pendant/

https://momochandelier.com/product/utilitaire-funnel-shade-pendant-2/

https://momochandelier.com/product/utilitaire-funnel-shade-pendant-3/

https://momochandelier.com/product/utilitaire-glass-slope-shade-pendant/

https://momochandelier.com/product/utilitaire-glass-slope-shade-pendant-2/

https://momochandelier.com/product/utilitaire-glass-slope-shade-pendant-3/

https://momochandelier.com/product/utilitaire-globe-shade-pendant/

https://momochandelier.com/product/utilitaire-globe-shade-pendant-2/

https://momochandelier.com/product/utilitaire-globe-shade-pendant-3/

https://momochandelier.com/product/utilitaire-metal-slope-shade-pendant/

https://momochandelier.com/product/utilitaire-metal-slope-shade-pendant-2/

https://momochandelier.com/product/utilitaire-metal-slope-shade-pendant-3/

https://momochandelier.com/product/utilitaire-socket-pendant/

https://momochandelier.com/product/utilitaire-socket-pendant-2/

https://momochandelier.com/product/aquitaine-grand-sconce/

https://momochandelier.com/product/aquitaine-grand-sconce-2/

https://momochandelier.com/product/aquitaine-grand-sconce-3/

https://momochandelier.com/product/aquitaine-sconce/

https://momochandelier.com/product/aquitaine-sconce-2/

https://momochandelier.com/product/aquitaine-sconce-3/

https://momochandelier.com/product/aquitaine-torch-sconce/

https://momochandelier.com/product/aquitaine-torch-sconce-2/

https://momochandelier.com/product/aquitaine-torch-sconce-3/

https://momochandelier.com/product/aquitaine-torch-sconce-4/

https://momochandelier.com/product/arcachon-14-light-sconce/

https://momochandelier.com/product/arcachon-14-light-sconce-2/

https://momochandelier.com/product/arcachon-14-light-sconce-3/

https://momochandelier.com/product/arcachon-18-light-sconce/

https://momochandelier.com/product/arcachon-18-light-sconce-2/

https://momochandelier.com/product/arcachon-18-light-sconce-3/

https://momochandelier.com/product/arcachon-linear-sconce/

https://momochandelier.com/product/arcachon-linear-sconce-2/

https://momochandelier.com/product/arcachon-linear-sconce-3/

https://momochandelier.com/product/arcachon-sconce-2/

https://momochandelier.com/product/arcachon-sconce-3/

https://momochandelier.com/product/arcachon-sconce/

121635160.1

https://momochandelier.com/product/boule-de-cristal-clear-glass-grand-double-sconce-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-grand-double-sconce-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-grand-double-sconce/

https://momochandelier.com/product/boule-de-cristal-clear-glass-grand-linear-sconce/

https://momochandelier.com/product/boule-de-cristal-clear-glass-grand-linear-sconce-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-grand-linear-sconce-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-grand-sconce/

https://momochandelier.com/product/boule-de-cristal-clear-glass-grand-sconce-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-grand-sconce-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-linear-sconce/

https://momochandelier.com/product/boule-de-cristal-clear-glass-linear-sconce-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-linear-sconce-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-petite-sconce/

https://momochandelier.com/product/boule-de-cristal-clear-glass-petite-sconce-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-petite-sconce-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-sconce/

https://momochandelier.com/product/boule-de-cristal-clear-glass-sconce-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-sconce-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-grand-double-sconce/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-grand-double-sconce-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-grand-double-sconce-3/

121635160.1

https://momochandelier.com/product/boule-de-cristal-smoke-glass-grand-linear-sconce/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-grand-linear-sconce-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-grand-linear-sconce-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-grand-sconce/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-grand-sconce-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-grand-sconce-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-linear-sconce/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-linear-sconce-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-linear-sconce-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-petite-sconce/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-petite-sconce-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-petite-sconce-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-sconce/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-sconce-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-sconce-3/

https://momochandelier.com/product/cannele-double-sconce/

https://momochandelier.com/product/cannele-double-sconce-2/

https://momochandelier.com/product/cannele-double-sconce-3/

https://momochandelier.com/product/cannele-linear-sconce-3/

https://momochandelier.com/product/cannele-linear-sconce-4/

https://momochandelier.com/product/cannele-linear-sconce/

121635160.1

https://momochandelier.com/product/cannele-linear-sconce-2/

https://momochandelier.com/product/cannele-outdoor-sconce/

https://momochandelier.com/product/cannele-outdoor-sconce-2/

https://momochandelier.com/product/cannele-outdoor-sconce-3/

https://momochandelier.com/product/cannele-outdoor-sconce-4/

https://momochandelier.com/product/cannele-outdoor-torch-sconce/

https://momochandelier.com/product/cannele-outdoor-torch-sconce-2/

https://momochandelier.com/product/cannele-outdoor-torch-sconce-3/

https://momochandelier.com/product/cannele-outdoor-torch-sconce-4/

https://momochandelier.com/product/cannele-picture-light/

https://momochandelier.com/product/cannele-picture-light-2/

https://momochandelier.com/product/cannele-picture-light-3/

https://momochandelier.com/product/cannele-sconce/

https://momochandelier.com/product/cannele-sconce-2/

https://momochandelier.com/product/cannele-sconce-3/

https://momochandelier.com/product/cascada-sconce/

https://momochandelier.com/product/cascada-sconce-2/

https://momochandelier.com/product/cascada-sconce-3/

https://momochandelier.com/product/eclatant-sconce/

https://momochandelier.com/product/eclatant-sconce-2/

https://momochandelier.com/product/eclatant-sconce-3/

121635160.1

https://momochandelier.com/product/fulcrum-grand-sconce/

https://momochandelier.com/product/fulcrum-grand-sconce-2/

https://momochandelier.com/product/fulcrum-grand-sconce-3/

https://momochandelier.com/product/fulcrum-sconce/

https://momochandelier.com/product/fulcrum-sconce-2/

https://momochandelier.com/product/fulcrum-sconce-3/

https://momochandelier.com/product/harlow-calcite-linear-sconce/

https://momochandelier.com/product/harlow-calcite-linear-sconce-2/

https://momochandelier.com/product/harlow-calcite-linear-sconce-3/

https://momochandelier.com/product/harlow-calcite-sconce/

https://momochandelier.com/product/harlow-calcite-sconce-2/

https://momochandelier.com/product/harlow-calcite-sconce-3/

https://momochandelier.com/product/harlow-calcite-triple-sconce/

https://momochandelier.com/product/harlow-calcite-triple-sconce-2/

https://momochandelier.com/product/harlow-calcite-triple-sconce-3/

https://momochandelier.com/product/harlow-crystal-sconce/

https://momochandelier.com/product/harlow-crystal-sconce-2/

https://momochandelier.com/product/harlow-crystal-sconce-3/

https://momochandelier.com/product/harlow-crystal-triple-sconce/

https://momochandelier.com/product/harlow-crystal-triple-sconce-2/

https://momochandelier.com/product/harlow-crystal-triple-sconce-3/

121635160.1

https://momochandelier.com/product/machinist-glass-cloche-sconce-10/

https://momochandelier.com/product/machinist-glass-cloche-sconce-10-2/

https://momochandelier.com/product/machinist-glass-cloche-sconce-10-3/

https://momochandelier.com/product/machinist-glass-cloche-sconce-8/

https://momochandelier.com/product/machinist-glass-cloche-sconce-8-2/

https://momochandelier.com/product/machinist-glass-cloche-sconce-8-3/

https://momochandelier.com/product/machinist-glass-cylinder-sconce-12/

https://momochandelier.com/product/machinist-glass-cylinder-sconce-12-2/

https://momochandelier.com/product/machinist-glass-cylinder-sconce-12-3/

https://momochandelier.com/product/machinist-glass-cylinder-sconce-9/

https://momochandelier.com/product/machinist-glass-cylinder-sconce-9-2/

https://momochandelier.com/product/machinist-glass-cylinder-sconce-9-3/

https://momochandelier.com/product/machinist-glass-funnel-sconce-10/

https://momochandelier.com/product/machinist-glass-funnel-sconce-10-2/

https://momochandelier.com/product/machinist-glass-funnel-sconce-10-3/

https://momochandelier.com/product/machinist-glass-funnel-sconce-8/

https://momochandelier.com/product/machinist-glass-funnel-sconce-8-2/

https://momochandelier.com/product/machinist-glass-funnel-sconce-8-3/

https://momochandelier.com/product/machinist-glass-globe-sconce-10/

https://momochandelier.com/product/machinist-glass-globe-sconce-10-2/

https://momochandelier.com/product/machinist-glass-globe-sconce-10-3/

121635160.1

https://momochandelier.com/product/machinist-glass-globe-sconce-8/

https://momochandelier.com/product/machinist-glass-globe-sconce-8-2/

https://momochandelier.com/product/machinist-glass-globe-sconce-8-3/

https://momochandelier.com/product/marignan-round-sconce/

https://momochandelier.com/product/marignan-round-sconce-2/

https://momochandelier.com/product/marignan-round-sconce-3/

https://momochandelier.com/product/pauillac-drum-shade-swing-arm-sconce/

https://momochandelier.com/product/pauillac-drum-shade-swing-arm-sconce-2/

https://momochandelier.com/product/pauillac-drum-shade-swing-arm-sconce-3/

https://momochandelier.com/product/pauillac-fabric-shade-grand-sconce/

https://momochandelier.com/product/pauillac-fabric-shade-grand-sconce-2/

https://momochandelier.com/product/pauillac-fabric-shade-grand-sconce-3/

https://momochandelier.com/product/pauillac-fabric-shade-sconce/

https://momochandelier.com/product/pauillac-fabric-shade-sconce-2/

https://momochandelier.com/product/pauillac-fabric-shade-sconce-3/

https://momochandelier.com/product/pauillac-fabric-shade-torch-sconce/

https://momochandelier.com/product/pauillac-fabric-shade-torch-sconce-2/

https://momochandelier.com/product/pauillac-fabric-shade-torch-sconce-3/

https://momochandelier.com/product/pauillac-sconce/

https://momochandelier.com/product/pauillac-sconce-2/

https://momochandelier.com/product/pauillac-sconce-3/

121635160.1

https://momochandelier.com/product/pauillac-torch-sconce/

https://momochandelier.com/product/pearl-double-sconce/

https://momochandelier.com/product/pearl-double-sconce-2/

https://momochandelier.com/product/pearl-double-sconce-3/

https://momochandelier.com/product/pearl-sconce/

https://momochandelier.com/product/pearl-sconce-2/

https://momochandelier.com/product/pearl-sconce-3/

https://momochandelier.com/product/pearl-triple-sconce/

https://momochandelier.com/product/pearl-triple-sconce-2/

https://momochandelier.com/product/rain-sconce/

https://momochandelier.com/product/rain-sconce-2/

https://momochandelier.com/product/rain-sconce-3/

https://momochandelier.com/product/ravelle-double-sconce/

https://momochandelier.com/product/ravelle-double-sconce-2/

https://momochandelier.com/product/ravelle-double-sconce-3/

https://momochandelier.com/product/ravelle-grand-sconce/

https://momochandelier.com/product/ravelle-grand-sconce-2/

https://momochandelier.com/product/ravelle-grand-sconce-3/

https://momochandelier.com/product/ravelle-grand-sconce-4/

https://momochandelier.com/product/ravelle-linear-sconce/

https://momochandelier.com/product/ravelle-linear-sconce-2/

121635160.1

https://momochandelier.com/product/ravelle-linear-sconce-3/

https://momochandelier.com/product/ravelle-sconce/

https://momochandelier.com/product/ravelle-sconce-2/

https://momochandelier.com/product/ravelle-sconce-3/

https://momochandelier.com/product/san-marco-grand-rectangular-sconce/

https://momochandelier.com/product/san-marco-grand-rectangular-sconce-2/

https://momochandelier.com/product/san-marco-grand-rectangular-sconce-3/

https://momochandelier.com/product/san-marco-grand-round-sconce/

https://momochandelier.com/product/san-marco-grand-round-sconce-2/

https://momochandelier.com/product/san-marco-grand-round-sconce-3/

https://momochandelier.com/product/san-marco-grand-round-sconce-3/

https://momochandelier.com/product/san-marco-rectangular-sconce/

https://momochandelier.com/product/san-marco-rectangular-sconce-2/

https://momochandelier.com/product/san-marco-rectangular-sconce-3/

https://momochandelier.com/product/san-marco-round-sconce/

https://momochandelier.com/product/san-marco-round-sconce-2/

https://momochandelier.com/product/san-marco-round-sconce-3/

https://momochandelier.com/product/savile-cube-sconce/

https://momochandelier.com/product/savile-cube-sconce-2/

https://momochandelier.com/product/savile-cube-sconce-3/

https://momochandelier.com/product/savile-cube-sconce-4/

71

https://momochandelier.com/product/savile-grand-rectangular-sconce/

https://momochandelier.com/product/savile-grand-rectangular-sconce-2/

https://momochandelier.com/product/savile-grand-rectangular-sconce-3/

https://momochandelier.com/product/savile-grand-rectangular-sconce-4/

https://momochandelier.com/product/savile-grand-round-sconce/

https://momochandelier.com/product/savile-grand-round-sconce-2/

https://momochandelier.com/product/savile-grand-round-sconce-3/

https://momochandelier.com/product/savile-grand-round-sconce-4/

https://momochandelier.com/product/savile-rectangular-linear-sconce/

https://momochandelier.com/product/savile-rectangular-linear-sconce-2/

https://momochandelier.com/product/savile-rectangular-sconce/

https://momochandelier.com/product/savile-rectangular-sconce-2/

https://momochandelier.com/product/savile-round-linear-sconce-2/

https://momochandelier.com/product/savile-round-linear-sconce-3/

https://momochandelier.com/product/savile-round-linear-sconce/

https://momochandelier.com/product/savile-round-sconce/

https://momochandelier.com/product/savile-round-sconce-2/

https://momochandelier.com/product/utilitaire-disk-sconce/

https://momochandelier.com/product/utilitaire-disk-sconce-2/

https://momochandelier.com/product/utilitaire-disk-sconce-3/

https://momochandelier.com/product/utilitaire-funnel-shade-double-sconce/

121635160.1

https://momochandelier.com/product/utilitaire-funnel-shade-double-sconce-2/

https://momochandelier.com/product/utilitaire-funnel-shade-double-sconce-3/

https://momochandelier.com/product/utilitaire-funnel-shade-sconce/

https://momochandelier.com/product/utilitaire-funnel-shade-sconce-2/

https://momochandelier.com/product/utilitaire-funnel-shade-sconce-3/

https://momochandelier.com/product/utilitaire-globe-shade-double-sconce-2/

https://momochandelier.com/product/utilitaire-globe-shade-double-sconce-3/

https://momochandelier.com/product/utilitaire-globe-shade-double-sconce/

https://momochandelier.com/product/utilitaire-globe-shade-sconce/

https://momochandelier.com/product/utilitaire-globe-shade-sconce-2/

https://momochandelier.com/product/utilitaire-globe-shade-sconce-3/

https://momochandelier.com/product/utilitaire-grand-telescoping-sconce/

https://momochandelier.com/product/utilitaire-grand-telescoping-sconce-2/

https://momochandelier.com/product/utilitaire-grand-telescoping-sconce-3/

https://momochandelier.com/product/utilitaire-socket-double-sconce/

https://momochandelier.com/product/utilitaire-socket-double-sconce-2/

https://momochandelier.com/product/utilitaire-socket-double-sconce-3/

https://momochandelier.com/product/utilitaire-socket-linear-sconce/

https://momochandelier.com/product/utilitaire-socket-linear-sconce-2/

https://momochandelier.com/product/utilitaire-socket-linear-sconce-3/

https://momochandelier.com/product/utilitaire-socket-sconce/

https://momochandelier.com/product/utilitaire-socket-sconce-2/

https://momochandelier.com/product/utilitaire-socket-sconce-3/

https://momochandelier.com/product/utilitaire-task-sconce/

https://momochandelier.com/product/utilitaire-task-sconce-2/

https://momochandelier.com/product/utilitaire-task-sconce-3/

https://momochandelier.com/product/wright-grand-sconce/

https://momochandelier.com/product/wright-grand-sconce-2/

https://momochandelier.com/product/wright-sconce/

https://momochandelier.com/product/wright-sconce-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-table-lamp/

https://momochandelier.com/product/boule-de-cristal-clear-glass-table-lamp-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-table-lamp-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-table-lamp/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-table-lamp-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-table-lamp-3/

