UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., et al.,<br><br>                        Plaintiffs,<br><br>           v.<br><br>ALIMIA LIGHT, et al.,<br><br>                        Defendants. | Case No. 23-cv-00948-HSG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO CORRECT DKT. NO. 34 PRELIMINARY INJUNCTION ORDER**<br><br>Re: Dkt. No. 36 |

Before the Court is Plaintiffs' motion to correct the Court's order entering a preliminary injunction. Dkt. No. 36. Plaintiffs have alerted the Court that there were typographical errors in the table of domain names Plaintiffs provided to the Court and that the Court included in its order. *See* Dkt. No. 34 at 8. The Court **GRANTS** Plaintiffs' motion to correct and replaces the table appearing on page 8 of the preliminary injunction order, Dkt. No. 34, with the following:

| Domain Name | Registrar |
|---|---|
| Alimialight.com | eName Technology Co., Ltd. |
| Yami-lighting.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| Grandlamps.com | eName Technology Co., Ltd. |
| Winglightings.com | NameSilo, LLC |
| Oasislamps.com | Alibaba Cloud Computing Ltd. d/b/a HiChina |
| Poplamps.com | GoDaddy.com, LLC |
| Vancei.com | NameSilo, LLC |

| Domain Name | Registrar |
|---|---|
| Fancilight.com | NameCheap, Inc. |
| Curelighting.com | NameSilo, LLC |
| Cloudslights.com | Alibaba Cloud Computing Ltd. d/b/a HiChina |
| Ericlightus.com | Alibaba Cloud Computing Ltd. d/b/a HiChina |
| Emmalighting.com | Alibaba Cloud Computing Ltd. d/b/a HiChina |
| Rebornlighting.com | FastDomain Inc. |
| Showsunlights.com | Xin Net Technology Corporation |
| cnsigma.en.alibaba.com sigmafurniture.en.alibaba.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| JHSigmafurniture.com | Alibaba Cloud Computing Ltd. d/b/a HiChina |
| Ineffablelighting.com | NameSilo, LLC |
| Moonilighting.com | Hostinger, UAB |
| Kevinstudioinc.com | NameCheap, Inc. |

All other terms of the preliminary injunction order remain unchanged.

**IT IS SO ORDERED.**

Dated:   8/1/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge