UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation; and RH US, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>ALIMIA LIGHT, a Chinese business entity, et al.<br><br>    Defendants. | Case No. 4:23-cv-00948-HSG<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION RE DEFENDANTS HURLEY LIGHT, DYCO DÉCOR, DEKORFINE, AND DYSATU LIGHTING CO., LTD., SHIPEI ZHAO, AND JANEDECOR INC.** |

  Plaintiffs Restoration Hardware, Inc. and RH US LLC's ("RH") have brought this lawsuit against Hurley Light as the operator of the website <hurleylight.com> ("Hurley Light"); Dyco Décor as the operator of the website <dycodecor.com> ("Dyco Décor"); Dekorfine as the operator of the website <dekorfine.com> ("Dekorfine"); Dysatu Lighting Co., Ltd. as the operator of the website <satulight.com> ("Satulight") (collectively, "Hurley Defendants") for violation of RH Copyrighted Works (as defined in ECF No. 1, ¶ 59) and RH Marks (as defined in ECF No. 1, ¶ 60) (collectively, "RH Intellectual Property"). On June May 24, 2023, this Court granted a Temporary Restraining Order prohibiting Hurley Defendants from infringing on RH Intellectual Property. (ECF No. 23.) RH and the Hurley Defendants have settled this action. As part of their settlement agreement, the Parties have agreed to the entry of this Consent Judgment and Permanent Injunction. Accordingly, it is hereby ORDERED, ADJUDICATED, and DECREED that the Hurley Defendants and each of their respective officers, agents, servants, employees, and owners, including Shipei Zhao and Janedecor Inc., the purported operator of the Hurley Defendants' websites, and all persons acting in active concert and participation with them is HEREBY PERMANENTLY ENJOINED from:

    a. Copying, distributing, or publicly displaying any of the RH Copyrighted Works, or any photographs that are created from, derived from, or a modification of the RH Photographs (such as images created from cropping, flipping, or editing any RH Photographs); and

      b. Using any of the RH Marks, or any marks confusingly similar thereto, in commerce in connection with the manufacturing for sale, or sale of any lighting products.

The Court shall retain jurisdiction to enforce this Consent Judgment and Permanent Injunction. If any Party is alleged to have breached the terms of this Consent Judgment and Permanent Injunction, the non-breaching Party shall have the right to reopen this matter upon motion filed with this Court. If this matter is so reopened, the non-breaching Party may pursue any and all remedies it may have against the breaching Party.

Plaintiffs may serve any notices or motions to enforce the Permanent Injunction on the Hurley Defendants via email in accordance with (ECF No. 23, TRO). The Hurley Defendants are thereby given notice they shall be deemed to have actual notice of the issuance and terms of this Permanent Injunction once served via email and any act by them or any one of them in violation of any of the terms thereof may be considered contempt, which the Court may enforce through orders including, but not limited to, that disable the Hurley Defendants' websites or e-commerce sites containing the breach.

IT IS SO ORDERED

_____
United States District Court Judge
DATED: _____