Michael J. McCue (SBN: 296425)
Meng Zhong (SBN: 344124)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
203 Redwood Shores Parkway, Suite 670
Redwood City, CA 94065
Tel.: 650.391.1380
MMcCue@LewisRoca.com
MZhong@LewisRoca.com

*Attorneys for Plaintiffs Restoration Hardware, Inc.
and RH US, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation; and RH US, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> ALIMIA LIGHT, a Chinese entity; ZHONGSHAN ZHUOSAI LIGHTING, CO., LTD., a Chinese entity; SHANGHAI ZEROTAI INDUSTRIAL CO., a Chinese entity; ZHONSHAN YUYI CO., LTD., a Chinese entity; ZHONGSHAN LAITING LIGHTING CO., LTD., a Chinese entity; ZHONGSHAN MOMO LIGHTING CO., LTD., a Chinese entity; FANCI LIGHT, a Chinese entity; CURE LIGHTING, LLC, a Chinese entity; CLOUDS LIGHTS, a Chinese entity; KUSHIGO LIMITED, a Chinese entity; LIGHTING FOREVER, a Chinese entity; HURLEY LIGHT, a Chinese entity; ZHONGSHAN REBORN LIGHTING CO. LTD., a Chinese entity; SHOWSUN LIGHTING, a Chinese entity; SUNNY WANG, an individual residing in China; JINHUA SIGMA INDUSTRIAL & TRADING CO., LTD., a Chinese entity; DYCO DÉCOR, a Chinese entity; INEFFABLE LIGHTING, a Chinese entity; DEKORFINE, a Chinese entity; NIMO LLC, a Wyoming LLC; Dysatu Lighting Co., LTD., a Chinese entity; and OCLOLLI LIMITED, a Chinese entity; Kevin Studio, a Chinese entity; and DOES 1-10, <br><br> Defendants. | Case No.  4:23-cv-00948-HSG <br><br><br> **PLAINTIFFS RESTORATION HARDWARE, INC. AND RH US, LLC'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PURSUANT TO FRCP 55(a).** |

122193113.1

1    ATTENTION CLERK OF THE COURT:

2    Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "RH")

3    hereby request entry of default against Defendants (1) Alimia Light as the operator of

4    the website at <alimialight.com> ("Alimia Light"); (2) Zhongshan Zhuosai Lighting, Co.,

5    Ltd. doing business as "Yami Lighting" and "Pop Lamps" (collectively, "Zhuosai

6    Lighting"); (3) Shanghai ZeroTai Industrial Co. doing business as "Grand Lamps"

7    ("Grand Lamps"); (4) Zhonshan Yuyi Co., Ltd. doing business as Wing Lighting ("Wing

8    Lighting"); (5) Zhongshan Laiting Lighting Co., Ltd. doing business as Oasis Lamps

9    ("Oasis Lamps"); (6) Zhongshan Momo Lighting Co., Ltd. doing business as Momo

10   ("Momo Chandelier"); (7) Fanci Light as the operator of the website at <fancilight.com>

11   ("Fanci Light"); (8) Cure Lighting, LLC ("Cure Lighting"); (9) Clouds Lights ("Clouds

12   Lights"); (10) Kushigo Limited doing business as "Eric Light" and "Emma Lighting"

13   (collectively, "Kushigo Limited"); (11) Lighting Forever as the operator of the website

14   <lighting-forever.com> ("Lighting Forever"); (12) Zhongshan Reborn Lighting Co., Ltd.

15   ("Reborn"); (13) Showsun Lighting and Sunny Wang doing business as "Showsun

16   Lighting" (collectively, "Showsun Lighting"); (14) Jinhua Sigma Industrial & Trading

17   Co., Ltd. ("Sigma Living"); (15) Ineffable Lighting as the operator for the website

18   <ineffablelighting.com> ("Ineffable Lighting"); (16) Nimo LLC as the operator of the

19   website <zenduce.com> ("Zenduce"); (17) Oclolli Limited doing business as "Mooni

20   Lighting" ("Oclolli"); and (18) Kevin Studio, the operator of the website

21   <kevinstudioinc.com> ("Kevin Studio") (collectively "Defendants").[1]

22   Defendants have failed to appear or otherwise respond to the Complaint within

23   the time prescribed by the Federal Rules of Civil Procedure.

24   The Complaint and Summons were served on Defendants on May 25, 2023

25   (ECF No. 26) and May 30, 2023 (ECF No. 28), respectively. Pursuant to Rule 12 of

---

[1] Plaintiffs are filing a stipulated injunction regarding the remaining defendants: Hurley Light as the operator of the website <hurleylight.com> ("Hurley Light"); Dyco Décor as the operator of the website <dycodecor.com> ("Dyco Décor"); Dekorfine as the operator of the website <dekorfine.com> ("Dekorfine"); Dysatu Lighting Co., Ltd. as the operator of the website <satulight.com> ("Satulight"). These defendants do not require entry of default.

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
CASE NO.: 4:23-cv-00948-HSG
122193113.1

the Federal Rules of Civil Procedure, Defendants had 21 days to file an answer or to otherwise respond to the Complaint (*i.e.*, until June 20, 2023.) *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("Unless another time is specified by this rule or a federal statute, the time for serving a responsive pleading is as follows: (A) A defendant must serve an answer: (i) within 21 days after being served with the summons and complaint ... ."). To date, however, Defendants have not filed an answer or otherwise responded to the Complaint and the time for doing so has now expired.

Respectfully submitted,

Dated: August 24, 2023

By: ___/s/ Meng Zhong_____
Michael J. McCue (SBN: 296425)
Meng Zhong (SBN: 344124)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
203 Redwood Shores Parkway, Suite 670
Redwood City, CA 94065
Tel.: 650.391.1380
MMcCue@LewisRoca.com
MZhong@LewisRoca.com

*Attorneys for Plaintiffs*
*Restoration Hardware, Inc.*
*and RH US, LLC*

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
CASE NO.: 4:23-cv-00948-HSG
122193113.1

## DECLARATION OF MENG ZHONG

I, Meng Zhong, declare under penalty of perjury under the laws of the United States as follows:

1.    I am an attorney admitted to practice before this Court. I am a partner in the law firm of Lewis Roca Rothgerber Christie LLP, counsel of record for Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "RH") in this case. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify hereto.

2.    I file this declaration in support of RH's request for entry of default.

3.    The Complaint and Summons were served on Defendants on May 25, 2023 (ECF No. 26) and May 30, 2023 (ECF No. 28), respectively, through email as authorized by the Court's March 6, 2023 (ECF No. 9) and May 24, 2023 (ECF No. 23) orders.

4.    The time for Defendants to answer the Complaint would have expired by June 20, 2023.

5.    To date, none of the Defendants have filed an answer or responded to the Complaint.

6.    Defendants are not an infant, in the military, or an incompetent person.

Executed on August 24, 2023.

By:   _/s/ Meng Zhong_
Meng Zhong

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
CASE NO.: 4:23-cv-00948-HSG
122193113.1