1  Michael J. McCue (SBN: 296425)
2  Meng Zhong (SBN: 344124)
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
3  203 Redwood Shores Parkway, Suite 670
   Redwood City, CA 94065
4  Tel.: 650.391.1380
   MMcCue@LewisRoca.com
5  MZhong@LewisRoca.com

6  *Attorneys for Plaintiffs*
   *Restoration Hardware, Inc.*
7  *and RH US, LLC*

8                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | RESTORATION HARDWARE, INC., a Delaware corporation; and RH US, LLC, a Delaware limited liability company, | Case No. 4:23-cv-948-HSG |
   |---|---|
   | Plaintiffs, | **DECLARATION OF MENG ZHONG IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |
   | v. | |
   | ALIMIA LIGHT, a Chinese business entity, et al. | |
   | Defendants. | |

17      I, Meng Zhong, declare under penalty of perjury under the laws of the United States,
18 as follows:
19      1.   I am counsel of record for Plaintiffs Restoration Hardware, Inc. and RH US,
20 LLC (collectively, "RH"). I have knowledge of the facts set forth herein based on personal
21 knowledge. If called as a witness, I could and would competently testify hereto.
22      2.   The Court entered a TRO in this case on May 24, 2023. The Court's TRO
23 Order required Defendants to submit a response to the Motion for Preliminary Injunction
24 by June 16, 2023.
25      3.   On May 25, 2023, RH served the TRO on Defendants. (ECF No. 26.)
26      4.   To date, no Defendant has filed a response and as previously reported, only
27 some Defendants complied with the TRO (the "Non-Compliant Defendants"). (ECF No.
28 30.)

ZHONG DECL. ISO MOTION FOR DEFAULT          1
CASE NO.: 4:23-cv-948-HSG
122221952.1

5. Accordingly, on July 11, the Court entered a preliminary injunction order which disabled the websites and storefronts of the Non-Compliant Defendants. (ECF No. 34.) This order was subsequently corrected for grammatical errors on August 1, 2023. (ECF No. 38.)

6. After my office served the preliminary injunction order, I learned that several Non-Compliant Defendants created new websites and new online storefronts on Alibaba and that these new websites and storefronts continued to infringe RH's intellectual property rights by using RH's Copyrighted Works. As such, I asked my office to update the previous infringement chart for Copyright Infringement to identify and add these new website domains and storefronts and provide links to the infringing materials.

7. Attached as **Exhibit A** is an updated chart identifying Defendant's use of RH Copyrighted Works. The chart was compiled by paralegals under my direction.

8. Attached as **Exhibit B** is a chart identifying Defendant's use of RH Marks that was previously filed in the case. I am attaching this again so that all the instances of infringement alleged in this case are compiled in one place.

9. I believe all of these new websites and storefronts are related to the current Defendants because in almost all instances, the website's new domain address is nearly identical to the old one:

| OLD WEBSITE | NEW WEBSITE |
|---|---|
| Yami-lighting.com | Yamilightings.com |
| Winglightings.com | Wing-lighting.com |
| Emmalighting.com | Emmalightings.com |
| JHSigmafurniture.com<br>Cnsigma.en.alibaba.com<br>Sigmafurniture.en.alibaba.com | sigmaliving.en.alibaba.com |
| Alimialight.com | Puslighting.com<br>Alimialighting.com |

ZHONG DECL. ISO MOTION FOR DEFAULT         2
CASE NO.: 4:23-cv-948-HSG
122221952.1

| OLD WEBSITE | NEW WEBSITE |
|---|---|
| Oasislamps.com | Oasislampus.com |
| Fancilight.com | Fancilighting.com |
| Ericlightus.com | Ericlights.com |
| Ineffablelighting.com | Ineffable-lighting.com |
| Kevinstudioinc.com | Kevinstudiolives.com |
| Curelighting.com<br>Cloudslights.com | Cloudslamps.com |

The only outlier is Puslighting.com, which is not similar to Alimialight.com. RH discovered Alimia Lighting's new website through a customer-wide notice from Alimia Lighting that informed its customers of its website at Puslighting.com. Attached as **Exhibit C** is a true and accurate copy of this email. This email is dated July 20, 2023 – 9 days after the preliminary injunction order disabled Alimia Lighting's old website.

Executed on January 2, 2024.

By: _/s/ Meng Zhong_
Meng Zhong