# Exhibit C

# Exhibit C



----- Forwarded Message -----
**From:** puslighting <service@puslighting.com>
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, July 20, 2023 at 12:31:19 AM PDT
**Subject:** Alimialight about chandelier

Dear ▓▓▓▓▓▓▓▓▓▓

I am Mark from Alimialight company.

We have recently secured funding and are expanding our business. In order to provide better service and products,

we would like to inform you in advance that we have changed our domain name. Additionally, we are offering a 5% discount to all our loyal customers, with the discount code (NEW5). This discount can be combined with other discounts on your next purchase.

Our new domain name is: puslighting.com (previously alimialight.com),
and our new email address is: service@puslighting.com (previously service@alimialight.com).

If you have any questions or concerns, feel free to reach out to me. We are also offering free replacement bulbs and certain parts. If possible, could you kindly share real-life photos of the products? We would greatly appreciate it.

Warmest regards,
Mark



Puslighting Support
Website: https://puslighting.com/
Email: service@puslighting.com
Phone: +1 (404) 496-8046
Service Time: 24/7


**Puslighting Support**
Website: https://puslighting.com/
Email: service@puslighting.com
Phone: +1 (404) 496-8046
Service Time: 24/7

---------------------------------------------------------------



3