UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALIMIA LIGHT, et al., <br><br> Defendants. | Case No. 23-cv-00948-HSG <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE** <br><br> Re: Dkt. No. 44 |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that the motion for default judgment filed in the above-captioned case, Dkt. No. 44, is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall please prepare a report and recommendation on the motion.  This order vacates the motion hearing currently set before Judge Gilliam, Dkt. No. 44.

**IT IS SO ORDERED.**

Dated:   1/23/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge