

# U.S. District Court

### California Northern - Oakland

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: May 26, 2023 12:31PM

Lewis Roca  
201 E. Washington St.,  
Suite 1200  
Phoenix, AZ 85004-2595

Rcpt. No: 411017840                Trans. Date: May 26, 2023 12:31PM                Cashier ID: #JM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 701 | Treasury Registry | dcan4cv000948<br>**FBO**: Restoration Hardware, Inc., and RH US, LLC | 1 | 10000.00 | 10000.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #23352 | 05/24/2023 | $10,000.00 |

Total Due Prior to Payment: $10,000.00  
Total Tendered: $10,000.00  
Total Cash Received: $0.00  
Cash Change Amount: $0.00

**Comments**: CV-23-00948-HSG-1

**RECEIPT AMENDED** by staff #3764  
**AMENDMENT VERIFIED** by staff #3757 5/26/2023 12:36 PM  
**Correction Reason**: 03) Incorrect Case/Party Number

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.