UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RESTORATION HARDWARE, INC., et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> ALIMIA LIGHT, et al., <br><br>   Defendants. | Case No. 4:23-cv-00948-HSG (KAW) <br><br> **ORDER CONTINUING HEARING AND REQUIRING SUPPLEMENTAL BRIEFING RE STATUTORY DAMAGES AND AMENDED PROPOSED ORDER** <br><br> Re: Dkt. No. 44 |
|---|---|

On January 2, 2024, Plaintiffs Restoration Hardware, Inc. and RH US, LLC filed a motion for default judgment for copyright and trademark infringement against 18 named defendants. (Mot., Dkt. No. 44.) On January 23, 2024, the motion was referred to Magistrate Judge Kandis A. Westmore for report and recommendation. (Dkt. No. 45.)

In the motion, Plaintiffs seek $330,000 in statutory damages per defendant based on the maximum award of $30,000 for each of the 11 copyrighted works. (Mot. at 9.) Plaintiffs, however, fail to address how each of the default defendants allegedly infringed on their copyrights. *See id.*[1] Specifically, Plaintiffs do not address why the maximum statutory damages for non-willful infringement is appropriate or the facts to suggest that each defendant infringed on all 11 copyrighted works. *See id.* Accordingly, on or before **April 19, 2024**, Plaintiffs are ordered to file a supplemental brief, not to exceed 25 pages, addressing the individual liability of each defaulted defendant and individual damages calculations. The failure to adequately distinguish between the defendants may result in the Court recommending that the motion for default

---

[1] Providing more than 1,000 pages in attachments does not relieve Plaintiffs of their obligation to clearly explain the basis of each defendant's liability in the motion itself.

1  judgment be denied.  Plaintiffs shall provide chambers copies of the supplemental brief and the

2  motion for default judgment (Dkt. No. 44), along with all supporting declarations, within three

3  days of filing the supplemental brief.  The chambers copies must comply with Judge Westmore's

4  Standing Order.

5        Additionally, by **May 3, 2024**, Plaintiffs shall file an amended proposed order that clearly

6  addresses individual liability and a robust damages analysis for each of the 18 default defendants.

7  Plaintiffs shall also email the amended proposed order in Microsoft Word (.docx) format to

8  kawpo@cand.uscourts.gov.

9        Finally, the April 4, 2024 hearing on the motion for default judgment is continued to **June

10  20, 2024 at 1:30 p.m.**  It will be held via Zoom video conference.

11        IT IS SO ORDERED.

12  Dated: March 29, 2024

13                                            KANDIS A. WESTMORE

14                                            United States Magistrate Judge