Michael J. McCue (SBN: 296425)
Meng Zhong (SBN: 344124)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
100 Pine Street, Suite 1750
San Francisco, CA 94111
Tel.: 650.391.1380
MMcCue@LewisRoca.com
MZhong@LewisRoca.com

*Attorneys for Plaintiffs*
*Restoration Hardware, Inc. and RH US, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation; and RH US, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>ALIMIA LIGHT, a Chinese entity; ZHONGSHAN ZHUOSAI LIGHTING, CO., LTD., a Chinese entity; SHANGHAI ZEROTAI INDUSTRIAL CO., a Chinese entity; ZHONSHAN YUYI CO., LTD., a Chinese entity; ZHONGSHAN LAITING LIGHTING CO., LTD., a Chinese entity; ZHONGSHAN MOMO LIGHTING CO., LTD., a Chinese entity; FANCI LIGHT, a Chinese entity; CURE LIGHTING, LLC, a Chinese entity; CLOUDS LIGHTS, a Chinese entity; KUSHIGO LIMITED, a Chinese entity; LIGHTING FOREVER, a Chinese entity; HURLEY LIGHT, a Chinese entity; ZHONGSHAN REBORN LIGHTING CO. LTD., a Chinese entity; SHOWSUN LIGHTING, a Chinese entity; SUNNY WANG, an individual residing in China; JINHUA SIGMA INDUSTRIAL & TRADING CO., LTD., a Chinese entity; DYCO DÉCOR, a Chinese entity; INEFFABLE LIGHTING, a Chinese entity; DEKORFINE, a Chinese entity; NIMO LLC, a Wyoming LLC; Dysatu Lighting Co., LTD., a Chinese entity; and OCLOLLI LIMITED, a Chinese entity; Kevin Studio, a Chinese entity; and DOES 1-10,<br><br>Defendants. | Case No. 4:23-cv-00948-HSG (KAW)<br><br>**PLAINTIFFS' SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>Hearing Date: July 11, 2024<br>Hearing Time: 1:30 p.m. |

125347695.1

Pursuant to the Second Order Requiring Supplemental Briefing (ECF No. 55) ("Order"), Plaintiffs Restoration Hardware Inc. and RH US LLC (collectively, "RH") hereby submit their second supplement in support of Plaintiffs' Motion for Default Judgment ("Motion") (ECF No. 44). This Second Supplement is based on the Memorandum of Points and Authorities below, the Complaint (ECF No. 1) and all other papers and pleadings on file in this case, and such additional arguments and evidence as may be presented at any hearing on this Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Sunny Wang

The Court requested RH address the individual liability of Defendant Sunny Wang. (Order at 1, ECF No. 55.) Sunny Wang is the person identified as a contact by Defendant Showsun Lighting (Compl. ¶ 20, ECF No. 1.) She is the only sales contact for the company, as evident by Showsun's social media.[1] Accordingly, she is personally involved in Showsun's sale of counterfeit RH products using RH's Copyrighted Works and RH Marks. (*Id.* at ¶ 88.) However, to streamline this matter to conclusion, RH consents to dismissing its claims against Sunny Wang without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

### II. Relationship Between New Websites and Old

The Court requested RH to address the relationship between newly identified websites and storefronts and their connection to those listed in the Complaint. (Order at 1-2, ECF No. 55.)

Defendants are China-based websites engaged in flagrant infringement of RH's copyrights and trademarks. One common strategy employed by China-based infringers to circumvent injunctions against them is to create new websites using the same or similar domain names through which they continue the same infringing

