## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTES

| **Date:** 7/11/2024 | **Time:** 2:00pm - 2:02pm | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.**: 23-cv-00948-HSG (KAW) | **Case Name:** Restoration Hardware, Inc. et al v. Alimia Light et al. | |

**For Plaintiffs:**
Meng Zhong

**For Defendants:**
No Appearance

**Deputy Clerk:** William F. Tabunut          **Recorded via Zoom:** 2:00pm - 2:02pm

## PROCEEDINGS

Motion for Default Judgment (Docket 44), held via Zoom. Matter argued and submitted as stated on the record. Court to issue written order.