UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RESTORATION HARDWARE, INC., et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>ALIMIA LIGHT, et al.,<br><br>          Defendants. | Case No. 23-cv-00948-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 58, 44 |
|---|---|

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is DENIED as to Defendant Wang, and the claims against Defendant Wang are DISMISSED WITHOUT PREJUDICE. The Motion for Default Judgment is GRANTED as to the remaining Defendants as reflected in the Report and Recommendation. The Clerk shall enter judgment in accordance with the Report and Recommendation and close the file.

**IT IS SO ORDERED.**

Dated: September 19, 2024

HAYWOOD S. GILLIAM, JR.
United States District Judge