https://momochandelier.com/product/cannele-task-table-lamp/

https://momochandelier.com/product/cannele-task-table-lamp-2/

https://momochandelier.com/product/cannele-task-table-lamp-3/

https://momochandelier.com/product/fulcrum-table-lamp/

https://momochandelier.com/product/fulcrum-table-lamp-2/

https://momochandelier.com/product/fulcrum-table-lamp-3/

121635160.1

https://momochandelier.com/product/pauillac-fabric-shade-table-lamp/

https://momochandelier.com/product/pauillac-fabric-shade-table-lamp-2/

https://momochandelier.com/product/pauillac-fabric-shade-table-lamp-3/

https://momochandelier.com/product/pauillac-table-lamp/

https://momochandelier.com/product/pauillac-table-lamp-2/

https://momochandelier.com/product/pauillac-table-lamp-3/

https://momochandelier.com/product/utilitaire-glass-shade-table-lamp/

https://momochandelier.com/product/utilitaire-glass-shade-table-lamp-2/

https://momochandelier.com/product/utilitaire-glass-shade-table-lamp-3/

https://momochandelier.com/product/utilitaire-knurled-table-lamp/

https://momochandelier.com/product/utilitaire-knurled-table-lamp-2/

https://momochandelier.com/product/utilitaire-knurled-table-lamp-3/

https://momochandelier.com/product/utilitaire-linen-shade-table-lamp/

https://momochandelier.com/product/utilitaire-linen-shade-table-lamp-2/

https://momochandelier.com/product/utilitaire-linen-shade-table-lamp-3/

https://momochandelier.com/product/utilitaire-metal-shade-table-lamp/

https://momochandelier.com/product/utilitaire-metal-shade-table-lamp-2/

https://momochandelier.com/product/utilitaire-metal-shade-table-lamp-2/

https://momochandelier.com/product/utilitaire-metal-shade-table-lamp-3/

https://momochandelier.com/product/utilitaire-milk-glass-shade-table-lamp-2/

https://momochandelier.com/product/utilitaire-milk-glass-shade-table-lamp-3/

121635160.1

https://momochandelier.com/product/utilitaire-milk-glass-shade-table-lamp/

https://momochandelier.com/product/utilitaire-task-table-lamp/

https://momochandelier.com/product/utilitaire-task-table-lamp-2/

https://momochandelier.com/product/utilitaire-task-table-lamp-3/

https://momochandelier.com/product/wright-accent-lamp/

https://momochandelier.com/product/wright-accent-lamp-2/

https://momochandelier.com/product/wright-table-lamp/

https://momochandelier.com/product/wright-table-lamp-2/

https://momochandelier.com/product/cannele-task-floor-lamp/

https://momochandelier.com/product/cannele-task-floor-lamp-2/

https://momochandelier.com/product/cannele-task-floor-lamp-3/

https://momochandelier.com/product/pauillac-drum-shade-floor-lamp/

https://momochandelier.com/product/pauillac-drum-shade-floor-lamp-2/

https://momochandelier.com/product/pauillac-drum-shade-floor-lamp-3/

https://momochandelier.com/product/pauillac-fabric-shade-floor-lamp/

https://momochandelier.com/product/pauillac-fabric-shade-floor-lamp/

https://momochandelier.com/product/pauillac-fabric-shade-floor-lamp-2/

https://momochandelier.com/product/pauillac-fabric-shade-floor-lamp-3/

https://momochandelier.com/product/pauillac-floor-lamp/

https://momochandelier.com/product/pauillac-floor-lamp-2/

https://momochandelier.com/product/pauillac-floor-lamp-3/

121635160.1

https://momochandelier.com/product/rhys-floor-lamp/

https://momochandelier.com/product/utilitaire-glass-shade-floor-lamp/

https://momochandelier.com/product/utilitaire-glass-shade-floor-lamp-2/

https://momochandelier.com/product/utilitaire-glass-shade-floor-lamp-3/

https://momochandelier.com/product/utilitaire-knurled-floor-lamp/

https://momochandelier.com/product/utilitaire-knurled-floor-lamp-2/

https://momochandelier.com/product/utilitaire-knurled-floor-lamp-3/

https://momochandelier.com/product/utilitaire-linen-shade-floor-lamp/

https://momochandelier.com/product/utilitaire-linen-shade-floor-lamp-2/

https://momochandelier.com/product/utilitaire-linen-shade-floor-lamp-3/

https://momochandelier.com/product/utilitaire-metal-shade-floor-lamp/

https://momochandelier.com/product/utilitaire-metal-shade-floor-lamp-2/

https://momochandelier.com/product/utilitaire-metal-shade-floor-lamp-3/

https://momochandelier.com/product/utilitaire-milk-glass-shade-floor-lamp/

https://momochandelier.com/product/utilitaire-milk-glass-shade-floor-lamp-2/

https://momochandelier.com/product/utilitaire-milk-glass-shade-floor-lamp-3/

https://momochandelier.com/product/utilitaire-task-floor-lamp/

https://momochandelier.com/product/utilitaire-task-floor-lamp-2/

https://momochandelier.com/product/utilitaire-task-floor-lamp-3/

https://momochandelier.com/product/wright-floor-lamp/

https://momochandelier.com/product/wright-floor-lamp-2/

121635160.1

https://momochandelier.com/product/wright-tripod-floor-lamp/

https://momochandelier.com/product/wright-tripod-floor-lamp-2/

https://momochandelier.com/product/machinist-glass-cloche-flushmount/

https://momochandelier.com/product/machinist-glass-cloche-flushmount-2/

https://momochandelier.com/product/machinist-glass-cloche-flushmount-3/

https://momochandelier.com/product/machinist-glass-cylinder-flushmount/

https://momochandelier.com/product/machinist-glass-cylinder-flushmount-2/

https://momochandelier.com/product/machinist-glass-cylinder-flushmount-3/

https://momochandelier.com/product/machinist-glass-funnel-flushmount/

https://momochandelier.com/product/machinist-glass-funnel-flushmount-2/

https://momochandelier.com/product/machinist-glass-funnel-flushmount-3/

https://momochandelier.com/product/machinist-glass-globe-flushmount/

https://momochandelier.com/product/machinist-glass-globe-flushmount-2/

https://momochandelier.com/product/machinist-glass-globe-flushmount-3/

https://momochandelier.com/product/utilitaire-globe-shade-flushmount/

https://momochandelier.com/product/utilitaire-globe-shade-flushmount-2/

https://momochandelier.com/product/utilitaire-globe-shade-flushmount-3/

https://momochandelier.com/product/utilitaire-socket-flushmount/

https://momochandelier.com/product/utilitaire-socket-flushmount-2/

https://momochandelier.com/product/utilitaire-socket-flushmount-3/

https://momochandelier.com/product/camino-rectangular-outdoor-chandelier-41/

https://momochandelier.com/product/camino-rectangular-outdoor-chandelier-52/

https://momochandelier.com/product/camino-round-outdoor-chandelier-38/

https://momochandelier.com/product/camino-round-outdoor-chandelier-50/

https://momochandelier.com/product/camino-round-outdoor-chandelier-63/

https://momochandelier.com/product/utilitaire-outdoor-barn-sconce/

https://momochandelier.com/product/utilitaire-outdoor-barn-sconce-2/

https://momochandelier.com/product/utilitaire-outdoor-barn-sconce-3/

https://momochandelier.com/product/utilitaire-outdoor-barn-sconce-4/

https://momochandelier.com/product/boule-de-cristal-clear-glass-flushmount-24/

https://momochandelier.com/product/boule-de-cristal-clear-glass-flushmount-24-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-flushmount-24-3/

https://momochandelier.com/product/boule-de-cristal-clear-glass-petite-flushmount/

https://momochandelier.com/product/boule-de-cristal-clear-glass-petite-flushmount-2/

https://momochandelier.com/product/boule-de-cristal-clear-glass-petite-flushmount-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-flushmount-24/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-flushmount-24-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-flushmount-24-3/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-petite-flushmount/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-petite-flushmount-2/

https://momochandelier.com/product/boule-de-cristal-smoke-glass-petite-flushmount-3/

https://momochandelier.com/product/rhys-flushmount-3/

121635160.1

https://momochandelier.com/product/rhys-flushmount/

https://momochandelier.com/product/rhys-flushmount-2/

https://momochandelier.com/product/utilitaire-disk-flushmount/

https://momochandelier.com/product/utilitaire-disk-flushmount-2/

https://momochandelier.com/product/utilitaire-disk-flushmount-3/

121635160.1

Marks in Use: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CANNELE, CASCADA, ECLATANT, FULCRUM, HARLOW, MARIGNAN, PAUILLAC, PEARL, RAIN, RAVELLE, SAVILE

**Vancei Lighting**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Marignan** Three-Tier Round Chandelier 36" | **Marignan** Tier K9 Crystal Round Chandelier |
| https://rh.com/catalog/product/product.jsp?productId=prod18950636&layout=square | https://vancei.com/collections/chandelier/products/metal-frame-tiered-glass-round-chandelier |
| **Harlow** Crystal Triple Sconce | **Harlow** Crystal Triple Wall Sconce H 32" |
| https://rh.com/catalog/product/product.jsp?productId=prod18950587&layout=square | |



| RH Trademarks | Infringing Mark |
|---|---|
|  | https://vancei.com/collections/wall-sconce/products/harlow-crystal-triple-wall-sconce-h-32 |
| **Cannele** Picture Light | **Cannel** LED Picture Light |
| https://rh.com/catalog/product/product.jsp?productId=prod16310001&layout=square | https://vancei.com/collections/wall-sconce/products/cannele-led-picture-light |

**List of Infringing Links**

https://vancei.com/collections/chandelier/products/clear-blown-glass-cup-round-chandelier-48

https://vancei.com/collections/chandelier/products/hero-multicurve-crystal-rectangular-chandelier

https://vancei.com/collections/chandelier/products/clear-blown-glass-cup-round-chandelier-60

https://vancei.com/collections/chandelier/products/clear-blown-glass-cup-linear-chandelier-59

https://vancei.com/collections/chandelier/products/marie-round-chandelier-48

https://vancei.com/collections/chandelier/products/cascade-glass-rectangular-chandelier-54

https://vancei.com/collections/chandelier/products/cascade-glass-rectangular-chandelier-54

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-round-chandelier-60-black

121635160.1

https://vancei.com/collections/chandelier/products/hero-multicurve-crystal-round-chandelier

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-linear-chandelier-36-brass

https://vancei.com/collections/chandelier/products/industrial-wind-crystal-shades-round-chandelier-48

https://vancei.com/collections/chandelier/products/clear-blown-glass-cup-linear-chandelier-72

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-linear-chandelier-60-black

https://vancei.com/collections/chandelier/products/clear-blown-glass-cup-round-chandelier-36

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-linear-chandelier-48-black

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-round-chandelier-48-black

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-round-chandelier-24

https://vancei.com/collections/chandelier/products/led-tubular-linear-chandlier-60-72

https://vancei.com/collections/chandelier/products/marie-round-chandelier-60

https://vancei.com/collections/chandelier/products/metal-frame-tiered-glass-round-chandelier

https://vancei.com/collections/chandelier/products/metal-frame-tiered-glass-rectangle-chandelier

https://vancei.com/collections/chandelier/products/copy-of-marignan-round-chandelier-60

https://vancei.com/collections/chandelier/products/marignan-round-chandelier-36

https://vancei.com/collections/chandelier/products/aqui-led-tubular-round-chandelier-24-30-48

https://vancei.com/collections/chandelier/products/classics-raindrop-round-chandelier-60

https://vancei.com/collections/chandelier/products/classics-raindrop-rectangle-chandelier-54

https://vancei.com/collections/chandelier/products/raindrop-glass-round-5-lights-chandelier-cord

https://vancei.com/collections/chandelier/products/classics-raindrop-round-chandelier-18

https://vancei.com/collections/chandelier/products/classics-raindrop-rectangle-chandelier-72

121635160.1

https://vancei.com/collections/chandelier/products/classics-raindrop-round-chandelier-47

https://vancei.com/collections/chandelier/products/classics-raindrop-round-chandelier-36

https://vancei.com/collections/chandelier/products/modern-perle-glass-ball-linear-chandelier

https://vancei.com/collections/chandelier/products/modern-perle-glass-ball-round-chandelier

https://vancei.com/collections/chandelier/products/cascade-glass-rectangular-chandelier-30

https://vancei.com/collections/chandelier/products/cascade-glass-rectangular-chandelier-21

https://vancei.com/collections/chandelier/products/eclatant-2-tier-round-chandelier-60

https://vancei.com/collections/chandelier/products/eclatant-rectangular-chandelier-72

https://vancei.com/collections/chandelier/products/eclatant-2-tier-round-chandelier-48-led-lights

https://vancei.com/collections/chandelier/products/elegant-living-room-single-round-chandelier-36

https://vancei.com/collections/chandelier/products/eclatant-rectangular-chandelier-54

https://vancei.com/collections/chandelier/products/eclatant-round-chandelier-48-led-lights

https://vancei.com/collections/chandelier/products/eclatant-linear-chandelier-w-54

https://vancei.com/collections/chandelier/products/eclatant-round-chandelier-60-led-lights

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-round-chandelier-72

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-double-linear-chandelier-60

https://vancei.com/collections/chandelier/products/bille-de-crystal-round-cluster-chandelier-30

https://vancei.com/collections/chandelier/products/savine-linear-chandelier-24-2-lights

https://vancei.com/collections/chandelier/products/savine-linear-chandelier-48-4-lights

https://vancei.com/collections/chandelier/products/savine-linear-chandelier-72-6-lights

https://vancei.com/collections/chandelier/products/fulcral-round-chandelier-61-5-lights

https://vancei.com/collections/chandelier/products/fulcral-round-chandelier-73-3-lights

https://vancei.com/collections/chandelier/products/fulcral-linear-chandelier-61-3-lights

https://vancei.com/collections/chandelier/products/pauillac-clear-glass-round-chandelier-48

https://vancei.com/collections/chandelier/products/pauillac-clear-glass-round-chandelier-48-的副本

https://vancei.com/collections/chandelier/products/pauillac-clear-glass-round-chandelier-60

https://vancei.com/collections/chandelier/products/pauillac-linear-chandelier-60

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-cluster-chandelier-24

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-cluster-chandelier-19

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-cluster-chandelier-14

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-petite-wall-sconce

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-linear-grand-wall-sconce

https://vancei.com/collections/chandelier/products/bille-de-crystal-ball-linear-short-wall-sconce

https://vancei.com/collections/chandelier/products/eclatant-planet-wall-sconce

https://vancei.com/collections/chandelier/products/raindrop-glass-round-round-chandelier-2-lights-rod

https://vancei.com/collections/chandelier/products/raindrop-glass-round-round-chandelier-2-lights-crod

https://vancei.com/collections/chandelier/products/raindrop-glass-round-round-chandelier-3-lights-crod

https://vancei.com/collections/chandelier/products/raindrop-glass-round-round-chandelier-3-lights-rod

https://vancei.com/collections/chandelier/products/raindrop-glass-rectangular-3-lights-chandelier-22-rod

https://vancei.com/collections/chandelier/products/raindrop-glass-rectangular-3-lights-chandelier-crod

https://vancei.com/collections/chandelier/products/raindrop-glass-rectangular-5-lights-chandelier-rod

https://vancei.com/collections/chandelier/products/raindrop-glass-rectangular-5-lights-chandelier-cord

https://vancei.com/collections/chandelier/products/raindrop-glass-round-5-lights-chandelier-rod

https://vancei.com/collections/pendant-light/products/classics-raindrop-pendant-lighting-black-brass

https://vancei.com/collections/pendant-light/products/classics-raindrop-pendant-lighting-black

https://vancei.com/collections/pendant-light/products/pleuvoir-raindrop-pendant-lighting-modern-nickel

https://vancei.com/collections/pendant-light/products/cristal-pendant-light-mangata-clear-crystal-kitchen-pendant-lighting-brass

https://vancei.com/collections/pendant-light/products/modern-perle-glass-pendant-light

https://vancei.com/collections/pendant-light/products/bordeaux-pendant

https://vancei.com/collections/pendant-light/products/copy-of-full-krum-grand-glass-shade-pendant-light

https://vancei.com/collections/pendant-light/products/cosmos-grand-pendant

https://vancei.com/collections/pendant-light/products/art-glass-ravelle-pendant-12

https://vancei.com/collections/pendant-light/products/savinn-round-pendant-14h

https://vancei.com/collections/wall-sconce/products/bille-de-clear-crystal-double-ball-wall-sconce-rod-wallchiere

https://vancei.com/collections/wall-sconce/products/bille-de-clear-crystal-double-ball-wall-sconce-long-rod-wallchiere

https://vancei.com/collections/wall-sconce/products/bille-de-clear-crystal-ball-wall-sconce-long-rod-wallchiere

https://vancei.com/collections/wall-sconce/products/2-head-perle-glass-ball-wall-sonce

https://vancei.com/collections/wall-sconce/products/3-head-perle-glass-ball-wall-sonce

https://vancei.com/collections/wall-sconce/products/clear-blown-glass-cup-shaded-short-wall-sconce

https://vancei.com/collections/wall-sconce/products/clear-blown-glass-cup-shaded-long-wall-sconce

https://vancei.com/collections/wall-sconce/products/1-head-perle-glass-ball-wall-sonce

https://vancei.com/collections/wall-sconce/products/hero-multicurve-crystal-wall-sconce

https://vancei.com/collections/wall-sconce/products/cascade-glass-brass-wall-sconce-wall-lamps-for-living-room

https://vancei.com/collections/wall-sconce/products/clear-blown-glass-cup-double-wall-sconce

https://vancei.com/collections/wall-sconce/products/clear-blown-glass-cup-linear-wall-sconce

https://vancei.com/collections/wall-sconce/products/hare-faceted-crystal-glass-triple-wall-sconce

https://vancei.com/collections/wall-sconce/products/savinelli-rectangle-sconce

https://vancei.com/collections/wall-sconce/products/brac-wll-sconce-18

https://vancei.com/collections/wall-sconce/products/fulcra-wall-sconce

https://vancei.com/collections/wall-sconce/products/fulcra-grand-wall-sconce

https://vancei.com/collections/wall-sconce/products/arca-crystal-up-wall-sconce-14-lights

https://vancei.com/collections/wall-sconce/products/savinelli-round-sconce

https://vancei.com/collections/wall-sconce/products/industrial-wind-crystal-shades-linear-wall-sconce-13h

https://vancei.com/collections/wall-sconce/products/cannele-led-picture-light

https://vancei.com/collections/wall-sconce/products/harlow-crystal-triple-wall-sconce-h-32

https://vancei.com/collections/wall-sconce/products/savine-round-outdoor-sconce

121635160.1

Marks in Use: BOULE DE CRISTAL, PEARL, RAIN

**Fanci Light**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Pearl** Triple Sconce | **Modern Triple Pearl Glass Wall Sconces, Triple Wall Light** |
| https://rh.com/catalog/product/product.jsp?productId=prod20670340&sale=false | https://fancilight.com/products/modern-triple-pearl-glass-wall-sconces-triple-wall-light |
| **Rain** Pendant | **Destiney Raindrop Pendant Matte Black for Kitchen Island** |
| https://rh.com/catalog/product/product.jsp?productId=prod20670301 | https://fancilight.com/products/raindrop-pendant-lighting-matte-black |
| **Boule De Cristal** Clear Glass Round Chandelier 60" | **Cristal Chandelier Lighting, Bellanca Clear Crystal Chandelier for Living Room 60"** |



https://rhmodern.rh.com/catalog/product/product.jsp?productId=prod6441291

https://fancilight.com/products/cristal-chandelier-lighting-coretta-clear-crystal-chandelier-for-living-room-60