---

[1] *See, e.g.,* https://www.instagram.com/showsunlighting/ (last visited); https://www.facebook.com/people/Sunny-Wang/100004125480008/?paipv=0&eav=AfbPXB3PWgsbRMo35WjK8yJtfMOSx0nZQRXSUuA4MnRe11hA4Q9-we2YIqGqoPFennE&_rdr (last visited July 5, 2024)

conduct. *See, e.g.*, *Belstaff Grp. SA v. Doe*, No. 15-CV-2242(PKC)(MHD), 2015 WL 10852520, at *2 (S.D.N.Y. June 18, 2015) (granting default judgment, "Defendants continue to establish and operate new Defendants' Infringing Websites to sell Counterfeit Product"); *Restoration Hardware, Inc. v. Sichuan Wei Li Tian Xia Network Tech. Co.*, No. 22-CV-03054-JSC, 2023 WL 2815358, at *2 (N.D. Cal. Apr. 5, 2023) (noting series of infringing websites with similar names "<rainandlight.com>" "<rainandlights.com>" and "<rainandlighting.com>"); *see also Lovesac Co. v. www.lovessac.com*, No. 2:22-CV-00056-JNP, 2022 WL 504192, at *1 (D. Utah Feb. 18, 2022) ("Lovesac notes in its complaint that Defendants' scheme involves regularly disabling their current website and putting up a new website to avoid detection. Therefore, www.lovessacs.com appeared first. When that site was disabled, an identical site appeared at www.lovesac.shop. And finally, when that site was disabled, a third identical site appeared at www.lovesacshop.com").

Defendants in the present case have done the same thing. After having their websites disabled by the Court through the entry of the preliminary injunction (ECF No. 34), the Defendants created new ones. A review of each Defendant's new website demonstrates that it is operated by the same company as the Defendant's prior website because they use identical or nearly identical names, logos, layouts, and photographs. Attached as Exhibit A to the Second Supplemental Declaration of Meng Zhong is a chart showing side-by-side comparisons of each Defendant's original website referenced in the Complaint and their new website. The full-sized images of the websites are attached in subsequent exhibits to the same declaration, but the side-by-side chart shows the similarities sufficient to demonstrate that the new websites are operated by the same Defendants.

///

///

///

///

### A. Zhongshan Zhuosai Lighting, Co., Ltd. doing business as "Yami Lighting"

As the side-by-side images show, there are numerous indications that the two Yami Lighting websites (yami-lighting.com vs. yamilightings.com) are operated by the same individuals:



(Exhibit A at[2] 2 to Second Supp. Zhong Decl.; *see also* Exhibit B at 3 and Exhibit C at 3.)

The most notable and obvious similarity is the fact that both websites use the same stylized logo – in the same typeface, with the same graphical elements (like the yellow star replacing the letter "I" in "Yami" and "Lighting") and same spacing of the letters (there is no space between the two words): YamiLighting . The use of identical trademarks is indisputable evidence that the websites are operated by the same party as "[t]he purpose of a trademark is to help consumers identify the source." *Brookfield Commc'ns, Inc. v. W. Coast Ent. Corp.*, 174 F.3d 1036, 1051 (9th Cir. 1999). Additionally, the layout of the homepage is identical and the images used on the homepage are identical, further evidencing that the websites are operated by the same Defendant.

---

[2] Page references refer to the page of the PDF which includes the Exhibit cover page.

Based on the foregoing, it's clear that these websites are operated by the same Defendant.

### B. Zhonshan Yuyi Co., Ltd. doing business as Wing Lighting ("Wing Lighting")

As the side-by-side images show, there are numerous indications that the two Wing Lighting websites (winglightings.com vs. wing-lighting.com) are operated by the same individuals:



(Exhibit A at 3 to Second Supp. Zhong Decl.; *see also* Exhibit D at 3 and Exhibit E at 3.)

Again, the stylized logo on each website is the same, including the graphical element of the logo (an L-shaped logo over the top of the words "Wing Lighting"): . Moreover, the layout of the homepage is identical and the center image is identical. Based on the foregoing, it's clear that these websites are operated by the same Defendant.

### C. Kushigo Limited doing business as "Eric Light" and "Emma Lighting" (collectively, "Kushigo Limited")

As the side-by-side images show, there are numerous indications that the two Eric Lighting websites (ericlightus.com vs. ericlights.com) are operated by the same individuals:



(Exhibit A at 8 to Second Supp. Zhong Decl.; *see also* Exhibit F at 3 and Exhibit G at 3.) Specifically, the stylized logo on each website is the same, consisting of the letters "E" and "R" combined into a singular stylized logo: ERIC LIGHTING . Moreover, the layout of the homepage is identical.