**List of Infringing Links**

https://fancilight.com/products/bellanca-crystal-ball-oval-chandelier-72

https://fancilight.com/products/raindrop-round-chandelier-36

https://fancilight.com/products/bellanca-crystal-ball-chandelier-36

https://fancilight.com/products/raindrop-round-chandelier-18

https://fancilight.com/products/ester-raindrop-round-chandelier-light-60

https://fancilight.com/products/bellanca-crystal-ball-round-chandelier-72

https://fancilight.com/products/destiney-raindrop-round-chandelier-light-60

https://fancilight.com/products/customize-bellanca-crystal-ball-oval-chandelier-60

https://fancilight.com/products/raindrop-wall-lamp

https://fancilight.com/products/nicky-raindrop-round-chandelier-18

https://fancilight.com/products/nicky-raindrop-round-chandelier-36-for-dining-table

https://fancilight.com/products/ester-raindrop-round-chandelier-36-for-dining-room

https://fancilight.com/products/ester-raindrop-round-chandelier-light-47-for-island-chandelier

https://fancilight.com/products/nicky-raindrop-round-chandelier-light-47

https://fancilight.com/products/ester-raindrop-round-glass-chandelier-18-for-kitchen-island

https://fancilight.com/products/ester-raindrop-rectangle-chandelier-54-for-dining-table

https://fancilight.com/products/ester-raindrop-rectangle-chandelier-72-for-dining-table

https://fancilight.com/products/nicky-raindrop-linear-chandelier-72-for-dining-table

https://fancilight.com/products/nicky-raindrop-rectangle-chandelier-54-for-dining-table

https://fancilight.com/products/nicky-raindrop-round-glass-chandelier-light-60-for-living-room

https://fancilight.com/products/audreyanca-crystal-ball-round-cluster-chandelier-24

https://fancilight.com/products/audreyanca-crystal-ball-round-cluster-chandelier-14

https://fancilight.com/products/audreyanca-crystal-ball-rund-cluster-chandelier-30

https://fancilight.com/products/audreyanca-crystal-ball-rund-cluster-chandelier-40

https://fancilight.com/products/bellanca-crystal-ball-chandelier-24

https://fancilight.com/products/bellanca-crystal-ball-chandelier-60

https://fancilight.com/products/audreyanca-crystal-ball-round-cluster-chandelier-19

https://fancilight.com/products/cristal-chandelier-lighting-coretta-clear-crystal-chandelier-for-living-room-60

https://fancilight.com/products/cristal-chandelier-lighting-coretta-smoke-crystal-chandelier-for-living-room-60

https://fancilight.com/products/raindrop-rectangle-chandelier-72

https://fancilight.com/products/destiney-raindrop-round-chandelier-light-47

https://fancilight.com/products/pearl-round-glass-chandelier-round-chandelier-for-staircase

121635160.1

https://fancilight.com/products/pearl-linear-rectangle-glass-chandelier

https://fancilight.com/products/destiney-raindrop-pendant-lighting-modern-nickel

https://fancilight.com/products/destiney-raindrop-rod-pendant-light-modern

https://fancilight.com/products/destiney-5-lights-raindrops-round-pendant-lamp

https://fancilight.com/products/destiney-5-lights-linear-raindrops-pendant

https://fancilight.com/products/destiney-2-lights-raindrops-pendant-lamp-for-kitchen-island

https://fancilight.com/products/destiney-3-lights-raindrops-pendant-lamp

https://fancilight.com/products/raindrop-pendant-lighting-matte-black

https://fancilight.com/products/raindrop-pendant-lighting-vintage-brass

https://fancilight.com/products/cristal-pendant-light-coretta-clear-crystal-kitchen-pendant-lighting-brass

https://fancilight.com/products/cristal-pendant-light-coretta-smoke-crystal-kitchen-pendant-lighting

https://fancilight.com/products/modern-pearl-glass-pendant-light

https://fancilight.com/products/crystal-ball-wall-lighting-fixtures-coretta-clear-crystal-led-wall-lights-for-bedroom

https://fancilight.com/products/crystal-ball-wall-lighting-fixtures-coretta-smoke-crystal-led-wall-lights-for-bedroom

https://fancilight.com/products/modern-double-pearl-glass-wall-sconces

https://fancilight.com/products/modern-triple-pearl-glass-wall-sconces-triple-wall-light

https://fancilight.com/products/raindrop-wall-light-cord-destiney-crystal-decorative-wall-sconces-for-bedroom

https://fancilight.com/products/destiney-raindrop-wall-sconce-rod-for-living-room

https://fancilight.com/products/modern-pearl-glass-wall-sconces

121635160.1

Marks in Use: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CANNELE, ECLATANT, FULCRUM, HARLOW, MACHINIST, MARIGNAN, PEARL, RAIN, RAVELLE, SAN MARCO

**Cure Lighting**

**Examples of Infringing Uses**

| RH Trademarks | Infringing Mark |
|---|---|
| **Arcachon** LED Round Chandelier 36" | Wine Cup Led Round Two-tier Chandelier 36" 48" **Arachon** Led Round Chandelier |



| | |
|---|---|
| https://rh.com/us/en/catalog/product/product.jsp?productId=prod23990214 | https://curelighting.com/products/wine-cup-led-round-two-tier-chandelier-60-arachon-led-round-chandelier-1 |

**List of Infringing Links**

https://curelighting.com/products/raindrop-rectangular-chandelier-72-

https://curelighting.com/products/harlow-crystal-rectangular-chandelier-42-

https://curelighting.com/products/modern-san-marcol-cake-two-tier-round-luxury-chandelier-60-

https://curelighting.com/products/wine-cup-led-round-two-tier-chandelier-60-arachon-led-round-chandelier

https://curelighting.com/products/cannele-linear-brass-chandelier-55-

121635160.1

https://curelighting.com/products/%C3%A9clatant-vintage-two-tier-round-chandelier-60-

https://curelighting.com/products/pearl-round-chandelier-vintage-light-fixture-60-

https://curelighting.com/products/crystal-ball-smoke-glass-round-chandelier-36-

https://curelighting.com/products/crystal-ball-clear-glass-round-chandelier-60-

https://curelighting.com/products/marignan-round-chandelier-36-48-60-

https://curelighting.com/products/pearl-linear-living-room-chandelier-vintage-light-fixture-72-

https://curelighting.com/products/raindrop-rectangular-chandelier-54-

https://curelighting.com/products/raindrop-round-chandelier-60-

https://curelighting.com/products/raindrop-round-chandelier-47-

https://curelighting.com/products/raindrop-round-chandelier-18-

https://curelighting.com/products/raindrop-round-chandelier-36-

https://curelighting.com/products/harlow-crystal-rectangular-chandelier-54-62-74-

https://curelighting.com/products/harlow-crystal-round-chandelier-60-

https://curelighting.com/products/harlow-crystal-round-chandelier-43-

https://curelighting.com/products/cannele-round-brass-chandelier-72-

https://curelighting.com/products/cannele-round-brass-chandelier-60-

https://curelighting.com/products/cannele-round-brass-chandelier-48-

https://curelighting.com/products/cannele-round-brass-chandelier-36-

https://curelighting.com/products/pearl-linear-living-room-chandelier-vintage-light-fixture-54-

https://curelighting.com/products/pearl-linear-chandelier-vintage-light-fixture-36-

https://curelighting.com/products/%C3%A9clatant-vintage-rectangular-chandelier-72-

121635160.1

https://curelighting.com/products/%C3%A9clatant-vintage-rectangular-chandelier-54-

https://curelighting.com/products/%C3%A9clatant-vintage-round-chandelier-36-

https://curelighting.com/products/%C3%A9clatant-vintage-rectangular-linear-chandelier-72-

https://curelighting.com/products/%C3%A9clatant-vintage-rectangular-linear-chandelier-54-

https://curelighting.com/products/crystal-ball-smoke-glass-round-chandelier-60-

https://curelighting.com/products/crystal-ball-smoke-glass-round-chandelier-48-

https://curelighting.com/products/crystal-ball-clear-glass-round-chandelier-48-

https://curelighting.com/products/crystal-ball-smoke-glass-round-chandelier-24-

https://curelighting.com/products/crystal-ball-clear-glass-round-chandelier-24-

https://curelighting.com/products/pearl-round-chandelier-vintage-light-fixture-48-

https://curelighting.com/products/pearl-round-chandelier-vintage-light-fixture-38-

https://curelighting.com/products/crystal-ball-clear-glass-round-chandelier-36-

https://curelighting.com/products/pearly-round-chandelier-vintage-light-fixture-22-

https://curelighting.com/products/crystal-ball-clear-smoke-glass-linear-chandelier-60-

https://curelighting.com/products/crystal-ball-clear-smoke-glass-linear-chandelier-48-

https://curelighting.com/products/marignan-rectangular-chandelier-60-

https://curelighting.com/products/marignan-tiered-rectangular-chandelier-60-72-

https://curelighting.com/products/marignan-tiered-round-chandelier-36-48-60-

https://curelighting.com/products/ravelle-linear-glass-chandelier-71-

https://curelighting.com/products/ravelle-linear-glass-chandelier-59-

https://curelighting.com/products/ravelle-round-minimalist-glass-chandelier-60-

121635160.1

https://curelighting.com/products/ravelle-round-minimalist-glass-chandelier-48-

https://curelighting.com/products/wine-cup-led-round-two-tier-chandelier-60-arachon-led-round-chandelier-1

https://curelighting.com/products/ravelle-round-minimalist-glass-chandelier-36-

https://curelighting.com/products/wine-glasses-led-round-crystal-chandelier-60-

https://curelighting.com/products/wine-glasses-led-rectangular-crystal-chandelier-72-

https://curelighting.com/products/wine-glasses-led-rectangular-crystal-chandelier-54-

https://curelighting.com/products/modern-san-marcol-cake-round-luxury-chandelier-54-

https://curelighting.com/products/modern-san-marcol-cake-linear-luxury-chandelier-72-

https://curelighting.com/products/modern-san-marcol-cake-round-luxury-chandelier-37--1

https://curelighting.com/products/modern-san-marcol-cake-round-luxury-chandelier-60--1

https://curelighting.com/products/modern-san-marcol-cake-round-luxury-chandelier-22-

https://curelighting.com/products/modern-san-marcol-cake-round-luxury-chandelier-37-

https://curelighting.com/products/modern-san-marcol-cake-round-luxury-chandelier-48-

https://curelighting.com/products/modern-san-marcol-cake-round-luxury-chandelier-60-

https://curelighting.com/products/retro-light-bulb-linear-chandelier-13-light-54-

https://curelighting.com/products/multi-faceted-cut-clear-crystal-ball-chandelier-18-light-36-

https://curelighting.com/products/pearl-ball-pendant-lighting

https://curelighting.com/products/cannele-linear-brass-chandelier-67-

https://curelighting.com/products/%C3%A9clatant-vintage-round-chandelier-48-

https://curelighting.com/products/%C3%A9clatant-vintage-round-chandelier-60-

https://curelighting.com/products/%C3%A9clatant-vintage-two-tier-round-chandelier-48-

121635160.1

https://curelighting.com/products/raindrop-outdoor-wall-sconce-rain-wall-light

https://curelighting.com/products/aquitaine-grand-wall-sconce

https://curelighting.com/products/raindrop-wall-sconce-rain-wall-light

https://curelighting.com/products/arcachon-brass-double-head-wall-sconce

https://curelighting.com/products/arcachon-brass-wall-sconce

https://curelighting.com/products/aquitaine-torch-wall-sconce

https://curelighting.com/products/machinist-brass-cylinder-wall-sconce-12-

https://curelighting.com/products/machinist-brass-cylinder-wall-sconce-9-

https://curelighting.com/products/cannele-double-head-outdoor-wall-sconce

https://curelighting.com/products/cannele-single-head-outdoor-wall-sconce

https://curelighting.com/products/pearl-triple-wall-sconces-wall-lamps

https://curelighting.com/products/double-pearl-wall-sconces-wall-sconces

https://curelighting.com/products/pearl-wall-sconce-wall-lamp

https://curelighting.com/products/crystal-ball-clear-smoke-glass-grand-double-head-wall-sconce

https://curelighting.com/products/crystal-ball-clear-smoke-glass-grand-wall-sconce

https://curelighting.com/products/crystal-ball-clear-smoke-glass-wall-sconce

https://curelighting.com/products/marignan-round-wall-sconce

https://curelighting.com/products/ravelle-single-head-wall-sconce

https://curelighting.com/products/ravelle-single-head-grand-wall-sconce

https://curelighting.com/products/ravelle-double-head-glass-wall-sconce

https://curelighting.com/products/fulcrum-glass-wall-sconce

121635160.1

https://curelighting.com/products/raindrop-pendant-light-1

https://curelighting.com/products/aquitaine-torch-pendant-light

https://curelighting.com/products/machinist-glass-cylinder-pendant-12-22-

https://curelighting.com/products/cannele-pendant-light

https://curelighting.com/products/crystal-ball-clear-smoke-glass-cord-pendant-light

https://curelighting.com/products/fulcrum-glass-grand-pendant-light

https://curelighting.com/products/raindrop-pendant-light

https://curelighting.com/products/pearl-ball-pendant-lighting

121635160.1

Marks in Use: BOULE DE CRISTAL, CAMINO, CANNELE, CASCADA, PEARL, RAIN,

**Clouds lights**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Cascada** Sconce | **Cascada** Blown Glass Wall Sconce |
| https://rh.com/catalog/product/product.jsp?productId=prod21280333 | https://cloudslights.com/collections/wall/products/cascada-blown-glass-wall-sconce |
| **Cannele** Round Chandelier 60" | **Cannel** Candlestick Round Chandelier 60" |

| RH Trademarks | Infringing Mark |
|---|---|
| https://rh.com/catalog/product/product.jsp?productId=prod6430362&sale=false&layout=square | https://cloudslights.com/collections/chandeliers/products/cannel-candlestick-round-chandelier-60 |
| **Camino** Vintage Candelabra Round Chandelier 38" | **Camino** Vintage Candelabra Round Chandelier 38" |
|  | |
| https://rh.com/catalog/product/product.jsp?productId=prod2111632 | https://cloudslights.com/collections/chandeliers/products/camino-vintage-candelabra-chandelier-38 |

**List of Infringing Links**

https://cloudslights.com/collections/chandeliers/products/fantasy-pearl-ball-linear-chandelier-72

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-round-chandelier-24

https://cloudslights.com/collections/chandeliers/products/fantasy-pearl-ball-round-chandelier-38

https://cloudslights.com/collections/chandeliers/products/fantasy-pearl-ball-linear-chandelier-36

https://cloudslights.com/collections/chandeliers/products/fantasy-pearl-ball-linear-chandelier-54

https://cloudslights.com/collections/chandeliers/products/fantasy-pearl-ball-round-chandelier-22

https://cloudslights.com/collections/chandeliers/products/fantasy-pearl-ball-round-chandelier-48

https://cloudslights.com/collections/chandeliers/products/fantasy-pearl-ball-round-chandelier-60