Likewise, there are numerous indications that the two Emma Lighting websites (emmalighting.com vs. emmalightings.com) are operated by the same individuals:



(Exhibit A at 4 to Second Supp. Zhong Decl.; *see also* Exhibit H at 3 and Exhibit I at 3.)

Specifically, the stylized logo on each website is the same, including the color of the logo (pink), the addition of stars on the top left of the logo, and the font:

**EMMA LIGHTING**. Moreover, the layout of the homepage is identical and the center image collage is identical. Based on the foregoing, it's clear that these websites are operated by the same Defendant.

### D. Alimia Light

As the side-by-side images show, there are numerous indications that the two Alimia Lighting websites (alimialight.com vs. alimialighting.com) are operated by the same individuals:




(Exhibit A at 5 to Second Supp. Zhong Decl.; *see also* Exhibit J at 2 and Exhibit K at 3.) Specifically, the stylized logo on each website is the same, including the same stylized font and spacing of the words ALIMIA: ALIMIA LIGHTINGS. Moreover, the layout of the homepage is identical and the center image is similar.

Based on the foregoing, it's clear that these websites are operated by the same Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

### E. Zhongshan Laiting Lighting Co., Ltd. doing business as Oasis Lamps ("Oasis Lamps")

As the side-by-side images show, there are numerous indications that the two Oasis Lamps websites (Oasislamps.com vs. oasislampus.com) are operated by the same individuals:




(Exhibit A at 6 to Second Supp. Zhong Decl.; *see also* Exhibit L at 2 and Exhibit M at 3.)

Specifically, the stylized logo on each website is the same, including the same use of a graphical logo of a circular geometric shape ( ) and the words "Exquisite Luxury" under both marks. Further, the layout of the homepage is identical.

Based on the foregoing, it's clear that these websites are operated by the same Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

### F. Fanci Light

As the side-by-side images show, there are numerous indications that the two Fanci Light websites (fancilight.com vs. fancilighting.com) are operated by the same individuals:




(Exhibit A at 7 to Second Supp. Zhong Decl.; *see also* Exhibit N at 2 and Exhibit O at 3.)

Specifically, the stylized logo on each website is the same, including the use of the design element of a bold letter F ( **FANCI LIGHT** ). The layout of the homepage is also identical.

Based on the foregoing, it's clear that these websites are operated by the same Defendant.

### G. Ineffable Lighting

As the side-by-side images show, there are numerous indications that the two Ineffable Lighting websites (ineffablelighting.com vs. ineffable-lighting.com) are operated by the same individuals:

/ / /

/ / /

/ / /



(Exhibit A at 9 to Second Supp. Zhong Decl.; *see also* Exhibit P at 3 and Exhibit Q at 3.)

Specifically, the stylized logo on each website is the same, including the font type and the use of underlines for the logo itself: *Ineffable Lighting* . The layout of the homepage is also identical.

Based on the foregoing, it's clear that these websites are operated by the same Defendant.

### H. Kevin Studio

As the side-by-side images show, there are numerous indications that the two Kevin Studio websites (kevinstudioinc.com vs. kevinstudiolives.com) are operated by the same individuals:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



(Exhibit A at 10 to Second Supp. Zhong Decl.; *see also* Exhibit R at 3 and Exhibit S at 3.)

Specifically, the stylized logo on each website is the same, including the font type and the emphasis of the letter "V" in "Kevin Studio" by raising one of its vertices: **KEVIN STUDIO** . The layout of the homepage is also identical.

Based on the foregoing, it's clear that these websites are operated by the same Defendant.

### I. Clouds Lights

As the side-by-side images show, there are numerous indications that the two Clouds Lights websites (cloudlights.com vs. cloudlamps.com) are operated by the same individuals:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



(Exhibit A at 11 to Second Supp. Zhong Decl.; *see also* Exhibit T at 3 and Exhibit U at 3.)