121635160.1

https://cloudslights.com/collections/chandeliers/products/raindrop-round-chandelier-18

https://cloudslights.com/collections/chandeliers/products/raindrop-round-chandelier-light-60

https://cloudslights.com/collections/chandeliers/products/raindrop-round-chandelier-light-47

https://cloudslights.com/collections/chandeliers/products/raindrop-round-chandelier-36

https://cloudslights.com/collections/chandeliers/products/raindrop-rectangle-chandelier-72

https://cloudslights.com/collections/chandeliers/products/raindrop-rectangle-chandelier-54

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-round-chandelier-72

https://cloudslights.com/collections/chandeliers/products/balle-clear-crystal-round-chandelier-72

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-round-chandelier-60

https://cloudslights.com/collections/chandeliers/products/balle-clear-crystal-round-chandelier-60

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-round-chandelier-48

https://cloudslights.com/collections/chandeliers/products/balle-clear-crystal-round-chandelier-48

https://cloudslights.com/collections/chandeliers/products/balle-clear-crystal-round-chandelier-36

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-round-chandelier-36

https://cloudslights.com/collections/chandeliers/products/balle-clear-crystal-round-chandelier-24

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-oval-chandelier-72

https://cloudslights.com/collections/chandeliers/products/balle-clear-crystal-oval-chandelier-72

https://cloudslights.com/collections/chandeliers/products/balle-clear-cristal-double-linear-chandelier-60

https://cloudslights.com/collections/chandeliers/products/balle-smoke-cristal-double-linear-chandelier-60

https://cloudslights.com/collections/chandeliers/products/balle-clear-cristal-linear-chandelier-60

https://cloudslights.com/collections/chandeliers/products/balle-smoke-cristal-linear-chandelier-60

https://cloudslights.com/collections/chandeliers/products/balle-smoke-cristal-linear-chandelier-48

https://cloudslights.com/collections/chandeliers/products/balle-clear-cristal-linear-chandelier-48

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-round-cluster-chandelier-24d

https://cloudslights.com/collections/chandeliers/products/balle-clear-crystal-round-cluster-chandelier-24

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-round-cluster-chandelier-19

https://cloudslights.com/collections/chandeliers/products/balle-clear-crystal-round-cluster-chandelier-19

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-round-cluster-chandelier-14

https://cloudslights.com/collections/chandeliers/products/balle-clear-crystal-round-cluster-chandelier-14

https://cloudslights.com/collections/chandeliers/products/balle-clear-crystal-round-cluster-chandelier-30

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-round-cluster-chandelier-30

https://cloudslights.com/collections/chandeliers/products/balle-smoke-crystal-round-cluster-chandelier-40

https://cloudslights.com/collections/chandeliers/products/cannel-candlestick-round-chandelier-60

https://cloudslights.com/collections/chandeliers/products/cannel-candlestick-round-chandelier-48

https://cloudslights.com/collections/chandeliers/products/cannel-candlestick-round-chandelier-36

https://cloudslights.com/collections/chandeliers/products/cannel-candlestick-round-chandelier-24-custom-size

https://cloudslights.com/collections/chandeliers/products/cannel-candlestick-linear-chandelier-54

https://cloudslights.com/collections/chandeliers/products/cannel-candlestick-linear-chandelier-66

https://cloudslights.com/collections/chandeliers/products/cannel-candlestick-linear-chandelier-72-custom-size

https://cloudslights.com/collections/chandeliers/products/cascada-blown-glass-rectangular-chandelier-54

https://cloudslights.com/collections/chandeliers/products/cascada-blown-glass-square-chandelier-20

https://cloudslights.com/collections/chandeliers/products/cascada-blown-glass-square-chandelier-30

https://cloudslights.com/collections/chandeliers/products/raindrop-round-long-chandelier-light-36

https://cloudslights.com/collections/chandeliers/products/raindrop-round-long-chandelier-light-47

https://cloudslights.com/collections/chandeliers/products/raindrop-round-long-chandelier-light-60

https://cloudslights.com/collections/chandeliers/products/cannel-candlestick-round-chandelier-72

https://cloudslights.com/collections/chandeliers/products/camino-vintage-filament-round-chandeliers-73

https://cloudslights.com/collections/chandeliers/products/camino-vintage-filament-round-chandeliers-63

https://cloudslights.com/collections/chandeliers/products/camino-vintage-filament-round-chandeliers-50

https://cloudslights.com/collections/chandeliers/products/camino-vintage-filament-round-chandelier-38

https://cloudslights.com/collections/chandeliers/products/camino-vintage-filament-round-chandelier-26

https://cloudslights.com/collections/chandeliers/products/camino-vintage-filament-two-tier-round-chandelier

https://cloudslights.com/collections/chandeliers/products/camino-vintage-filament-rectangular-chandelier-52

https://cloudslights.com/collections/chandeliers/products/camino-vintage-filament-rectangular-chandelier-41

https://cloudslights.com/collections/chandeliers/products/camino-vintage-candelabra-two-tier-round-chandelier

https://cloudslights.com/collections/chandeliers/products/camino-vintage-candelabra-chandelier-73

https://cloudslights.com/collections/chandeliers/products/camino-vintage-candelabra-chandelier-63

https://cloudslights.com/collections/chandeliers/products/camino-vintage-candelabra-chandelier-50

https://cloudslights.com/collections/chandeliers/products/camino-vintage-candelabra-chandelier-38

https://cloudslights.com/collections/chandeliers/products/camino-vintage-candelabra-round-chandelier-26

https://cloudslights.com/collections/pendants/products/raindrop-pendant-light

https://cloudslights.com/collections/pendants/products/balle-smoke-cristal-cord-pendant

https://cloudslights.com/collections/pendants/products/balle-clear-cristal-cord-pendant

https://cloudslights.com/collections/pendants/products/balle-smoke-cristal-rod-pendant

https://cloudslights.com/collections/pendants/products/balle-clear-cristal-rod-pendant

https://cloudslights.com/collections/pendants/products/fantasy-pearl-glass-ball-pendant-light

https://cloudslights.com/collections/pendants/products/cannel-candlestick-pendant

https://cloudslights.com/collections/wall/products/balle-clear-crystal-grand-double-sconce

https://cloudslights.com/collections/wall/products/raindrop-wall-sconce-cord

https://cloudslights.com/collections/wall/products/fantasy-pearl-glass-ball-three-head-wall-sconce

https://cloudslights.com/collections/wall/products/fantasy-pearl-glass-ball-double-head-wall-sconce

https://cloudslights.com/collections/wall/products/fantasy-pearl-glass-ball-single-head-wall-sconce

https://cloudslights.com/collections/wall/products/raindrop-wall-sconce

https://cloudslights.com/collections/wall/products/balle-clear-crystal-grand-sconce

https://cloudslights.com/collections/wall/products/balle-smoke-crystal-grand-sconce

https://cloudslights.com/collections/wall/products/balle-clear-crystal-sconce

https://cloudslights.com/collections/wall/products/balle-smoke-sconce

https://cloudslights.com/collections/wall/products/balle-smoke-crystal-grand-double-sconce

https://cloudslights.com/collections/wall/products/cannel-candlestick-sconce

https://cloudslights.com/collections/wall/products/cannel-candlestick-linear-sconce

https://cloudslights.com/collections/wall/products/cannel-candlestick-double-sconce

https://cloudslights.com/collections/wall/products/cannel-candlestick-sconce-13-75-custom-size

https://cloudslights.com/collections/wall/products/cascada-blown-glass-wall-sconce

https://cloudslights.com/collections/wall/products/balle-clear-glass-petite-wall-lamp

https://cloudslights.com/collections/wall/products/balle-smoke-glass-petite-wall-sconce

https://cloudslights.com/collections/wall/products/balle-clear-glass-linear-short-wall-sconce

https://cloudslights.com/collections/wall/products/balle-smoke-glass-linear-short-wall-sconce

https://cloudslights.com/collections/wall/products/balle-clear-glass-linear-long-wall-sconce

https://cloudslights.com/collections/wall/products/balle-smoke-glass-linear-long-wall-sconce

https://cloudslights.com/collections/wall/products/cannel-candlestick-linear-long-sconce

121635160.1

Marks in Use: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CANNELE, CASCADA, ECLATANT, HARLOW,  MARIGNAN, PAUILLAC, PEARL, RAIN, RAVELLE, RHYS, SAN MARCO, SAVILE, SPIRIDON,

**Eric Lighting**

**Examples of Infringing Uses**

| RH Trademarks | Infringing Mark |
|---|---|
| **Cascada** Rectangular Chandelier 54" | **Cascade** Rectangular Chandelier 54" |
|  | |
| https://rh.com/catalog/product/product.jsp?productId=prod12700073 | https://ericlightus.com/collections/chandeliers-collection/products/cascada-rectangular-chandelier-54?variant=43353650430171 |



**List of Infringing Links**
https://ericlightus.com/collections/chandeliers-collection/products/pearl-ball-pendant-chandelier-38?variant=43347744030939

https://ericlightus.com/collections/chandeliers-collection/products/54-w-pearl-ball-pendant-long-chandelier-coppery-black?variant=43347748094171

https://ericlightus.com/collections/chandeliers-collection/products/hewson-calcite-round-chandelier-31?variant=43352335778011

https://ericlightus.com/collections/chandeliers-collection/products/pearl-ball-pendant-round-chandelier-38-w-coppery-black?variant=43347751993563

https://ericlightus.com/collections/chandeliers-collection/products/pearl-ball-pendant-round-chandelier-22-w-coppery-black?variant=43347764838619

https://ericlightus.com/collections/chandeliers-collection/products/crystal-cup-long-chandelier-w-54-coppery-black?variant=43347765461211

https://ericlightus.com/collections/chandeliers-collection/products/crystal-cup-long-chandelier-w-72-coppery-black?variant=43347766116571

https://ericlightus.com/collections/chandeliers-collection/products/crystal-cup-double-deck-round-chandelier-d-60-coppery-black?variant=43347766804699

https://ericlightus.com/collections/chandeliers-collection/products/belle-de-crystal-ball-long-chandelier-w-48-coppery-black?variant=43347767394523

https://ericlightus.com/collections/chandeliers-collection/products/belle-de-crystal-ball-long-linear-chandelier-w-60-coppery-black?variant=43347768312027

https://ericlightus.com/collections/chandeliers-collection/products/crystal-cup-round-chandelier-d-48-coppery-black?variant=43347769000155

https://ericlightus.com/collections/chandeliers-collection/products/belle-de-crystal-ball-chandelier-60-coppery-black?variant=43347770048731

https://ericlightus.com/collections/chandeliers-collection/products/belle-de-crystal-ball-chandelier-24-coppery-black?variant=43347771457755

https://ericlightus.com/collections/chandeliers-collection/products/belle-de-crystal-ball-chandelier-36-coppery-black?variant=43347773718747

https://ericlightus.com/collections/chandeliers-collection/products/raindrop-pendant-long-chandelier-54-coppery-black?variant=43347775193307

https://ericlightus.com/collections/chandeliers-collection/products/belle-de-crystal-ball-chandelier-72-coppery-black?variant=43347775455451

https://ericlightus.com/collections/chandeliers-collection/products/blown-glass-long-chandelier-w-60-coppery-black?variant=43347779027163

https://ericlightus.com/collections/chandeliers-collection/products/belle-de-crystal-ball-chandelier-48-coppery-black?variant=43347780665563

https://ericlightus.com/collections/chandeliers-collection/products/raindrop-pendant-round-chandelier-18-coppery-black?variant=43347781419227

https://ericlightus.com/collections/chandeliers-collection/products/raindrop-pendant-long-chandelier-72-coppery-black?variant=43347782762715

https://ericlightus.com/collections/chandeliers-collection/products/raindrop-pendant-round-chandelier-36-coppery-black-1?variant=43347784073435

https://ericlightus.com/collections/chandeliers-collection/products/blown-glass-round-chandelier-d-48-coppery-black?variant=43347796492507

https://ericlightus.com/collections/chandeliers-collection/products/blown-gass-round-chandelier-d-36-coppery-black?variant=43347797868763

https://ericlightus.com/collections/chandeliers-collection/products/crystal-cup-round-chandelier-d-36-coppery-black?variant=43347799769307

https://ericlightus.com/collections/chandeliers-collection/products/belle-de-crystal-ball-long-chandelier-w-60-coppery-black?variant=43347802521819

https://ericlightus.com/collections/chandeliers-collection/products/clean-lines-round-chandelier-d-36-coppery-black?variant=43347808911579

https://ericlightus.com/collections/chandeliers-collection/products/clean-lines-round-chandelier-d-48-coppery-black?variant=43347811533019

https://ericlightus.com/collections/chandeliers-collection/products/clean-lines-length-chandelier-l-67-coppery-black?variant=43347812221147

https://ericlightus.com/collections/chandeliers-collection/products/raindrop-pendant-round-chandelier-47-coppery-black?variant=43347812909275

https://ericlightus.com/collections/chandeliers-collection/products/linear-clear-k9-crystal-chandelier-l49-l61?variant=43347813368027

https://ericlightus.com/collections/chandeliers-collection/products/k9-crystal-rectangular-chandelier-l49?variant=43347815203035

https://ericlightus.com/collections/chandeliers-collection/products/k9-crystal-round-chandelier-d32?variant=43347815497947

https://ericlightus.com/collections/chandeliers-collection/products/k9-crystal-rectangular-chandelier-l59?variant=43347815956699

https://ericlightus.com/collections/chandeliers-collection/products/ring-clear-crystal-chandelier-d32-d44-d59?variant=43347816775899

https://ericlightus.com/collections/chandeliers-collection/products/clean-lines-length-chandelier-l-55-coppery-black?variant=43347817791707

https://ericlightus.com/collections/chandeliers-collection/products/clean-lines-round-chandelier-d-60-coppery-black?variant=43347819299035

https://ericlightus.com/collections/chandeliers-collection/products/k9-crystal-round-chandelier-d43?variant=43347821854939

https://ericlightus.com/collections/chandeliers-collection/products/handmade-glass-two-tier-round-chandelier-d37?variant=43347830309083

https://ericlightus.com/collections/chandeliers-collection/products/handmade-glass-round-chandelier-d37?variant=43347831783643

https://ericlightus.com/collections/chandeliers-collection/products/handmade-glass-round-chandelier-d48?variant=43347834732763

https://ericlightus.com/collections/chandeliers-collection/products/handmade-glass-two-tier-round-chandelier-d22?variant=43347835683035

https://ericlightus.com/collections/chandeliers-collection/products/handmade-glass-two-tier-round-chandelier-d60?variant=43347836862683

https://ericlightus.com/collections/chandeliers-collection/products/handmade-glass-rectangle-chandelier-l72?variant=43347840172251

https://ericlightus.com/collections/chandeliers-collection/products/clear-crystal-glass-linear-chandelier-l60?variant=43347840696539

https://ericlightus.com/collections/chandeliers-collection/products/handmade-glass-round-chandelier-d22?variant=43347841876187

https://ericlightus.com/collections/chandeliers-collection/products/clear-crystal-glass-round-chandelier-d36?variant=43347842367707

https://ericlightus.com/collections/chandeliers-collection/products/clear-crystal-glass-round-chandelier-d48?variant=43347844202715

https://ericlightus.com/collections/chandeliers-collection/products/handmade-glass-round-chandelier-d60?variant=43347845021915

https://ericlightus.com/collections/chandeliers-collection/products/handmade-glass-two-tier-round-chandelier-d48?variant=43347846955227

https://ericlightus.com/collections/chandeliers-collection/products/clear-crystal-glass-linear-chandelier-l49?variant=43347853213915

https://ericlightus.com/collections/chandeliers-collection/products/clear-crystal-glass-round-chandelier-d60?variant=43347855835355

https://ericlightus.com/collections/chandeliers-collection/products/raindrop-pendant-round-chandelier-60-coppery-black?variant=43348488814811

https://ericlightus.com/collections/chandeliers-collection/products/blown-glass-long-chandelier-w-70-coppery-black?variant=43348961624283

https://ericlightus.com/collections/chandeliers-collection/products/blown-glass-long-chandelier-w-60-coppery-black-1?variant=43348970143963

https://ericlightus.com/collections/chandeliers-collection/products/blown-glass-round-chandelier-d-60-coppery-black?variant=43349291729115

https://ericlightus.com/collections/chandeliers-collection/products/eclatant-round-chandelier-48-led-lights?variant=43352260477147

https://ericlightus.com/collections/chandeliers-collection/products/cosmos-grand-pendant?variant=43352261099739

https://ericlightus.com/collections/chandeliers-collection/products/eclatant-rectangular-chandelier-led-lights-54-72?variant=43352261689563

https://ericlightus.com/collections/chandeliers-collection/products/eclatant-2-tier-round-chandelier-61?variant=43352261951707

https://ericlightus.com/collections/chandeliers-collection/products/eclatant-2-tier-round-chandelier-48-led-lights?variant=43352262213851

https://ericlightus.com/collections/chandeliers-collection/products/eclatant-round-chandelier-60-led-lights?variant=43352284430555

https://ericlightus.com/collections/chandeliers-collection/products/harlow-crystal-rectangular-chandelier-62-18-lights?variant=43352314020059