Here, while the website's name changed from Cloudlights to Cloudlamps, those marks still have the same font type, and the layout of the website is identical down to nearly every detail, including having the same headings, product descriptions, and layout.

Based on the foregoing, it's clear that these websites are operated by the same Defendant.

### J. Defendant Jinhua Sigma Industrial & Trading Co., Ltd. ("Sigma Living")

As stated in the Complaint, Sigma Living operates the website at <jhsigmafurniture.com> and the Alibaba storefront at <cnsigma.en.alibaba.com>. (*See* Compl. ¶ 21, ECF No. 1.)

The new storefronts <sigmafurniture.en.alibaba.com> and <sigmaliving.en.alibaba.com>, which also contain infringing materials,[3] are also operated by same entity as evidenced by numerous similarities.

---

[3] Evidence of infringement appearing in the new storefronts was provided as part of the evidence submitted for default judgment. (ECF No. 44-2 at 406 (listing links for

First, all of the storefronts operate under the same name, Jinhua Sigma Industrial & Trading Co., Ltd. (*See* Exhibit A at 12 and 15 to Second Supp. Zhong Decl.; *see also* Exhibit V at 3, Exhibit W at 3 and Exhibit X at 3.) Additionally, all three storefronts also list the same company contact as "Sophie King." (*See* Exhibit A at 13 and 16 to Second Supp. Zhong Decl.; *see also id.* Exhibit V at 21, Exhibit W at 18, and Exhibit X at 20.) Finally, all three storefronts were incorporated in 2011. (*See* Exhibit A at 14 and 17 to Second Supp. Zhong Decl.; *see also* Exhibit V at 23, Exhibit W at 20, and Exhibit X at 23.)

### III.  CONCLUSION

The Court should grant RH's motion for default judgment.

Dated: July 5, 2024

By: /s/ Meng Zhong
Michael J. McCue (SBN: 296425)
Meng Zhong (SBN: 344124)
LEWIS ROCA ROTHGERBER CHRISTIE
100 Pine Street, Suite 1750
San Francisco, CA 94111
Tel.: 650.391.1380
MMcCue@LewisRoca.com
MZhong@LewisRoca.com

*Attorneys for Plaintiffs
Restoration Hardware, Inc.
and RH US, LLC*

---

infringing materials on sigmafurniture.en.alibabab) and 498 (listing links for infringing materials on sigmaliving.en.alibaba.com).

## CERTIFICATE OF SERVICE

I, Erin Parcells, hereby certify that I caused a true and accurate copy of Plaintiffs' Second Supplemental Brief in Support of Motion for Default Judgment to be served upon all remaining Defendants at the email addresses listed in the prior May 24, 2023 Order (ECF No. 23) and as set out below:

| DEFENDANT | SERVICE EMAIL |
|---|---|
| Alimia Light | service@alimialight.com |
| Zhongshan Zhuosai Lighting Co., Ltd. | support@yami-lighting.com<br>support@poplamps.com |
| Grand Lamps | support@grandlamps.com |
| Wing Lighting | support@winglightings.com |
| Oasis Lamps | support@oasislamps.com |
| Momo Chandelier | monet@momochandelier.com |
| Fanci Light | support@fancilight.com |
| Cure Lighting | support@curelighting.com |
| Clouds Lights | support@cloudslights.com |
| Kushigo Limited | support@ericlightus.com<br>support@emmalighting.com |
| Lighting Forever | info@lighting-forever.com |
| Reborn Lighting | sales@rebornlighting.com |
| Showsun Lighting | sales@showsunlighting.com |
| Sigma Living | info@jhsigma.com |
| Ineffable Lighting | support@ineffablelighting.com |
| Zenduce | support@zenduce.com |
| Mooni Lighting | sales@moonilighting.com |
| Kevin Studio | support@kevinstudioinc.com |

Dated this 5th day of July, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

 /s/ Erin Parcells
An employee of Lewis Roca Rothgerber Christie LLP