https://ericlightus.com/collections/chandeliers-collection/products/faceted-crystal-hare-round-chandelier?variant=43352315986139

https://ericlightus.com/collections/chandeliers-collection/products/hewson-calcite-round-chandelier-62?variant=43352316412123

https://ericlightus.com/collections/chandeliers-collection/products/hewson-calcite-rectangular-chandelier-55?variant=43352317853915

https://ericlightus.com/collections/chandeliers-collection/products/hewson-calcite-round-chandelier-21?variant=43352318181595

https://ericlightus.com/collections/chandeliers-collection/products/harlow-crystal-rectangular-chandelier-42?variant=43352319131867

https://ericlightus.com/collections/chandeliers-collection/products/faceted-crystal-hare-rectangular-chandelier?variant=43352336400603

https://ericlightus.com/collections/chandeliers-collection/products/harlow-crystal-rectangular-chandelier-55?variant=43352337187035

https://ericlightus.com/collections/chandeliers-collection/products/harlow-crystal-round-chandelier-31?variant=43352338235611

https://ericlightus.com/collections/chandeliers-collection/products/harlow-crystal-round-chandelier-19?variant=43352339022043

https://ericlightus.com/collections/chandeliers-collection/products/harlow-crystal-round-chandelier-43-10-lights?variant=43352340496603

https://ericlightus.com/collections/chandeliers-collection/products/hewson-calcite-round-chandelier-43?variant=43352341184731

https://ericlightus.com/collections/chandeliers-collection/products/hewson-calcite-rectangular-chandelier-42?variant=43352341905627

https://ericlightus.com/collections/chandeliers-collection/products/hewson-calcite-rectangular-chandelier-62?variant=43352342692059

https://ericlightus.com/collections/chandeliers-collection/products/hewson-calcite-rectangular-chandelier-74?variant=43352343576795

https://ericlightus.com/collections/chandeliers-collection/products/aqui-led-tubular-round-chandelier-24-30-48?variant=43353641025755

https://ericlightus.com/collections/chandeliers-collection/products/aqui-led-tubular-linear-chandelier-60-72?variant=43353642762459

https://ericlightus.com/collections/chandeliers-collection/products/cascada-square-chandelier-30?variant=43353650069723

https://ericlightus.com/collections/chandeliers-collection/products/cascada-rectangular-chandelier-54?variant=43353650430171

https://ericlightus.com/collections/chandeliers-collection/products/cascada-square-chandelier-20?variant=43353650659547

https://ericlightus.com/collections/chandeliers-collection/products/savi-linear-chandelier-72-6-lights?variant=43356660990171

https://ericlightus.com/collections/chandeliers-collection/products/copy-of-savi-linear-chandelier-24-2-lights?variant=43356665053403

https://ericlightus.com/collections/chandeliers-collection/products/savi-linear-chandelier-48-6-lights?variant=43356679864539

https://ericlightus.com/collections/chandeliers-collection/products/marig-round-chandelier-d-36?variant=43374657274075

https://ericlightus.com/collections/chandeliers-collection/products/marig-rectangular-chandelier-d-60?variant=43374856798427

https://ericlightus.com/collections/chandeliers-collection/products/marig-round-chandelier-d-60?variant=43374864105691

https://ericlightus.com/collections/chandeliers-collection/products/marig-round-chandelier-d-48?variant=43374877442267

https://ericlightus.com/collections/chandeliers-collection/products/marignan-four-tier-rectangular-chandelier-72?variant=43374883668187

https://ericlightus.com/collections/chandeliers-collection/products/marig-three-tier-rectangular-chandelier-d-60?variant=43374902149339

https://ericlightus.com/collections/chandeliers-collection/products/marig-five-tier-round-chandelier-d-60?variant=43374927675611

https://ericlightus.com/collections/chandeliers-collection/products/marig-three-tier-round-chandelier-d-36?variant=43374936916187

https://ericlightus.com/collections/chandeliers-collection/products/marig-four-tier-round-chandelier-d-48?variant=43374955331803

https://ericlightus.com/collections/pendant-lights/products/blown-glass-rain-pendant-lighting?variant=43348489437403

https://ericlightus.com/collections/pendant-lights/products/pearl-ball-pendant-lighting?variant=43347810844891

https://ericlightus.com/collections/pendant-lights/products/clear-crystal-ball-pendant-lighting?variant=43347785482459

https://ericlightus.com/collections/wall-sconce-collection/products/blown-glass-rain-wall-sconce?variant=43348489797851

https://ericlightus.com/collections/wall-sconce-collection/products/single-head-pearl-wall-sconce?variant=43347845546203

https://ericlightus.com/collections/wall-sconce-collection/products/marig-crystal-sconce?variant=43374845395163

https://ericlightus.com/collections/wall-sconce-collection/products/aquitania-solid-brass-tubular-linear-wall-sconce-h-38?variant=43353643843803

https://ericlightus.com/collections/wall-sconce-collection/products/aquitania-minimalist-firebrand-wall-sconce?variant=43353642008795

https://ericlightus.com/collections/wall-sconce-collection/products/hewson-calcite-sconce?variant=43352317264091

https://ericlightus.com/collections/wall-sconce-collection/products/hewson-calcite-triple-sconce-1?variant=43352316674267

https://ericlightus.com/collections/wall-sconce-collection/products/glass-shaded-ravelle-wall-sconce?variant=43348971225307

https://ericlightus.com/collections/wall-sconce-collection/products/glass-shaded-ravelle-grand-wall-sconce?variant=43348967882971

https://ericlightus.com/collections/wall-sconce-collection/products/glass-shaded-ravelle-double-wall-sconce?variant=43348966637787

https://ericlightus.com/collections/wall-sconce-collection/products/modern-cascade-glass-wall-sconce-h-22?variant=43347857408219

https://ericlightus.com/collections/wall-sconce-collection/products/k9-crystal-glass-cup-wall-sconce?variant=43347855114459

https://ericlightus.com/collections/wall-sconce-collection/products/k9-crystal-glass-cup-linear-wall-sconce?variant=43347854131419

https://ericlightus.com/collections/wall-sconce-collection/products/glass-shaded-ravelle-linear-wall-sconce?variant=43347847807195

https://ericlightus.com/collections/wall-sconce-collection/products/2-head-pearl-wall-sconce?variant=43347848462555

https://ericlightus.com/collections/wall-sconce-collection/products/3-head-pearl-wall-sconce?variant=43347843121371

https://ericlightus.com/collections/wall-sconce-collection/products/single-head-clear-crystal-ball-wall-sconce?variant=43347791479003

https://ericlightus.com/collections/wall-sconce-collection/products/double-head-clear-crystal-ball-wall-sconce?variant=43347790823643

121635160.1

Marks in Use: ARCACHON, BOULE DE CRISTAL, CAMINO, CANNELE, HARLOW, MARIGNAN, PAUILLAC, RAIN, RAVELLE, RHYS

**Lighting Forever**

**Examples of Infringing Uses**

| RH Trademarks | Infringing Mark |
|---|---|



**Arcachon** Led Round Chandelier 36"

https://rh.com/catalog/product/product.jsp?productId=prod23990217&sale=false&layout=square

**Arcachon** Round 1 Tier Chandelier

https://lighting-forever.com/chandelier/1105-5146-aubrey-round-chandelier.html#/55-size-diameter_60cm/899-structure_color-brass

**Harlow** Crystal Rectangular Chandelier 54"

**Harlow** Crystal Linear Chandelier

https://lighting-forever.com/chandelier/931-5311-harlow-crystal-linear-chandelier.html#/425-model-12_bulbs/739-crystal_color-clear

114

| RH Trademarks | Infringing Mark |
|---|---|
| https://rh.com/catalog/product/product.jsp?productId=prod2990760&sale=false&layout=square | |
| **Ravelle** Linear Chandelier 59" | **Ravelle** Linear Chandelier |



https://rh.com/catalog/product/product.jsp?productId=prod14880048

https://lighting-forever.com/chandelier/1329-5660-ravelle-linear-chandelier.html#/395-size-length_100cm/899-structure_color-brass

**List of Infringing Links**

https://lighting-forever.com/chandelier/919-6378-rhys-prism-round-crystal-chandelier.html - /91-size-diameter_50cm/544-structure_color-black/739-crystal_color-clear

https://lighting-forever.com/chandelier/920-3293-rh-rhys-clear-glass-prism-rectangular-crystal-chandelier.html - /396-size-diameter_85cm/544-structure_color-black/739-crystal_color-clear

https://lighting-forever.com/chandelier/930-8375-harlow-crystal-round-chandelier-d48cm.html - /694-shade_color-transparent/1076-size-height_26cm

https://lighting-forever.com/chandelier/931-5311-harlow-crystal-linear-chandelier.html - /425-model-12_bulbs/739-crystal_color-clear

https://lighting-forever.com/chandelier/1074-7372-corsica-linear-chandelier.html - /544-structure_color-black/726-size-length_140cm

https://lighting-forever.com/chandelier/1085-6415-canel-round-chandelier.html - /56-size-diameter_90cm/899-structure_color-brass

115

https://lighting-forever.com/chandelier/1100-3828-debutante-linear-chandelier.html - /899-structure_color-brass/1047-size-width_122cm

https://lighting-forever.com/chandelier/1101-7820-marignia-round-chandelier-multi-tier.html - /56-size-diameter_90cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1104-4137-arcachon-linear-chandelier.html#/837-size-length_135cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1106-5562-aubrey-round-2-tier-chandelier.html - /60-size-diameter_80cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1113-4094-paulac-linear-chandelier.html - /544-structure_color-black/748-size-length_125cm

https://lighting-forever.com/chandelier/1114-3843-paulac-round-chandelier.html - /833-size-diameter_91cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1166-3935-camino-vintage-candelabra-2-tier-chandelier.html - /60-size-diameter_80cm

https://lighting-forever.com/chandelier/1167-3939-camino-vintage-candelabra-round-chandelier.html - /55-size-diameter_60cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1168-3949-rh-camino-vintage-candelabra-rectangular-chandelier.html - /318-size-diameter_100cm

https://lighting-forever.com/chandelier/1169-3878-camino-vintage-filament-round-chandelier.html - /180-size-diameter_160cm

https://lighting-forever.com/chandelier/1170-3879-camino-vintage-filament-rectangular-chandelier.html - /395-size-length_100cm

https://lighting-forever.com/chandelier/1181-8369-harlow-crystal-round-chandelier-diam78cm-31.html - /694-shade_color-transparent/1076-size-height_26cm

https://lighting-forever.com/chandelier/1182-8381-harlow-crystal-round-chandelier-diam110cm-43.html - /694-shade_color-transparent/1076-size-height_26cm

https://lighting-forever.com/chandelier/1329-5660-ravelle-linear-chandelier.html - /395-size-length_100cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1624-7600-debutante-round-chandelier.html - /56-size-diameter_90cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1625-7609-debutante-linear-chandelier.html - /899-structure_color-brass/1047-size-width_122cm

https://lighting-forever.com/chandelier/1105-5146-aubrey-round-chandelier.html - /55-size-diameter_60cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1710-8069-cristal-ball-round-chandelier.html - /318-size-diameter_100cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1711-8040-cristal-ball-oval-chandelier.html - /826-size-diameter_180cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1712-8077-cristal-ball-round-cluster-chandelier.html - /123-size-diameter_36cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1713-8086-cristal-ball-big-round-cluster-chandelier.html - /842-size-diameter_76cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1714-8095-cristal-ball-linear-cluster-chandelier.html - /102-size-length_120cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1715-8109-cristal-ball-linear-chandelier.html - /899-structure_color-brass/1095-model-5_globes

https://lighting-forever.com/chandelier/1716-8112-cristal-ball-grand-double-linear-chandelier.html - /899-structure_color-brass

https://lighting-forever.com/chandelier/1717-8113-cristal-ball-round-chandelier-12-globes.html - /55-size-diameter_60cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1733-8205-arcachon-round-3-tier-chandelier.html - /834-size-diameter_152cm/899-structure_color-brass

https://lighting-forever.com/chandelier/1736-8229-ravelle-round-chandelier.html - /55-size-diameter_60cm/899-structure_color-brass

https://lighting-forever.com/pendant-lamp/1088-3824-canel-pendant-lamp.html - /899-structure_color-brass

https://lighting-forever.com/pendant-lamp/1115-3822-paulac-pendant-lamp.html - /899-structure_color-brass

https://lighting-forever.com/pendant-lamp/1723-8136-cristal-ball-single-pendant-lamp-rod.html - /899-structure_color-brass

https://lighting-forever.com/pendant-lamp/1724-8139-balle-de-cristal-led-single-pendant-lamp-cord.html - /899-structure_color-brass

https://lighting-forever.com/pendant-lamp/1725-8144-cristal-ball-single-pendant-lamp-cord-3-lights.html - /544-structure_color-black/625-canopy_type-round_base

https://lighting-forever.com/ceiling-lamp/1722-8133-cristal-ball-petite-wallceiling-lamp.html - /899-structure_color-brass

https://lighting-forever.com/ceiling-lamp/1726-8149-cristal-ball-flushmount-ceiling-lamp.html - /899-structure_color-brass/1096-model-7_globes

121635160.1

https://lighting-forever.com/wall-lamp/1029-8386-harlow-crystal-wall-lamp.html - /694-shade_color-transparent/1100-size-height_28cm

https://lighting-forever.com/wall-lamp/1086-3780-canel-double-wall-lamp.html - /899-structure_color-brass

https://lighting-forever.com/wall-lamp/1087-3783-canel-single-wall-lamp.html - /899-structure_color-brass

https://lighting-forever.com/wall-lamp/1107-3814-aubrey-single-wall-lamp.html - /899-structure_color-brass

https://lighting-forever.com/wall-lamp/1219-4405-marignia-wall-lamp.html - /868-structure_color-antique_brass

https://lighting-forever.com/wall-lamp/1718-8121-cristal-ball-single-wall-lamp.html - /899-structure_color-brass

https://lighting-forever.com/wall-lamp/1719-8122-cristal-ball-double-wall-lamp.html - /899-structure_color-brass

https://lighting-forever.com/wall-lamp/1720-8127-cristal-ball-long-wall-lamp.html - /899-structure_color-brass

https://lighting-forever.com/wall-lamp/1721-8130-cristal-ball-grand-double-wall-lamp.html - /899-structure_color-brass

https://lighting-forever.com/ceiling-lamp/1722-8133-cristal-ball-petite-wallceiling-lamp.html - /899-structure_color-brass

https://lighting-forever.com/wall-lamp/1738-8243-ravelle-wall-lamp.html - /899-structure_color-brass

https://lighting-forever.com/wall-lamp/1739-8246-ravelle-grand-wall-lamp.html - /899-structure_color-brass

https://lighting-forever.com/wall-lamp/1748-8308-paulac-wall-lamp.html - /899-structure_color-brass

https://lighting-forever.com/table-lamp/927-3329-rhys-prism-crystal-table-lamp.html - /544-structure_color-black/739-crystal_color-clear

https://lighting-forever.com/table-lamp/957-3475-garrett-crystal-table-lamp.html - /739-crystal_color-clear

https://lighting-forever.com/table-lamp/1116-4238-canova-fortress-table-lamp.html - /899-structure_color-brass

https://lighting-forever.com/floor-lamp/958-3569-garrett-crystal-floor-lamp.html - /544-structure_color-black/739-crystal_color-clear

https://lighting-forever.com/floor-lamp/1621-7596-canova-fortress-floor-lamp.html - /899-structure_color-brass

121635160.1

Marks in Use: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CAMINO, CANNELE, CASCADA, ECLATANT, FULCRUM, HARLOW, MACHINIST, MARIGNAN, PAUILLAC, PEARL, RAIN, RAVELLE, RHYS, SAN MARCO, SAVILE, SPIRIDON, UTILITAIRE

**Emma Lighting**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| https://rh.com/catalog/product/product.jsp?productId=prod15940087 | |
| **Rhys** Round Chandelier 32" | **Rhys** Crystal Crystal Round Chandelier 32", 8-Lights |



https://rh.com/catalog/product/product.jsp?productId=prod2460061&sale=false&layout=square

https://emmalighting.com/product/rhys-crystal-crystal-round-chandelier-32-8-lights

**List of Infringing Links**

https://emmalighting.com/product/raindrop-round-chandelier-60-31-lights

https://emmalighting.com/product/fulcra-round-chandelier-61-5-lights

https://emmalighting.com/product/raindrop-linear-chandelier-54-13-lights

https://emmalighting.com/product/arcachon-2-tier-round-chandelier-60-108-lights

https://emmalighting.com/product/boule-de-crystal-ball-round-cluster-chandelier-14

https://emmalighting.com/product/ascade-rectangular-chandelier-54

https://emmalighting.com/product/arcachon-rectangular-chandelier-54-60-lights

https://emmalighting.com/product/boule-de-crystal-ball-round-cluster-chandelier-24

https://emmalighting.com/product/marcom-handmade-glass-rectangle-chandelier-54

https://emmalighting.com/product/boule-de-crystal-glass-ball-round-chandelier-48-18-lights

https://emmalighting.com/product/arcachon-round-chandelier-48-48-lights

https://emmalighting.com/product/boule-de-crystal-glass-ball-oval-chandelier-72-24-lights

https://emmalighting.com/product/ravelle-round-chandelier-48-16-lights

https://emmalighting.com/product/raindrop-round-chandelier-47-21-lights

https://emmalighting.com/product/eclatant-round-chandelier-60-led-lights

https://emmalighting.com/product/arcachon-rectangular-chandelier-72-80-lights

https://emmalighting.com/product/ravelle-round-chandelier-36-12-lights

https://emmalighting.com/product/boule-de-crystal-glass-ball-round-chandelier-60-18-lights

https://emmalighting.com/product/harlow-crystal-round-chandelier-60-14-lights

https://emmalighting.com/product/raindrop-round-chandelier-36-13-lights

https://emmalighting.com/product/ravelle-linear-chandelier-60-7-lights

https://emmalighting.com/product/cannel-coal-linear-chandelier-55

https://emmalighting.com/product/boule-crystal-glass-double-linear-chandelier-60-12-lights

https://emmalighting.com/product/ravelle-round-chandelier-60-20-lights

https://emmalighting.com/product/marie-multi-tier-round-chandelier

https://emmalighting.com/product/arcachon-round-chandelier-36-36-lights

https://emmalighting.com/product/boule-de-crystal-glass-ball-linear-chandelier-48-5-lights

https://emmalighting.com/product/raindrop-linear-chandelier-72-21-lights

https://emmalighting.com/product/boule-de-crystal-ball-rund-cluster-chandelier-30

https://emmalighting.com/product/marcom-handmade-glass-round-chandelier-37

https://emmalighting.com/product/boule-de-crystal-glass-ball-linear-chandelier-60-6-lights

https://emmalighting.com/product/boule-de-crystal-glass-ball-round-chandelier-24-12-lights

https://emmalighting.com/product/raindrop-round-chandelier-18-7-lights

https://emmalighting.com/product/marcom-handmade-glass-two-tier-round-chandelier-60

https://emmalighting.com/product/marcom-handmade-glass-round-chandelier-60

https://emmalighting.com/product/arcachon-round-chandelier-60-72-lights

https://emmalighting.com/product/marcom-handmade-glass-round-chandelier-48

https://emmalighting.com/product/marcom-handmade-glass-round-chandelier-48

https://emmalighting.com/product/cannel-coal-linear-chandelier-67

https://emmalighting.com/product/rhys-round-chandelier-43-8-lights

https://emmalighting.com/product/cannel-coal-round-chandelier-36

https://emmalighting.com/product/fulcra-linear-chandelier-73-3-lights

https://emmalighting.com/product/fulcra-linear-chandelier-61-3-lights

https://emmalighting.com/product/savi-linear-chandelier-24-2-lights

https://emmalighting.com/product/savi-linear-chandelier-48-4-lights

https://emmalighting.com/product/savi-linear-chandelier-72-6-lights

https://emmalighting.com/product/ascade-square-chandelier-20

https://emmalighting.com/product/ascade-square-chandelier-30

https://emmalighting.com/product/boule-de-crystal-glass-ball-round-chandelier-36-18-lights

https://emmalighting.com/product/boule-de-crystal-ball-rund-cluster-chandelier-40

https://emmalighting.com/product/boule-de-crystal-ball-rund-cluster-chandelier-19

121635160.1

https://emmalighting.com/product/harlow-calcite-rectangular-chandelier-74

https://emmalighting.com/product/harlow-calcite-round-chandelier-19

https://emmalighting.com/product/harlow-calcite-round-chandelier-60

https://emmalighting.com/product/harlow-calcite-rectangular-chandelier-55

https://emmalighting.com/product/harlow-calcite-round-chandelier-43

https://emmalighting.com/product/harlow-calcite-rectangular-chandelier-42

https://emmalighting.com/product/harlow-calcite-round-chandelier-31

https://emmalighting.com/product/harlow-calcite-rectangular-chandelier-62

https://emmalighting.com/product/harlow-calcite-wall-sconce

https://emmalighting.com/product/boule-de-crystal-glass-ball-round-chandelier-36-replaced-with-48-18-lights

https://emmalighting.com/product/ravelle-round-chandelier-24-customization

https://emmalighting.com/product/harlow-crystal-triple-wall-sconce-32-h

https://emmalighting.com/product/harlow-crystal-wall-sconce-10-h

https://emmalighting.com/product/ravelle-linear-chandelier-71-9-lights

https://emmalighting.com/product/camin-vintage-filament-round-chandelier-63-30-lights

https://emmalighting.com/product/camin-vintage-filament-round-chandelier-50-24-lights

https://emmalighting.com/product/marie-round-chandelier-48

https://emmalighting.com/product/camin-vintage-filament-round-chandelier-38-18-lights

https://emmalighting.com/product/camin-vintage-filament-round-chandelier-26-12-lights

https://emmalighting.com/product/marie-rectangular-chandelier-60

https://emmalighting.com/product/eclatant-rectangular-chandelier-led-lights-54-72

https://emmalighting.com/product/rhys-round-flushmount-19

https://emmalighting.com/product/marie-round-chandelier-60

https://emmalighting.com/product/marie-round-chandelier-36

https://emmalighting.com/product/eclatant-round-chandelier-48-led-lights

https://emmalighting.com/product/eclatant-round-chandelier-36-led-lights

https://emmalighting.com/product/eclatant-2-tier-round-chandelier-48-led-lights

https://emmalighting.com/product/eclatant-2-tier-round-chandelier-60-led-lights

https://emmalighting.com/product/harlow-crystal-rectangular-chandelier-62

https://emmalighting.com/product/harlow-crystal-rectangular-chandelier-55-15-lights

https://emmalighting.com/product/harlow-crystal-rectangular-chandelier-42-12-lights

https://emmalighting.com/product/harlow-crystal-round-chandelier-43-10-lights

https://emmalighting.com/product/harlow-crystal-round-chandelier-31-7-lights

https://emmalighting.com/product/harlow-crystal-round-chandelier-19-4-lights

https://emmalighting.com/product/pearl-round-chandelier-60-49-lights

https://emmalighting.com/product/pearl-round-chandelier-48-37-lights

https://emmalighting.com/product/pearl-round-chandelier-38-27-lights

https://emmalighting.com/product/pearl-round-chandelier-22-12-lights

https://emmalighting.com/product/pearl-linear-chandelier-72-33-lights

https://emmalighting.com/product/pearl-linear-chandelier-54-20-lights

https://emmalighting.com/product/customized-frieda-raindrop-round-chandelier-d-24

https://emmalighting.com/product/rhys-crystal-rectangular-chandelier-59-8-lights

https://emmalighting.com/product/cannel-coal-round-chandelier-48

https://emmalighting.com/product/aquitania-linear-chandelier-48-60-72

https://emmalighting.com/product/aquitania-round-chandelier-24-30-48

https://emmalighting.com/product/crystal-spiridon-ring-chandelier

https://emmalighting.com/product/rhys-crystal-crystal-round-chandelier-32-8-lights

https://emmalighting.com/product/rhys-crystal-rectangular-chandelier-49-8-lights

https://emmalighting.com/product/harlow-crystal-rectangular-chandelier-74-22-lights

https://emmalighting.com/product/pearl-linear-chandelier-36-16-lights

https://emmalighting.com/product/marie-multi-tier-rectangle-chandelier

https://emmalighting.com/product/cannel-coal-round-chandelier-60

https://emmalighting.com/product/pauila-clear-glass-shade-round-chandelier-60

https://emmalighting.com/product/pauila-clear-glass-shade-round-chandelier-48

https://emmalighting.com/product/pauila-clear-glass-shade-round-chandelier-36

https://emmalighting.com/product/pauila-clear-glass-shade-linear-chandelier-60

https://emmalighting.com/product/pauila-clear-glass-shade-linear-chandelier-49

https://emmalighting.com/product/marcom-handmade-glass-two-tier-round-chandelier-37

https://emmalighting.com/product/marcom-handmade-glass-two-tier-round-chandelier-48

https://emmalighting.com/product/marcom-handmade-glass-two-tier-round-chandelier-22

https://emmalighting.com/product/marcom-handmade-glass-round-chandelier-22

https://emmalighting.com/product/marcom-handmade-glass-rectangle-chandelier-72

https://emmalighting.com/product/paillaco-white-fabric-shade-linear-chandelier-49

https://emmalighting.com/product/paillaco-white-fabric-shade-round-chandelier-36

https://emmalighting.com/product/arcachon-light-source-2700k-can-be-dimmable-132-light-sources

https://emmalighting.com/product/ravelle-wall-sconce-12-h

https://emmalighting.com/product/ravelle-linear-wall-sconce-23-h

https://emmalighting.com/product/raindrop-wall-sconce-using-cord

https://emmalighting.com/product/boule-de-crystal-glass-ball-wall-sconce

https://emmalighting.com/product/harlow-calcite-triple-wall-sconce

https://emmalighting.com/product/harlow-calcite-wall-sconce

https://emmalighting.com/product/harlow-crystal-triple-wall-sconce-32-h

https://emmalighting.com/product/harlow-crystal-wall-sconce-10-h

https://emmalighting.com/product/eclatant-wall-sconce

https://emmalighting.com/product/savinelli-rectangle-outdoor-sconce

https://emmalighting.com/product/savinelli-round-outdoor-sconce

https://emmalighting.com/product/machinist-wall-sconce-9

https://emmalighting.com/product/arcachon-wall-sconce-20-w-14-lights

https://emmalighting.com/product/machinist-wall-sconce-12

https://emmalighting.com/product/fulcra-grand-wall-sconce

https://emmalighting.com/product/fulcra-wall-sconce

https://emmalighting.com/product/arcachon-wall-sconce-26-w-18-lights

https://emmalighting.com/product/cannel-coal-wall-sconce

https://emmalighting.com/product/cannel-double-wall-sconce

121635160.1

https://emmalighting.com/product/pearl-3-head-wall-sconce

https://emmalighting.com/product/aquitania-solid-brass-tubular-linear-wall-sconce-h38

https://emmalighting.com/product/cannel-coal-linear-wall-sconce

https://emmalighting.com/product/ascade-wall-sconce

https://emmalighting.com/product/aquitania-minimalist-firebrand-wall-sconce

https://emmalighting.com/product/raindrop-wall-sconce-using-rod

https://emmalighting.com/product/arcachon-linear-wall-sconce-13-h

https://emmalighting.com/product/ravelle-double-wall-sconce-12-h

https://emmalighting.com/product/arcachon-wall-sconce

https://emmalighting.com/product/pearl-wall-sconce

https://emmalighting.com/product/pearl-2-head-wall-sconce

https://emmalighting.com/product/ravelle-grand-wall-sconce-18-h

https://emmalighting.com/product/boule-de-crystal-glass-ball-wall-sconce-28-h

https://emmalighting.com/product/boule-de-crystal-glass-ball-2-head-wall-sconce

https://emmalighting.com/product/boule-de-crystal-smoky-glass-ball-pendant-lighting

https://emmalighting.com/product/raindrop-pendant-chandelier

https://emmalighting.com/product/utilitaire-sphere-shade-pendant-8-11-14

https://emmalighting.com/product/raindrop-pendant-chandelier-for-rod

https://emmalighting.com/product/ravelle-pendant-10

https://emmalighting.com/product/fulcra-pendant-light-15-d

https://emmalighting.com/product/savi-round-pendant-14-h

https://emmalighting.com/product/ravelle-pendant-8

https://emmalighting.com/product/fulcra-pendant-light-13-d

https://emmalighting.com/product/machinist-glass-cloche-pendant-10-14-18

https://emmalighting.com/product/pauila-clear-glass-shade-pendant

https://emmalighting.com/product/aquitania-linear-pendant

https://emmalighting.com/product/eclatant-grand-pendant-7-w

https://emmalighting.com/product/ravelle-pendant-12

https://emmalighting.com/product/pearl-pendant-lighting

https://emmalighting.com/product/boule-de-crystal-clear-glass-ball-pendant-lighting

https://emmalighting.com/product/fulcra-table-lamp

121635160.1

Marks in Use: BOULE DE CRISTAL, FULCRUM, HARLOW, PEARL, SAN MARCO

**Hurley Light**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Boule De Cristal** Clear Glass Flushmount 24" | **Boule De Cristal** Flushmount |
| https://rh.com/catalog/product/product.jsp?productId=prod6441294 | https://www.hurleylight.com/product/harlow-crystal-sconce/ |
| **Fulcrum** Grand Pendant | **Fulcrum** Grand Pendant |
| https://rh.com/catalog/product/product.jsp?productId=prod20670374 | https://www.hurleylight.com/product/fulcrum-grand-pendant/ |

| RH Trademarks | Infringing Mark |
|---|---|
| **Harlow** Crystal Sconce | **Harlow** Crystal Sconce |
|  | |
| https://rh.com/catalog/product/product.jsp?productId=prod3190032 | https://www.hurleylight.com/product/harlow-crystal-sconce/ |

**List of Infringing Links**

https://www.hurleylight.com/product/boule-de-cristal-flushmount/

https://www.hurleylight.com/product/boule-de-cristal-round-cluster-chandelier/

https://www.hurleylight.com/product/boule-de-cristal-sconce-wall-lamp/

https://www.hurleylight.com/product/fulcrum-grand-pendant/

https://www.hurleylight.com/product/harlow-crystal-rectangular-chandelier/

https://www.hurleylight.com/product/harlow-crystal-round-chandelier/

https://www.hurleylight.com/product/harlow-crystal-sconce/

https://www.hurleylight.com/product/san-marco-round-chandelier/

https://www.hurleylight.com/product/san-marco-two-tier-round-chandelier/

https://www.hurleylight.com/product/pearl-double-sconce/

https://www.hurleylight.com/product/pearl-pendant-light/

https://www.hurleylight.com/product/pearl-rectangular-chandelier-36/

https://www.hurleylight.com/product/pearl-rectangular-chandelier-54/

https://www.hurleylight.com/product/pearl-rectangular-chandelier-72/

https://www.hurleylight.com/product/pearl-round-chandelier/

https://www.hurleylight.com/product/pearl-round-chandelier-38/

https://www.hurleylight.com/product/pearl-round-chandelier-48/

https://www.hurleylight.com/product/pearl-round-chandelier-60/

https://www.hurleylight.com/product/pearl-sconce/

https://www.hurleylight.com/product/pearl-triple-sconce/

121635160.1

Marks in Use: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CAMINO, CANNELE, CASCADA, ECLATANT, FULCRUM, HARLOW, MARIGNAN, PEARL, RAIN, RAVELLE, SAN MARCO, SPIRIDON, RH, and RESTORATION HARDWARE

**Zhongshan Reborn Lighting Co. Ltd.**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Fulcrum** Round Chandelier 85" | **Fulcrum** Round Chandelier 85" Blrh9006 |
| https://rh.com/catalog/product/product.jsp?productId=prod20670395 | https://www.rebornlighting.com/goods.php?id=11511 |



| RH Trademarks | Infringing Mark |
|---|---|
| **Rain** Rectangular Chandelier 54"<br>https://rh.com/catalog/product/product.jsp?productId=prod20670285 | **Rain** Linear Chandelier 54" Blrh9005<br>https://www.rebornlighting.com/goods.php?id=11510 |
| **Spiridon** Round Chandelier 60"<br>https://rh.com/catalog/product/product.jsp?productId=prod6431158&sale=false&layout=square | **Spiridon** Round Chandelier Blxdn9002<br>https://www.rebornlighting.com/goods.php?id=11502 |

**List of Infringing Links**

https://www.rebornlighting.com/goods.php?id=11259

121635160.1

https://www.rebornlighting.com/goods.php?id=11616

https://www.rebornlighting.com/goods.php?id=11615

https://www.rebornlighting.com/goods.php?id=11614

https://www.rebornlighting.com/goods.php?id=11613

https://www.rebornlighting.com/goods.php?id=11612

https://www.rebornlighting.com/goods.php?id=11611

https://www.rebornlighting.com/goods.php?id=11610

https://www.rebornlighting.com/goods.php?id=11609

https://www.rebornlighting.com/goods.php?id=11608

https://www.rebornlighting.com/goods.php?id=11607

https://www.rebornlighting.com/goods.php?id=11606

https://www.rebornlighting.com/goods.php?id=11605

https://www.rebornlighting.com/goods.php?id=11604

https://www.rebornlighting.com/goods.php?id=11603

https://www.rebornlighting.com/goods.php?id=11588

https://www.rebornlighting.com/goods.php?id=11587

https://www.rebornlighting.com/goods.php?id=11586

https://www.rebornlighting.com/goods.php?id=11585

https://www.rebornlighting.com/goods.php?id=11584

https://www.rebornlighting.com/goods.php?id=11583

https://www.rebornlighting.com/goods.php?id=11582

121635160.1

https://www.rebornlighting.com/goods.php?id=11581

https://www.rebornlighting.com/goods.php?id=11580

https://www.rebornlighting.com/goods.php?id=11579

https://www.rebornlighting.com/goods.php?id=11578

https://www.rebornlighting.com/goods.php?id=11577

https://www.rebornlighting.com/goods.php?id=11576

https://www.rebornlighting.com/goods.php?id=11575

https://www.rebornlighting.com/goods.php?id=11574

https://www.rebornlighting.com/goods.php?id=11573

https://www.rebornlighting.com/goods.php?id=11572

https://www.rebornlighting.com/goods.php?id=11571

https://www.rebornlighting.com/goods.php?id=11570

https://www.rebornlighting.com/goods.php?id=11569

https://www.rebornlighting.com/goods.php?id=11568

https://www.rebornlighting.com/goods.php?id=11567

https://www.rebornlighting.com/goods.php?id=11566

https://www.rebornlighting.com/goods.php?id=11565

https://www.rebornlighting.com/goods.php?id=11564

https://www.rebornlighting.com/goods.php?id=11563

https://www.rebornlighting.com/goods.php?id=11557

https://www.rebornlighting.com/goods.php?id=11556

121635160.1

https://www.rebornlighting.com/goods.php?id=11555

https://www.rebornlighting.com/goods.php?id=11554

https://www.rebornlighting.com/goods.php?id=11553

https://www.rebornlighting.com/goods.php?id=11552

https://www.rebornlighting.com/goods.php?id=11551

https://www.rebornlighting.com/goods.php?id=11550

https://www.rebornlighting.com/goods.php?id=11549

https://www.rebornlighting.com/goods.php?id=11548

https://www.rebornlighting.com/goods.php?id=11547

https://www.rebornlighting.com/goods.php?id=11546

https://www.rebornlighting.com/goods.php?id=11545

https://www.rebornlighting.com/goods.php?id=11542

https://www.rebornlighting.com/goods.php?id=11541

https://www.rebornlighting.com/goods.php?id=11540

https://www.rebornlighting.com/goods.php?id=11539

https://www.rebornlighting.com/goods.php?id=11538

https://www.rebornlighting.com/goods.php?id=11537

https://www.rebornlighting.com/goods.php?id=11536

https://www.rebornlighting.com/goods.php?id=11535

https://www.rebornlighting.com/goods.php?id=11534

https://www.rebornlighting.com/goods.php?id=11533

121635160.1

https://www.rebornlighting.com/goods.php?id=11532

https://www.rebornlighting.com/goods.php?id=11531

https://www.rebornlighting.com/goods.php?id=11530

https://www.rebornlighting.com/goods.php?id=11529

https://www.rebornlighting.com/goods.php?id=11528

https://www.rebornlighting.com/goods.php?id=11527

https://www.rebornlighting.com/goods.php?id=11526

https://www.rebornlighting.com/goods.php?id=11525

https://www.rebornlighting.com/goods.php?id=11524

https://www.rebornlighting.com/goods.php?id=11523

https://www.rebornlighting.com/goods.php?id=11522

https://www.rebornlighting.com/goods.php?id=11521

https://www.rebornlighting.com/goods.php?id=11520

https://www.rebornlighting.com/goods.php?id=11519

https://www.rebornlighting.com/goods.php?id=11518

https://www.rebornlighting.com/goods.php?id=11517

https://www.rebornlighting.com/goods.php?id=11516

https://www.rebornlighting.com/goods.php?id=11515

https://www.rebornlighting.com/goods.php?id=11514

https://www.rebornlighting.com/goods.php?id=11513

https://www.rebornlighting.com/goods.php?id=11512

121635160.1

http://www.rebornlighting.com/goods.php?id=11449

http://www.rebornlighting.com/goods.php?id=11447

http://www.rebornlighting.com/goods.php?id=11445

http://www.rebornlighting.com/goods.php?id=11444

http://www.rebornlighting.com/goods.php?id=11443

http://www.rebornlighting.com/goods.php?id=11253

http://www.rebornlighting.com/goods.php?id=11251

http://www.rebornlighting.com/goods.php?id=10747

http://www.rebornlighting.com/goods.php?id=11448

http://www.rebornlighting.com/goods.php?id=11446

http://www.rebornlighting.com/goods.php?id=11442

http://www.rebornlighting.com/goods.php?id=11441

121635160.1

Marks in Use: ARCACHON, BOULE DE CRISTAL, RAIN, RAVELLE

**Zhongshan Momo Lighting Co. Ltd.**

**Examples of Infringing Uses**

| RH Trademarks | Infringing Mark |
|---|---|
| **Rain** Round Chandelier 36"<br><br><br><br>https://rh.com/catalog/product/product.jsp?productId=prod206 70295 | Wholesale Square Crystal Modern **RAIN** ROUND 36" Pendant Light Lighting Fixture Lamp Chandelier<br><br>https://www.alibaba.com/product-detail/Wholesale-Square-Crystal-Modern-RAIN-ROUND_1600466632700.html?spm=a2700.shop_plgr.41413.2.5038375bQVGGrO |

| RH Trademarks | Infringing Mark |
|---|---|

**Arcachon** Two-Tier Round Chandelier 60"

**High Quality Restoration Arcachon** Led Round Two-Tier Chandelier 60"Brass Ring K9 Crystal Hardware Chandelier



https://rh.com/catalog/product/product.jsp?productId=prod10790033

https://www.alibaba.com/product-detail/High-Quality-Restoration-Arcachon-Led-Round_1600407581377.html?spm=a2700.shop_plser.41413.2.28c31177BriDNF

**Boule De Cristal** Clear Glass Round Chandelier 72"

**Restoration Boule De Cristal** Clear Glass Round Chandelier 72" Chandeliers Lighting

https://rh.com/catalog/product/product.jsp?productId=prod6441292

https://www.alibaba.com/product-detail/Restoration-Boule-De-Cristal-Clear-

121635160.1

| RH Trademarks | Infringing Mark |
|---|---|
| | Glass_1600398588599.html?spm=a2700.shop_plser.41413.2.26182c87D0WpJ4 |

**List of Infringing Links**

https://www.alibaba.com/product-detail/China-Manufacturer-outdoor-wall-Lamp-Rain_1600453141275.html?spm=a2700.shop_plgr.41413.2.2cfd9698d6T0VR

https://www.alibaba.com/product-detail/Wholesale-Square-Crystal-Modern-RAIN-ROUND_1600466632700.html?spm=a2700.shop_plgr.41413.2.5038375bQVGGrO

https://www.alibaba.com/product-detail/Promotion-Spiral-Pendant-Light-french-Style_1600466640612.html?spm=a2700.shop_plgr.41413.4.5038375bQVGGrO

https://www.alibaba.com/product-detail/Top-Fashion-Dining-Room-RAIN-ROUND_1600466605929.html?spm=a2700.shop_plgr.41413.8.5038375bQVGGrO

https://www.alibaba.com/product-detail/High-Quality-Restoration-Arcachon-Led-Round_1600407581377.html?spm=a2700.shop_plser.41413.2.28c31177BriDNF

https://www.alibaba.com/product-detail/Popular-Restoration-Arcachon-Led-Round-48_1600407629044.html?spm=a2700.shop_plser.41413.4.28c31177BriDNF

https://www.alibaba.com/product-detail/Restoration-Boule-De-Cristal-Clear-Glass_1600398588599.html?spm=a2700.shop_plser.41413.2.26182c87D0WpJ4

https://www.alibaba.com/product-detail/American-copper-table-lamp-simple-living_1600400687766.html?spm=a2700.shop_plser.41413.6.26182c87D0WpJ4

https://www.alibaba.com/product-detail/RAVELLE-LINEAR-SCONCE-BRONZE-COLOR-STOCK_1600545722298.html?spm=a2700.shop_plser.41413.2.746770a7Y8V2n0

Marks in Use: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CAMINO, CANNELE, CASCADA, ECLATANT, MARIGNAN, PAUILLAC, RAIN, RAVELLE, RHYS, SAN MARCO, SPIRIDON,

**Showsun Lighting**

**Examples of Infringing Uses**

| RH Trademarks | Infringing Mark |
|---|---|
| **Spiridon** Linear Chandelier 48' | 123cm Long Rectangle **Spiridon** Ring Crystal Chandelier |



https://rh.com/us/en/catalog/product/product.jsp?productId=prod6510585&sale=false&layout=square

https://www.showsunlights.com/detail/207.html

**List of Infringing Links**

https://www.showsunlights.com/detail/4069.html

https://www.showsunlights.com/detail/4068.html

https://www.showsunlights.com/detail/4067.html

https://www.showsunlights.com/detail/4060.html

https://www.showsunlights.com/detail/4059.html

https://www.showsunlights.com/detail/4058.html

https://www.showsunlights.com/detail/3639.html

https://www.showsunlights.com/detail/3640.html

https://www.showsunlights.com/detail/3641.html

https://www.showsunlights.com/detail/229.html

https://www.showsunlights.com/detail/3642.html

https://www.showsunlights.com/detail/3643.html

https://www.showsunlights.com/detail/3644.html

https://www.showsunlights.com/detail/3645.html

https://www.showsunlights.com/detail/204.html

https://www.showsunlights.com/detail/4039.html

https://www.showsunlights.com/detail/4033.html

https://www.showsunlights.com/detail/4032.html

https://www.showsunlights.com/detail/4038.html

https://www.showsunlights.com/detail/4037.html

https://www.showsunlights.com/detail/4036.html

https://www.showsunlights.com/detail/4035.html

https://www.showsunlights.com/detail/4034.html

https://www.showsunlights.com/detail/202.html

https://www.showsunlights.com/detail/4031.html

https://www.showsunlights.com/detail/4030.html

https://www.showsunlights.com/detail/3970.html

https://www.showsunlights.com/detail/3766.html

121635160.1

https://www.showsunlights.com/detail/3765.html

https://www.showsunlights.com/detail/3763.html

https://www.showsunlights.com/detail/3758.html

https://www.showsunlights.com/detail/3761.html

https://www.showsunlights.com/detail/3762.html

https://www.showsunlights.com/detail/3706.html

https://www.showsunlights.com/detail/3705.html

https://www.showsunlights.com/detail/3704.html

https://www.showsunlights.com/detail/3703.html

https://www.showsunlights.com/detail/2025.html

https://www.showsunlights.com/detail/2027.html

https://www.showsunlights.com/detail/2026.html

https://www.showsunlights.com/detail/2028.html

https://www.showsunlights.com/detail/2029.html

https://www.showsunlights.com/detail/4022.html

https://www.showsunlights.com/detail/4019.html

https://www.showsunlights.com/detail/4021.html

https://www.showsunlights.com/detail/3781.html

https://www.showsunlights.com/detail/4020.html

https://www.showsunlights.com/detail/4018.html

https://www.showsunlights.com/detail/4017.html

https://www.showsunlights.com/detail/4016.html

https://www.showsunlights.com/detail/4015.html

https://www.showsunlights.com/detail/4014.html

https://www.showsunlights.com/detail/4013.html

https://www.showsunlights.com/detail/4012.html

https://www.showsunlights.com/detail/4011.html

https://www.showsunlights.com/detail/4002.html

https://www.showsunlights.com/detail/4009.html

https://www.showsunlights.com/detail/4010.html

https://www.showsunlights.com/detail/4000.html

https://www.showsunlights.com/detail/3997.html

https://www.showsunlights.com/detail/3990.html

https://www.showsunlights.com/detail/3989.html

https://www.showsunlights.com/detail/3984.html

https://www.showsunlights.com/detail/3973.html

https://www.showsunlights.com/detail/3816.html

https://www.showsunlights.com/detail/3820.html

https://www.showsunlights.com/detail/3819.html

https://www.showsunlights.com/detail/3818.html

https://www.showsunlights.com/detail/3817.html

https://www.showsunlights.com/detail/3815.html

121635160.1

https://www.showsunlights.com/detail/3814.html

https://www.showsunlights.com/detail/3813.html

https://www.showsunlights.com/detail/3812.html

https://www.showsunlights.com/detail/3811.html

https://www.showsunlights.com/detail/3810.html

https://www.showsunlights.com/detail/3809.html

https://www.showsunlights.com/detail/3808.html

https://www.showsunlights.com/detail/3807.html

https://www.showsunlights.com/detail/3806.html

https://www.showsunlights.com/detail/3805.html

https://www.showsunlights.com/detail/3804.html

https://www.showsunlights.com/detail/3803.html

https://www.showsunlights.com/detail/3802.html

https://www.showsunlights.com/detail/3801.html

https://www.showsunlights.com/detail/3800.html

https://www.showsunlights.com/detail/3799.html

https://www.showsunlights.com/detail/3798.html

https://www.showsunlights.com/detail/3797.html

https://www.showsunlights.com/detail/3796.html

https://www.showsunlights.com/detail/3795.html

https://www.showsunlights.com/detail/3794.html

121635160.1

https://www.showsunlights.com/detail/3793.html

https://www.showsunlights.com/detail/3728.html

https://www.showsunlights.com/detail/3727.html

https://www.showsunlights.com/detail/3726.html

https://www.showsunlights.com/detail/2030.html

https://www.showsunlights.com/detail/2000.html

https://www.showsunlights.com/detail/2001.html

https://www.showsunlights.com/detail/2002.html

https://www.showsunlights.com/detail/1989.html

https://www.showsunlights.com/detail/173.html

https://www.showsunlights.com/detail/2031.html

https://www.showsunlights.com/detail/2033.html

https://www.showsunlights.com/detail/2032.html

https://www.showsunlights.com/detail/172.html

https://www.showsunlights.com/detail/1999.html

https://www.showsunlights.com/detail/219.html

https://www.showsunlights.com/detail/213.html

https://www.showsunlights.com/detail/171.html

https://www.showsunlights.com/detail/1998.html

https://www.showsunlights.com/detail/212.html

https://www.showsunlights.com/detail/1997.html

https://www.showsunlights.com/detail/218.html

https://www.showsunlights.com/detail/2034.html

https://www.showsunlights.com/detail/1996.html

https://www.showsunlights.com/detail/217.html

https://www.showsunlights.com/detail/1995.html

https://www.showsunlights.com/detail/209.html

https://www.showsunlights.com/detail/1994.html

https://www.showsunlights.com/detail/1993.html

https://www.showsunlights.com/detail/1992.html

https://www.showsunlights.com/detail/1991.html

https://www.showsunlights.com/detail/1990.html

https://www.showsunlights.com/detail/2708.html

https://www.showsunlights.com/detail/2709.html

https://www.showsunlights.com/detail/2710.html

https://www.showsunlights.com/detail/2711.html

https://www.showsunlights.com/detail/2712.html

https://www.showsunlights.com/detail/2713.html

https://www.showsunlights.com/detail/2714.html

https://www.showsunlights.com/detail/2715.html

https://www.showsunlights.com/detail/208.html

https://www.showsunlights.com/detail/207.html

121635160.1

https://www.showsunlights.com/detail/206.html

https://www.showsunlights.com/detail/205.html

https://www.showsunlights.com/detail/203.html

https://www.showsunlights.com/detail/3637.html

https://www.showsunlights.com/detail/3943.html

https://www.showsunlights.com/detail/3725.html

https://www.showsunlights.com/detail/3674.html

https://www.showsunlights.com/detail/3673.html

https://www.showsunlights.com/detail/3672.html

https://www.showsunlights.com/detail/3780.html

https://www.showsunlights.com/detail/3779.html

https://www.showsunlights.com/detail/3778.html

https://www.showsunlights.com/detail/220.html

https://www.showsunlights.com/detail/3638.html

https://www.showsunlights.com/detail/200.html

https://www.showsunlights.com/detail/201.html

https://www.showsunlights.com/detail/3729.html

https://www.showsunlights.com/detail/3769.html

https://www.showsunlights.com/detail/4043.html

https://www.showsunlights.com/detail/4042.html

https://www.showsunlights.com/detail/4041.html

121635160.1

https://www.showsunlights.com/detail/4040.html

https://www.showsunlights.com/detail/4028.html

https://www.showsunlights.com/detail/4027.html

https://www.showsunlights.com/detail/4026.html

https://www.showsunlights.com/detail/4025.html

https://www.showsunlights.com/detail/4024.html

https://www.showsunlights.com/detail/4023.html

https://www.showsunlights.com/detail/4004.html

https://www.showsunlights.com/detail/3684.html

https://www.showsunlights.com/detail/3682.html

https://www.showsunlights.com/detail/3681.html

https://www.showsunlights.com/detail/3683.html

https://www.showsunlights.com/detail/222.html

https://www.showsunlights.com/detail/221.html

https://www.showsunlights.com/detail/3787.html

https://www.showsunlights.com/detail/3790.html

https://www.showsunlights.com/detail/3789.html

https://www.showsunlights.com/detail/223.html

https://www.showsunlights.com/detail/3786.html

https://www.showsunlights.com/detail/3785.html

https://www.showsunlights.com/detail/3784.html

121635160.1

https://www.showsunlights.com/detail/3783.html

https://www.showsunlights.com/detail/3782.html

https://www.showsunlights.com/detail/3788.html

https://www.showsunlights.com/detail/215.html

https://www.showsunlights.com/detail/4070.html

https://www.showsunlights.com/detail/4071.html

https://www.showsunlights.com/detail/4072.html

121635160.1

Marks in Use: AQUITAINE, ARCACHON, BOULE DE CRISTAL, CAMINO, CANNELE, CASCADA, ECLATANT, FULCRUM, HARLOW, MACHINIST, MARIGNAN, PAUILLAC, PEARL, RAIN, RAVELLE, RHYS, SAN MARCO, SAVILE, SPIRIDON, UTILITAIRE, and WRIGHT

**Sigma Living**

**Examples of Infringing Uses**

| RH Trademarks | Infringing Mark |
|---|---|
| **Ravelle** Linear Chandelier 59" | Candle Shape **Ravelle** Linear Chandelier Home Bedroom Living room Dinner room Glass Square LED Ceiling Lamp |
|  https://rh.com/catalog/product/product.jsp?productId=prod14880048 | https://www.alibaba.com/product-detail/Candle-Shape-Ravelle-Linear-Chandelier-Home_1600386125556.html?spm=a2700.shop_plgr.41413.8.596c739fLVvVtq |
| **Fulcrum** Linear Chandelier 85" | Antique scales Design 3/5 Lamps **Fulcrum** Round Chandelier Home Bedroom Living room Dinner room Glass Lamp |
| https://rh.com/catalog/product/product.jsp?productId=prod22170364&sale=false&src=upsell | https://www.alibaba.com/product-detail/Antique-scales-Design-3-5- |

152

121635160.1

| RH Trademarks | Infringing Mark |
|---|---|
| | Lamps_1600385971985.html?spm=a2700.shop_plgr.41413.10.596c739fLVvVtq |
| **Rain** Rectangular Chandelier 54" | 2022 Square ceiling lamp **Rain** Linear Chandelier Lamp Hotel Living Room LED Glass Lamp |



| | |
|---|---|
| https://rh.com/catalog/product/product.jsp?productId=prod20670285 | https://www.alibaba.com/product-detail/2022-Square-ceiling-lamp-Rain-Linear_1600383374674.html?spm=a2700.shop_plgr.41413.18.596c739fLVvVtq |

**List of Infringing Links**

https://www.alibaba.com/product-detail/Candle-Shape-Ravelle-Linear-Chandelier-Home_1600386125556.html?spm=a2700.shop_plgr.41413.8.596c739fLVvVtq

https://www.alibaba.com/product-detail/Antique-scales-Design-3-5-Lamps_1600385971985.html?spm=a2700.shop_plgr.41413.10.596c739fLVvVtq

https://www.alibaba.com/product-detail/2022-Square-ceiling-lamp-Rain-Linear_1600383374674.html?spm=a2700.shop_plgr.41413.18.596c739fLVvVtq

https://www.alibaba.com/product-detail/110-120V-US-standards-Led-ceiling_1600383274959.html?spm=a2700.shop_plgr.41413.3.75f1458as7BWaz

121635160.1

Marks in Use: BOULE DE CRISTAL, HARLOW, MACHINIST, PEARL, RAIN

**Dyco Decor**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Pearl** Pendant | **Pearl** Pendant Light |
| https://rh.com/catalog/product/product.jsp?productId=prod20670334 | https://www.dycodecor.com/product/pearl-pendant-light/ |
| **Rain** Sconce | **Rain** Sconce |
| https://rh.com/catalog/product/product.jsp?productId=prod20670279 | https://www.dycodecor.com/product/rain-sconce/ |

| RH Trademarks | Infringing Mark |
|---|---|

**Harlow** Crystal Sconce

**Harlow** Crystal Sconce



https://rh.com/catalog/product/product.jsp?productId=prod3190032

https://www.dycodecor.com/product/harlow-crystal-sconce/

**List of Infringing Links**

https://www.dycodecor.com/product/boule-de-cristal-smoke-glass-flushmount/

https://www.dycodecor.com/product/boule-de-cristal-clear-smoke-glass-petite-flushmount/

https://www.dycodecor.com/product/boule-de-cristal-clear-clear-smoke-cord-pendant%EF%BC%8Cchandelier/

https://www.dycodecor.com/product/machinist-glass-cloche-pendant-light/

https://www.dycodecor.com/product/machinist-glass-funnel-pendant-light/

https://www.dycodecor.com/product/machinist-glass-globe-pendant-light/

https://www.dycodecor.com/product/machinist-milk-glass-cloche-pendant-light/

https://www.dycodecor.com/product/pearl-pendant-light/

https://www.dycodecor.com/product/modern-blown-glass-rain-pendant-light/

https://www.dycodecor.com/product/boule-de-cristal-clear-smoke-glass-grand-double-sconce/

121635160.1

https://www.dycodecor.com/product/boule-de-cristal-clear-smoke-glass-grand-sconce/

https://www.dycodecor.com/product/boule-de-cristal-clear-smoke-glass-sconce/

https://www.dycodecor.com/product/harlow-crystal-sconce/

https://www.dycodecor.com/product/pearl-sconce/

https://www.dycodecor.com/product/pearl-sconce-boom/

https://www.dycodecor.com/product/rain-sconce/

https://www.dycodecor.com/product/harlow-crystal-round-chandelier/

https://www.dycodecor.com/product/pearl-round-chandelier-22/

https://www.dycodecor.com/product/pearl-round-chandelier-38/

https://www.dycodecor.com/product/pearl-round-chandelier-48/

https://www.dycodecor.com/product/rain-linear-chandelier-54/

https://www.dycodecor.com/product/rain-linear-chandelier-72/

https://www.dycodecor.com/product/rain-round-chandelier/

121635160.1

**Ineffable Lighting**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Rain** Rectangular Chandelier 54" | Drew **Raindrop** Modern Linear Chandelier 13 Lights |
| https://rh.com/catalog/product/product.jsp?productId=prod20670284 | https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-modern-linear-chandelier-13-lights |
| **Pearl** Rectangular Chandelier 36" | Kayla **Pearl** Glass Globe Rectangular Island Chandelier For Dining Room |

| https://rh.com/catalog/product/product.jsp?productId=prod22170356&sale=false&src=upsell | https://ineffablelighting.com/collections/chandelier/products/kayla-pearl-glass-globe-rectangular-island-chandelier-for-dining-room |

**List of Infringing Links**

https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-modern-linear-chandelier-13-lights

https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-modern-linear-chandelier-21-lights-over-dining-table

https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-modern-round-7-light-chandelier-for-living-room

https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-round-13-light-chandelier-for-living-room

https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-modern-round-21-light-chandelier

https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-round-31-light-long-chandelier-for-staircase

https://ineffablelighting.case.com/collections/chandelier/products/kayla-pearl-glass-globe-rectangular-island-chandelier-for-dining-room

https://ineffablelighting.com/collections/chandelier/products/kayla-pearl-glass-globe-round-living-room-chandelier-22

https://ineffablelighting.com/collections/chandelier/products/kayla-pearl-glass-globe-round-living-room-chandelier-38

https://ineffablelighting.com/collections/chandelier/products/kayla-pearl-glass-globe-large-round-living-room-chandelier-60

https://ineffablelighting.com/collections/chandelier/products/kayla-pearl-glass-globe-round-chandelier-48-for-living-room

https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-modern-pendant-lighting-satin-nickel

https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-pendant-lighting-modern-matte-black

https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-pendant-lighting-modern-vintage-brass

https://ineffablelighting.com/collections/chandelier/products/drew-raindrop-rod-pendant-lighting

https://ineffablelighting.com/collections/chandelier/products/raindrop-round-chandelier-18-36-47-60

https://ineffablelighting.com/collections/chandelier/products/raindrop-rectangular-island-chandelier-54-72

https://ineffablelighting.com/collections/chandelier/products/lucas-raindrop-linear-chandelier-for-kitchen-island

https://ineffablelighting.com/collections/chandelier/products/lucas-raindrop-round-chandelier-for-living-room

https://ineffablelighting.com/collections/chandelier/products/custom-drew-2-light-raindrop-chandelier

https://ineffablelighting.com/collections/chandelier/products/custom-drew-5-light-raindrop-chandelier

https://ineffablelighting.com/collections/wall-sconces/products/drew-raindrop-wall-lamp-for-bedroom-cord

https://ineffablelighting.com/collections/wall-sconces/products/drew-raindrop-wall-lamp-for-bedroom-rod

Marks in Use: AQUITAINE, BOULE DE CRISTAL, CANNELE

**Dekorfine**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
| --- | --- |
| **Aquitaine** Torch Sconce | **Aquitaine** Torch Wall Lamp |
| https://rh.com/catalog/product/product.jsp?productId=prod12650233 | https://www.dekorfine.com/products/aquitaine-torch-wall-lamp |

**List of Infringing Links**

https://www.dekorfine.com/products/aquitaine-rectangle-chandelier

https://www.dekorfine.com/products/aquitaine-round-chandelier

https://www.dekorfine.com/products/aquitaine-torch-wall-lamp

https://www.dekorfine.com/products/aquitaine-sconce

Marks in Use: FULCRUM

**Zenduce**

**Examples of Infringing Uses**

| RH Trademarks | Infringing Mark |
|---|---|
| **Fulcrum** Sconce | **Fulcrum** |



https://rh.com/catalog/product/product.jsp?productId=prod20670376 | https://www.zenduce.com/products/fulcrum

**List of Infringing Links**

https://www.zenduce.com/products/fulcrum

121635160.1

Marks in Use: BOULE DE CRISTAL, MACHINIST

**Satulight**

**Examples of Infringing Uses**



| RH Trademarks | Infringing Mark |
|---|---|
| **Boule De Cristal** Clear Glass Flushmount 24" | Brass **Bola De Cristal** Flushmount |
| https://rhmodern.rh.com/catalog/product/product.jsp?productId=prod6430312 | https://www.satulight.com/product/boule-de-cristal-flushmount/ |
| **Machinist** Glass Globe Pendant | Modern Brass **Machinist** Glass Globe Pendant Light |
| https://rh.com/catalog/product/product.jsp?productId=prod17940061&sale=false&layout=square | https://www.satulight.com/product/machinist-glass-globe-pendant/ |

121635160.1

**List of Infringing Links**

https://www.satulight.com/product/boule-de-cristal-round-cluster-chandelier/

https://www.satulight.com/product/machinist-glass-cloche-pendant/

https://www.satulight.com/product/machinist-glass-globe-pendant/

https://www.satulight.com/product/modern-brass-machinist-glass-globe-pendant-light-14/

https://www.satulight.com/product/modern-machinist-milk-glass-cloche-10-inch-pendant-light/

https://www.satulight.com/product/modern-machinist-clear-glass-cloche-14-inch-pendant-light/

https://www.satulight.com/product/modern-machinist-clear-glass-cloche-18-inch-pendant-light/

https://www.satulight.com/product/modern-machinist-milk-glass-cloche-14-inch-pendant-light/

https://www.satulight.com/product/modern-machinist-milk-glass-cloche-18-inch-pendant-light/

https://www.satulight.com/product/boule-de-cristal-flushmount/

121635160.1

Marks in Use: PEARL, RAIN

**Mooni Lighting**

**Examples of Infringing Uses**

| RH Trademarks | Infringing Mark |
|---|---|
| **Rain** Pendant | Lydia **Raindrop** Pendant Lighting Modern (Vintage Brass) |
|  | |
| https://rh.com/catalog/product/product.jsp?productId=prod20670301 | https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-pendant-lighting-modern-vintage-brass |
| **Pearl** Sconce | Lauren Modern **Pearl** Glass Wall Sconces, Wall Light |



| RH Trademarks | Infringing Mark |
|---|---|
| https://rh.com/catalog/product/product.jsp?productId=prod20670335&sale=false&layout=square | https://www.moonilighting.com/collections/all-products/products/lauren-modern-pearl-glass-wall-sconces |

**List of Infringing Links**

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-pendant-lighting-modern-vintage-brass

https://www.moonilighting.com/collections/all-products/products/lauren-modern-double-pearl-glass-wall-sconces-double-wall-light

https://www.moonilighting.com/collections/all-products/products/lauren-modern-pearl-glass-wall-sconces

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-modern-linear-chandelier-13-lights

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-round-13-light-chandelier-for-living-room

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-pendant-lighting-modern-matte-black

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-rod-pendant-lighting

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-modern-round-7-light-chandelier

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-modern-pendant-lighting-satin-nickel

121635160.1

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-modern-linear-chandelier-21-lights-over-dining-table

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-modern-round-21-light-chandelier

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-round-31-light-long-chandelier

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-wall-lamp-for-bedroom-rod

https://www.moonilighting.com/collections/all-products/products/lydia-raindrop-wall-lamp-for-bedroom-cord

121635160.1

Kevin Studio Inc.

**Examples of Infringing Uses**

| RH Trademarks | Infringing Mark |
|---|---|
| **Pearl** Sconce | Lalita Modern **Pearl** Crystal Wall Sconces For Living Room |



| | |
|---|---|
| https://rh.com/catalog/product/product.jsp?productId=prod20670335&sale=false&layout=square | https://kevinstudioinc.com/collections/wall-sconce/products/lalita-modern-pearl-crystal-wall-sconces-for-living-room?variant=44244380025149 |
| **Cascada** Sconce | Aviva Modern **CASCADE** GLASS WALL SCONCE H 22" |
| https://rh.com/catalog/product/product.jsp?productId=prod20710301&layout=square | https://kevinstudioinc.com/collections/wall-sconce/products/aviva-modern-cascade-glass-wall-sconce-h-22 |

121635160.1



| RH Trademarks | Infringing Mark |
|---|---|
| **Rain** Round Chandelier 18" | Camelia **Raindrop** Modern Round Chandelier ( Long) 18'' 36'' 47'' 60'' |
| https://rh.com/us/en/catalog/product/product.jsp?productId=prod20670291&sale=false&layout=square | https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-modern-round-chandelier-long-18-36-47-60?variant=44493859193149 |

**List of Infringing Links**

https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-modern-round-chandelier-long-18-36-47-60?variant=44493859193149

https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-modern-linear-chandelier-5-lights-l-36?variant=44490067771709

https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-modern-linear-chandelier-3-lights-l-22?variant=44489172517181

https://kevinstudioinc.com/collections/chandelier/products/lalita-modern-pearl-ball-glass-linear-chandelier-island-chandelier-for-dining-room?variant=44244408533309

https://kevinstudioinc.com/collections/chandelier/products/lalita-modern-round-pearl-ball-glass-chandelier-60-round-chandelier-for-staircase

https://kevinstudioinc.com/collections/chandelier/products/lalita-modern-round-pearl-ball-glass-chandelier-48-round-chandelier-for-staircase

https://kevinstudioinc.com/collections/chandelier/products/lalita-modern-round-pearl-ball-glass-chandelier-38-round-chandelier-for-staircase

https://kevinstudioinc.com/collections/chandelier/products/lalita-modern-round-pearl-ball-glass-chandelier-22-round-chandelier-for-staircase

https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-5-lights-modern-round-13-d-chandelier?variant=44256379339069

https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-modern-linear-chandelier-72-l-cord-adjustable

https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-modern-linear-chandelier-54-l-long-chandelier

https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-modern-round-21-light-chandelier-47-d

https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-modern-round-chandelier-36-over-dining-table

https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-modern-round-18-d-chandelier-dinning-room-chandelier

https://kevinstudioinc.com/collections/chandelier/products/camelia-raindrop-round-60-d-chandelier-for-staircase

https://kevinstudioinc.com/collections/chandelier/products/camelia-2-lights-raindrop-modern-pendant-light-for-kitchen-island

https://kevinstudioinc.com/collections/chandelier/products/camelia-3-light-raindrop-modern-round-chandelier-7-d

https://kevinstudioinc.com/collections/pendant-light/products/camelia-modern-raindrop-pendant-lighting-matte-black

https://kevinstudioinc.com/collections/pendant-light/products/camelia-raindrop-pendant-lighting-modern-vintage-brass

https://kevinstudioinc.com/collections/pendant-light/products/queena-modern-machinist-glass-cylinder-pendant-light?variant=44244564148541

https://kevinstudioinc.com/collections/pendant-light/products/camelia-raindrop-pendant-lightingrod

https://kevinstudioinc.com/collections/pendant-light/products/camelia-modern-raindrop-pendant-lighting-satin-nickel

https://kevinstudioinc.com/collections/wall-sconce/products/camelia-raindrop-wall-sconce-rod

https://kevinstudioinc.com/collections/wall-sconce/products/queena-modern-machinist-glass-cylinder-wall-sconce-126-wall-light-for-bedroom

https://kevinstudioinc.com/collections/wall-sconce/products/queena-modern-machinist-glass-cylinder-wall-sconce-9-wall-light-for-bedroom

https://kevinstudioinc.com/collections/wall-sconce/products/aviva-modern-cascade-glass-wall-sconce-h-22

https://kevinstudioinc.com/collections/wall-sconce/products/queena-modern-machinist-glass-cylinder-wall-sconce-12-wall-light-for-bedroom

https://kevinstudioinc.com/collections/wall-sconce/products/lalita-modern-three-head-pearl-crystal-wall-sconce-for-bedroom

https://kevinstudioinc.com/collections/wall-sconce/products/lalita-modern-two-head-pearl-crystal-wall-sconces-for-bedroom

https://kevinstudioinc.com/collections/wall-sconce/products/lalita-modern-pearl-crystal-wall-sconces-for-living-room?variant=44244380025149

121635160.1